| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MASSACHUSETTS |
| Case number (if known):                     Chapter  11 |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Top Line Granite Design Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  Design Top Line Granite<br>DBA  Top Line Granite Design<br>FDBA  Brazil Stones Inc. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-1070083 |
| 4. | Debtor's address | **Principal place of business**<br><br>347 Middlesex Road<br>Tyngsboro, MA 01879<br>Number, Street, City, State & ZIP Code<br><br>Middlesex<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box 705<br>353 Middlesex Road<br>Tyngsboro, MA 01879<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | https://toplinegranitedesign.com/ |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor  **Top Line Granite Design Inc.**                                    Case number (*if known*)
      Name

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __3281__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

Debtor  **Top Line Granite Design Inc.**  Case number (*if known*)
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 3

Debtor  **Top Line Granite Design Inc.**  Case number (*if known*) _____
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Top Line Granite Design Inc.**                                         Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM / DD / YYYY

X _____                **Edmilson Ramos**
Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

X _____   Date  3/25/22
Signature of attorney for debtor                 MM / DD / YYYY

**Alan L. Braunstein, Esq.**
Printed name

**Riemer & Braunstein LLP**
Firm name

**100 Cambridge Street**
**22nd Floor**
**Boston, MA 02114**
Number, Street, City, State & ZIP Code

Contact phone   **(617) 523-9000**      Email address _____

**546042 MA**
Bar number and State

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 5

## TOP LINE GRANITE DESIGN INC.

## CONSENT OF SOLE DIRECTOR

The undersigned, being the sole member of the Board of Directors for Top Line Granite Design, Inc. (the "Company"), a Massachusetts corporation, hereby consent to the adoption of the following votes and resolutions:

VOTED: That the Company shall seek relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. Section 101 et seq. (as amended, the "Bankruptcy Code").

FURTHER VOTED: That Edmilson Ramos, as the sole director of the Company (the "Authorized Officer"), is hereby authorized to (i) prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code, (ii) execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) cause the Company to perform its functions and duties as a debtor-in-possession pursuant to the applicable provisions of the Bankruptcy Code, (iv) take such steps on behalf of the Company as may be necessary or appropriate to the Company's reorganization effort, including, without limitation, negotiating or otherwise obtaining court authority for use of cash collateral, postpetition financing, the assumption or rejection of executory contracts and unexpired leases, and the sale or other disposition of property other than in the ordinary course of business, (v) negotiate, prepare and propose to creditors such plan of reorganization as the Authorized Officer may deem to be feasible and in the best interests of the Company, (vi) file any pleading appropriate or necessary for the Company to seek relief under any other chapter of the Bankruptcy Code, and (vii) execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including, to the extent applicable, the delegation of such foregoing authority to other officers and employees of the Company; the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this vote.

| | |
|---|---|
| FURTHER VOTED: | That the law firm of Riemer & Braunstein LLP and Alan L. Braunstein, Esq. of that firm are hereby retained as counsel under general retainer to represent the Company in all proceedings commenced under or resulting from these votes, and that the Company compensate such counsel for its services at its hourly rates in effect at the time such services are rendered, and to reimburse such counsel in full for its cash disbursements and for such expenses as such counsel customarily bills to its clients, and that the Authorized Officer is hereby authorized to enter into such agreements as may be necessary or appropriate to effect such retention. |
| FURTHER VOTED: | That the Authorized Person be, and hereby is, authorized and empowered on behalf of and in the name of the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper or desirable. |

Dated: March 25, 2022

DIRECTOR

_____
Name: Edmilson Ramos
Title: President and sole Director of Top Line Granite Design, Inc.

3064765.3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| TOP LINE GRANITE DESIGN INC. | Case No. 22-_____ (____) |
| | Chapter 11 |
| Debtor. | |

## DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION**

I, Edmilson Ramos, as President of Top Line Granite Design Inc., debtor herein, hereby declare under penalty of perjury that all of the information contained in the *Chapter 11 Bankruptcy Petition for the above-captioned debtor* (the "Document"), filed electronically, is true and correct. I understand that this DECLARATION RE: ELECTRONIC FILING (the "Declaration") is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this Declaration may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: March 25, 2022

_____
Edmilson Ramos, President

## PART II - DECLARATION OF ATTORNEY

I certify that (i) the affiant signed this form before I submitted the Document, (ii) I gave the affiant a copy of the Document and this Declaration, and (iii) I have followed all other electronic filing requirements currently established by local rule and standing order. This Declaration is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed.R.Bankr.P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: March 25, 2022

/s/ Alan L. Braunstein
Alan L. Braunstein, BBO #546042
RIEMER & BRAUNSTEIN LLP
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114
Tel: (617) 880-3516
Email: abraunstein@riemerlaw.com

3071661.2

# United States Bankruptcy Court
## District of Massachusetts

In re: __Top Line Granite Design Inc.__

Debtor(s)

Case No. _____
Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Top Line Granite Design Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 25, 2022**
Date

/s/ Alan L. Braunstein, Esq.
**Alan L. Braunstein, Esq.**
Signature of Attorney or Litigant
Counsel for __Top Line Granite Design Inc.__
**Riemer & Braunstein LLP**
**100 Cambridge Street**
**22nd Floor**
**Boston, MA 02114**
**(617) 523-9000 Fax:(617) 880-3456**