| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Top Line Granite Design Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | 22-40216 |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allegheny Contract Flooring 36 Holton Street Winchester, MA 01890 | | | Contingent Unliquidated Disputed Subject to Setoff | | | $148,607.00 |
| Associated Employers Insurance P.O. Box4131 Woburn, MA 01888 | | | | | | $4,843.00 |
| Avidia Bank 42 Main Street Hudson, MA 01749 | | Guaranty claim | Contingent Unliquidated | | | $2,030,570.05 |
| Bay Colony Development Corp/ SBA loan 230 Third Avenue First Floor Waltham, MA 02451 | | Guaranty claim | Contingent Unliquidated | | | $2,008,590.06 |
| Cohn & Dussi, LLC/Time Payment Attn: Christian Menzi 68 Harrison Ave. Suite 502 Boston, MA 02111 | | | | | | $50.00 |
| Commonwealth of Massachusetts [Address?] Department of Revenue | | | | | | $99,878.25 |
| Global Stone 102 Wightman St. North Chelmsford, MA 01863 | | | | | | $79,250.00 |
| Manoel P. Costa [Address?] | | | | | | $120,000.00 |

| Debtor | Top Line Granite Design Inc. | | Case number (if known) | 22-40216 | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mendonca & Partners, CPA L.L.C. 1030 Salem Road Township, NJ 07083 | | | | | | $188,218.25 |
| NationalGrid-347 (Electric) P.O. Box 11737 Newark, NJ 07101 | | | | | | $19,200.07 |
| Patrick Rygiel [Address?] | | | | | | $614,200.00 |
| PPM Property Protection Monitoring [Address?] | | | | | | $1.00 |
| Sysco Boston, LLC f/k/a Hallsmith-Sysco Food Services LLC 99 Spring Street Plympton, MA 02367 | | | | | | $100.00 |
| Town of Tyngsboro 25 Bryants Lane Tax Office Tyngsboro, MA 01879 | | | | | | $27,807.59 |
| Tyngsboro Water District 25 Bryants Laine Tyngsboro, MA 01879 | | | | | | $1,615.67 |