UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

TOP LINE GRANITE DESIGN INC.

Debtor.

Case No. 22-40216 (CJP)

Chapter 11

## SMALL BUSINESS STATEMENT IN LIEU
## (CASH FLOW STATEMENT)

Pursuant to sections 1116, 1181(a), and 1187(a) of the Bankruptcy Code, Sago Technology, Inc., dba JAK ECIG (the "Debtor") states and declares under penalty of perjury that the following is true and correct:

The Debtor does not prepare in ordinary course cash-flow statement and/or does not have any such recent statement.

TOP LINE GRANITE DESIGN INC.,
Debtor in Possession

By: _____
Ednilson Ramos, President

DATED: March 28, 2022