UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TOP LINE GRANITE DESIGN INC.<br><br>Debtor. | Case No. 22-40216 (CJP)<br><br>Chapter 11 |

## NOTICE OF BALANCE SHEET

Pursuant to sections 1116, 1181(a), and 1187(a) of the Bankruptcy Code, Top Line Granite Design Inc. herby files an internal copy (unaudited) of its balance sheet for January to December 2021.

TOP LINE GRANITE DESIGN INC.,
Debtor in Possession

By: _____
Edmilson Ramos, President

DATED: March _____, 2022

11:05 AM
03/26/22
Accrual Basis

# Top Line Granite Design, Inc.
## Balance Sheet
### As of December 31, 2021

|  | Dec 31, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1038 · TD Bank - Payroll 8260804353 | 25.00 |
| 1037 · TD Bank - Regular  8260804311 | 25.00 |
| 1032 · Avidia Bank Vendor #41378092 | 5,400.00 |
| 1031 · Avidia Bank Payroll #40721847 | 300.00 |
| 1023 · Avidia Bank 347 #33401266 | 6.48 |
| 1004 · Cash On Hand | 105.10 |
| **Total Checking/Savings** | 5,861.58 |
| **Accounts Receivable** | |
| 1100 · Accounts Receivable | 1,377,404.05 |
| **Total Accounts Receivable** | 1,377,404.05 |
| **Other Current Assets** | |
| 1120 · Inventory | 2,225,113.56 |
| 1185 · 347 Middlesex Road Realty Trust | 2,067,000.00 |
| **Total Other Current Assets** | 4,292,113.56 |
| **Total Current Assets** | 5,675,379.19 |
| **Fixed Assets** | |
| 1510 · Machinery & Equipment | |
| 1554 · New Production Equipment | 2,596,996.36 |
| **Total 1510 · Machinery & Equipment** | 2,596,996.36 |
| 1511 · A/D Machinery & Equipment | (2,244,071.96) |
| 1520 · Office Equipment | 242,615.49 |
| 1521 · A/D Office Equipment | (214,122.20) |
| 1530 · Vehicles | 565,310.94 |
| 1531 · A/D Vehicles | (429,441.00) |
| 1540 · Furniture | 87,632.33 |
| 1541 · A/D Furniture | (80,939.04) |
| 1550 · Leasehold Improvements | 1,167,885.43 |
| 1553 · A/D Leaseholds | (200,356.96) |
| **Total Fixed Assets** | 1,491,509.39 |
| **TOTAL ASSETS** | **7,166,888.58** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 1,219,931.96 |
| **Total Accounts Payable** | 1,219,931.96 |
| **Credit Cards** | |
| 2018 · AdmiralsCub -Citi #2139/4042 | 17,818.47 |
| 2010 · Amex KE 41016 / ER 46007 | 18,564.08 |
| 2011 · Amex Delta 25009/26007new | 4,729.02 |
| 2012 · Amex Mercedes 36006/37004new | 1,938.74 |
| 2013 · Amex Mercedes 72004 | 3,677.91 |
| 2014 · Amex Open –E56008/M52049/L52031 | 35,861.44 |
| 2015 · Capital One – 6134/7048 | 73.85 |
| 2017 · Best Buy CC-5118-bill by email | 31,059.68 |
| **Total Credit Cards** | 113,723.19 |
| **Other Current Liabilities** | 3,520,050.67 |
| **Total Current Liabilities** | 4,853,705.82 |

For management's internal use only.                                    Page 1

11:05 AM
03/26/22
Accrual Basis

# Top Line Granite Design, Inc.
## Balance Sheet
### As of December 31, 2021

|  | Dec 31, 21 |
|---|---:|
| **Long Term Liabilities** |  |
| 2785 · SBA EIDL | 499,900.00 |
| 2600 · N/P & L/P - L/T | 1,581,863.55 |
| **Total Long Term Liabilities** | 2,081,763.55 |
| **Total Liabilities** | 6,935,469.37 |
| **Equity** |  |
| 3010 · Capital Stock | 6,050.43 |
| 3020 · Additional Paid In Capital | 3,085,671.14 |
| 3200 · Distributions | (1,022.39) |
| 3900 · Retained Earnings | (2,882,221.14) |
| Net Income | 22,941.17 |
| **Total Equity** | 231,419.21 |
| **TOTAL LIABILITIES & EQUITY** | **7,166,888.58** |

For management's internal use only.                                                                                         Page 2