UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

TOP LINE GRANITE DESIGN INC.

Debtor.

Case No. 22-40216 (CJP)

Chapter 11

## NOTICE OF STATEMENT OF OPERATIONS

Pursuant to sections 1116, 1181(a), and 1187(a) of the Bankruptcy Code, Top Line Granite Design Inc. herby files an internal copy (unaudited) of its Profit & Loss statement for January to December 2021.

TOP LINE GRANITE DESIGN INC.,
Debtor in Possession

By: _____
Edmilson Ramos, President

DATED: March _____, 2022

# Top Line Granite Design, Inc.
## Profit & Loss
### January through December 2021

|  | Jan - Dec 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4401 · BlackDog Showroom-E | (14,907.36) |
| 4400 · BlackDog Showroom | (42,011.74) |
| 4100 · Sales Income | 6,392,570.61 |
| 4120 · Sales Income - Quartz | 5,161,651.31 |
| 4104 · Sales Discount (Clients) | (252,942.31) |
| 4105 · Sales Discount (Repair) | |
|     4115 · Repairs Deducted from Subcont. | 0.00 |
|     4114 · Sales Discount (Demages) | (19,803.99) |
|     4113 · Sales Discount (Miles-Repair) | (3,964.04) |
|     4110 · Sales Discount (Labor-Repair) | (36,225.51) |
|     4109 · Sales Discount (Mat.-Repair) | (17,750.85) |
|     4105 · Sales Discount (Repair) - Other | (2,084.09) |
| Total 4105 · Sales Discount (Repair) | (79,828.48) |
| 4106 · Service Discount (Change job) | (47,151.50) |
| 4107 · Showroom Cabinet Maker | (19,918.12) |
| 4108 · Constructor Discounts | (120,806.90) |
| **Total Income** | 10,976,655.51 |
| **Cost of Goods Sold** | |
| 5091 · Labor Production -Payroll Taxes | 10,930.57 |
| 5962 · Production Salaries | 117,826.75 |
| 5153 · Subcontractors - Cabinets | 97,318.83 |
| 5000 · Cost of Goods Sold | |
|     5090 · Labor Overtime Production | 0.00 |
|     5089 · Labor Salary Production | 0.00 |
|     5088 · Cabinets | 153,833.00 |
|     5010 · Stone - Cost of Goods Sold | 1,124,404.86 |
|     5020 · Supplies - Cost of Goods Sold | 39,776.07 |
|     5030 · Sinks, Faucets, Chemicals | 123,604.47 |
|     5040 · Tile - Cost Of Good Sold | 16,760.98 |
|     5080 · Labor/Subs - Cost of Goods Sold | 2,744,746.67 |
|     5087 · Stone - Quartz | 936,851.01 |
| Total 5000 · Cost of Goods Sold | 5,139,977.06 |
| 5150 · Subcontractor - Installers | 1,071,197.37 |
| 5700 · Freight Costs | 393,629.62 |
| 5910 · Use Taxes on Purchases-SL TX | 72,899.81 |
| **Total COGS** | 6,903,780.01 |
| **Gross Profit** | 4,072,875.50 |
| **Expense** | |
| 6281 · Outside Services | 9,158.00 |
| 6412 · Payroll taxes - Producion | 0.00 |
| 6411 · Payroll Taxes - Showroom | 0.00 |
| 6001 · Alarm | 540.00 |
| 6100 · Advertising Expenses | 21,523.78 |
| 6115 · Bank/Credit Card Charges | |
|     61151 · Bank Service Charges | 14,397.83 |
|     61152 · Credit Card Charges | 92,126.83 |
| Total 6115 · Bank/Credit Card Charges | 106,524.66 |

# Top Line Granite Design, Inc.
# Profit & Loss
## January through December 2021

|  | Jan - Dec 21 |
|---|---:|
| **6130 · Car/Truck Expense** | |
| 6132 · Gas | 30,381.91 |
| 6133 · GPS Trucks | 4,178.37 |
| 6134 · Repairs & Maintenance | 19,978.99 |
| 6136 · Registration & License | 10,766.00 |
| 6139 · Toll | 4,639.87 |
| **Total 6130 · Car/Truck Expense** | 69,945.14 |
| **6141 · Forklift Expene** | |
| 6138 · Propane | 7,682.75 |
| **Total 6141 · Forklift Expene** | 7,682.75 |
| 6145 · Subcontractor - SG&A | 82,030.89 |
| 6150 · Depreciation Expense | 428,301.00 |
| 6155 · Dues and Subscriptions | 6,474.80 |
| 6165 · Contributions | 500.00 |
| **6180 · Insurance** | |
| 6184 · Auto Insurance | 26,479.28 |
| 6187 · Flood Insurance | 626.00 |
| 6188 · General Liability Insurance | 36,588.01 |
| 6189 · Worker's Compensation | 6,527.19 |
| 6192 · Umbrella | 5,882.21 |
| 6180 · Insurance - Other | 64.00 |
| **Total 6180 · Insurance** | 76,166.69 |
| 6235 · Licenses and Permits | 18,022.48 |
| 6245 · Outside Sales Commissions | 500.00 |
| 6255 · Postage and Shipping | 4,818.13 |
| 6270 · Snow Removal and Landscape | 12,758.58 |
| **6275 · Professional Fees** | |
| 6276 · Legal Fees | 25,783.40 |
| 6277 · Accounting Fees | 96,750.00 |
| 6278 · Payroll Services | 5,001.50 |
| 6279 · Consulting | 20,840.00 |
| 6275 · Professional Fees - Other | 54,292.50 |
| **Total 6275 · Professional Fees** | 202,667.40 |
| 6280 · Outside Services ER | 1,150.00 |
| **6285 · Supplies** | |
| 628561 · Shop Polish / Install | 85,441.22 |
| 628559 · Shop Robot/Raptor Machine | 2,775.00 |
| 62851 · Office | 2,751.53 |
| 62852 · Shop Supplies | 2,550.10 |
| 62854 · Janitorial | 7,462.57 |
| 62855 · Others - Shop | 122,791.02 |
| 62857 · Shop CNC | 96,973.15 |
| 6285 · Supplies - Other | 2,719.09 |
| **Total 6285 · Supplies** | 323,463.68 |
| 6290 · Lease Expense | 84,752.03 |
| 6295 · Rent | 348,000.00 |
| **6300 · Repairs and Maintenance** | |
| 6301 · Repairs/Maint - Building | 87,202.69 |
| 6302 · Computer Repairs | 28,643.79 |
| 6304 · Equipment Repairs | 47,853.62 |
| 6305 · Maintenance | 24,118.18 |
| **Total 6300 · Repairs and Maintenance** | 187,818.28 |

# Top Line Granite Design, Inc.
## Profit & Loss
### January through December 2021

|  | Jan - Dec 21 |
|---|---:|
| **6320 · Telephone, Fax and Cell Phone** |  |
|    6321 · Telephone and Fax | 10,049.39 |
|    6322 · Cell Phone | 16,295.39 |
| **Total 6320 · Telephone, Fax and Cell Phone** | 26,344.78 |
| **6330 · Travel & Entertainment** |  |
|    6332 · Entertainment | 3,061.06 |
|    6334 · Employee Meals | 4,260.27 |
|    6336 · Travel | 86,734.72 |
|    6337 · Customer Meals | 12,445.64 |
|    6338 · Client Gift | 3,073.40 |
|    6339 · Other expenses | 366.12 |
|    6330 · Travel & Entertainment - Other | 1,859.99 |
| **Total 6330 · Travel & Entertainment** | 111,801.20 |
| **6400 · Payroll Expenses** |  |
|    6405 · Employees Overtime Production | 0.00 |
|    6404 · Employees Salary Production | 0.00 |
|    6401 · Officer's Salary/Edy | 102,000.00 |
|    6402 · Employees Salary Office | 727,023.70 |
|    6403 · Employees Commissions | 290,906.85 |
| **Total 6400 · Payroll Expenses** | 1,119,930.55 |
| 6410 · Payroll Taxes - TLGD | 119,047.72 |
| 6560 · Office Expense | 68,621.25 |
| **6660 · Equipment Rental** |  |
|    6661 · Container Rental | 1,710.00 |
|    6662 · Equipment / Machine | 20,811.01 |
| **Total 6660 · Equipment Rental** | 22,521.01 |
| 6720 · Outside Commissions | 102,201.74 |
| **6970 · Utilities** |  |
|    69701 · Electric | 81,942.79 |
|    69702 · Heat | 10,201.84 |
| **Total 6970 · Utilities** | 92,144.63 |
| 6980 · Dumpster | 28,541.06 |
| 7010 · State Income Taxes | 5,414.00 |
| 7020 · Other Taxes | 975.95 |
| 7030 · Employee Benefit Expense | 6,710.74 |
| 7031 · 401K Contribution Expense | 4,740.00 |
| 7999 · Miscellaneous | 0.00 |
| 8060 · Bad Debt | 5,719.72 |
| **Total Expense** | 3,707,512.64 |
| **Net Ordinary Income** | 365,362.86 |
| **Other Income/Expense** |  |
|   Other Income |  |
|     8000 · Other Income | 332,548.02 |
|     8010 · Interest Income | 15.04 |
|     8030 · Rental Income | 114,000.00 |
| **Total Other Income** | 446,563.06 |

# Top Line Granite Design, Inc.
## Profit & Loss
### January through December 2021

|  | Jan - Dec 21 |
|---|---:|
| **Other Expense** | |
| 9000 · Interest Expense | 723,351.37 |
| 9010 · Finance Charges | 53,410.98 |
| 9100 · Other Expenses | 11,593.36 |
| 9101 · Non-Deductible Expenses | 629.04 |
| **Total Other Expense** | 788,984.75 |
| **Net Other Income** | (342,421.69) |
| **Net Income** | **22,941.17** |