## EXHIBIT A
(Budget)



# BUDGET

APRIL 2022 - MAY 2022 - JUNE 2022 - JULY 2022

## INCOME

|  | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| Income | $ 815,000.00 | $ 830,000.00 | $ 850,000.00 | $ 875,000.00 |
|  | $ 815,000.00 | $ 830,000.00 | $ 850,000.00 | $ 875,000.00 |

## EXPENSES

|  | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| Payroll Expenses | $ 160,772.17 | $ 146,121.19 | $ 147,521.19 | $ 105,551.92 |
| Subcontractor Expenses | $ 293,500.00 | $ 236,300.00 | $ 236,300.00 | $ 236,300.00 |
| Lease | $ 28,188.58 | $ 28,188.58 | $ 28,188.58 | $ 28,188.58 |
| Senior Loans | $ 31,520.99 | $ 31,520.99 | $ 31,520.99 | $ 34,004.99 |
| Cost of Goods Sold | $ 156,298.80 | $ 243,298.80 | $ 263,298.80 | $ 271,298.80 |
| Other Expenses | $ 144,484.46 | $ 143,884.46 | $ 140,534.46 | $ 137,867.76 |
|  | $ 814,764.99 | $ 829,314.01 | $ 847,364.01 | $ 813,212.04 |

## PROFIT

|  | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| Profit | $ 235.01 | $ 685.99 | $ 2,635.99 | $ 61,787.96 |
|  | $ 235.01 | $ 685.99 | $ 2,635.99 | $ 61,787.96 |

Payroll Expenses

|  | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
|  | $ 160,772.17 | $ 146,121.19 | $ 147,521.19 | $ 105,551.92 |

|  | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| Payroll Expenses | $ 160,772.17 | $ 146,121.19 | $ 147,521.19 | $ 105,551.92 |

**Subcontractor Expenses**

|  | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
|  | $ 293,500.00 | $ 236,300.00 | $ 236,300.00 | $ 236,300.00 |
| Subcontractor Expenses | $ 293,500.00 | $ 236,300.00 | $ 236,300.00 | $ 236,300.00 |

**Lease**

|  | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
|  | $ 28,188.58 | $ 28,188.58 | $ 28,188.58 | $ 28,188.58 |
| Lease | $ 28,188.58 | $ 28,188.58 | $ 28,188.58 | $ 28,188.58 |

**Senior Loans**

|  | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
|  | $ 31,520.99 | $ 31,520.99 | $ 31,520.99 | $ 34,004.99 |
| Senior Loans | $ 31,520.99 | $ 31,520.99 | $ 31,520.99 | $ 34,004.99 |

**Cost of Goods Sold**

| *Stone - Quartz & Porcelain* | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| *Stone - Quartz & Porcelain* | $ 56,989.14 | $ 106,989.14 | $ 121,989.14 | $ 129,989.14 |

| *Stone - Natural* | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| *Stone - Natural* | $ 56,809.66 | $ 78,809.66 | $ 78,809.66 | $ 78,809.66 |

| *Others* | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| *Others* | $ 12,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 |

| Freight | | APRIL | | MAY | | JUNE | | JULY |
|---|---|---|---|---|---|---|---|---|
| Freight | $ | 30,000.00 | $ | 40,000.00 | $ | 45,000.00 | $ | 45,000.00 |

| Taxes | | APRIL | | MAY | | JUNE | | JULY |
|---|---|---|---|---|---|---|---|---|
| Taxes | $ | 500.00 | $ | 500.00 | $ | 500.00 | $ | 500.00 |

| Cost of Goods Sold | $ | 156,298.80 | $ | 243,298.80 | $ | 263,298.80 | $ | 271,298.80 |
|---|---|---|---|---|---|---|---|---|

## Other Expenses

| Alarm & Security | | APRIL | | MAY | | JUNE | | JULY |
|---|---|---|---|---|---|---|---|---|
| Alarm & Security | $ | 45.00 | $ | 45.00 | $ | 45.00 | $ | 45.00 |

| Advertising | | APRIL | | MAY | | JUNE | | JULY |
|---|---|---|---|---|---|---|---|---|
| Advertising | $ | 7,070.00 | $ | 3,570.00 | $ | 1,570.00 | $ | 1,570.00 |

| Bank Charges | | APRIL | | MAY | | JUNE | | JULY |
|---|---|---|---|---|---|---|---|---|
| Bank Charges | $ | 1,078.00 | $ | 1,078.00 | $ | 1,078.00 | $ | 1,078.00 |

| Car Expenses | | APRIL | | MAY | | JUNE | | JULY |
|---|---|---|---|---|---|---|---|---|
| Car Expenses | $ | 18,750.00 | $ | 18,750.00 | $ | 18,750.00 | $ | 18,750.00 |

| Dues & Subscription | | APRIL | | MAY | | JUNE | | JULY |
|---|---|---|---|---|---|---|---|---|
| Dues & Subscription | $ | 600.00 | $ | 600.00 | $ | 600.00 | $ | 600.00 |

| Insurances | | APRIL | | MAY | | JUNE | | JULY |
|---|---|---|---|---|---|---|---|---|
| Insurances | $ | 8,504.76 | $ | 8,504.76 | $ | 8,504.76 | $ | 8,504.76 |

| Licenses and Permits | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| Licenses and Permits | $ - | $ - | $ - | $ - |

| Postage & Shipping | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| Postage & Shipping | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |

| Snow Removal | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| Snow Removal | $ 2,700.00 | $ 2,700.00 | $ - | $ - |

| Professional Fees | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| Professional Fees | $ 37,500.00 | $ 37,400.00 | $ 40,400.00 | $ 40,400.00 |

| Supplies | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| Supplies | $ 16,550.00 | $ 16,550.00 | $ 16,550.00 | $ 16,550.00 |

| Repairs & Mintenance | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| Repairs & Mintenance | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 |

| Telephone | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| Telephone | $ 2,200.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |

| Business Travel & Customer Service Expenses | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| Business Travel & Customer Service Expenses | $ 11,560.00 | $ 12,260.00 | $ 12,260.00 | $ 12,260.00 |

| Equipment Rental | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| Equipment Rental | $ - | $ - | $ - | $ - |

| *Showroom & Warehouse Rental* | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| *Showroom & Warehouse Rental* | $ 5,200.00 | $ 5,200.00 | $ 5,200.00 | $ 5,200.00 |

| *Others* | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| *Others* | $ 10,026.70 | $ 11,526.70 | $ 12,026.70 | $ 9,360.00 |

| *Utilities* | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| *Utilities* | $ 14,400.00 | $ 14,400.00 | $ 12,250.00 | $ 12,250.00 |
| Other Expenses | $ 144,484.46 | $ 143,884.46 | $ 140,534.46 | $ 137,867.76 |