

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> TOP LINE GRANITE DESIGN INC., <br> Debtor | Ch. 11 <br><br> 22-40216-CJP |

## SCHEDULING ORDER

THE REQUEST FOR EMERGENCY DETERMINATION OF THE DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING USE OF CASH COLLATERAL, (B) GRANTING POST-PETITION REPLACEMENT LIENS AS ADEQUATE PROTECTION, AND (C) SCHEDULING A FINAL HEARING  [DKT. NO. 16] (THE "MOTION") IS GRANTED AS FOLLOWS.

A TELEPHONIC HEARING ON INTERIM USE OF CASH COLLATERAL IS SCHEDULED FOR **APRIL 4, 2022 AT 11:00 A.M.**   TO PARTICIPATE, PARTIES SHALL DIAL (877) 873-8018 AND ENTER ACCESS CODE 1167883.  PRELIMINARY OBJECTIONS SHALL BE FILED BY 9:30 A.M. ON APRIL 4, 2022.

THE DEBTOR SHALL PROVIDE NOTICE OF THE HEARING BY TELEPHONE, E-MAIL, OR FAX TO ALL SECURED CREDITORS, THE UNITED STATES TRUSTEE, THE SUBCHAPTER V TRUSTEE, THE 20 LARGEST UNSECURED CREDITORS, AND ANY OTHER PARTY THAT HAS APPEARED AND REQUESTED NOTICE AND SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT REGARDING THE SAME.

THE DEBTOR SHALL HAVE A REPRESENTATIVE OF THE DEBTOR KNOWLEDGEABLE ABOUT THE FACTUAL ASSERTIONS MADE IN THE MOTION AVAILABLE AT THE HEARING.

Dated: 3/30/2022                                                                   By the Court,

Christopher J. Panos
United States Bankruptcy Judge