UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>TOP LINE GRANITE DESIGN INC.,<br>Debtor. | Chapter 11<br>Case No. 22-40216 (CJP) |

## **CERTIFICATE OF SERVICE**

I, Alan L. Braunstein, with the law firm of Riemer & Braunstein LLP, hereby certify that I caused to be served a true and accurate copy of the following documents on March 30, 2022 by electronic notification (EN) where indicated, by first class United States mail postage pre-paid, or by e-mail (E-Mail) where indicated upon the following parties list below and any party receiving electronic notifications in this case:

1. Debtor's Application for Authority to Employ Riemer & Braunstein LLP as Bankruptcy Counsel [*Filed and EN notice 3/29/22*];

2. Debtor's Motion for Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Post-Petition Replacement Liens as Adequate Protection, and (C) Scheduling a Final Hearing [*Filed and EN notice 3/30/22*]; and

3. Scheduling Order re Cash Collateral Hearing [*Filed and EN notice 3/30/22*]

Office of the United States Trustee
Attn: Lisa D. Tingue, Esq.
446 Main Street, 14th Floor
Worcester, MA 01608  (EN)
USTPRegion01.WO.ECF@USDOJ.GOV; lisa.d.tingue@usdoj.gov (EN)

Steven Weiss, Trustee
Shatz, Schwartz & Fentin
1441 Main Street, Suite 1100
Springfield, MA 01103
sweiss@ssfpc.com, MA11@ecfcbis.com;astephan@ssfpc.com (EN)

Michael Van Dam, Esq
Van Dam Law LLP
233 Needham Street, Suite 540
Newton, MA 02464
mvandam@vandamlawllp.com (EN)

Philip F. Coppinger, Esq.
P.O. Box 20354
Worcester, MA 01602
ECF@coppingerlaw.com (EN)

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Internal Revenue Service
Special Procedures Function STOP 20800
P.O. Box 9112
JFK Building
Boston, MA 02203

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

United States Attorney
John Joseph Moakley United States
Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Top Line Granite Design Inc.
Email: carolline@toplinegranitedesign.com
e.ramos@toplinegranitedesign.com
lucianaoliveira@toplinegranitedesign.com

Peter J. Nicosia, Esq.
Nicosia & Associates, PC
PO Box 721, 259 Middlesex Rd.
Tyngsboro, MA 01879
Email: nicosia@nicosia-associates.com

**SECURED CREDITORS:**

AJ Equity Group
1648 61 Street
c/o Dillon Dancoso
Brooklyn, NY 11204
dillond@competitivecapsolutions.com; sender@ajequity.com; aryeh@ajequity.com
asher@ajequity.com (E-Mail)

Avida Bank
c/o Stephen McAndrew
42 Main Street
Hudson, MA 01749
s.mcandrew@avidiabank.com (E-Mail)

Blade Funding, Inc.
c/o Frank David
211 Boulevard of the Americas
Lakewood, NJ 08701
dfrank@ewalletinc.com; uw@bladefunding.com; info@bladefunding.com (E-Mail)

BrickStone Group LLC
1201 N. Orange Street, Suite 7140
Wilmington, DE 19801

c/o Frank David and Hazen Paul
bruce@brickstonefund.com; moshe@mrfundinggroup.com (E-Mail)

Corporation Service Company,
as representative
P.O. Box 2576
Springfield, IL 62708
uccsprep@cscglobal.com (E-Mail)

CT Corporation System, as representative
Attn: SPRS
330 N. Brand Blvd., Suite 700
Glendale CA 91203

Delta Bridge Funding
uw@mradvancellc.com; admin@fundingcontracts.com; dan@bridgeconsolidation.com;
contact@deltabridge.us (E-Mail)

Diverse Capital
c/o Timmy Hans
750 Main Street, Suite 906
Hartford CT 06103
timmyh@opsmca.com; edwind@opsmca.com; submit@diversecapitalllc.com; nir@diversecapitalllc.com (E-Mail)

ENG Commercial Finance
c/o Rose Reynolds, VP
One Pierce Place, Suite 1100
P.O. Box 128
Itasca IL 60143
customerservice@engsfinance.com (E-Mail)

Enterprise Bank
c/o Denise Aggott
222 Merrimack Street
Lowell MA 01852
Email: Denise.Aggott@ebtc.com

First Corporate Solution,
as representative
914 S. Street
Sacramento CA 95811
sprs@ficoso.com (E-Mail)

Mercury Funding Group
1200 River Ave.
Lakewood, NJ 08701

Mercury Funding Group, Inc
c/o Sean Harris
P.O. Box 306
Lafayette CA 94549
sean@securecapitalsolutions.com (E-Mail)

MR Advance
35-12 19th Ave., Suite 3W
Astoria, NY 11105
uw@mradvancellc.com; admin@fundingcontracts.com; info@mradvancellc.com (E-Mail)

RFG
260 Christopher Lane
Staten Island NY 10314

ROC Funding
c/o Daren Doral
1457 Richmond Road
Staten Island NY 10314

Speedy Funding
157 Church Street
New Haven, CT 06510

TVT Capital
1407 Broadway
c/o John Porcello
New York NY 10018
john@tvtcapital.com; info@tvtcapital.com (E-Mail)

U.S. Small Business Administration
2 North 20th Street, Suite 320
Birmingham AL 35203

U.S. Small Business Administration
SBA Office of Disaster Assistance
409 3rd Street SW
Washington, DC 20416

Ultra Funding
23 Foster Street, Level 2
Surry Hills, NSW, Australia 201
dfrank@ewalletinc.com; edwin@opsmca.com;edwin@opsmca.com;
dillond@competitivecapsolutions.com (E-Mail)

US Bank Equipment Finance
310 Madrid Street
Marshall, MN 56258

Wells Fargo Equipment Finance, Inc.
600 South 4th Street, MAC N9300-100
Minneapolis, MN 55415

***TOP 20 UNSECURED CREDITORS:***

Allegheny Contract Flooring
36 Holton Street
Winchester, MA 01890

Arbella Insurance Group
P.O. Box 6699227
Quincy, MA 02269

Avidia Bank
42 Main Street
Hudson, MA 01749

Bay Colony Development Corp
c/o Kim Legere, VP
230 Third Avenue,1st Floor
Waltham, MA 02451

Cohn & Dussi, LLC
Attn; Christian Menzi |
68 Harrison Ave., Suite 502
Boston, MA 02111

Commonwealth of Massachusetts
Department of Revenue
100 Cambridge Street
Boston, MA 02114

Easy Way Landscaping, Inc.
767 Central Street
Lowell, MA 01852

Global Stone
l02 Wightman St.
North Chelmsford, MA 01863

Gramafal Granitos e Marmores Falqueto
Rod BR 262s/n – KM
104 Bananeiras Venda Nova do Imigrantes
ES, Brazil 2937
Email: cleristo@gramafal.com

Granite and Marble Depot, Inc.
15 Old Flanders Road
Westborough, MA 01581

Guidone USA, Inc.
263 E. Oak Street
Morae Helena, GA 31055

KPStone Tools
62 Newton Ave
Plainville, CT 06062

Manoel P. Costa
530 Lowell Street
Andover, MA 01810

Mendonca & Partners, CPA L.L.C.
1030 Salem Road
Township, NJ 07083

Moxtra Import & Export LLC
120 Main Street
Milford, MA 01757

MS International, Inc.
1080 University Ave.
Norwood, MA 02062

National Grid
P.O. Box 11737
Newark, NJ 07101

Patrick Rygiel
17 Laurie Lane
Lowell, MA 01854

Town of Tyngsboro
Tax Office
25 Bryants Lane
Tyngsboro, MA 01879

Way2Go Cargo Corp.
P.O. Box 4001
Boynton Beach, FL 33424

*/s/ Alan Braunstein*
Alan Braunstein (BBO # 546042)
Riemer & Braunstein LLP
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114
(617) 523-9000
abraunstein@riemerlaw.com

3078573.1