**Fill in this information to identify the case:**

Debtor name: **Top Line Granite Design Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known): **22-40216 (CJP)**

■ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allegheny Contract Flooring 36 Holton Street Winchester, MA 01890 | | | Contingent Unliquidated Disputed Subject to Setoff | | | $148,607.00 |
| Arbella Insurance Group P.O. Box 6699227 Quincy, MA 02269 | | | | | | $19,570.40 |
| Avidia Bank 42 Main Street Hudson, MA 01749 | | Guaranty claim | Contingent Unliquidated | | | $2,030,570.05 |
| Bay Colony Development Corp/ SBA loan 230 Third Avenue, 1st Floor c/o Kim Legere, VP Waltham, MA 02451 | | Guaranty claim | Contingent Unliquidated | | | $2,008,590.06 |
| Cohn & Dussi, LLC Attn: Christian Menzi 68 Harrison Ave. Suite 502 Boston, MA 02111 | | | | | | $20,238.61 |
| Commonwealth of Massachusetts Department of Revenue 100 Cambridge Street Boston, MA 02114 | | Notice of Levy | | | | $99,878.25 |
| Easy Way Landscaping Inc. 767 Central Street Lowell, MA 01852 | | | | | | $18,600.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Global Stone 102 Wightman St. North Chelmsford, MA 01863 | | | | | | $79,250.00 |
| Gramafal Granitos e Marmores Falqueto Rod BR 262 s/n - Km 104 Bananeiras Venda Nova do Imigrantes, ES Brazil 2937-000 | | | | | | $100,817.93 |
| Granite and Marble Depot, Inc. 15 Old Flanders Road Westborough, MA 01581 | | | | | | $106,054.85 |
| Guidone USA, Inc. 263 E. Oak Street Morae Helena, GA 31055 | | | | | | $51,204.34 |
| KP Stone Tools 62 Newton Ave. Plainville, CT 06062 | | | | | | $35,074.25 |
| Manoel P. Costa 530 Lowell Street Andover, MA 01810 | | | | | | $113,000.00 |
| Mendonca & Partners, CPA L.L.C. 1030 Salem Road Township, NJ 07083 | | | | | | $188,218.25 |
| Moxtra Import & Export LLC 120 Main Street Milford, MA 01757 | | | | | | $31,387.71 |
| MS International, Inc. 1080 University Ave. Norwood, MA 02062 | | | | | | $58,391.22 |
| National Grid (Electric) P.O. Box 11737 Newark, NJ 07101 | | | | | | $19,200.07 |
| Patrick Rygiel 17 Laurie Lane Lowell, MA 01854 | | | | | | $614,200.00 |
| Town of Tyngsboro 25 Bryants Lane Tax Office Tyngsboro, MA 01879 | | | | | | $27,807.59 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Way2Go Cargo Corp. P.O. Box 4001 Boynton Beach, FL 33424 | | | | | | $78,298.92 |

Fill in this information to identify the case:

Debtor name **Top Line Granite Design Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (If known) 22-40216

☒ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/30/22

X _____
Signature of individual signing on behalf of debtor

**Edmilson Ramos**
Printed name

**President**
Position or relationship to debtor