UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re )<br><br>TOP LINE GRANITE DESIGN, INC., )<br>Debtor )<br><br>STEVEN WEISS, Chapter 7 Trustee, )<br>Plaintiff )<br><br>v. )<br><br>JEANNE D'ARC CREDIT UNION )<br>and EDMILSON RAMOS )<br>Defendant ) | Chapter 7<br>Case No. 22-40216-EDK<br><br><br><br><br>Adversary Proceeding No. 24-4010-EDK |

## JOINT PRETRIAL STATEMENT

Plaintiff Steven Weiss, Trustee ("Plaintiff") and Defendants Jeanne D'Arc Credit Union

("JDCU") and Emilson Ramos ("Mr. Ramos") hereby jointly submit this report pursuant to the

Scheduling and Pretrial Order August 12, 2024.

a.  A Rule 26(f) conference was held on August 28, 2024 and attended by Plaintiff and JDCU[1].

b.  Discovery Plan:

1.  Plaintiff: The Plaintiff has served interrogatories and a request for production of

documents; after receipt of the responses, the Plaintiff may serve requests for

admissions and/or notice one or more depositions. The Plaintiff may also serve

subpoenas on third parties.

---

[1]  Mr. Ramos did not participate in the conference, but has provided certain responses, which are incorporated
herein.

2. JDCU: Will serve interrogatories and requests for production, notice depositions, and may serve subpoenas on third parties.

3. Mr. Ramos:

4. The Plaintiff and the Defendants agree that the discovery deadline set in the pretrial order should be extended to: January 31, 2025.

5. The Plaintiff and the Defendants agree that the expert witness disclosures deadline set in the pretrial order should be extended to: February 14, 2025.

6. The Plaintiff and the Defendants agree that for expert witnesses the discovery deadline set in the pretrial order should be extended to: March 14, 2025.

7. The Plaintiff and the Defendants agree that the deadline for filing dispositive motions should be extended to: April 14, 2025.

c. Automatic Disclosures

1. Plaintiff: Plaintiff has complied with the automatic disclosure provisions of Fed. R. Civ. P. 26(a)(1) and (2).

2. JDCU: Defendant has served its initial disclosures.

3. Mr. Ramos:

d. Electronic Discovery

1. Plaintiff: Plaintiff does not anticipate the disclosure or discovery of electronically stored information. Plaintiff reserves the right to disclose and request electronically stored information.

2. JDCU: Defendant does not anticipate the need for any particular provisions for the disclosure or discovery of electronically stored information, and states that it has a

preference for disclosing or producing matter in native file format or .pdf, but will work cooperatively should any other issues arise.

    3. Mr. Ramos:

e. Court Authority

    1. Plaintiff: Plaintiff acknowledges the Court's authority to enter a final order as to each matter in dispute.

    2. JDCU: JDCU acknowledges the Court's authority to enter a final order as to each matter in dispute.

    3. Mr. Ramos:

f. Consent

    1. Plaintiff: Plaintiff consents to the entry of a final order by the Court as to each matter in dispute.

    2. JDCU: JDCU consents to the entry of a final order by the Court as to each matter in dispute.

    3. Mr. Ramos:

g. Estimated Length of Trial

    1. Plaintiff: Two to three days.

    2. JDCU: Two to three days.

    3. Mr. Ramos: Two to three days.

h. Jury Trial

    1. Plaintiff: Plaintiff has not demanded a jury trial.

    2. JDCU: JDCU has demanded a jury trial.

    3. Mr. Ramos: Mr. Ramos wants a jury trial.

Respectfully submitted,

For the Plaintiff,
STEVEN WEISS, TRUSTEE,
By his attorneys,

/s/ Mark J. Esposito
Steven Weiss, BBO # 545619
Mark J. Esposito, BBO # 672638
Shatz, Schwartz and Fentin, P.C.
1441 Main Street, Suite 1100
Springfield, MA 01103
(413) 737-1131
(413) 736-0375 (f)
sweiss@ssfpc.com
mesposito@ssfpc.com

For the Defendant,
JEANNE D'ARC CREDIT UNION,
By its attorneys,

/s/ Nora R. Adukonis
Nora R. Adukonis, BBO # 676932
Litchfield Cavo LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
(781) 309-1500
adukonis@litchfieldcavo.com

For the Defendant,
EDMILSON RAMOS,

Edmilson Ramos, *pro se*
290 Massapoag Road
Tyngsboro, MA 01879
(978) 360-1199
ramosedmilson@hotmail.com

Dated: September 13, 2024