UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

TOP LINE GRANITE DESIGN INC.,

Debtor.

Chapter 11
Case No. 22-40216 (CJP)

## NOTICE OF (I) ENTRY OF INTERIM CASH COLLATERAL ORDER, AND (II) FINAL HEARING

1.      PLEASE TAKE NOTICE that on March 30, 2022, the Debtor filed a certain *Motion for Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Post-petition Replacement Liens as Adequate Protection, and (C) Scheduling a Final Hearing* [Doc. No. 16] (the "**Cash Collateral Motion**").

2.      <u>Entry of Interim Cash Collateral Order</u>.  By certain order, dated April 5, 2022, the United States Bankruptcy Court for the District of Massachusetts entered an Order Authorizing Interim Use of Cash Collateral [Doc. No. 29] (the "**Interim Order**").

3.      <u>Final Hearing</u>.  On **April 28, 2022 at 3:30 p.m**. the final hearing will be held before the Honorable Christopher J. Panos, United States Bankruptcy Judge, on the Cash Collateral Motion.

The hearing will be by telephone.  **TO PARTICIPATE, PARTIES SHALL DIAL (877) 873-8018 AND ENTER ACCESS CODE 1167883**.

Objections to the Cash Collateral Motion, if any, must be filed with the court and served on all parties entitled thereto not later than **April 25, 2022.**

Copies of the Cash Collateral Motion and the Interim Order are available on the docket of the Bankruptcy Court via the PACER system, and will be provided upon written request to the undersigned.

Respectfully Submitted,

TOP LINE GRANITE DESIGN INC.
By its proposed bankruptcy counsel,

*/s/ Alan L. Braunstein*
Macken Toussaint (BBO# 645076)
Alan L. Braunstein (BBO #546042)
RIEMER & BRAUNSTEIN LLP
100 Cambridge Street
Boston, Massachusetts 02114
Tel: (617) 523-9000
mtoussaint@riemerlaw.com
abraunstein@riemerlaw.com

DATED: April 7, 2022

3112610.2