UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TOP LINE GRANITE DESIGN INC. [1]<br><br>Debtor. | Case No. 22-40216 (CJP)<br><br>Chapter 11 |

## DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Top Line Granite Design Inc., a debtor-in-possession (the "Debtor") hereby submits its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

GENERAL NOTES REGARDING THE DEBTOR'S SCHEDULES AND STATEMENTS

1.   Unaudited Financial Information.  While the Debtor has sought to ensure that the Schedules and Statements are accurate and complete based upon information that was available at the time of preparation, the subsequent receipt of information or any audit may result in material changes to financial data and other information contained in the Schedules and Statements.

2.   Accuracy.  While the Debtor has sought to file complete and accurate Schedules and Statements, inadvertent errors and omissions may exist.  Accordingly, the Debtor reserves the right to amend its Schedules and Statements as necessary or appropriate.

3.   Market Value of Property Interests.  It would be prohibitively expensive and unduly burdensome to obtain current market valuation of the Debtor's property interests and other significant assets. Accordingly, unless otherwise noted, the carrying net value on the Debtor's books, rather than current market values, of the Debtor's interests in property is reflected on the Debtor' Schedules.

4.   Liabilities.  The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post petition periods may change.

5.   Claim Description.  Any failure to designate a claim on the Debtor's Schedules as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim is not "contingent," "unliquidated," or "disputed."  The Debtor reserves the right to dispute, or to assert offsets or defenses, to any claim reflected on its Schedules as to amount, liability, or

---

[1] A/k/a Design Top Line Granite, and aka Top Line Granite Design.  The Debtor's name was changed from Brazil Stones Inc. in November 2005.

classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtor reserves the right to amend its Schedules as necessary or appropriate.

6.  <u>Executory Contracts</u>. While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may occur. The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth in Schedule G that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed therein. Certain of executory agreements may not have been memorialized and could be subject to dispute. In addition, the Debtor may have entered into other types of agreements in the ordinary course of its business, such as subordination, supplemental agreements, amendments/letter agreements, non-compete agreements, and confidentiality agreements. Such documents are not set forth in Schedule G. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The Debtor reserves all of its rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim.

7.  <u>Tax Claims</u>. Tax liabilities may be listed on Schedule E (priority) and, in some cases where appropriate, Schedule F (unsecured), rather than on Schedule D (secured), as such classification analysis/determination requires an analysis of various states' laws which has not been completed.

8.  <u>Secured Claims</u>. Listing of a claim on Schedule D as a secured claim does not constitute an admission by the Debtor that such claim is secured. The Debtor reserves the right to dispute any claim listed on Schedule D as to amount, liability or its classification as a secured claim.

9.  <u>Claim Amounts</u>. The claims of individual creditors for, among other things, materials, goods, services, or taxes are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all rights with respect to any such credits and allowances including without limitation the right to assert claims objections and/or setoffs with respect to same. The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts.

10. <u>Specific Notes</u>. These general notes are in addition to the specific notes set forth in the Schedules and Statements.

3115258.2

4/11/22  5:46PM

---

**Fill in this information to identify the case:**

Debtor name   **Top Line Granite Design Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **22-40216 (CJP)**

☐ Check if this is an amended filing

---

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ **4,825,100.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ **4,825,100.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **4,964,856.01**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $ **109,872.83**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$ **11,110,184.80**

4. **Total liabilities** ........................................................................
   Lines 2 + 3a + 3b                                          $ **16,184,913.64**

---

| Fill in this information to identify the case: |
|---|

| | |
|---|---|
| Debtor name | **Top Line Granite Design Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **22-40216 (CJP)** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.    **Cash on hand**      $0.00

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank (4353)** | **Checking** | 4353 | $0.00 |
| 3.2. | **TD Bank (4311)** | **Checking** | 4311 | $0.00 |
| 3.3. | **Avidia Bank (8092) (-$6,900)** | **Vendor/ Business account** | 8092 | $0.00 |
| 3.4. | **Avidia Bank (1847) (-$34,600)** | **Payroll account** | 1847 | $0.00 |
| 3.5. | **Avidia Bank (9913)** | | 9913 | $0.00 |
| 3.6. | **Avidia Bank (2674) (-$21,800)** | | 2674 | $0.00 |

| Debtor | **Top Line Granite Design Inc.** | | Case number *(If known)* **22-40216 (CJP)** |
|--------|----------------------------------|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **Millyard Bank** | **Checking** | **3007** | **$50.00** |
| 3.8. | **LowellFive** | | **5096** | **$50.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.** | **$100.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11b. Over 90 days old:   **655,000.00**   -   **0.00**  =....   **$655,000.00**
face amount              doubtful or uncollectible accounts

12.  **Total of Part 3.** | **$655,000.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

4/11/22  5:46PM

| Debtor | **Top Line Granite Design Inc.** | | Case number *(If known)*  **22-40216 (CJP)** |
| | Name | | |

| | | | |
|---|---|---|---|
| Inventory / raw materials - book value about $2,000,000. | | $0.00 | $2,000,000.00 |

---

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

    **$2,000,000.00**

24. **Is any of the property listed in Part 5 perishable?**
    - ■ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ■ No
    - ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    - ■ No.  Go to Part 7.
    - ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    - ☐ No.  Go to Part 8.
    - ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>**Furniture book value $87,000 - Net accumulated depreciation about $7,000.00** | $0.00 | | $7,000.00 |

---

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.

    **$7,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    - ■ No
    - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

4/11/22 5:46PM

Debtor   **Top Line Granite Design Inc.**
_____
Name

Case number (If known) **22-40216 (CJP)**

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Book value for owned vehicles $565,000 - Net accumulated depreciation about $135,000**<br>**Some of the debtor's vehicles are subject to loans- See Schedule D. The debtor also leases several vehicles- See Schedule G** | $0.00 | | $135,000.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** _Examples:_ Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Machinery & equipment book value about $2,000,000.00- Net accumulated depreciation about $352,925.00** | $0.00 | | $2,000,000.00 |
| **Office equipment book value $242,000 - Net accumulated depreciation about $28,000** | $0.00 | | $28,000.00 |

| 51. | **Total of Part 8.** | | | **$2,163,000.00** |
|---|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | | |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Top Line Granite Design Inc.**
_____     Case number *(If known)*  **22-40216 (CJP)**
Name

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1.   **Commercial Property Lease, dated 1/1/2019 (as may be amended) with 347 Middlesex Road Realty Trust for 347 Middlesex Road, Tyngsboro MA.** | | | | |
| **Lease dated 11/26/2019 with Blackdog Investment Holdings LLC for Home Design Center / displays  in Nashua NH.** | | | | |
| **Occupancy arrangement (unwritten) with Brattle Development for warehouse space (41 Lowell Street, Dunstable MA 01827) since May 2021** | | **$0.00** | | **$0.00** |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | **$0.00** |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
  ■ No
  ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No.  Go to Part 11.
  ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets Website and domain name (https://www.toplinegranitedesign.com/)** | **$0.00** | | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

4/11/22 5:46PM

| Debtor | **Top Line Granite Design Inc.** | Case number *(If known)* | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

61.  **Internet domain names and websites**

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$0.00

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.  **Notes receivable**
Description (include name of obligor)

| **Amount loaned to 347 Middlesex Realty Trust (9/2019)** | **2,067,000.00** - | **2,067,000.00** = | |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | **Unknown** |

| **Amounts that may be owed by US Construction and Maintenance LLC for use of space** | **26,000.00** - | **26,000.00** = | |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | **Unknown** |

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Potential cause of action against Merchant Capital/Alpha Recovery Partners for unfair practices and  damages caused by contacting debtor's customers and/or vendors with false information**

**Unknown**

Nature of claim
Amount requested                                    **$0.00**

4/11/22 5:46PM

Debtor    **Top Line Granite Design Inc.**                                     Case number *(if known)*  **22-40216 (CJP)**
                    Name

| **Counterclaim in Allegheny lawsuit (See SOFA)** | **Unknown** |
|---|---|
| Nature of claim | |
| Amount requested | $0.00 |

| **Potential causes of action against certain cash advance/ hard money lenders for unfair practices pre-petition and/or post-petition, including for contacting customers and/or vendors** | **Unknown** |
|---|---|
| Nature of claim | |
| Amount requested | $0.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| **Leasehold improvements- book value about $1,000,000** | **Unknown** |
|---|---|

| **Second  EIDL loan application  (not approved as of petition)** | **Unknown** |
|---|---|

78. **Total of Part 11.**                                                                         $0.00

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor **Top Line Granite Design Inc.**
Name

Case number *(If known)* **22-40216 (CJP)**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $655,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,000,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,163,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,825,100.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,825,100.00 |

4/11/22 5:46PM

**Fill in this information to identify the case:**

Debtor name **Top Line Granite Design Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **22-40216 (CJP)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral<br>that supports this claim |
|---|---|---|

**2.1  AJ Equity Group**
Creditor's Name
**1648 61 Street**
c/o Dillon Dancoso
**Brooklyn, NY 11204**
Creditor's mailing address

john@tvtcapital.com;
sender@ajequity.com;
aryeh@ajequity.com
Creditor's email address, if known

Date debt was incurred
**Merchant cash advance agreeement 1/21/22**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Substantially all assets**

Describe the lien
**UCC statement filed 1/27/22**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$33,681.70** | **$0.00**

**2.2  Avidia Bank**
Creditor's Name
**42 Main Street**
c/o Stephen McAndrew
**Hudson, MA 01749**
Creditor's mailing address

s.mcandrew@avidiabank.com
Creditor's email address, if known

Date debt was incurred
**8/28/19**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Substantially all assets**

Describe the lien
**UCC statement filed 8/28/19 (see equipment loan)**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**$1,455,643.76** | **Unknown**

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 14

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

4/11/22 5:46PM

Debtor   **Top Line Granite Design Inc.**                Case number *(if known)*   **22-40216 (CJP)**
_____
Name

**Revolving line/ inventory loan**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Avidia Bank No. 5365** | | |
|---|---|---|---|

Creditor's Name

**42 Main Street
c/o Stephen McAndrew
Hudson, MA 01749**

Creditor's mailing address

**s.mcandrew@avidiabank.c om**

Creditor's email address, if known

**Date debt was incurred**

**8/28/19**

**Last 4 digits of account number**

**Equipment loan**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**       $1,086,438.41       Unknown
**Substantially all assets**

**Describe the lien**

**UCC statement filed 8/28/19 (see revolving/ inventory loan)**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Blade Funding Inc.** | | |
|---|---|---|---|

Creditor's Name

**211 Boulevard of the Americas
Lakewood, NJ 08701**

Creditor's mailing address

**uw@bladefunding.com; info@bladefunding.co**

Creditor's email address, if known

**Date debt was incurred**

**Agreement for purchase and sale of future receipts 2/3/22**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**       $75,525.00       $0.00
**Substantially all assets**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **BrickStone Group LLC** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**       $60,159.58       $0.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

4/11/22  5:46PM

Debtor   **Top Line Granite Design Inc.**                    Case number (if known)   **22-40216 (CJP)**
         Name

Creditor's Name
**1201 N. Orange Street, Ste 7140**
**Wilmington, DE 19801**
Creditor's mailing address

**bruce@brickstonefund.com;**
**moshe@mrfundinggroup.com**
Creditor's email address, if known

Date debt was incurred
**Merchant cash advance agreement 2/14/22**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Substantially all assets**

**Describe the lien**

Is the creditor an insider or related party?
■ No

☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Colonial Imports Corp.** | Describe debtor's property that is subject to a lien | $35,491.00 | Unknown |

Creditor's Name
**2019 Toyota RAV4 (VIN # xxx2522)**

**10 Marmon Drive**
**Nashua, NH 03060**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**3/22**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**Car loan - Retail installment sale contract (6 yrs)**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Colonial Imports Corp.** | Describe debtor's property that is subject to a lien | $39,231.00 | Unknown |

Creditor's Name
**2019 Toyota RAV2 (VIN # xxx7049)**

**10 Marmon Drive**
**Nashua, NH 03060**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**3/22**

**Describe the lien**
**Car loan - Retail installment sale contract (6 yrs)**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 3 of 14

4/11/22 5:46PM

| Debtor | **Top Line Granite Design Inc.** | | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|---|
| | Name | | | |

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Colonial Imports Corp.** | Describe debtor's property that is subject to a lien | $35,456.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **2019 Toyota RAV4 (VIN # xxx7107)** | | |

**10 Marmon Drive**
**Nashua, NH 03060**
Creditor's mailing address

Describe the lien
**Car loan - Retail installment sale contract (6 yrs)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/22**
Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Colonial Imports Corp.** | Describe debtor's property that is subject to a lien | $35,491.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **2019 Toyota RAV 4 (VIN#9596)** | | |

**10 Marmon Drive**
**Nashua, NH 03060**
Creditor's mailing address

Describe the lien
**Car loan - Retail installment sale contract (6 yrs)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.10 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 4 of 14 |
|---|---|---|

4/11/22 5:46PM

| Debtor | **Top Line Granite Design Inc.** | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**as representative**
**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**NOTICE PURPOSES**

**Describe the lien**
**UCC Statement: #202284916570**

**UCCSPREP@CSCGLOBAL.**
**COM**
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1<br>1 | **CT Corporation System, as representative** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **NOTICE PURPOSES** | | |

**330 N. Brand Blvd., Suite 700**
**Attn: SPRS**
**Glendale, CA 91203**
Creditor's mailing address

**Describe the lien**
**UCC statement # 202071949350;**
**#202173750430; #202183216960;**
**#202184108840**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1<br>2 | **Danvers - TII, Inc.** | **Describe debtor's property that is subject to a lien** | $19,773.00 | $35,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 Toyota Highlander Hybrid XLE AWD (VIN xx0869)** | | |

**488 Main Street**
**Tewksbury, MA 01876**
Creditor's mailing address

**Describe the lien**
**Car loan - Retail installment sale contract (5 yrs)**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 14

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

4/11/22 5:46PM

| Debtor | **Top Line Granite Design Inc.** | | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**
**10/8/2020**
Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Danvers - TII, Inc.** | Describe debtor's property that is subject to a lien | $19,000.00 | $35,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 Toyota Highlander Hybrid XLE AWD (VIN xx8318)** | | |

**488 Main Street**
**Tewksbury, MA 01876**
Creditor's mailing address

**Describe the lien**
**Car loan - Retail installment sale contract (5 yrs)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/9/2020**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Danvers - TII, Inc.** | Describe debtor's property that is subject to a lien | $18,000.00 | $18,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 Toyota C-HR XLE FWD (VIN xx5019)** | | |

**488 Main Street**
**Tewksbury, MA 01876**
Creditor's mailing address

**Describe the lien**
**Car loan - Retail installment sale contract (5 yrs)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/13/2020**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

4/11/22 5:46PM

| Debtor | **Top Line Granite Design Inc.** | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

| 2.1 5 | **Delta Bridge Funding** | Describe debtor's property that is subject to a lien | $22,356.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**18851 NE 29th Ave.
Suite 700
Miami, FL 33180**

Creditor's mailing address

**uw@mradvancellc.com;
admin@fundingcontracts.c
om; dan@bridgeconso**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Substantially all assets**

**Describe the lien**
**UCC statement # 202193958220 (filed 12/24/21
by Corporate Service)**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 6 | **Diverse Capital** | Describe debtor's property that is subject to a lien | $211,563.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**750 Main Street, Suite 906
Hartford, CT 06103**

Creditor's mailing address

**erica@tritonrecoverygroupi
nc.com;
edwind@opsmca.com;
submit@dive**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Substantially all asset UCC**

**Describe the lien**

Is the creditor an insider or related party?
■ No

☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 7 | **ENG Commercial Finance** | Describe debtor's property that is subject to a lien | $317,386.52 | Unknown |
|---|---|---|---|---|

Creditor's Name

**One Pierce Place, Suite
1100
P.O. Box 128
c/o Rose Reynolds, VP
Itasca, IL 60143**

Creditor's mailing address

**Equipment loan**

**Describe the lien**
**UCC statement filed 10/8/20**

---

4/11/22 5:46PM

| Debtor | **Top Line Granite Design Inc.** | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

**customerservice@engsfinance.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6418**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.18 | **Enterprise Bank and Trust Company** | Describe debtor's property that is subject to a lien<br>**All assets** | $23,936.04 | Unknown |
|---|---|---|---|---|

Creditor's Name

**222 Merrimack Street**
**c/o Richard Chavez**
**Lowell, MA 01852**

Creditor's mailing address

**Describe the lien**
**UCC filed 3/16/2007 (continued 2/7/22)**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8182**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.19 | **First Corporate Solution,** | Describe debtor's property that is subject to a lien<br>**NOTICE PURPOSES** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**as representative**
**914 S. Street**
**Sacramento, CA 95811**

Creditor's mailing address

**Describe the lien**
**UCC Statement $202285292240 (filed 2/4/22)**

**Is the creditor an insider or related party?**

■ No

**SPRS@FICOSO.COM**

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

4/11/22  5:46PM

| Debtor | **Top Line Granite Design Inc.** | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

**2.20**

**Lexus Financial Services**
Creditor's Name

**P.O. Box 5855**
**Carol Stream, IL**
**60197-5855**
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2017 Lexus RX (VIN # xx2846)**
**Unpaid amount prepetition $690.00**

Describe the lien
**Car loan - retail installment sale contract (4 years)**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$23,110.00    $24,000.00

---

**2.21**

**Mercury Funding**
Creditor's Name

**1200 River Ave.**
**Lakewood, NJ 08701**
Creditor's mailing address

**sean@securecapitalsolutio
ns.com**
Creditor's email address, if known

**Date debt was incurred**
**Merchant cash advance
agreement 12/9/21**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Substantially all assets**

Describe the lien
**UCC financing statement filed 12/10/21**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$35,600.00    $0.00

---

**2.22**

**MR Advance**
Creditor's Name
**35-12 19th Ave, Suite 3W
c/o Michael Kay
Astoria, NY 11105**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**NOTICE PURPOSES (paid)**

Describe the lien

$0.00    $0.00

---

4/11/22 5:46PM

| Debtor | **Top Line Granite Design Inc.** | | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|---|
| | Name | | | |

uw@mradvancellc.com;
admin@fundingcontracts.c
om; info@mradvancel

Creditor's email address, if known

**Date debt was incurred**
**Future receivables sale and
purchase agreement
12/23/21**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**
☑ No

☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.2 3 | **RFG** | Describe debtor's property that is subject to a lien **Substantially all assets** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**260 Christopher Lane
Staten Island, NY 10314**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe the lien**
**UCC statement filed 11/6/19**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.2 4 | **ROC Funding** | Describe debtor's property that is subject to a lien **Substantially all assets** | **$387,081.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1457 Richmond Road
c/o Daren Doral
Staten Island, NY 10314**
Creditor's mailing address

info@rocfundinggroup.co
m;
daren@rocfundinggroup.c
om; mcatalano@r

Creditor's email address, if known

**Date debt was incurred**
**Merchant agreements 7/21,
11/21**
Last 4 digits of account number

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No

☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

4/11/22 5:46PM

| Debtor | **Top Line Granite Design Inc.** | | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 5 | **Speedy Funding** | **Describe debtor's property that is subject to a lien** | **$64,816.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Substantially all assets** | | |

**157 Church Street
New Haven, CT 06510**
Creditor's mailing address

**Describe the lien**

**nir@diversecapitalllc.com;
info@speedyfundcapital.com**
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
Merchant agreement
2/15/22**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 6 | **Tulley Automotive Group** | **Describe debtor's property that is subject to a lien** | **$88,827.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **2021 GMC Sierra 2500HD AT4 (VIN # xxx8219)** | | |

**147 Daniel Webster Hwy
Nashua, NH 03060**
Creditor's mailing address

**Describe the lien**
**Car loan - Retail installment sale contract (6 yrs)**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
3/22**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 7 | **TVT Capital** | **Describe debtor's property that is subject to a lien** | **$290,097.50** | **$0.00** |
|---|---|---|---|---|

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 11 of 14

4/11/22  5:46PM

Debtor  **Top Line Granite Design Inc.**                    Case number (if known)    **22-40216 (CJP)**
_____Name

| Creditor's Name | **Substantially all assets** |
| --- | --- |

**1407 Broadway
c/o John Porcello
New York, NY 10018**
Creditor's mailing address

Describe the lien

**john@tvtcapital.com;
info@tvtcapital.com**
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**agreement for purchase
and sale of future receipts**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 8 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $500,000.00 | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name                                   **Substantially all assets**

**2 North 20th Street, Suite
320
Birmingham, AL 35203**
Creditor's mailing address

Describe the lien
**EIDL loan**

**disastercustomerservice@
sba.gov**
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **Ultra Funding** | Describe debtor's property that is subject to a lien | $86,192.50 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name                                   **Substantially all assets**

**23 Foster Street, Level 2
Surry Hills, NSW, Australia
201**
Creditor's mailing address

Describe the lien

**dfrank@ewalletinc.com;
edwin@opsmca.com;
dillond@competitivecaps**
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**Revenue purchase
agreement 1/21/22**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 12 of 14

4/11/22  5:46PM

| Debtor | **Top Line Granite Design Inc.** | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.30 | **US Bank Equipment Finance** | | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** **NOTICE PURPOSES (loan repaid)** | | |

**1310 Madrid Street
Marshall, MN 56258**
Creditor's mailing address

**Describe the lien**
**UCC financing statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.31 | **Wells Fargo Equipment Finance Inc.** | | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** **NOTICE PURPOSES (loan repaid)** | | |

**600 South 4th Street, MAC
N9300-100
Minneapolis, MN 55415**
Creditor's mailing address

**Describe the lien**
**UCC financing statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $4,964,856.01 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

4/11/22  5:46PM

Debtor   **Top Line Granite Design Inc.**                                    Case number (if known)    **22-40216 (CJP)**
_____
Name

assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CloudFund LLC**<br>**c/o Steve Saffer, Peak Fundng**<br>**Steve@peak-funding.com** | Line **2.15** | |
| **Mercury Funding**<br>**60 Park Ave S.**<br>**Lakewood, NJ 08701** | Line **2.21** | |
| **Mercury Funding Group, Inc**<br>**P.O. Box 306**<br>**c/o Sean Harris**<br>**Lafayette, CA 94549** | Line **2.21** | |
| **Michael Van Dam, Esq.**<br>**Van Dam Law**<br>**233 Needham Street, Suite 540**<br>**Newton Upper Falls, MA 02464** | Line **2.2** | |
| **U.S. Small Business Administration**<br>**SBA Office of Disaster Assistance**<br>**409 3rd St., SW**<br>**Washington, DC 20416** | Line **2.28** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 14 of 14

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

4/11/22 5:47PM

**Fill in this information to identify the case:**

Debtor name **Top Line Granite Design Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **22-40216 (CJP)**

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,198.00** | **$3,198.00** |
|---|---|---|---|---|

**Alvaro Camargo**
**10 Pleasant Street**
**Lowell, MA 01851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Check 3/24/2022**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,878.25** | **$99,878.25** |
|---|---|---|---|---|

**Commonwealth of Massachusetts**
**Department of Revenue**
**P.O. Box 7090**
**Boston, MA 02204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**1/2021 to 2/28/22**

Basis for the claim:
**Notice of Levy**
**(Sales tax; corproate excise tax)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

4/11/22 5:47PM

| Debtor | **Top Line Granite Design Inc.** | | Case number (if known) | **22-40216 (CJP)** |
|--------|----------------------------------|--|--------|--------|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $674.64 | $674.64 |
|-----|----------------------------------------------|----------------------------------------------|---------|---------|

**Helen De Oliveira Moreno**
**452 Central Street**
**Unit 6**
**Lowell, MA 01852**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Check 3/23/22**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.23 | $126.23 |
|-----|----------------------------------------------|----------------------------------------------|---------|---------|

**Maicon R. Pereira**
**31 Easy Street**
**Bellingham, MA 02019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Check 3/18/22**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,450.00 | $1,450.00 |
|-----|----------------------------------------------|----------------------------------------------|-----------|-----------|

**Mario Alves**
**55 Lawrence Street**
**Lowell, MA 01852**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Check 3/21/2022**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,133.33 | $1,133.33 |
|-----|----------------------------------------------|----------------------------------------------|-----------|-----------|

**Natalia Vidotti**
**164 Whitehall Road**
**Amesbury, MA 01913**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Checks 3/16/22**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

4/11/22 5:47PM

| Debtor | **Top Line Granite Design Inc.** | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $855.71 | $855.71 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Paulo D. Amaral**
**100 Chapman Pl.**
**Leominster, MA 01453**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$855.71     $855.71

Date or dates debt was incurred
**Check 3/25/2022**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address |
|---|---|

**Ricardo L. Silva**
**146 Cannongate III Rd.**
**Nashua, NH 03063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,685.47     $1,685.47

Date or dates debt was incurred
**Checks 3/23/2022**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address |
|---|---|

**William Marmolejo**
**1 Paxton Terrace**
**Nashua, NH 03064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$871.20     $871.20

Date or dates debt was incurred
**Check 3/25/22**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,000.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**347 Middlesex Road Realty Trust**
**347 Middlesex Road**
**Tyngsboro, MA 01879**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$56,000.00

Date(s) debt was incurred  **Feb/ March 2022**
Last 4 digits of account number _

Basis for the claim:  **Commercial real property lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,645.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Action King Services, Inc**
**26 Livingston Street**
**Lowell, MA 01852**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,645.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

4/11/22 5:47PM

| Debtor | **Top Line Granite Design Inc.** | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**Alcateia Marketing/Headquarter**
**199 Lynn Street**
**Peabody, MA 01960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,406.35 |
|---|---|---|---|

**Allegheny Consulting Group LLC**
**100 Business Park Drive #12**
**Tyngsboro, MA 01879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148,607.00 |
|---|---|---|---|

**Allegheny Contract Flooring**
**36 Holton Street**
**Winchester, MA 01890**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subject to pending litigation and counterclaim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,360.82 |
|---|---|---|---|

**AmeriGas/Metro Lift Propane**
**P.O. Box 415**
**42 Main Street**
**Epping, NH 03042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Angela Caggiano**
**11 Clergy Circle**
**Nashua, NH 03063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,570.40 |
|---|---|---|---|

**Arbella Insurance Group**
**P.O. Box 699227**
**Quincy, MA 02269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,843.00 |
|---|---|---|---|

**Associated Employers Insurance**
**P.O. Box 4131**
**Woburn, MA 01888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

4/11/22 5:47PM

| Debtor | **Top Line Granite Design Inc.** | Case number *(if known)* | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,030,570.05** |
|---|---|---|---|

**Avidia Bank**
**42 Main Street**
**Hudson, MA 01749**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guaranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,008,590.06** |
|---|---|---|---|

**Bay Colony Development Corp/ SBA loan**
**230 Third Avenue, 1st Floor**
**c/o Kim Legere, VP**
**Waltham, MA 02451**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guaranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,699.98** |
|---|---|---|---|

**Best Buy, Inc.**
**Retal Services**
**P.O.Box 17298**
**Baltimore, MD 21297**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,150.88** |
|---|---|---|---|

**Blackdog Builder Investment Holdings**
**7 Red Roof Lane,**
**Unit 1**
**Salem, NH 03079**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **New Hampshire lease**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,970.50** |
|---|---|---|---|

**Boston Granite Exchange**
**1 Parkridge Road**
**P.O. Box 8242**
**Haverhill, MA 01835**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brattle Development**
**147 Depot Street**
**Dunstable, MA 01827**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warehouse space**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,017.18** |
|---|---|---|---|

**BSX Stone Supplier**
**201 SE 15th Ter, Ste. 208**
**Deerfield Beach, FL 33441**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

4/11/22 5:47PM

| Debtor | **Top Line Granite Design Inc.** | Case number *(if known)* | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,725.00**

**CaesarStone**
P.O. Box 603791
Charlotte, NC 28260-3791

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,606.00**

**Cambria USA**
46 Development Road
Fitchburg, MA 01420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,777.22**

**Carolline Martire**
d/b/a Carolline's Service
945 Middlesex St., Unit 1
Lowell, MA 01851

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Checks 3/3 - 3/25/22

Basis for the claim:  Sales manager & bookkeeping (1099)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,238.61**

**Cohn & Dussi, LLC**
Attn: Christian Menzi
68 Harrison Ave.
Suite 502
Boston, MA 02111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,985.00**

**D.F. Brophy & Son Inc.**
Attn: Kevin Brophy
91 Mill Street
Burlington, MA 01803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,617.64**

**Daltile**
345 University Ave.
Westwood, MA 02090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Danvers - TII, Inc.**
488 Main Street
Tewksbury, MA 01876

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Auto leases (8) - see Schedule G

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

4/11/22 5:47PM

| Debtor | **Top Line Granite Design Inc.** | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,423.23**

**Deluxe Business Checks and Solutions**
P.O.Box 64468
Saint Paul, MN 55164

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$607.50**

**DJ Kinney Trucking**
59 Old Milford Road
Brookline, NH 03033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$174.06**

**Duff's Garage, Inc.**
92 Kendall Road
Tyngsboro, MA 01879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,600.00**

**Easy Way Landscaping Inc.**
767 Central Street
Lowell, MA 01852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,279,657.00**

**Edmilson Ramos**
P.O. Box 705
Tyngsboro, MA 01879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **Insider loans**

Basis for the claim: **Personal loans  used for benefit of debtor.**

_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500,000.00**

**Edmilson Ramos**
P.O. Box 705
Tyngsboro, MA 01879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **Insider loan**

Basis for the claim: **Personal home refinancing used for business**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,101.00**

**European Granite & Marble Corp.**
675 Canton Street
Norwood, MA 02062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

4/11/22 5:47PM

| Debtor | **Top Line Granite Design Inc.** | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

---

**3.31** Nonpriority creditor's name and mailing address

**Excel Marble and Granite**
**24 Granite Street**
**Milford, MA 01757**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,290.90**

---

**3.32** Nonpriority creditor's name and mailing address

**Ferazzoli Imports of New England Inc.**
**234 Middle Street**
**Middletown, CT 06457**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,398.46**

---

**3.33** Nonpriority creditor's name and mailing address

**Financial Pacific Leasing**
**3455 S. 344th Way**
**Suite 300**
**Federal Way, WA 98001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.34** Nonpriority creditor's name and mailing address

**Finger Moveis Planejados**
**Rod RS 404 KM 04**
**Distrito Industrial**
**Sarandi-RS-Brasil 99560-000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,477.00**

---

**3.35** Nonpriority creditor's name and mailing address

**G. Stone Commerical Division**
**489 Foote St.**
**Middlebury, VT 05753**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.36** Nonpriority creditor's name and mailing address

**Global Contact**
**16 West Main Street**
**Suite C**
**Marlton, NJ 08053**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.37** Nonpriority creditor's name and mailing address

**Global Stone**
**102 Wightman St.**
**North Chelmsford, MA 01863**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$79,250.00**

---

4/11/22 5:47PM

| Debtor | **Top Line Granite Design Inc.** | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,810.00**

**Goldman & Partners Immigration Law**
**125 Washington Street, Suite 204**
**Salem, MA 01970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,817.93**

**Gramafal Granitos e Marmores Falqueto**
**Rod BR 262 s/n - Km 104 Bananeiras**
**Venda Nova do Imigrantes, ES**
**Brazil 2937-000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$106,054.85**

**Granite and Marble Depot, Inc.**
**15 Old Flanders Road**
**Westborough, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,204.34**

**Guidone USA, Inc.**
**263 E. Oak Street**
**Morae Helena, GA 31055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,099.19**

**Hirsch Glass Corp/Spectum Quartz**
**565 University Ave.**
**Norwood, MA 02062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,458.00**

**Hyquality Tools**
**34 Lawson Farm Road**
**Londonderry, NH 03053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,125.00**

**Ideal Tile of Newton**
**244 Needham Street**
**Newton Upper Falls, MA 02464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Top Line Granite Design Inc.** | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,782.18 |
|---|---|---|---|

**Jeanne D'Arc Credit Union
Payment Processing
P.O. Box 1238
Lowell, MA 01853-1238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**JP Mony Marble & Granite Inc.
121 Whipple Street
Apt 19
Worcester, MA 01610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,074.25 |
|---|---|---|---|

**KP Stone Tools
62 Newton Ave.
Plainville, CT 06062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,707.89 |
|---|---|---|---|

**Leamar Industries, Inc.
171 Locke Drive
Marlborough, MA 01752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,374.50 |
|---|---|---|---|

**LG Hausys America, Inc.
900 Circle 75 Parkway SE
Suite 1500
Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**LocalBR Computer Inc.
200 Everett Ave.
Chelsea, MA 02150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,000.00 |
|---|---|---|---|

**Manoel P. Costa
530 Lowell Street
Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Private loan**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

4/11/22 5:47PM

| Debtor | **Top Line Granite Design Inc.** | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

**3.52** | Nonpriority creditor's name and mailing address

**Marble and Granite, Inc.**
**270 University Avenue**
**Westwood, MA 02090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,979.00**

---

**3.53** | Nonpriority creditor's name and mailing address

**Mark Ryan Rippetoe**
**On the Marble Services**
**11 Vernye**
**North Chelmsford, MA 01863**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Referral fee**

Is the claim subject to offset? ☐ No ☐ Yes

**$352.00**

---

**3.54** | Nonpriority creditor's name and mailing address

**MB Customs, Inc.**
**186 Mammoth Road**
**Lowell, MA 01854**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,554.39**

---

**3.55** | Nonpriority creditor's name and mailing address

**Mendonca & Partners, CPA L.L.C.**
**1030 Salem Road**
**Township, NJ 07083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$188,218.25**

---

**3.56** | Nonpriority creditor's name and mailing address

**Merchant Capital / Alpha Recovery Partne**
**5308 13th Ave., Suite 324**
**Brooklyn, NY 11219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES (Debtor has potential causes of action)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.57** | Nonpriority creditor's name and mailing address

**Mitchell Electric, Inc.**
**3 Industrial Way, Unit A**
**Tyngsboro, MA 01879**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$420.00**

---

**3.58** | Nonpriority creditor's name and mailing address

**Mitchell Kazimwezyh**
**50 Locksley Road**
**Lynnfield, MA 01940**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

4/11/22  5:47PM

| Debtor | **Top Line Granite Design Inc.** | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,387.71**

**Moxtra Import & Export LLC**
**120 Main Street**
**Milford, MA 01757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,391.22**

**MS International, Inc.**
**1080 University Ave.**
**Norwood, MA 02062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,200.07**

**National Grid (Electric)**
**P.O. Box 11737**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,140.97**

**National Grid - Gas**
**P.O. Box 1040**
**Northborough, MA 01532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,701.00**

**New England Home Performance Kings**
**New England Gutter Kings**
**50 Boston Road**
**Lowell, MA 01852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00**

**New England Security Shredders, LLC**
**New England Scaffolding Service, LLC**
**85 Mill Street**
**Brockton, MA 02301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00**

**North East Builders Association of MA**
**170 Main Street, #205**
**Tewksbury, MA 01876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Top Line Granite Design Inc.** | Case number *(if known)* | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**North Metal and Trucks Corp.**
**365 Central Street**
**Hudson, MA 01749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,858.00** |
|---|---|---|---|

**Pacific Enterprise**
**49 Gardner Street**
**Worcester, MA 01610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,080.00** |
|---|---|---|---|

**Papeleguas Auto Repair**
**47 Aiken Ave.**
**Lowell, MA 01850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$614,200.00** |
|---|---|---|---|

**Patrick Rygiel**
**17 Laurie Lane**
**Lowell, MA 01854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,255.20** |
|---|---|---|---|

**Petro Home Services**
**P.O. Box 70282**
**Philadelphia, PA 19176-0282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,500.00** |
|---|---|---|---|

**Portes Trucking LLC**
**30 Saxonia Ave.**
**Lawrence, MA 01841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,337.50** |
|---|---|---|---|

**Raphael Stone Collection**
**665 Cambridge Street**
**Worcester, MA 01610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

4/11/22 5:47PM

| Debtor | **Top Line Granite Design Inc.** | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,173.35 |
|---|---|---|---|

**Russell Mann Machinery, LLC**
**P.O. Box 272**
**Mahwah, NJ 07430-9998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**Sasso USA Inc.**
**10912 Metronome Drive**
**Houston, TX 77043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,313.75 |
|---|---|---|---|

**Sherburne Lumber**
**56 Coburn Road**
**Tyngsboro, MA 01879-0353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Sunape Street Autoworks**
**50 Sunape Street**
**Newport, NH 03773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,086.96 |
|---|---|---|---|

**Sysco Boston, LLC**
**f/k/a Hallsmith-Sysco Food Services LLC**
**99 Spring Street**
**Plympton, MA 02367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,352.97 |
|---|---|---|---|

**TM Stone & Granite**
**24 Rogers Road, Unit #5**
**Haverhill, MA 01835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,807.59 |
|---|---|---|---|

**Town of Tyngsboro**
**25 Bryants Lane**
**Tax Office**
**Tyngsboro, MA 01879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

4/11/22 5:47PM

| Debtor | **Top Line Granite Design Inc.** | Case number (if known) | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Toyota Financial Services**
P.O. Box 105386
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE PURPOSES- see Danvers TII, Inc.**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,615.67** |
|---|---|---|---|

**Tyngsboro Water District**
25 Bryants Laine
Tyngsboro, MA 01879

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,910.96** |
|---|---|---|---|

**United Rentals**
P.O. Box 100711
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**US Construction and Maintenance**
347 Middlesex Road
Tyngsboro, MA 01879

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,925.00** |
|---|---|---|---|

**US Quartz & Stones Inc.**
43 Brunswick Ave., Ste. 1
Perth Amboy, NJ 08861

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,127.00** |
|---|---|---|---|

**Verona Granite and Marble Importers**
705 Quequechan St.
Fall River, MA 02721

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78,298.92** |
|---|---|---|---|

**Way2Go Cargo Corp.**
P.O. Box 4001
Boynton Beach, FL 33424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

4/11/22 5:47PM

| Debtor | **Top Line Granite Design Inc.** | Case number *(if known)* | **22-40216 (CJP)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,040.55 |
| | **Wells Fargo Vendor Fin. Serv., LLC** | ☐ Contingent | |
| | **(assignee of Konica Minolta Premier Fin)** | ☐ Unliquidated | |
| | **1010 Thomas Edison Blvd. SW** | ☐ Disputed | |
| | **Cedar Rapids, IA 52404** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Premier Advantage Agreement (equipment lease)** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,146.80 |
| | **Win Waste Innovations** | ☐ Contingent | |
| | **c/o Charles George Companies, Inc.** | ☐ Unliquidated | |
| | **90 Arboretum Dr. Suite 300** | ☐ Disputed | |
| | **Portsmouth, NH 03801** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,362.00 |
| | **WJ Graves** | ☐ Contingent | |
| | **P.O. Box 401** | ☐ Unliquidated | |
| | **East Templeton, MA 01438** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David E. Wilson, Esq.** | Line **3.5** | **Litig counsel for Allegheny** |
| | **Corwin & Corwin LLP** | | |
| | **600 Unicorn Park Drive** | ☐ Not listed. Explain ____ | |
| | **2nd Floor** | | |
| | **Woburn, MA 01801** | | |
| 4.2 | **Florence Zabokritsky, Esq.** | Line **3.56** | **(Merchant Capital)** |
| | **Alpha Recovery Partners** | | |
| | **1274 49th Street, Suite 197** | ☐ Not listed. Explain ____ | |
| | **Brooklyn, NY 11219** | | |
| 4.3 | **National Grid - Electric** | Line **3.61** | _ |
| | **P.O. Box 960** | | |
| | **Northborough, MA 01532** | ☐ Not listed. Explain ____ | |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 109,872.83 |
| 5b. Total claims from Part 2 | 5b. + | $ | 11,110,184.80 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 11,220,057.63 |

4/11/22  5:47PM

**Fill in this information to identify the case:**

Debtor name      **Top Line Granite Design Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **22-40216 (CJP)**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease dated Jan 1, 2019, as may be amended** | |
| State the term remaining | **(Expires 12/31/23 subject to renewal)** | |
| List the contract number of any government contract | | **347 Middlesex Road Realty Trust**<br>**347 Middlesex Road**<br>**Tyngsboro, MA 01879** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Lease dated 11/26/2019 , beginning Jan 1, 2020 for NH home design center/ displays (520 Amherst St, Nashua NH)** | |
| State the term remaining | **(ending 12/31/23 subject to renewal)** | |
| List the contract number of any government contract | | **Blackdog Builder Investment Holdings LLC**<br>**7 Red Roof Lane, Unit 1**<br>**Salem, NH 03079** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Warehouse space occupancy arrangement (unwritten lease) since May 2021 for 41 Lowell Street, Dunstable MA** | |
| State the term remaining | **n/a** | |
| List the contract number of any government contract | | **Brattle Development**<br>**147 Depot Street**<br>**Dunstable, MA 01827** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Closed- End Motor Vehicle Lease Agreement dated 9/14/19 for 3 years (2019 Totota C-HR Limited FWD (VIN xxx 4815)** | |
| State the term remaining | **6 months** | **Danvers - Til, Inc.**<br>**468 Main Street**<br>**Tewksbury, MA 01876** |

4/11/22 5:47PM

| Debtor 1 | **Top Line Granite Design Inc.** | | Case number *(if known)* | **22-40216 (CJP)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any government contract _____

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Closed- End Motor Vehicle Lease Agreement dated 10/1/19 for 3 years (2019 Totota Tacoma 4WD SR5 Double Cab 5'Bed V6 AT (VIN xxx 6691)** | |
|---|---|---|---|
| | State the term remaining | **7 months** | |
| | List the contract number of any government contract | _____ | **Danvers - TII, Inc.**<br>**488 Main Street**<br>**Tewksbury, MA 01876** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Closed- End Motor Vehicle Lease Agreement dated 8/26/20  for 3 years (2020 Toyota Prius LEAWD-e  (VIN xxx 6351)** | |
|---|---|---|---|
| | State the term remaining | **1 yr 5 months** | |
| | List the contract number of any government contract | _____ | **Danvers - TII, Inc.**<br>**488 Main Street**<br>**Tewksbury, MA 01876** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Closed- End Motor Vehicle Lease Agreement dated 8/26/20  for 3 years (2020 Toyota Prius LEAWD-e  (VIN xxx 0718)** | |
|---|---|---|---|
| | State the term remaining | **1 yr 5 months** | |
| | List the contract number of any government contract | _____ | **Danvers - TII, Inc.**<br>**488 Main Street**<br>**Tewksbury, MA 01876** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Closed- End Motor Vehicle Lease Agreement dated 8/26/20  for 3 years (2020 Toyota Prius LEAWD-e  (VIN xxx 7634)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Danvers - TII, Inc.**<br>**488 Main Street**<br>**Tewksbury, MA 01876** |

4/11/22  5:47PM

| Debtor 1 | **Top Line Granite Design Inc.** | | Case number *(if known)* | **22-40216 (CJP)** |
| | First Name | Middle Name | Last Name | |

⬛ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Closed- End Motor Vehicle Lease Agreement dated 8/26/20  for 3 years (2020 Toyota Prius LEAWD-e  (VIN xxx 2300)** | |
| | State the term remaining | **1 yr 5 months** | **Danvers - TII, Inc.** |
| | List the contract number of any government contract | | **488 Main Street**<br>**Tewksbury, MA 01876** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Closed- End Motor Vehicle Lease Agreement dated 8/26/20  for 3 years (2020 Toyota Prius LEAWD-e  (VIN xxx 2004)** | |
| | State the term remaining | **1 yr 5 months** | **Danvers - TII, Inc.** |
| | List the contract number of any government contract | | **488 Main Street**<br>**Tewksbury, MA 01876** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Closed- End Motor Vehicle Lease Agreement dated 8/26/20  for 3 years (2020 Toyota Prius LEAWD-e  (VIN xxx 2090)** | |
| | State the term remaining | **1 yr 5 months** | **Danvers - TII, Inc.** |
| | List the contract number of any government contract | | **488 Main Street**<br>**Tewksbury, MA 01876** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Processing Application and Agreement, dated 4/2021 (3 years)** | |
| | State the term remaining | | **First Data Merchant Services LLC** |
| | List the contract number of any government contract | | **4000 Coral Ridge Drive**<br>**Pompano Beach, FL 33065** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Premier Advantage Agreement equipment lease) dated 8/2019  (4 years)** | |
| | State the term remaining | **16+ months** | **Wells Fargo Vendor Fin. Serv., LLC**<br>**(assignee of Konica Minolta Premier Fin)** |
| | List the contract number of any | | **1010 Thomas Edison Blvd. SW**<br>**Cedar Rapids, IA 52404** |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 3 of 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

4/11/22 5:47PM

| Debtor 1 | **Top Line Granite Design Inc.** | | | Case number *(if known)* | **22-40216 (CJP)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

government contract

---

4/11/22 5:47PM

| Fill in this information to identify the case: |
| --- |

Debtor name  **Top Line Granite Design Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  **22-40216 (CJP)**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                      Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | **347 Middlesex Road Realty Trust** | **347 Middlesex Road Tyngsboro, MA 01879** | Avidia Bank | ■ D  **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **347 Middlesex Road Realty Trust** | **347 Middlesex Road Tyngsboro, MA 01879** | Avidia Bank No. 5365 | ■ D  **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **347 Middlesex Road Realty Trust** | **(primary obligor)** | Avidia Bank | ☐ D ____<br>■ E/F  **3.10**<br>☐ G ____ |
| 2.4 | **347 Middlesex Road Realty Trust** | **(primary obligor)** | **Bay Colony Development Corp/ SBA loan** | ☐ D ____<br>■ E/F  **3.11**<br>☐ G ____ |
| 2.5 | **Edmilson Ramos** | **P.O. Box 705 Tyngsboro, MA 01879** | **TVT Capital** | ■ D  **2.27**<br>☐ E/F ____<br>☐ G ____ |

4/11/22 5:47PM

| Debtor | **Top Line Granite Design Inc.** | Case number *(if known)* | **22-40216 (CJP)** |
|--------|--------|--------|--------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Codebtor | Address | Creditor | D/E-F/G |
|---|---|---|---|---|
| 2.6 | Edmilson Ramos | P.O. Box 705<br>Tyngsboro, MA 01879 | MR Advance | ■ D  2.22<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Edmilson Ramos | P.O. Box 705<br>Tyngsboro, MA 01879 | BrickStone Group LLC | ■ D  2.5<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Edmilson Ramos | P.O. Box 705<br>Tyngsboro, MA 01879 | Blade Funding Inc. | ■ D  2.4<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Edmilson Ramos | P.O. Box 705<br>Tyngsboro, MA 01879 | AJ Equity Group | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Edmilson Ramos | P.O. Box 705<br>Tyngsboro, MA 01879 | Avidia Bank | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Edmilson Ramos | P.O. Box 705<br>Tyngsboro, MA 01879 | Avidia Bank No. 5365 | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Edmilson Ramos | P.O. Box 705<br>Tyngsboro, MA 01879 | U.S. Small Business Administration | ■ D  2.28<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Edmilson Ramos | | Avidia Bank | ☐ D ____<br>■ E/F  3.10<br>☐ G ____ |

4/11/22 5:47PM

| Debtor | **Top Line Granite Design Inc.** | Case number *(if known)* | **22-40216 (CJP)** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

| 2.14 | **Edmilson Ramos** | | **Bay Colony Development Corp/ SBA loan** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |

---

| 2.15 | **Edmilson Ramos** | **P.O. Box 705**<br>**Tyngsboro, MA 01879** | **RFG** | ■ D __2.23__<br>☐ E/F _____<br>☐ G _____ |

---

| 2.16 | **Edmilson Ramos** | **P.O. Box 705**<br>**Tyngsboro, MA 01879** | **Corporation Service Company** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |

---

| 2.17 | **Edmilson Ramos** | **P.O. Box 705**<br>**Tyngsboro, MA 01879** | **First Corporate Solution,** | ■ D __2.19__<br>☐ E/F _____<br>☐ G _____ |

---

| 2.18 | **Edmilson Ramos** | | **Manoel P. Costa** | ☐ D _____<br>■ E/F __3.51__<br>☐ G _____ |

---

| 2.19 | **Edmilson Ramos** | **P.O. Box 705**<br>**Tyngsboro, MA 01879** | **Colonial Imports Corp.** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |

---

| 2.20 | **Edmilson Ramos** | **P.O. Box 705**<br>**Tyngsboro, MA 01879** | **Colonial Imports Corp.** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

---

| 2.21 | **Edmilson Ramos** | **P.O. Box 705**<br>**Tyngsboro, MA 01879** | **Colonial Imports Corp.** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

---

4/11/22 5:47PM

| Debtor | **Top Line Granite Design Inc.** | | Case number *(if known)* | **22-40216 (CJP)** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                        Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.22 | **Edmilson Ramos** | P.O. Box 705<br>Tyngsboro, MA 01879 | **Colonial Imports Corp.** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **US Construction and Maintenance** | 347 Middlesex Road<br>Tyngsboro, MA 01879 | **MR Advance** | ■ D __2.22__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **US Construction and Maintenance** | 347 Middlesex Road<br>Tyngsboro, MA 01879 | **Blade Funding Inc.** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **US Construction and Maintenance** | 347 Middlesex Road<br>Tyngsboro, MA 01879 | **Avidia Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **US Construction and Maintenance** | 347 Middlesex Road<br>Tyngsboro, MA 01879 | **Avidia Bank No. 5365** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | **US Construction and Maintenance** | (and other affiliated entities no longer in business)<br>Weymouth, MA | **Corporation Service Company** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **US Construction and Maintenance** | 347 Middlesex Road<br>Tyngsboro, MA 01879 | **First Corporate Solution,** | ■ D __2.19__<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | **US Construction and Maintenance LLC** | | **Bay Colony Development Corp/ SBA loan** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |

4/11/22 5:47PM

| Debtor | **Top Line Granite Design Inc.** | Case number *(if known)* | **22-40216 (CJP)** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.30 | **US Construction and Maintenance LLC** | **Avidia Bank** | ☐ D _____<br>■ E/F   **3.10**<br>☐ G _____ |
| 2.31 | **Edmilson Ramos** | **First Data Merchant Services LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.12** |

**Fill in this information to identify the case:**

Debtor name   **Top Line Granite Design Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **22-40216 (CJP)**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended Schedule _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/11/2022          _____
                                 Signature of individual signing on behalf of debtor

                                 **Edmilson Ramos**
                                 Printed name

                                 **President**
                                 Position or relationship to debtor