

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br>TOP LINE GRANITE DESIGN INC.,<br>Debtor | Ch. 11<br>22-40216-CJP |

### Proceeding Memorandum and Order

**MATTER:**
Telephonic Hearing on #35 Debtor's Motion For Authority to Pay Prepetition Employee Wages, Amounts Due to Subcontractors, and Other Employment Related Obligations and #60 Objection of the United States Trustee.

**Decision set forth more fully as follows:**
GRANTED IN PART AND DENIED IN PART FOR THE REASONS STATED ON THE RECORD. THE MOTION IS DENIED WITHOUT PREJUDICE AS TO PAYMENTS UNDER THE SETTLEMENT AGREEMENT WITH THE PRIOR EMPLOYEE REFERENCED IN THE MOTION AND GRANTED AS TO ALL OTHER REFERENCED AMOUNTS.

Dated: 4/29/2022

By the Court,

Christopher J. Panos
United States Bankruptcy Judge