

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* | |
| TOP LINE GRANITE DESIGN INC., | Ch. 11 |
| Debtor | 22-40216-EDK |

### Proceeding Memorandum and Order

**MATTER:**

#76 Motion of Debtor for order (i) Authorizing the Debtor to obtain Postpetition Financing; (ii) Granting superpriority claim, security interest, and priming first priority lien to the DIP lender; and (iii) scheduling a final hearing

**Decision set forth more fully as follows:**

Counsel to the Debtors is directed to submit to edk@mab.uscourts.gov a proposed order, in Word format, consistent with the remarks made during the hearing held this date. This hearing is CONTINUED to June 24, 2022 at 11:00AM; the continued hearing will be conducted by Zoom video conference. Parties may participate by following the link/dial-in information below.

To participate by video:
https://www.zoomgov.com/j/1614423648?pwd=VVBUYkwrR3JvMXU0L3hHTFItcHdRZz09

Meeting ID: 161 442 3648
Passcode: 997403

To participate by phone:
+1 669 254 5252
Meeting ID: 161 442 3648
Passcode: 997403

Dated: 5/18/2022

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge