UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TOP LINE GRANITE DESIGN INC.<br><br>                           Debtor. | Case No. 22-40216-EDK<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE**

I, Michael Van Dam, hereby certify that on this 24th day of June 2022, I have served the Motion upon the following parties, via the CM/ECF system:


**Alan L. Braunstein on behalf of Debtor Top Line Granite Design Inc.**
**abraunstein@riemerlaw.com, ahall@riemerlaw.com;ndailey@riemerlaw.com**

**Philip F. Coppinger on behalf of Creditor Leamar Industries, Inc.**
**ECF@coppingerlaw.com**

**Paul G. Crochiere on behalf of Creditor Enterprise Bank & Trust Company**
**pcrochiere@regnante.com**

**William Joseph Delaney on behalf of Creditor First-Citizens Bank & Trust Company, Assignee of ENGS Commercial Finance Co.**
**wdelaney@cohnanddussi.com, drogala@blaislaw.com**

**Cheryl Deshaies on behalf of Creditor Hyquality Tools, LLC**
**cdeshaies@deshaieslaw.com**

**Richard King**
**USTPRegion01.WO.ECF@USDOJ.GOV**

**Lisa D. Tingue on behalf of Assistant U.S. Trustee Richard King**
**lisa.d.tingue@usdoj.gov**

**Macken Toussaint on behalf of Debtor Top Line Granite Design Inc.**
**mtoussaint@riemerlaw.com, ndailey@riemerlaw.com;ahall@riemerlaw.com**

**Steven Weiss**
**sweiss@ssfpc.com, MA11@ecfcbis.com;astephan@ssfpc.com**

Respectfully Submitted
Avidia Bank, by counsel,

/s/ Michael Van Dam
Michael Van Dam, Esq.
Van Dam Law LLP
233 Needham Street, Suite 540
Newton, MA 02464
(617) 969-2900
(BBO # 653979)