EXHIBIT A
**Liquidation Analysis**

Top Line Granite Design Inc. - Chapter 11 Plan of Reorganization

| | Asset | Scheduled amount | Value available if liquidation- Chapter 7 * | Market Value available under Chapter 11 plan | NOTES: |
|---|---|---|---|---|---|
| 1 | Cash balance | $100.00 | $ | $ | |
| 2 | Balance of DIP Funding | n/a | n/a | $ | (subject to approval of final DIP financing order) |
| 3 | Accounts receivable | $655,000.00 | $149,171.19 | $298,342.38 | (scheduled amount includes disputed amounts and /or 90-day past due receivable) |
| | | | *Total $646,924 as of June 30, 2022, including receivalbe 90-day past due ($348,582)* | | |
| 4 | Inventory/ raw materials | $2,000,000.00 | $1,000,000.00 | $1,600,000.00 | (scheduled amount is book value per balance sheet) |
| 5 | General office furniture and fixtures | $7,000.00 | $3,500.00 | $7,000.00 | (scheduled amount is net depreciation; book value $87,000 per balance sheet) |
| 6 | Owned vehicles | $135,000.00 | $70,000.00 | $135,000.00 | (scheduled amount is net depreciation; book value $565,000 per balance sheet) |
| 7 | Machinery and equipment | $2,000,000.00 | $800,000.00 | $1,000,000.00 | (scheduled amount is book value per balance sheet; value net depreciation is $352,925) |
| 8 | Office equipment | $28,000.00 | $15,000.00 | $28,000.00 | (scheduled amount is net depreciation; book value $242,000 per balance sheet) |
| 9 | Leasehold improvements | unknown | unknown | unknown | |
| 10 | Due from Realty Trust | unknown | unknown | unknown | $2,067,000 accounting entry for amounts paid to or on behalf of the Trust (from 2015 to 2021) which may include rent payments per balance sheet |

|  |  |  |  |  |
|---|---|---|---|---|
| 11 | Due from US Construction (use of space) | unknown | $0.00 | $0.00 | $26,000 accounting entry for use of space per balance sheet |
|  |  | ***$4,825,100.00*** | ***$2,037,671.19*** | ***$3,068,342.38*** |

***PROPOSED PLAN PAYMENTS***

| | | | | | |
|---|---|---|---|---|---|
| 12 | Debt service payments pursuant to the Plan (prepetition secured loans) | | N/A | N/A | $3,558,200.00 (not incl. interest and fees) |
| | Other priority claims (Class 1) | | | | |
| | DIP financing loan (postpetition) (Class 2) | | | | |
| | Enterprise Bank loan (Class 3) | $23,000.00 | | | |
| | Avidia - Equipment loan (Class 4) | $1,086,862.00 | | | |
| | Avidia - Inventory loan (Class 5) | $1,489,414.00 | | | |
| | ENG / FCB equipment loan (Class 6) | $150,000.00 | | | |
| | SBA - EIDL loan (Class 7) | $500,000.00 | (if not undersecured) | | |
| | Other secured claims (Class 8) | $308,924.00 | | | |
| | | $3,558,200.00 | (approximate) | | |
| 13 | Administrative Expense Claims (without professional fee claims) | | N/A | N/A | $250,000.00 (approx) |
| 14 | Professional fee claims | | N/A | N/A | $267,500.00 (not including expenses) |
| 15 | Priority / Tax Claim (real estate tax) | | N/A | N/A | $40,000.00 (pre-petition) |
| 16 | Priority/ Tax Claim (MA DOR tax levy) | | | | $102,000.00 (not including interest) |
| 17 | General Unsecured Creditors (Class 9) | | N/A | N/A | $0.00 (if 3-year plan) |
| | *Potential projected disposable income from business operation (2022 to 2027) [SEE EXHIBIT B]* | | | | |
| | 2022 | $0.00 | | | |
| | 2023 | $0.00 | | | |
| | 2024 | $0.00 | | | |
| | 2025 | $0.00 | | | |
| | 2026 | $0.00 | | | |
| | 2027 | $123,000.00 | | | |
| | | *$123,000.00* | | | |
| | TOTAL | | | | $4,217,700.00 |

\* This analysis does not include any liquidation cost or any deduction for Chapter 7 trustee's fees and expenses.