# EXHIBIT C
# Prepetition Claims[1]

Top Line Granite Design Inc. – Chapter 11 Plan of Reorganization

|  | CREDITOR | CLAIM AMOUNT[2] | NOTES |
|---|---|---|---|
| **Priority Tax Claims[3]** | | | |
|  | Commonwealth of Massachusetts – Dept of Revenue | $101,759.87 | See additional general unsecured claim |
|  | Internal Revenue Service | $459.76 | See additional general unsecured claim |
|  | ***TOTAL*** | ***$141,943.63*** | |
|  | | | |
| **Other Priority Claims** | | | |
|  | The employee claims listed on Schedule E are paid. | | |
|  | | | |
| **Secured Claims – Conventional Loans** | | | |
|  | Avidia Bank (inventory loan) | $1,489,414.30 | |
|  | Avidia Bank (equipment loan) | $1,086,862.44 | |
|  | Enterprise Bank and Trust Company | $22,729.71 | |

---

[1] All claims are subject to allowance and claims objection process under the Bankruptcy Code. This list does not include any claim that may be filed pursuant to section 502(g) (rejection of executory contracts and unexpired leases), and section 502(h) (claim based on recovery of property), if applicable.

[2] The amounts listed are filed claim, unless noted otherwise.

[3] The governmental bar date is September 21, 2022 under section 502(b)(9) of the Bankruptcy Code.

| | | | |
|---|---|---|---|
| | First Citizens Bank & Trust Company (equipment loan), as successor to ENG Commercial Finance | $150,000.00 (secured portion) | Total claim $317,386.52 *  See unsecured claim for balance |
| | US Small Business Administration | $500,000.00[*] | |
| | **TOTAL** | **$3,249,006.45** | |
| | | | |
| **Other Secured Claims - Vehicles** | | | |
| | Toyota Motor Credit Corporation | $220,080.37 | |
| | Ally Bank | $88,843.85 | |
| | **TOTAL** | ***$308,924.22**** | |
| | | | |
| **Cash Advance Lenders** | | | |
| | Blade Funding | $103,559.00 | Scheduled claim listed as disputed in Schedule D |
| | Diverse Capital | $212,063.00 | Scheduled claim listed as disputed in Schedule D. An additional late claim was filed for $103,559.00 |
| | Mercury Funding | $35,605.00 | Scheduled claim listed as disputed in Schedule D |
| | ROC Funding | $390,505.23 | Scheduled claim listed as disputed in Schedule D |
| | TVT Capital | $284,700.00 | Scheduled claim listed as disputed in Schedule D |
| | Ultra Funding | $115,182.50 | Scheduled claim listed as disputed in Schedule D |
| | **TOTAL** | **$1,141,614.73** | |
| **General Unsecured Claims** | | | |
| | 347 Middlesex Road Realty Trust – lease | $0 | Pre-petition amount ($56,000) paid, including pursuant to DIP Financing Motion |

---

[*] Any potential deficiency to be part of general unsecured claims.

| | | | |
|---|---|---|---|
| | Action King Services, Inc. | $1,645.00 | Scheduled amount |
| | AJ Equity Group | $36,373.10 | Scheduled claim listed as disputed in Schedule D |
| | Alcateia Marketing Headquarter | $1,250.00 | Scheduled amount |
| | Allegheny Consulting Group LLC | $1,406.35 | |
| | Allegheny Contract Flooring | $148,607.00 | Scheduled claim listed as disputed and contingent subject to litigation in Schedule F |
| | AmeriGas/Metro Lift Propane | $1,360.82 | Scheduled amount |
| | Angela Caggiano | $0 | Scheduled amount $2,000 (subject to amendment) |
| | Arbella Insurance Group | $19,570.40 | Scheduled amount |
| | Associated Employers Insurance | $4,843.00 | |
| | Best Buy, Inc. | $2,699.98 | Scheduled amount |
| | Blackdog Builder Investment Holdings | $0 | Scheduled for $4,150.88 (cure cost to be paid separately as discussed in Plan) |
| | Boston Granite Exchange | $6,970.50 | Scheduled amount |
| | Brattle Development | $0.00 | Scheduled amount |
| | BSX Stone Supplier | $12,017.18 | Scheduled amount |
| | Caesar Stone | $3,725.00 | Scheduled amount |
| | Cambria USA | $1,606.00 | Scheduled amount |
| | Caroline Martire d/b/a Caroline's Service | $0 | Scheduled for $12,777.22 (to be paid pursuant to Wage Order) |
| | Cohn & Dussi, LLC | $20,238.61 | Scheduled amount |
| | Commonwealth of Massachusetts Department of Revenue | $5,037.65 | See additional priority tax amount |
| | D.F. Brophy & Son, Inc. | $1,985.00 | Scheduled amount |
| | Daltile | $3,617.64 | Scheduled amount |
| | Deluxe Business Checks and Solutions | $2,423.23 | Scheduled amount |
| | DJ Kinney Trucking | $607.50 | Scheduled amount |
| | Duff's Garage, Inc. | $174.06 | Scheduled amount |
| | Easy Way Landscaping, Inc. | $18,600.00 | Scheduled amount |

| | | | |
|---|---|---|---|
| | European Granite & Marble Corp. | $3,101.00 | Scheduled amount |
| | Excel Marble and Granite | $4,290.90 | Scheduled amount |
| | Ferazzoli Imports of New England Inc. | $10,398.46 | Scheduled amount |
| | Financial Pacific Leasing | $500.00 | Scheduled amount |
| | Finger Moveis Planejados | $4,477.00 | Scheduled amount |
| | First Citizens Bank & Trust Company (equipment loan), as successor to ENG Commercial Finance | $157,000.00 (unsecured balance) | Total claim $317,386.52<br><br>See secured claim portion |
| | Global Stone | $79,250.00 | Scheduled amount |
| | Goldman & Partners Immigration Law | $4,810.00 | Scheduled amount |
| | Granafal Granitos e Marmores Faiqueto | $100,817.93 | Scheduled amount |
| | Granite and Marble Depot, Inc. | $106,054.85 | Scheduled amount |
| | Guidone USA, Inc. | $51,204.34 | |
| | Hirsch Glass Corp/Spectum Quartz | $11,099.19 | Scheduled amount |
| | Hyquality Tools | $14,458.00** | Scheduled amount (scheduled amount subject to amendment); payment made post-petition for reclamation claim |
| | Ideal Title of Newton | $2,125.00 | Scheduled amount |
| | Internal Revenue Service | $3,060.12 | See additional priority tax amount |
| | Jeanne D'Arc Credit Union | $0 | Scheduled amount $9,782.18 (subject to amendment) |
| | JP Monv Marble & Granite Inc. | $1,500.00 | Scheduled amount |
| | KP Stone Tools | $35,074.25 | Scheduled amount |
| | Leamar Industries, Inc. | $5,652.55 | Scheduled amount |

---

**Claim amount may be less.

| | | | |
|---|---|---|---|
| | LG Hausys America, Inc. | $4,374.50 | Scheduled amount |
| | Local BR Computer Inc | $3,200.00 | Scheduled amount |
| | Manuel P. Costa | $113,000.00 | Scheduled amount |
| | Marble and Granite, Inc. | $6,979.00 | Scheduled amount |
| | Mark Ryan Rippetoe | $352.00 | Scheduled amount |
| | MB Customs, Inc. | $1,554.39 | Scheduled amount |
| | Mendonca & Partners, CPA LLC | $188,218.25** | Scheduled amount |
| | Mitchell Electric, Inc. | $420.00 | Scheduled amount |
| | Mitchell Kazimwezyh | $5,000.00 | Scheduled amount |
| | Moxtra Import & Export LLC | $31,387.71 | Scheduled amount |
| | MS International, Inc. | $58,391.22 | Scheduled amount |
| | National Grid (Electric & Gas) | $28,911.38 | |
| | New England Home Performance Kings | $3,701.00 | Scheduled amount |
| | New England Security Shredders, LLC | $60.00 | Scheduled amount |
| | North East Builders Association of MA | $320.00 | Scheduled amount |
| | North Metal and Trucks Corp. | $2,000.00 | Scheduled amount |
| | Pacific Enterprise | $17,858.00 | Scheduled amount |
| | Papeleguas Auto Repair | $2,080.00 | Scheduled amount |
| | Patrick Rygiel | $614,200.00 | Scheduled amount |
| | Petro Home Services | $2,255.20 | Scheduled amount |
| | Portes Trucking, LLC | $8,500.00 | Scheduled amount |
| | Raphael Stone Collection | $2,337.50 | Scheduled amount |
| | Russell Mann Machinery, LLC | $5,173.35 | Scheduled amount |
| | Sasso USA Inc. | $3,750.00 | Scheduled amount |
| | Sherburne Lumber | $4,401.68 | |
| | Sunape Street Autoworks | $7,000.00 | Scheduled amount |
| | Sysco Boston, LLC | $2,086.96 | Scheduled amount |
| | TM Stone & Granite | $2,352.97 | Scheduled amount |

|   | Toyota Lease Trust | $0 | Proof of claim filed for $38,814.54 with cure costs of approx $3,761.67. Debtor paid the pre-petition amounts. |
|---|---|---|---|
|   | Town of Tyngsboro | $0 | Scheduled amount $27,807.59; unpaid real estate tax amount approx. $39,724.00 (to be paid under the Plan) |
|   | Tyngsboro Water District | $1,615.67 | Scheduled amount |
|   | United Rentals | $4,910.96 | Scheduled amount |
|   | US Construction and Maintenance | $117,000.00 (if employees and subcontractors subject to Wage Order are paid, subject to entry of final order for DIP financing motion) | Scheduled claim ($250,000.00 If the remaining claims subject to Wage Order are not paid, claim amount to be approximately $199,000. |
|   | US Quartz & Stones Inc. | $26,925.00 | Scheduled amount |
|   | Verona Granite and Marble Importers | $1,127.00 | Scheduled amount |
|   | Way 2 Go Cargo Corp. | $78,298.92 | Scheduled amount |
|   | Wells Fargo Vendor Fin. Serv, LLC (assignee of Konica Minolta Premier Fin) | $2,329.68 | Proof of claim filed for $12,432.91 with cure costs of approx $2,329.68. |
|   | Win Waste Innovations | $3,146.80 | Scheduled amount |

|  | WJ Graves | $1,362.00 | Scheduled amount |
|---|---|---|---|
|  | **TOTAL** | **$2,094,974** |  |
|  |  |  |  |
| **Insider Claims** |  |  |  |
|  | Edmilson Ramos | $3,279,657.00 | Scheduled amount |
|  | Edmilson Ramos | $1,500,000.00 | Scheduled amount |
|  | **TOTAL** | **$4,779,657[4]** |  |
|  |  |  |  |
| **Other Contingent Claims** |  |  |  |
|  | Avidia Bank | $2,030,570.05 | Scheduled amount; guaranty claims (to be paid separately as discussed in Plan) |
|  | US Small Business Administration (Bay Colony Development Corp/ SBA Loan) | $2,024,508.85 | Guaranty claim (to be paid separately as discussed in Plan) |
|  | **TOTAL** | **$4,055,078.90** |  |
|  |  |  |  |

3271559.5

---

[4] This amount does not include additional unscheduled claim of $620,000