EXHIBIT D
**PROPOSED Plan Distributions and PROJECTED Disposable Income**

Top Line Granite Design Inc. -Chapter 11 Plan of Reorganization

**PROPOSED PAYMENTS PURSUANT TO PLAN:**

| Item | Amount | Note |
|---|---|---|
| Subchapter V trustee professional fees (estimate) | $17,500.00 | |
| Debtor's counsel professional fee claims (estimate) | $250,000.00 | (not including expenses) |
| Other administrative expense claims | $250,000.00 | (estimate) |
| Priority / Tax Claim (real estate tax) | $40,000.00 | (prepetition) |
| Priority/ Tax Claim (MA DOR) | $102,000.00 | (not including interest) |
| Other Priority Claims (if any) (Class 1) | $ | |
| DIP Financing Loan (Class 2) | $ | |
| *Debt service payments (prepetition secured loans):* | | |
| Enterprise Line of Credit (Class 3) | $23,000 | |
| Avidia Equipment Loan (Class 4) | $1,086,862 | |
| Avidia Inventory Loan (Class 5) | $1,489,414 | |
| FCB Equipment Loan (Class 6) | $150,000 | |
| SBA EIDL Loan (Class 7) | $500,000 | (if not undersecured) |
| Other Secured Loans (Class 8) | $308,924 | |
| | $4,217,700 | |

**PROJECTED DISPOSABLE INCOME:**

*Potential projected Net Cash Flow / Disposable Income (from EXHIBIT B)*

| Year | Amount |
|---|---|
| 2022 | $0.00 |
| 2023 | $0.00 |
| 2024 | $0.00 |
| 2025 | $0.00 |
| 2026 | $0.00 |
| 2027 | $123,000.00 |
| | $123,000.00 |

General Unsecured Claims (from EXHIBIT C) (Class 10)

| Item | Amount | Note |
|---|---|---|
| General Unsecured Claims (without cash advance lenders and insider claims) : | $2,089,213.00 | (estimated before claims objection process and any deficiency claims) |
| Cash advance lenders (from Class 9) | $1,141,614.73 | |
| | $3,230,827.73 | |
| Insider claims | $4,779,657.00 | (scheduled amount) |
| *TOTAL* | *$8,010,484.73* | |

| Estimated potential recovery to General Unsecured Claims | Plan disposable income | $0 (if 3 year plan) |
|---|---|---|

Subject to potential recovery from proceeds of potential litigation/ avoidance actions, if any.