# EXHIBIT E
(Executory Contract and Unexpired Leases)[1]

Top Line Granite Design Inc.- Chapter 11 Plan of Reorganization

***Contracts and Leases To be Assumed Under the Plan:***

| *Creditor* | *Cure Amount* (approx.) | *Additional Information* |
|---|---|---|
| 347 Middlesex Road Realty Trust | Pre-Petition rent: paid [2] | Commercial Property Lease dated Jan 1, 2019, as may be amended |
| Blackdog Builder Investment Holdings LLC | Pre-petition / Post-petition amounts: to be paid separately[3] | Lease dated 11/26/19 for NH home design center/ displays |
| First Data Merchant Services LLC | n/a | Credit Card merchant processing agreement dated April 2021 (3 years) |
| Toyota Lease Trust | $0 | Motor vehicle leases |
| Wells Fargo Vendor Fin. Serv., LLC (assignee of Konica Minolta Premier Fin.) | Pre-Petition: $2,329.68 | Equipment lease dated August 2019 (4 years) |

***Contracts and Leases To be Rejected Under the Plan:***

| *Creditor* | *Additional Information* |
|---|---|
| Brattle Development | Warehouse space occupancy arrangement (unwritten lease) since May 2021. |

3271124.5

---

[1] To the extent section 365 of the Bankruptcy Code is applicable.

[2] Scheduled pre-petition amount was $56,000.00. Post-petition, the Debtor paid some of this amount in connection with the mortgage loans of Avidia Bank and Bay Colony in order to prevent foreclosing on the Real Estate. The remaining amount was paid in connection with the interim DIP Financing Order.

[3] Any unpaid pre-petition amount (approx $4,150.00) and post-petition amount (approx. $6,365.00 through June 2022) to be paid by deducting open invoices as set forth in the Plan.