UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

TOP LINE GRANITE DESIGN INC.[1]

Debtor.

Case No. 22-40216 (EDK)

Chapter 11

## BALLOT FOR ACCEPTING OR REJECTING
## CHAPTER 11 PLAN OF REORGANIZATION UNDER SUBCHAPTER V

Top Line Granite Design Inc., the plan proponent (the "**Debtor**") filed a First Amended Chapter 11 Plan of Reorganization for Small Business Debtor Under Subchapter V dated July 1, 2022 (as may be amended, supplemented, or modified from time-to-time, the "**Plan**").[2] The Plan contains a brief history of the Debtor's business operation, a liquidation analysis, and financial projections with respect to the Debtor's obligations under the Plan. The Debtor is soliciting votes with respect to the Plan from the holders of certain impaired Claims (and Interests if applicable).

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and/or treatment under the Plan. You are entitled to vote to accept or reject the Plan if your Claim or Interest has been placed in Class 3 (Enterprise Line of Credit), Class 4 (Avidia Equipment Loan), Class 5 (Avidia Inventory Loan), Class 6 (FCB Equipment Loan), Class 7 (SBA Loan), Class 8 (Other Secured Loans), Class 9 (Cash Advance Lenders), and Class 10 (General Unsecured Claims), and, if applicable, Class 11 (Interest). If you hold Claims in more than one class, you may submit this ballot (the "**Ballot**") for each class in which you are entitled to vote.

If your Ballot is not received by the Debtor's counsel, as provided below, on or before 4:30 p.m. Eastern Time on **August 19, 2022**, and such deadline is not extended, your vote may not count.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, even if you vote to reject the Plan.

---

[1] A/k/a Design Top Line Granite, and aka Top Line Granite Design. The Debtor's name was changed from Brazil Stones Inc. in November 2005.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

PLEASE COMPLETE THE FOLLOWING:

     ITEM 1.    **Claim Holder.** For purposes of voting to accept or reject the Plan, the undersigned holds a Class _____ CLAIM against the Debtor in the unpaid amount of $ _____.

     ITEM 2.    **Interest Holder.** For purposes of voting to accept or reject the Plan, the undersigned holds EQUITY Interest in the Debtor: _____%.

     ITEM 3.    **Acceptance or Rejection of the Plan.** The undersigned holder of Claim or Interest hereby votes to:

Check one box:    [ ]    <u>ACCEPT</u> the Plan

                      [ ]    <u>REJECT</u> the Plan

     ITEM 4.    **Authorization.** By signing this Ballot, the undersigned certifies that (i) it is the holder of the Claim or Interest against the Debtor described in this Ballot, and (ii) the undersigned has full power and authority to vote to accept or reject the Plan. The undersigned also acknowledges that the Debtor's solicitation of votes is subject to all terms and conditions set forth in the Plan. No fees, commissions, or other remuneration will be payable to any Person for soliciting votes on the Plan.

Dated: August _____, 2022

     Signature: _____

     Print or Type Name: _____

     Title (if corporation or partnership): _____

     Street Address: _____

     City, State, and Zip Code: _____

RETURN THIS BALLOT TO:

RIEMER & BRAUNSTEIN LLP
Attn: Macken Toussaint, Esq.
100 Cambridge Street
Boston, Massachusetts 02114
Fax: (617) 692-3461
Email: <u>mtoussaint@riemerlaw.com</u>

3298204.2