Dated: 7/13/2022

THIS MOTION WILL BE HELD FOR OBJECTIONS THROUGH JULY 20, 2022.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

TOP LINE GRANITE DESIGN INC.[1]

Debtor.

Chapter 11

Case No. 22-40216 (EDK)

**DEBTOR'S MOTION TO EXTEND TIME TO ASSUME
OR REJECT CERTAIN UNEXPIRED REAL PROPERTY LEASES**

Top Line Granite Design Inc. (the "**Debtor**") hereby moves this court for entry of an Order extending the deadline by which the Debtor must assume or reject its unexpired leases of nonresidential real property. In support of this Motion, the Debtor respectfully represents as follows:

**Jurisdiction**

1.  This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  The statutory bases for relief requested herein are sections 105 and 365(d) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, and MLBR 6006-1.

---

[1] A/k/a Design Top Line Granite, and aka Top Line Granite Design. The Debtor's name was changed from Brazil Stones Inc. in November 2005.