UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

TOP LINE GRANITE DESIGN INC.

Debtor.

Chapter 11

Case No. 22-40216 (EDK)

**ORDER REGARDING MOTION OF DEBTOR FOR AN ORDER AGAINST BRICKSTONE GROUP LLC FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY [DOCKET #146]**

Upon consideration of the Motion filed by Top Line Granite Design Inc. (the "**Debtor**") for the entry of an order against Brickstone Group LLC ("**Brickstone**") for its willful violation of the automatic stay imposed by 11 U.S.C. § 362 [D.N. 146] (the "**Motion**") by, among other actions, placing without authority or notice a hold on all of the Debtor's debtor-in-possession bank accounts at Chase Bank (account # xxx5373, and account # xxx5381) (the "**DIP Accounts**") for collection of a purported pre-petition claim; notice of the Motion having been given by E-mail, and notice of emergency hearing thereon having been provided by E-mail and telephone upon Brickstone's counsel; no one representing Brickstone having appeared at the hearing held on July 29, 2022 at 12:30 p.m.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is granted in part as set forth herein.

2. By placing a hold or freeze on the Debtor's DIP Accounts, Brickstone violated the automatic stay provisions of 11 U.S.C. § 362.

3. If not already completed, Brickstone shall remove the account hold or freeze sent to Chase Bank forthwith, including removing the freeze or hold on the DIP Accounts.

4. If not removed already, Chase Bank is authorized to remove any and all holds, liens, restriction or otherwise from the DIP Accounts resulting from such violation of the automatic stay by Brickstone.

5. The deadline for the Debtor to file a supplemental affidavit is September 15, 2022.

6. A further nonevidentiary hearing is set for September 29, 2022 at 12:00 p.m. by Zoom videoconference. To participate in the continued hearing, parties may use the following link/dial-in information.

To participate by Video:

https://www.zoomgov.com/j/1601431445?pwd=OWoxZE9CL0NZUm5Gbm1MWH1qN2FPZz09
Meeting ID: 160 143 1445
Passcode: 004888

To participate by Phone:

+1 669254 5252
Meeting ID: 160 143 1445
Passcode: 004888

8/3/2022

Elizabeth D. Katz
United States Bankruptcy Judge

2