

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

TOP LINE GRANITE DESIGN INC.,
  Debtor

Ch. 11
22-40216-EDK

## Proceeding Memorandum and Order

**MATTER:**
#156 Motion of United States Trustee for Order (1) Directing the Subchapter V Trustee to conduct an investigation and file report (II) Directing the Debtor to cooperate with investigation
#172 Response filed by Debtor

**Decision set forth more fully as follows:**
GRANTED inasmuch as, pursuant to 11 U.S.C. 1183(b)(2), the Subchapter V Trustee is directed to perform the duties under 11 U.S.C. 1106(a)(3) and (4).

Dated: 9/29/2022

By the Court,

*Elizabeth D. Katz*

Elizabeth D. Katz
United States Bankruptcy Judge