UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>TOP LINE GRANITE DESIGN INC.<br><br>Debtor. | Case No. 22-40216 (EDK)<br>Chapter 11 |

## CERTIFICATE OF SERVICE

  I, Macken Toussaint, with the law firm of Riemer & Braunstein LLP, hereby certify that I caused to be served on November 7, 2022 a true and accurate copy of the STATUS REPORT REGARDING (I) SALE OF THE DEBTOR'S ASSETS AND (II) FILED OBJECTIONS by electronic notification (EN) and/or by e-mail (E-Mail), where indicated, upon the following parties list below and any other party receiving electronic notification in this case:

Office of the United States Trustee
Attn: Lisa D. Tingue, Esq.
446 Main Street, 14th Floor
Worcester, MA 01608
USTPRegion01.WO.ECF@USDOJ.GOV ;
lisa.d.tingue@usdoj.gov  (EN)

Steven Weiss, Trustee
Shatz, Schwartz & Fentin
1441 Main Street, Suite 1100
Springfield, MA 01103
sweiss@ssfpc.com , MA11@ecfcbis.com ;
astephan@ssfpc.com  (EN)

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101
Maureen.L.Svetkovich@irs.gov  (E-Mail)

Top Line Granite Design Inc.
carolline@toplinegranitedesign.com;
e.ramos@toplinegranitedesign.com;

lucianaoliveira@toplinegranitedesign.com
(E- Mail)

Peter J. Nicosia, Esq.
Nicosia & Associates, PC
PO Box 721, 259 Middlesex Rd.
Tyngsboro, MA 01879
nicosia@nicosia-associates.com (E-Mail)

**DIP LENDER:**

Legalist
Monica Kirkpatrick
Remy Cipriano
58 West Portal Ave #747
San Francisco, CA 94127
monica@legalist.com (E-Mail)
remy@legalist.com
Faith Ecleo, faith@legalist.com

**NOTICE OF APPEARANCE:**

Michael Van Dam, Esq
Van Dam Law LLP
233 Needham Street, Suite 540
Newton, MA 02464
mvandam@vandamlawllp.com (EN)
(counsel for Avidia Bank)

Philip F. Coppinger, Esq.
P.O. Box 20354
Worcester, MA 01602
ECF@coppingerlaw.com (EN)
(counsel for Leamar Industries, Inc.)

Paul G. Crochiere Esq.
Regnante Sterio LLP
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
pcrochiere@regnante.com (EN)
(counsel for Enterprise Bank & Trust Company)

Zann Welch
Claims Processor
Bankruptcy Servicer for Ally Bank
AIS Portfolio Services, LP
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

ECFNotices@aisinfo.com (E-Mail)

Anthony F. Giuliano, Esq.
Giuliano Law, P.C.
445 Broadhollow Road
Suite 25
Melville, NY 11747
email - afg@glpcny.com (E-Mail)
(counsel for ROC Funding Group)

William J. Delaney, Esq.
Cohn & Dussi LLC
536 Atwells Avenue, Suite 1
Providence, RI 02909
wdelaney@cohnanddussi.com,
drogala@blaislaw.com (EN)
(counsel for First Citizens Bank & Trust Company,
Assignee of ENGS Commercial Finance Co.)

**OTHERS:**

Ally Bank
ECFNotices@aisinfo.com (E-Mail)

Michael Lushan, Esq.
Lushan, McCarthy & Goonan
132 Adams Street, Suite 8
Newton, MA 02458-1139
Email: lushan@lushlaw.com
(counsel for Ally Bank)

Avidia Bank
Stephen McAndrew
42 Main Street
Hudson, MA 01749
s.mcandrew@avidiabank.com (E-Mail)

Toyota Motor Credit Corporation
Toyota Lease Trust
P.O. Box 9013
Addison, Texas 75001
pocquestions@nbsdefaultservices.com (E-Mail)
*[POC info]*

Toyota Motor Credit Corp.
c/o Bonial & Associates, P.C.
Natalie E. Lea
P.O. Box 9013
Addison, Texas 75001
POCInquiries@BonialPC.com (E-Mail)
*[POC info]*

First Citizens Bank
CIT Bank, a division of First Citizens Bank
(assignee of ENG Commercial Finance)
c/o Vickie Anderson
10201 Centurion Parkway N, Suite 100
Jacksonville, FL 32256
vickie.anderson@cit.com ;
terrilyn.lawson@cit.com  (E-Mail)

First Citizens Bank & Trust Company
P.O. Box 593007
San Antonio, TX 78259
staceyrgray@aol.com (E-Mail)
*[filed POC]*

Enterprise Bank & Trust Company
Attn: Special Assets
Denise Aggott
222 Merrimack Street
Lowell MA 01852
Denise.Aggott@ebtc.com
Elizabeth.Frangiosa@ebtc.com (E-Mail)

U.S. Small Business Administration
200 W. Santa Ana Blvd., Suite 740
Santa Ana, CA 92701
garrett.lenox@sba.gov  (E-Mail)
(EIDL loan)

Wells Fargo Vendor Financial Services, LLC
(assignee of Konica Minolta Premier Fin.)
Attn: Kimberly Park
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404
Kimberly.M.Park@wellsfargo.com (E-Mail*)*
*[filed POC]*

/s/ Macken Toussaint
Macken Toussaint

DATED: November 7, 2022

3437217.3