**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

|  |  |
|---|---|
| **In re** | **Chapter 11** |
| | **Case No. 22-40216-EDK** |
| **TOP LINE GRANITE DESIGN, INC.,** | |
| **Debtor** | |

## AFFIDAVIT OF SUBCHAPTER V TRUSTEE

NOW COMES Steven Weiss, as Subchapter V Trustee (the "Trustee") and, pursuant to this Court's order dated January 19, 2023 [Docket No. 249], respectfully states the following under oath:

1. I have reviewed my time records to determine how much time I spent addressing issues relating to the actions by Brickstone Group, LLC that led to the Debtor's Motion for Willful Violation of the Automatic Stay [Docket No. 146, the "Motion"].

2. Annexed hereto as Exhibit "A" are excerpts from my time records showing that from July 27, 2022 through September 15, 2022 I spent 4.60 hours on matters related to the Motion, having time charges at my regular hourly rate of $2,185.00.

Dated this 2nd day of February, 2023.

STEVEN WEISS
SUBCHAPTER V CHAPTER 11 TRUSTEE

By:_____
Steven Weiss, Esquire
BBO# 545619
Shatz, Schwartz and Fentin, P.C.
1441 Main Street, Suite 1100
Springfield, MA  01103
(413) 737 1131
sweiss@ssfpc.com

22\0137\affidavit.stay violation.1601

2

In re

**TOP LINE GRANITE DESIGN, INC.,**
Debtors

Chapter 11
Case No. 22-40216-EDK

## DECLARATION RE: ELECTRONIC FILING OF AFFIDAVIT

I, Steven Weiss, hereby declare under penalty of perjury that all the information contained in Affidavit of Subchapter V Trustee filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to Massachusetts Electronic Filing Local Rule (MEFLR) - 7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the Property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of the case.

Signed:

Steven Weiss

# SHATZ, SCHWARTZ AND FENTIN, P.C.
1441 Main Street Suite 1100
Springfield, MA 01103-1491
Telephone (413) 737-1131
Fax (413) 736-0375
Federal Tax ID # 04-2485418
February 2, 2023

Top Line Granite Design, Inc.  
c/o SSFPC  
1441 Main Street  
Springfield, MA 01103

Invoice# 131225 SW  
Our file# TOP006 220137  
Billed through 09/25/2022

**SUBCHAPTER V TRUSTEE (T)**

## PROFESSIONAL SERVICES

| Date | | Description | | | |
|---|---|---|---|---|---|
| 07/27/2022 | SW | Review Debtor's emergency motion for stay violation vs. MDOR; Email to Lisa Tingue; Emails and calls with Debtor's counsel | | | |
| | | $475.00 / hr | 0.40 hrs. | | $190.00 |
| 07/27/2022 | SW | Receive hearing notice, motion for stay violation; Calls and emails with Alan Braunstein, and Stephen Murphy (DOR) in efforts to resolve issue | | | |
| | | $475.00 / hr | 0.60 hrs. | | $285.00 |
| 07/27/2022 | SW | Review emails from Macken regarding source of hold on account; Call with Macken; Review withdrawal of stay violation motion | | | |
| | | $475.00 / hr | 0.20 hrs. | | $95.00 |
| 07/28/2022 | SW | Review emergency motion for violation of stay by Brickstone; Hearing notice on motion | | | |
| | | $475.00 / hr | 0.50 hrs. | | $237.50 |
| 07/28/2022 | SW | Emails to and from Macken concerning status of release of hold on account | | | |
| | | $475.00 / hr | 0.20 hrs. | | $95.00 |
| 07/29/2022 | SW | Call with Alan Braunstein concerning motion for stay violation; Call to Lisa Tingue re: same | | | |
| | | $475.00 / hr | 0.20 hrs. | | $95.00 |
| 07/29/2022 | SW | Prepare for and participate in hearing on motion for violation of stay (Brickstone) | | | |
| | | $475.00 / hr | 0.80 hrs. | | $380.00 |

| 08/01/2022 | SW | Review POC filed by Brickstone; Review POC filed by Framingham landlord; Call to Alan Braunstein re: same | | |
|---|---|---|---|---|
| | | $475.00  / hr | 0.30  hrs. | $142.50 |
| 08/01/2022 | SW | Review interim order on stay violation (Brickstone) | | |
| | | $475.00  / hr | 0.10  hrs. | $47.50 |
| 08/03/2022 | SW | Review proposed order on stay violation (Brickstone); Annotate and circulate | | |
| | | $475.00  / hr | 0.30  hrs. | $142.50 |
| 08/03/2022 | SW | Review and respond to emails from Brickstone counsel as to service and notice issues on stay violation | | |
| | | $475.00  / hr | 0.50  hrs. | $237.50 |
| 08/03/2022 | SW | Review order on stay violation (as entered) | | |
| | | $475.00  / hr | 0.10  hrs. | $47.50 |
| 09/14/2022 | SW | Call with Alan Braunstein concerning stay violation case, damages | | |
| | | $475.00  / hr | 0.10  hrs. | $47.50 |
| 09/15/2022 | SW | Review affidavit in support of damages for stay violation., and exhibits | | |
| | | $475.00  / hr | 0.30  hrs. | $142.50 |
| | | | **Total Fees** | $2,185.00 |

**EXPENSES**

|  |  | **Total Expenses** | $0.00 |
|---|---|---|---|

$0.00

**Recap of Professional Services**

| Weiss, Steven | 4.60 | Hrs @ | $475.00 / hr | $2,185.00 |
|---|---|---|---|---|
| Total Fees | 4.60 | Hrs | | $2,185.00 |

**BILLING SUMMARY**

| Total professional services | $2,185.00 |
|---|---|
| Total of new charges for this invoice | $2,185.00 |

| **Total Balance Now Due** | **$2,185.00** |
|---|---|