UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TOP LINE GRANITE DESIGN INC.,[1]<br><br>Debtor. | Chapter 11<br>Case No. 22-40216 (EDK) |

**OBJECTION TO THE UNITED STATES TRUSTEE'S MOTION
TO CONVERT OR DISMISS DEBTOR'S CHAPTER 11 CASE**

Top Line Granite Design Inc. (the "**Debtor**") files this objection to the United States Trustee's Motion To Convert Case To Case Under Chapter 7, Or, In The Alternative, To Dismiss Case [Doc. No. 240] (the "**UST's Motion**") on the following grounds:

1. The gravamen of whether or not to dismiss or convert a chapter 11 case to chapter 7 is for the Court to determine what is in the best interests of creditors and of the bankruptcy estate. 11 U.S.C.§1112(b)(1).

2. The Debtor had to make a difficult, but necessary, decision when it considered the necessity of agreeing to a sale after it could not sustain and revive operations. The effect of COVID and of state mandated closure followed by supply chain disruptions and later by the inability to recapture a surfeit of work made it difficult for the Debtor to continue its business reorganization efforts, which forced the Debtor to move to sell its business assets as a going concern with the assent of its major secured creditors.

3. First, the Debtor expects that the going concern sale already approved by the Court will close by March 7, 2023 (before the hearing on the UST's Motion). Indeed, the buyer's counsel and funding source has confirmed documents are approved and readied to be

---

[1] A/k/a Design Top Line Granite, and aka Top Line Granite Design. The Debtor's name was changed from Brazil Stones Inc. in November 2005

signed. In fact, today the closing status and readiness was confirmed, commencing with an email from the buyer's counsel annexed hereto as <u>Exhibit 1</u> and reconfirmed to both Debtor's counsel and to the Subchapter V Trustee by all the constituent parties to the sale.

4. Second, no creditor has objected to the Debtor's proposed sale of its business assets, and no creditor has moved to convert the chapter 11 case. Moreover, the Debtor's counsel has been engaged in active negotiations for an alternative or supplemental transaction.

5. Thus, while the sale closing, approved by the Court, has been delayed causing considerable frustration, the Subchapter V Trustee maintained communications (as does Debtor's counsel) with the actual funding source and business finance broker (known personally to the Subchapter V Trustee from work in other cases).

6. The alternative of conversion only erodes value for the unsecured creditors. A proposed amended chapter 11 plan of liquidation is ready to file having been circulated for comments and supported by creditors. The Debtor's counsel and Subchapter V Trustee have the experience and expertise and have done their necessary investigatory homework in determining the numerous adversary proceedings to be pursued which will be pursuant to the plan, as allocated by the Subchapter V Trustee, with the Subchapter V Trustee to bring any claims against (and objections to claims) with respect to any insider.

7. Though the United States Trustee ("**UST**") has been critical, primarily of the Debtor's principals, the indefatigable efforts of Debtor's counsel, the guidance of the Subchapter V Trustee, and the support of non-insider creditors has ensured the Debtor is fulfilling its fiduciary duties. For example, the UST earlier attacked the sale of the business assets as a going concern raising allegations against of the Debtor, at a time when marketing was broad,

counteroffers were pursued aggressively, and as recognized by the Subchapter V Trustee, a going concern sale would generate far greater in amount for the estate than a liquidation.

8. Additionally, each of the potential recoveries highlighted in the Subchapter V Trustee's report are those either disclosed in the statement of financial affairs and/or provided to the Subchapter V Trustee as potential causes of action to be pursued for benefit of the estate. Indeed, the Subchapter V Trustee's report reveals that the Debtor's counsel promptly and readily provided all requested documents, with information as to potential recoveries having earlier in the case been provided to the Subchapter V Trustee for pursuit for the benefit of creditors.

9. For the above reasons, it is in the best interest of creditors and the estate that this case is not dismissed or converted to chapter 7.

WHEREFORE, the Debtor respectfully requests that the UST's Motion be denied.

Respectfully Submitted,

TOP LINE GRANITE DESIGN INC.

By its bankruptcy counsel

RIEMER & BRAUNSTEIN LLP

Dated: March 2, 2023

 /s/ Alan L. Braunstein
Alan L. Braunstein (BBO #546042)
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114
Tel: (617) 880-3461
abraunstein@reimerlaw.com

Exhibit 1

| Subject: | FW: Top Line Closing |
|---|---|
| BDS.EmailID: | 3d2d038f72084d1fbb83993f6f95bec1 |

From: John McAuliffe <john@jm-law.net>
Date: March 2, 2023 at 8:03:52 AM EST
To: Alan L Braunstein <ABraunstein@riemerlaw.com>, Macken Toussaint <mtoussaint@riemerlaw.com>
Subject: Top Line Closing

**External E-Mail. Use caution opening links or attachments.**

# Good morning Alan,

I just want to update you both and let you know that I am working with Jim Simmons and Jim Kelly of Simmons Assoc., in Rhode Island, the Closing counsel for the lender, Summit Investments. As you know, the Lender is in Denver. They email here up to about midnight to keep this moving in order to meet the present time frame to Close by this Tuesday. I want to report we are all working on this & are on track. We are at the final stages of ironing out all the docs, etc. by the weekend so ready to go for Tuesday the 7th. In addition I have been in touch with Avidia's counsel and Andy Lizotte as well as Peter Nicosia (attorneys for Mr. Ramos regarding certain Lease amendments and covenants that Avidia and Summit will require and would go into effect post Closing.

The Buyers are working with the Lender's attorney through the Checklist and the Closing Agenda. My client has completed virtually all the final details the Lender needs (for the individual guarantees and additional pledged collateral) details that often take the most time are now complete.

So this transaction is moving fast forward and in the right direction and we will plan to send you a wire info request by Monday or sooner. I do have a conference call today at 11 am with Simmons to finalize all the loan docs and Agreements and will reach out if I have any questions.

I told Steve Weiss I would keep him updated as I will you folks. I will email towards the end of the day or earlier with any new updates.

Please let me know if you have any questions. We are in the Red Zone and almost across the goal-line.

Talk to you soon,

John

--
**PLEASE NOTE NEW MAILING ADDRESS**

John M McAuliffe
McAuliffe & Associates, P.C.
P.O. BOX 66045
2000 Commonwealth Ave.
Suite 100
Newton, MA 02466
617-558-6889 x21
cell 617-584-1103

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | Chapter 11 |
| TOP LINE GRANITE DESIGN INC.,[2] | Case No. 22-40216 (EDK) |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Alan L. Braunstein, with the law firm of Riemer & Braunstein LLP, hereby certify that, as of the date hereof, I have caused a copy of the **OBJECTION TO THE UNITED STATES TRUSTEE'S MOTON TO CONVERT OR DISMISS DEBTOR'S CHAPTER 11 CASE** to be served by E-mail, and by electronic notification (EN), as indicated, upon the interested parties listed below, and any other parties receiving electronic notification in this case.

Office of the United States Trustee
Attn: Lisa D. Tingue, Esq.
446 Main Street, 14th Floor
Worcester, MA 01608
USTPRegion01.WO.ECF@USDOJ.GOV ; lisa.d.tingue@usdoj.gov  (EN)

Steven Weiss, Trustee
Shatz, Schwartz & Fentin
1441 Main Street, Suite 1100
Springfield, MA 01103
sweiss@ssfpc.com , MA11@ecfcbis.com ; astephan@ssfpc.com  (EN)

Top Line Granite Design Inc.
carolline@toplinegranitedesign.com; e.ramos@toplinegranitedesign.com; lucianaoliveira@toplinegranitedesign.com (E- Mail)

---

[2] A/k/a Design Top Line Granite, and aka Top Line Granite Design.  The Debtor's name was changed from Brazil Stones Inc. in November 2005

Peter J. Nicosia, Esq.
Nicosia & Associates, PC
P.O. Box 721, 259 Middlesex Rd.
Tyngsboro, MA 01879
nicosia@nicosia-associates.com (E-Mail)

John M McAuliffe
McAuliffe & Associates, P.C.
Email: john@jm-law.net (E-Mail)

**DIP LENDER:**

Legalist
Monica Kirkpatrick
Remy Cipriano
Faith Ecleo
58 West Portal Ave #747
San Francisco, CA 94127
monica@legalist.com (E-Mail)
remy@legalist.com
faith@legalist.com

**NOTICE OF APPEARANCE:**

Michael Van Dam, Esq
Van Dam Law LLP
233 Needham Street, Suite 540
Newton, MA 02464
mvandam@vandamlawllp.com  (EN)
(counsel for Avidia Bank)

Philip F. Coppinger, Esq.
P.O. Box 20354
Worcester, MA 01602
ECF@coppingerlaw.com (EN)
(counsel for Leamar Industries, Inc.)

Cheryl Deshaies, Esq.
Cheryl C. Deshaies, Attorney at Law
24 Front Street, Suite 111
P.O. Box 648
Exeter, NH 03856
cdeshaies@deshaieslaw.com (EN)
(counsel for Hyquality Tools, LLC)

Paul G. Crochiere Esq.
Regnante Sterio LLP
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
pcrochiere@regnante.com (EN)
(counsel for Enterprise Bank & Trust Company)

Zann Welch
Claims Processor
Bankruptcy Servicer for Ally Bank
AIS Portfolio Services, LP
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
ECFNotices@aisinfo.com  (E-Mail)

Anthony F. Giuliano, Esq.
Eleny De Jesus
Giuliano Law, P.C.
445 Broadhollow Road, Suite 25
Melville, NY 11747
email - afg@glpcny.com (E-Mail)
(counsel for ROC Funding Group)

William J. Delaney, Esq.
Cohn & Dussi LLC
536 Atwells Avenue, Suite 1
Providence, RI 02909
wdelaney@cohnanddussi.com, drogala@blaislaw.com (EN)
(counsel for First Citizens Bank & Trust Company,
Assignee of ENGS Commercial Finance Co.,)

**SENIOR SECURED CREDITORS:**

Avidia Bank
Stephen McAndrew
42 Main Street
Hudson, MA 01749
s.mcandrew@avidiabank.com  (E-Mail)

Vickie Anderson
CIT Associate
CIT BANK a division of First Citizen Bank
(assignee of ENG Commercial Finance)
10201 Centurion Parkway N
Suite 100
Jacksonville FL 32256
vickie.anderson@cit.com ; terrilyn.lawson@cit.com ; staceyrgray@aol.com (E-Mail)

Enterprise Bank
Denise Aggott
222 Merrimack Street
Lowell MA 01852
Denise.Aggott@ebtc.com; Elizabeth.Frangiosa@ebtc.com (E-Mail)

U.S. Small Business Administration
200 W. Santa Ana Blvd., Suite 740
Santa Ana, CA 92701
garrett.lenox@sba.gov  (E-Mail)

U.S. Small Business Administration
10 Causeway Street, Room 265
c/o Casey Sieck
Boston, MA 02222
casey.lyonssieck@sba.gov (E-Mail)

> */s/ Alan L. Braunstein*
> Alan L. Braunstein

DATED:  March 2, 2023

3539808.4