## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS (WORCESTER)

_____

In re:
                              :          **Case No. 22-40216(EDK)**

**TOP LINE GRANITE DESIGN, INC.,**    :

                              :          **Chapter 11**

                              :

          **Debtor**           :

_____


### CONDITIONAL SUPPORT OF MOTION TO SELL


FIRST CITIZENS BANK & TRUST COMPANY, a/k/a CIT BANK NA, a secured creditor in interest herein ("CIT""), wishes to file the instant *Conditional* Support of the Debtor's Motion to Sell, dated September 21, 2022 (the "Motion"), which Motion has been supplemented and has been the subject of a Status Report of even date.

CIT wishes to represent to the Court that it believes the Debtor has done its best to maximize the value of the assets of the Bankruptcy Estate (the "Assets") plus their sale (the "Sale"), supported from a telephone conversation with Debtor's attorney earlier this morning that the long-anticipated closing on the Sale will occur either today or tomorrow. Such a closing as the Sale will result in a significant benefit to the Bankruptcy Estate and therefore CIT joins the movement of the Sale.

1

**HOWEVER**, in the event that the Sale is not consummated by noon, Tuesday, March 7, 2022, then CIT will withdraw its support and instead support the Trustee and Sub-V Trustees' Motions to either convert or dismiss the Debtor's case due to the unusually long period of time it has taken to sell the Assets. CIT believes a this juncture and experience, it can deal with the Debtor's asset in which it possesses a PMSI to seek relief from stay and liquidate same accordingly.

Respectfully submitted,
FIRST CITIZENS BANK & TRUST COMPANY
a/k/a CIT BANK NA
By its attorneys,

/s/William J. Delaney
_____
William J. Delaney (BBO# 639061)
Cohn & Dussi LLC
536 Atwells Avenue
Suite 1
Providence, RI 02909
(401) 632-8987[cell]
wdelaney@cohnanddussi.com

Dated: March 6, 2023

<u>CERTIFICATION</u>

I hereby certify that on the 6th day of March 6, 2023, 2022, a copy of the within CONDITIONAL Support was caused to be sent electronically through the CM/ECF system to the following:

Richard King, Esq., Office of the United States Trustee
Lisa D. Tingue, Attorney, Office of the United States Trustee
Macken Toussaint, Attorney
Steven Weiss, Esq., Trustee
Alan L. Braunstein, Esq.

/s/William J. Delaney
_____