

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

TOP LINE GRANITE DESIGN INC.,
　Debtor

Ch. 11
22-40216-EDK

## Proceeding Memorandum and Order

**MATTER:**
#294 Expedited Motion of the Debtor for an Order (A) Authorizing and Approving Sale and Bidding Procedures and Breakup Fee in connection with proposed sale of the Debtor's assets; (B) Scheduling a Hearing to consider approval of the sale; (C) Prescribing the manner of notice for such hearing; (D) Authorizing and Approving Asset Purchase Agreement with Charles River Realty Group LLC or another Bidder providing a higher or better offer; (E) Authorizing such sale free and clear of all liens, claims, encumbrances, and other interests; and (F) granting other related relief
#300 Objection filed by Small Business Administration
#304 Objection filed by United States Trustee
#314 Objection filed by creditor Angela Cagianno

**Decision set forth more fully as follows:**
Debtor's counsel is ordered to submit, in Word format, to EDK@mab.ucourts.gov a proposed Order, Bidding Procedures, and Notice of Sale on or before April 21, 2023.

Dated: 4/19/2023

By the Court,

*[signature]*

Elizabeth D. Katz
United States Bankruptcy Judge