

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* TOP LINE GRANITE DESIGN INC., Debtor | Ch. 11 22-40216-EDK |

## Proceeding Memorandum and Order

**MATTER:**

#240 Motion of United States Trustee to Convert case to Chapter 7, or in the alternative, to Dismiss case
#257 Response filed by Subchapter V Trustee
#261 Statement in Support filed by Avidia Bank
#262 Objection filed by Debtor
#268 Brief of First Citizens Bank & Trust Company in Support of Motion to Convert
#271 Objection filed by First Citizens Bank & Trust Company

**Decision set forth more fully as follows:**

The request to convert or dismiss this case is continued to May 25, 2023 at 9:00 a.m. in Worcester, Courtroom 3.

However, the Debtor is removed as a debtor in possession pursuant to 11 U.S.C. 1185(a) for the reasons stated in open Court at the hearing held this date. Accordingly, 11 U.S.C. 1183(b)(5) applies.

Dated: 4/28/2023

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge