**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| **In re**<br><br>**TOP LINE GRANITE DESIGN, INC.,**<br>**Debtor** | **Chapter 11**<br>**Case No. 22-40216-EDK** |

**APPLICATION TO EMPLOY COUNSEL**

TO THE HONORABLE ELIZABETH D. KATZ, Chief Bankruptcy Judge:

The Applicant, Steven Weiss, Esquire, of Shatz, Schwartz and Fentin, P.C., respectfully represents:

1. On March 25, 2022 Top Line Granite Design, Inc. (the "Debtor") filed a petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code.

2. Steven Weiss was appointed as subchapter V Trustee.

3. On April 28, 2023 this Court entered an order removing the Debtor as debtor in possession pursuant to 11 U.S.C. § 1185(a).

4. The matters set forth herein constitute core proceedings, pursuant to 28 U.S.C. § 157(b)(2)(A).

5. That your Applicant may require the services of counsel for the following reasons:

   A. To undertake appropriate legal action for sale of assets of the estate and to commence any and all legal actions required in connection therewith;

B.      To prepare and execute all legal instruments required to effect sales of certain estate assets as may be allowed by this Court;

C.      To undertake legal action as may be required to determine the perfection of or priority of secured claims in and to the assets or proceeds of the Debtor's property;

D.      To undertake legal action to investigate and recover voidable preferences and fraudulent conveyances as may come to the attention of the Trustee;

E.      To review the validity and priority of claims filed against property of the estate and, if appropriate, to object to claims;

F.      To take legal action as may be required to recover transfers which may have been made by the Debtor in derogation of the Bankruptcy Code;

G.      To commence legal action to collect outstanding accounts receivable as may be required.

H.      To conduct examinations of the Debtor (or its officers and employees), and various witnesses as to the actions, conduct and property of the Debtor;

I.      To prepare numerous applications for the Trustee to hire professionals and to seek allowance of compensation of such professionals;

J.      To object to the Debtor(s)' discharge(s) if appropriate;

K.      To undertake, without limitation, other actions otherwise required of counsel, upon matters which may hereinafter become known to your applicant in the usual course of the administration of this estate.

3.      That the firm of Shatz, Schwartz and Fentin, P.C., 1441 Main Street, Suite 1100, Springfield, Massachusetts, is comprised of attorneys qualified to act in these proceedings and said firm has no interest adverse to this estate.

WHEREFORE, your Applicant, Steven Weiss, prays that he may be authorized to employ Shatz, Schwartz and Fentin, P.C. as counsel for the Trustee in this case, and for such further relief as this Court deems appropriate.

Respectfully submitted this 2nd  day of May, 2023.

Steven Weiss
Chapter11 Trustee


By:   /s/ Steven Weiss
Steven Weiss, Esquire
BBO #545619
Shatz Schwartz and Fentin, P.C
1441 Main Street, Suite 1100
Springfield, MA 01103
(413) 737-1131

In re

**TOP LINE GRANITE DESIGN, INC.,**
Debtor

**Chapter 11**
**Case No. 22-40216-EDK**

## ORDER ON APPLICATION TO EMPLOY COUNSEL

In said District, on the _____ day of May, 2023:

Upon consideration of the within Application to Employ Counsel, no objections having been given, no adverse interests having been represented and sufficient reason appearing to me therefore, it is

ORDERED that the Application of the Trustee, Steven Weiss, to employ Shatz Schwartz and Fentin, P.C., as counsel, and it is hereby allowed.  All fees and expenses are subject to Court approval.

_____
ELIZABETH D. KATZ
Chief Bankruptcy Judge

|  |  |
|---|---|
| In re<br><br>**TOP LINE GRANITE DESIGN, INC.,**<br>Debtor | **Chapter 11**<br>**Case No. 22-40216-EDK** |

**AFFIDAVIT**

I, Steven Weiss, Esquire, do hereby make solemn oath:

1.      I am an attorney duly admitted to practice in this Court and am an attorney duly admitted to practice in this Court and an attorney with the law firm of Shatz, Schwartz and Fentin, P.C., Attorneys at Law.

2.      Neither I nor any member of my firm holds or represents any interest adverse to the estate of the above-named debtor.

3.      My and my firm's connection with the debtor, any creditor, or other party in interest, their respective attorneys and accountants is as follows:  NONE.  I am and each member of my firm is a "disinterested person" as that term is defined in 11 U.S.C. §101(14).

4.      I have not agreed to share with any person (except members of my firm) the compensation to be paid for the services rendered in this case, except as follows:  NONE.

5.      I have received a retainer in this case in the amount of $0.00, which sum, upon information and belief, was generated by the debtor from (NONE).

6.      I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstance relating thereto.

7.      I have reviewed the provisions of MLBR 2016-1.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _2d_ DAY OF MAY, 2023.

Steven Weiss, Esquire

On this May 2, 2022, before me, the undersigned notary public, personally appeared Steven Weiss, Esquire, proved to me through satisfactory evidence of identification, namely the person was known to me to be the person whose name is signed on the preceding or attached document and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of such person's knowledge and belief.

Cheryl L. MacNeil
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires On
11/16/2029

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### CENTRAL DIVISION

**In re**

**TOP LINE GRANITE DESIGN, INC.,**
**Debtor**

**Chapter 11**
**Case No. 22-40216-EDK**

## DECLARATION RE: RELECTRONIC FILING

PART I – DECLARATION OF PETITIONER

I[We] _____ **STEVEN WEISS, TRUSTEE** _____
and _____, *hereby declare(s) under penalty of perjury* that all of the information contained in my _____ **AFFIDAVIT IN SUPPORT OF APPLICATION TO EMPLOY COUNSEL** _____
_____ (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 5/2/2023          Signed: _____
                                   (Affiant)

                         Signed: _____
                                   (Joint Affiant)