|  |  |
|---|---|
| **In re**<br><br>**TOP LINE GRANITE DESIGN, INC.,**<br>**Debtor** | **Chapter 11**<br>**Case No. 22-40216-EDK** |

## CERTIFICATE OF SERVICE

      I, Steven Weiss, of Shatz Schwartz and Fentin, P.C., do hereby certify that on May 2, 2023, a copy of the foregoing Application to Employ Counsel, Order on Application to Employ Counsel, and Affidavit was mailed via electronic and/or first-class mail, postage pre-paid, to the following:

Top Line Granite Design, Inc.
P.O. Box 705
353 Middlesex Road
Tyngsboro, MA  01879

Alan L. Braunstein, Esq.
Reimer & Braunstein, LLC
100 Cambridge Street
Boston, MA  02114

                             /S/ Steven Weiss
                             Steven Weiss, Esquire

22\0137\cos.Application.Employ.Counsel

Label Matrix for local noticing
0101-4
Case 22-40216
District of Massachusetts
Worcester
Tue May  2 09:29:05 EDT 2023

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Avidia Bank
42 Main Street
Hudson, MA 01749-2183

Enterprise Bank & Trust Company
222 Merrimack Street
Lowell, MA 01852-5994

FGC EPC, LLC
112 Russell Avenue
Watertown, MA 02472-3455

First Citizens Bank &Trust Company a/k/a CIT
c/o Cohn & Dussi LLC
536 Atwells Avenue
Suite 1
Providence, RI 02909-1075

First-Citizens Bank & Trust Company, Assigne
10201 Centurion Parkway N
Suite 100
Jacksonville, FL 32256-4114

Hyquality Tools, LLC
34 Lawson Farm Road
Londonderry, NH 03053-2643

Leamar Industries, Inc.
171 Locke Drive
Suite 114
Marlborough, MA 01752-7225

Roc Funding Group

Small Business Administration
Massachusetts District Office
Boston, MA

Top Line Granite Design Inc.
P.O. Box 705
353 Middlesex Raod
Tyngsboro, MA 01879-1082

Toyota Lease Trust
c/o Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886-1161

Worcester
U. S. Bankruptcy Court
595 Main Street
Worcester, MA 01608-2060

347 Middlesex Road Realty Trust
347 Middlesex Road
Tyngsboro, MA 01879-1018

A&P Realty Trust
c/o Theoharis Eliopoulos, Esq.
197 Pine Street
Attleboro, MA 02703-4063

A.I.M. Mutual
34 Seymour Street
Tonawanda, NY 14150-2126

AJ Equity Group
1648 61 Street
c/o John Porcello; Dillon Dancoso
Brooklyn, NY 11204-2109

Action King Services, Inc
26 Livingston Street
Lowell, MA 01852-4616

Alcateia Marketing/Headquarter
info0alcateiamkt.com
Allegheny Consulting Group LLC
100 Business Park Drive #12
Tyngsboro, MA 01879-1071

Allegheny Contract Flooring
36 Holton Street
Winchester, MA 01890-1128

Ally Bank
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Angela Caggiano
11 Clergy Circle
Nashua, NH 03063-2911

Arbella Insurance Group
P.O. Box 6699227
Quincy, MA 02269

Associated Employers Insurance
P.O. Box 4131
Woburn, MA 01888-4131

Avidia Bank
42 Main Street
c/o Stephen McAndrew
Hudson, MA 01749-2183

BSX Stone Supplier
201 SE 15th Ter, Ste. 208
Deerfield Beach, FL 33441-4464

Bay Colony Development Corp/ SBA loan
230 Third Avenue, 1st Floor
c/o Kim Legere, VP
Waltham, MA 02451-7552

Berkovitch & Bouskila, PLLC
80 Broad St, Suite 3303
New York, NY 10004-2845

Best Buy, Inc.
Retal Services
P.O.Box 17298
Baltimore, MD 21297-1298

| | | |
|---|---|---|
| Blackdog Investment Holdings<br>7 Red Roof Lane,<br>Unit 1<br>Salem, NH 03079-2984 | Blade Funding Inc.<br>211 Boulevard of the Americas<br>c/o Frank David<br>Lakewood, NJ 08701-4775 | Boston Granite Exchange<br>1 Parkridge Road<br>P.O. Box 8242<br>Haverhill, MA 01835-0742 |
| Brattle Development<br>147 Depot Street<br>Dunstable, MA 01827-1603 | BrickStone Group LLC<br>1201 N. Orange Street, Ste 7140<br>Wilmington, DE 19801-1195 | CT Corporation System, as representative<br>330 N. Brand Blvd., Suite 700<br>Attn: SPRS<br>Glendale, CA 91203-2336 |
| CaesarStone<br>P.O. Box 603791<br>Charlotte, NC 28260-3791 | Cambria USA<br>46 Development Road<br>Fitchburg, MA 01420-6019 | Cohn & Dussi, LLC<br>Attn: Christian Menzi<br>6 8 Harrison Ave.<br>Suite 502<br>Boston, MA 02111-1929 |
| Commonwealth of Massachusetts<br>Department of Revenue<br>100 Cambridge Street<br>Boston, MA 02114-2534 | Corporation Service Company,<br>as representative<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | D . F. Brophy & Son Inc.<br>Attn: Kevin Brophy<br>91 Mill Street<br>Burlington, MA 01803-1828 |
| DJ Kinney Trucking<br>59 Old Milford Road<br>Brookline, NH 03033-2413 | Daltile<br>345 University Ave.<br>Westwood, MA 02090-2315 | David E. Wilson, Esq.<br>Corwin & Corwin LLP<br>600 Unicorn Park Drive<br>2nd Floor<br>Woburn, MA 01801-3343 |
| David LaRiviere Enterprises, Inc. d/b/a Sher<br>56 Coburn Road<br>TYNGSBORO, MA 01879-1621 | Diverse Capital<br>750 Main Street, Suite 906<br>c/o Timmy Hans<br>Hartford, CT 06103-2703 | Diverse Capital, LLC<br>750 Main Street, Ste. 906<br>Hartford, CT 06103-2703 |
| Duff's Garage, Inc.<br>92 Kendall Road<br>Tyngsboro, MA 01879-1047 | ENG Commercial Finance<br>One Pierce Place, Suite 1100<br>P.O. Box 128<br>c/o Rose Reynolds, VP<br>Itasca, IL 60143-0128 | Easy Way Landscaping Inc.<br>767 Central Street<br>Lowell, MA 01852-3429 |
| Edmilson Ramos<br>P.O. Box 705<br>Tyngsboro, MA 01879-0705 | Enterprise Bank<br>222 Merrimack Street<br>c/o Richard Chavez<br>Lowell, MA 01852-5994 | European Granite & Marble Corp.<br>675 Canton Street<br>Norwood, MA 02062-2651 |
| Excel Marble and Granite<br>24 Granite Street<br>Milford, MA 01757-1623 | Ferazzoli Imports of New England Inc.<br>234 Middle Street<br>Middletown, CT 06457-7517 | Financial Pacifi Leasing<br>3455 S. 344th Way<br>Suite 300<br>Federal Way, WA 98001-9546 |
| First Citizens Bank & Trust Company<br>PO Box 593007<br>San Antonio, TX 78259-0200 | First Corporate Solution,<br>as representative<br>914 S. Street<br>Sacramento, CA 95811-7025 | Florence Zabokritsky, Esq.<br>Alpha Recovery Partners<br>1274 49th Street, Suite 197<br>Brooklyn, NY 11219-3011 |

G. Stone Commerical Division
489 Foote St.
Middlebury, VT 05753-2009

Global Contact
16 West Main Street
Suite C
Marlton, NJ 08053-2092

Global Stone
102 Wightman St.
North Chelmsford, MA 01863-2522

Gold Capital
500 LOVETT BLVD SUITE 225
HOUSTON, TX 77006-4094

Goldman & Partners Immigration Law
125 Washington Street, Suite 204
Salem, MA 01970-3536

Gramafal Granitos e Marmores Falqueto
Rod BR 262 s/n - Km 104 Bananeiras
Venda Nova do Imigrantes, ES
Brazil 2937-000

Granite and Marble Depot, Inc.
15 Old Flanders Road
Westhorough, MA 01581-1009

(p)GUIDONI USA  INC
263 E OAK ST
MCRAE HELENA GA 31055-4342

Hirsch Glass Corp/Spectum Quartz
565 University Ave.
Norwood, MA 02062-2636

Ideal Tile of Newton
244 Needham Street
Newton Upper Falls, MA 02464-1366

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)JEANNE D ARC CREDIT UNION
P O BOX 1238
LOWELL MA 01853-1238

KP Stone Tools
62 Newton Ave .
Plainville, CT 06062-2834

Konica Minolta Business Solutions USA In
21146 Network Place
Chicago, IL 60673-1211

LG Hausys America, Inc.
900 Circle 75 Parkway SE
Suite 1500
Atlanta, GA 30339-3032

Leamar Industries, Inc.
171 Locke Drive
Marlborough, MA 01752-3490

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

LocalBR Computer Inc.
2 00 Everett Ave.
Chelsea, MA 02150-1817

MB Customs, Inc.
186 Mammoth Road
Lowell, MA 01854-0021

MR Advance
35-12 19th Ave, Suite 3W
c/o Michael Kay
Astoria, NY 11105-1001

MS Internaitonal, Inc.
1080 University Ave.
Norwood, MA 02062-2644

Manoel P. Costa
530 Lowell Street
Andover, MA 01810-5307

Marble and Granite, Inc.
2 70 University Avenue
Westwood, MA 02090-2309

Mark Ryan Rippetoe
On the Marble Services
11 Vernye
North Chelmsford, MA 01863

Massachusetts Department of Revenue
Attn: Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Mendonca & Partners, CPA L.L.C.
1030 Salem Road
Township, NJ 07083-7058

Merchant Capital
5308 13th Ave. , Suite 324
Brooklyn, NY 11219-5198

Mercury Funding
12 00 River Ave.
Lakewood, NJ 08701-5657

Mercury Funding
6 0 Park Ave S.
Lakewood, NJ 08701-3554

Mercury Funding Group, Inc
P.O. Box 3 06
c/o Sean Harris
Lafayette, CA 94549-0306

Mercury Funding, LLC
60 Park Ave.
Lakewood, NJ 08701-3554

Michael Van Dam, Esq.
Van Dam Law
233 Needham Street, Suite 540
Newton Upper Falls, MA 02464-1533

Mitchell Electric, Inc.
3 Industrial Way, Unit A
Tyngsboro, MA 01879-1432

National Grid
300 Erie Boulevard West
Syracuse, NY 13202-4250

National Grid (Electric)
P.O. Box 11737
Newark, NJ 07101-4737

National Grid - Electric
P.O. Box 960
Northborough, MA 01532-0960

National Grid - Gas
P.O. Box 1040
Northborough, MA 01532-4040

New England Home Performance Kings
New England Gutter Kings
50 Boston Road
Lowell MA 01852-4554

New England Security Shredders, LLC
New England Scaffolding Service, LLC
85 Mill Street
Brockton, MA 02301-5587

North East Builders Association of MA
170 Main Street, #205
Tewksbury, MA 01876-1762

North Metal and Trucks Corp.
365 Central Street
Hudson, MA 01749

Pacific Enterprise
49 Gardner Street
Worcester, MA 01610-2507

Papeleguas Auto Repair
4 7 Aiken Ave.
Lowell, MA 01850-1403

Patrick Rygiel
17 Laurie Lane
Lowell, MA 01854-1213

Petro Home Services
P.O. Box 70282
Philadelphia, PA 19176-0282

RFC
260 Christopher Lane
Staten Island, NY 10314-1607

(p)ROC FUNDING GROUP
1457 RICHMOND ROAD
STATEN ISLAND NY 10304-2309

Raphael Stone Collection
665 Cambridge Street
Worcester, MA 01610-2631

Roc Funding Group
Anthony F. Giuliano, Esq.
GIULIANO LAW, P.C.
445 Broadhollow Road, Ste. 25
Melville. New York 11747-3645

Roc Funding Group
Anthony Giuliano, Esq.
Giuliano Law PC
445 Broadhollow Road, Suite 25
Melville, NY 11747-3645

Russell Mann Machinery, LLC
P.O. Box 2 72
Mahwah, NJ 07430-0272

Sasso USA Inc.
10912 Metronome Drive
Houston, TX 77043-2202

Shanna M. Kaminski
P.O. Box 725220
Berkley, MI 48072-5220

Sherburne Lumber
56 Coburn Road
Tyngsboro, MA 01879-1621

Speedy Funding
157 Church Street
New Haven, CT 06510-2100

Steven Zakharyayev
8 South Main Street
Marlboro, NJ 07746-1584

Sunape Street Autoworks
50 Sunape Street
Newport, NH 03773-1443

Sysco Boston LLC
f/k/a Hallsmith-Sysco Food Services LLC
99 Spring Street
Plympton, MA 02367-1701

TM Stone & Granite
24 Rogers Road, Unit #5
Haverhill, MA 01835-8513

TVT 2.0, LLC
881 Baxter Drive
South Jordan, UT 84095-8506

TVT Capital
1407 Broadway
c/o John Porcello
New York, NY 10018-5100

Town of Tyngsboro
2 5 Bryants Lane
Tax Office
Tyngsboro, MA 01879-1042

Toyota Financial
#YT282, #YT301, #YT478, &
P.O. Box 410
Carol Stream, IL 60197-4102

Toyota Lease Trust
c/o Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Tyngsboro Water District
25 Bryants Laine
Tyngsboro, MA 01879-1042

U.S. Small Business Administration
10 Causeway Street, Room 265
c/o Casey Sieck
Boston, MA 02222-1093

U.S. Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203-4002

U.S. Small Business Administration
200 W. Santa Ana Blvd., Ste 740
Santa Ana, CA 92701-7534

U.S. Small Business Administration
SBA Office of Disaster Assistance
4 09 3rd St. , SW
Washington, DC 20416-0005

US Bank Equipment Finance
a division of US Bank National Associat
1310 Madrid Street
Marshall, MN 56258-4099

US Construction and Maintenance
347 Middlesex Road
Tyngsboro, MA 01879-1018

US Quartz & Stones Inc.
43 Brunswick Ave . , Ste . 1
Perth Amboy, NJ 08861

Ultra Funding
23 Foster Street, Level 2
Surry Hills, NSW, Australia 201

United Cleaning and Maintenance Inc.
347 Middlesex Road
Tyngsboro, MA 01879-1018

United Rentals
P.O. Box 100711
Atlanta, GA 30384-0711

United States Attorney
John Joseph Moakley United States
Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210-3011

Verona Granite and Marble Importers
705 Quequechan St.
Fall River, MA 02721-4004

WJ Graves
P.O. Box 401
East Templeton, MA 01438-0401

Way2Go Cargo Corp.
P.O. Box 4001
Boynton Beach, FL 33424-4001

Wells Fargo Equipment Finance, Inc.
600 South 4th Street
MAC N9300
Minneapolis, MN 55415-1526

Wells Fargo Vendor Financial Services, LLC
Attn.: Kimberly Park
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404-8247

Win Waste Innovations
c/o Charles George Companies, Inc.
90 Arboretum Dr. Suite 300
Portsmouth, NH 03801-7857

Yana Chechelnitsky
61-43 186th Street, Suite 450
Fresh Meadows, NY 11365-2710

Alan L. Braunstein
Riemer & Braunstein, LLP
100 Cambridge Street, 22nd Floor
Boston, MA 02114-2527

Angela Cagianno
11 Clergy Circle
Nashua, NH 03063-2911

Macken Toussaint
Riemer & Braunstein LLP
100 Cambridge Street
Boston, MA 02114-2527

Richard King
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608-2361

Steven Weiss
Steven Weiss, Trustee
Shatz,Schwartz & Fentin
1441 Main Street
Suite 1100
Springfield, MA 01103-1450

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Guidone USA, Inc.
263 E. Oak Street
Morae Helena GA 31055

Internal Revenue Service
Special Procedures Function Stop 20800
P.O. Box 9112
JFK Building
Boston, MA 02203

Jeanne D'Arc Credit Union
Payment Processing
P.O. Box 1238
Lowell, MA 01853-1238

Lexus Financial SErvices
P.O. Box 5855
Carol Stream, IL 60197-5855

ROC Funding
14 57 Richmond Road
c/o Daren Doral
Staten Island, NY 10314

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Massachusetts Department Of Revenue

(u)CloudFund LLC
c/o Steve Saffer, Peak Fundng
Steve@peak-funding.com

(u)Finger Moveis Planejados
Rod RS 404 KM 04
Distrito Industrial
Sarandi-RS-Brasil 99560-000

(d)Hyquality Tools
34 Lawson Farm Road
Londonderry, NH 03053-2643

(u)Prime Impex
7/5 9 VIDHYADHAR NAGAR
JAIPUR (RAJASTHAN) 302039

(u)Edmilson Ramos

End of Label Matrix
Mailable recipients    150
Bypassed recipients      6
Total                  156