# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| | |
|---|---|
| In re<br><br>**TOP LINE GRANITE DESIGN, INC.,**<br>Debtor | **Chapter 11**<br>Case No. 22-40216-EDK |

## MOTION TO LIMIT THE SCOPE OF NOTICE ON
## MOTION FOR ENTRY OF ORDER CONFIRMING AND MODIFYING ORDER
## AUTHORIZING SALE

Now comes Steven Weiss, Trustee, through his counsel, and hereby requests that this court limit the scope of service on the Motion for Entry of Order Confirming and Modifying Order Authorizing Sale: (i) The Debtors; (ii) Secured Creditors; (iii) all federal, state and local taxing authorities; (iv) the United States Trustee; (v) the 20 Largest Unsecured Creditors; and (vi) all parties that have requested notice of all pleadings and appearances.

In support thereof, the Trustee states as follows:

1. The Debtors schedules lists approximately 145 creditors. The interests of creditors and of the estate will be adequately protected by service on the parties listed above.

2. To require service of the Motion to each and every entity or person claiming an interest in the Debtor's bankruptcy would require the estate to expend considerable sums for photocopying and postage.

3. Pursuant to Bankruptcy Rule 9007, this Court may generally regulate the scope of notices.

WHEREFORE, pursuant to Bankruptcy Rule 9007, Counsel respectfully requests this Court issue an order:

1. Limiting the scope of service of the Motion upon (i) The Debtors; (ii) Secured Creditors; (iii) all federal, state and local taxing authorities; (iv) the United States Trustee; (v) the 20 Largest Unsecured Creditors; and (vi) all parties that have requested notice of all pleadings and appearances.

; and

2. For such other and further relief as this Court deems just and proper.

Respectfully submitted this 12th day of May, 2022.

STEVEN WEISS,

CHAPTER 7 TRUSTEE

By: /S/ Steven Weiss, Esq.
STEVEN WEISS, Esquire
BBO #: 545619
SHATZ, SCHWARTZ AND FENTIN, P.C.
1441 Main Street, Suite 1100
Springfield, MA 01103-1491
Telephone: 413-737-1131
Facsimile: 413-736-0375
Email: sweiss@ssfpc.com

22\0137\motion.limit.scope