**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **TOP LINE GRANITE DESIGN, INC.,** | **Case No. 22-40216-EDK** |
| **Debtor** | |

**ORDER ON APPLICATION TO EMPLOY COUNSEL**

In said District, on the _____day of May, 2023:

Upon consideration of the within Application to Employ Counsel, no objections having been given, no adverse interests having been represented and sufficient reason appearing to me therefore, it is

ORDERED that the Application of the Trustee, Steven Weiss, to employ Shatz Schwartz and Fentin, P.C., as counsel, and it is hereby allowed.  All fees and expenses are subject to Court approval.

_____
ELIZABETH D. KATZ
Chief Bankruptcy Judge