

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:
    Top Line Granite Design, Inc.

               Debtor(s).

Ch. 11

22-40216

## Proceeding Memorandum and Order

**MATTER:**
#312 Motion to Approve Stipulation

**Decision set forth more fully as follows:**
DENIED.

Dated: 5/25/2023

By the Court,

_____
Elizabeth D. Katz
United States Bankruptcy Judge