

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Top Line Granite Design, Inc.

Ch. 11

22-40216

Debtor(s).

**Proceeding Memorandum and Order**

**MATTER:**
#240 Motion of United States Trustee to Convert case to Chapter 7, or in the alternative to Dismiss case

**Decision set forth more fully as follows:**

GRANTED; this case is converted to one under Chapter 7

Dated: 6/29/2023

By the Court,

_____
Elizabeth D. Katz
United States Bankruptcy Judge