| | |
|---|---|
| **In re:** **TOP LINE GRANITE DESIGN INC.,** **Debtor.** | **Chapter 7** **Case No. 22-40216-EDK** |

**TRUSTEE'S APPLICATION TO EMPLOY AUCTIONEER**

**EEXPEDITED DETERMINATION REQUESTED**

Now comes Steven Weiss, Trustee in this case, and he respectfully prays that he be granted authority to employ the firm of Aaron Posnik & Co., Inc. ("Posnik") as auctioneer for the bankruptcy estate, to sell the Debtor's equipment, inventory and vehicles. In support thereof, the Trustee respectfully states as follows:

1. On March 25, 2022 Top Line Granite Design, Inc. (the "Debtor") commenced this case by filing a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code, as a small business Subchapter V debtor.

2. On March 28, 2022 the Court appointed Steven Weiss as the Subchapter V trustee.

3. On April 28, 2023 this Court entered an order removing the Debtor as debtor-in-possession, pursuant to 11 U.S.C. § 1183(b)(5).

4. On June 29, 2023 this Court entered an order converting the case to a case under Chapter 7, and the Trustee now serves as Chapter 7 Trustee.

5. The matters set forth in this motion constitute core proceedings pursuant to 28 U.S.C. §157(b)(2)(A).

1

6. As the Court is aware, the sale of the Debtor's assets has a long and tortured history. In November, 2022 the Court approved a sale of the Debtor's assets to FGC, LLP in the amount of $2,500,000.00. As recently as earlier this month, the Trustee was still attempting to consummate the sale. However, FGC has not been able to complete the sale. The Trustee has therefore defaulted FGC, and its second deposit has been forfeited.

7. The Debtor's primary pre-petition secured lender is Avidia Bank ("Avidia"), which has liens[1] on virtually all of the Debtor's assets[2]. There are other secured claims held by Legalist, Inc. (the DIP Lender), Enterprise Bank & Trust, and First Citizens Bank.

8. The Trustee has conferred with Avidia, which is willing to have the Trustee liquidate the Debtor's equipment, inventory and vehicles, on essentially the same terms as in the sale orders entered by this Court, e.g., a "carve out", so-called, of $225,000.00 for the estate, and payment of the secured claims of Legalist, Inc., Enterprise Bank & Trust, and First Citizens Bank.

9. The secured creditors have all agreed that the Trustee should conduct the auction sale, but have not yet reached agreement on how the auctioneer's fees and expenses should be allocated. The Trustee believes that the auctioneer's fees and expenses are payable from the proceeds of the secured creditors' collateral, pursuant to 11 U.S.C. § 506(c). The fees and expenses, and the allocation, will in any event be subject to further order of this Court upon the filing of the auctioneer's application for compensation.

---

[1] The Trustee believes that Avidia's lien is perfected on all assets, other than the Debtor's motor vehicles, as its lien was not noted on the titles.

[2] The current amount owed to Avidia is uncertain. The objections of the Debtor and the entity which owned the real estate, 347 Middlesex Road Realty Trust, are largely cross collateralized. Avidia conducted a foreclosure auction of the real estate occupied by the Debtor on June 28, 2023, at which it "bid in" the amount of $5,925,000.00. Some of that amount may be allocable to reduce the amounts owed by the Debtor.

10. The Trustee wishes to employ Posnik as auctioneer to conduct an auction sale of all of the Debtor's equipment, inventory and vehicles. Posnik is a nationally recognized commercial auctioneer, which is licensed to conduct auctions in Massachusetts.

11. On information and belief, Posnik is a disinterested person, and does not hold or represent any interest adverse to the estate.

12. The Trustee seeks to compensate the auctioneer in accordance with the provisions in Massachusetts Local Bankruptcy Rule 6004-1(b), as follows: ten (10%) percent of the first $100,000.00 received or part thereof; four (4%) percent on the next $400,000.00; and three (3%) percent of the balance, plus a "buyer's premium", so-called of three (3) percent.

13. With respect to expenses, the auctioneer has provided the following estimate of expenses necessary to conduct the auction: advertising, $15,000.00; expenses for cleaning and preparing the equipment and inventory for sale, including labor, $15,000.00; preparing the vehicles for sale, $2,000.00; conducting the sale, and supervising the complete removal of the assets, including all labor, $12,500.00.[3]

14. In addition, the Trustee wishes to use an internet auction mechanism with live internet broadcast to an unlimited number of potential bidders worldwide is as follows: The broadcast will be supported by "Bidspotter", an internationally recognized service provider which will allow for "real time" bidder/auction site interaction, with online bidders having the opportunity to bid against others situated at the auction location. Bidspotter's fees are as follows: $425.00 base fee per day, plus air time charges of $50.00 per hour, and three (3%) percent of the aggregate hammer price **paid by online bidders** placing the winning bid. The

---

[3] Given the anticipated amount the sale is likely to generate, the auctioneer is in the process of obtaining a higher bond for this case; as of the date of this motion, a quote has not been received. This will be an additional expense.

policies and procedures or term and conditions for use of the Bidspotter auction procedures are located at www.bidspotter.com.

15. The Trustee believes that the use of the internet auction will benefit the bankruptcy estate by expanding the number of potential bidders.

16. A copy of the auctioneer's proposal is annexed hereto as Exhibit "A".

## **REQUESTED FOR EXPEDITED DETERMINATION**

17. Pursuant to MLBR 9013-1, the Trustee requests that this application be heard on an emergency basis.

18. As grounds therefore, the Trustee states that it will take the auctioneer at least a week, possibly more, to fully inventory and organize the Debtor's assets for sale, followed by two or more weeks of advertising. As set forth in the Trustee's motion for authority to conduct the auction sale filed herewith, the tentative date of the auction is August 23, 2023. Additionally, the Trustee needs to maintain utility services and insurance until the sale is completed.

WHEREFORE, the Trustee respectfully prays:

1. That this Court adjudicate this matter on an expedited basis.

2. That this Court authorize the Trustee to employ Aaron Posnik & Co., Inc. as auctioneer, according to the terms herein with allowance of fees and expenses to be subject to further application with this Court; and

3. For such further relief as this Court deems just and proper.

Respectfully submitted this 20th day of July, 2023.

STEVEN WEISS, TRUSTEE


By:    /S/ Steven Weiss
       Steven Weiss, Esquire
       BBO # 545619
       SHATZ, SCHWARTZ AND FENTIN, PC
       1441 Main Street
       Springfield, MA  01103
       Tel: (413) 737-1131
       Fax: (413) 736-0375
       sweiss@ssfpc.com



22\0137\application.employ.auctioneer.1601



Exhibit A

July 19, 2023

Steven Weiss, Trustee
Sharz, Schwartz and Fentin, P.C.
1441 Main Street
Springfield, MA 01103

Re: Top Line Granite, Design Inc. – Trustee's Sale

Dear Attorney Weiss,

In accordance with your request, Aaron Posnik & Co., Inc. ("Posnik") will be pleased to conduct on your behalf, a Trustee's Sale of the machinery, support equipment, vehicles, office furnishings and inventory of the above referenced company located at 347 Middlesex Road, Tyngsborough, Massachusetts. This auction sale to take place on the premises on August 23, 2023 with an inspection of the assets on the day prior to the auction, from 10:00 a.m. to 4:00 p.m.

We recommend the order of sale be as follows:

1) Machinery, support equipment, office furnishings and inventory-(in its entirety)
2) Machinery, support equipment, office furnishings and inventory- (individual trade lots)
3) Vehicles (individually) not included in entirety

Our fee will be as follows: Posnik will be compensated in accordance with the provisions in Massachusetts Local Bankruptcy Rule 6004-1(8) (b).

As discussed, below please find our recommended Marketing Campaign as well as its' associated costs and expenses. Following our inspection and based upon our experience with similar assets, we believe the following issues to be very important in our attempt to properly market the collateral for this auction sale.

Our advertising program includes the following publications:
- New York Times
- Boston Globe
- Boston Herald
- Manchester Union Leader
- Albany Times
- Nashua Telegram
- Springfield Republican

We will target market by direct mail notification in the form of a brochure, to be sent to a more narrowly defined group of potential buyers. We estimate that 4,000 brochures will be sent via first class mail. An integral part of this direct mail notification is the utilization of our internal database of potential buyers developed over the last 91 years.

Internet exposure is a critical aspect of any marketing effort, and in that regard, this sale will be highlighted on our website at www.posnik.com. This "active" link will go directly to an index page containing a link to the following:
- Complete, detailed brochure
- Catalog of Sale Items, including photographs.
- Terms and Conditions of Sale.
- "Absentee" or "Bid by Mail" information.

Posnik will develop and install auction signs on the property advertising the upcoming auction.

We estimate the cost of our recommended marketing campaign, as outlined above, to be approximately $15,000.00.

In addition to our marketing campaign, this auction sale will be broadcast live via the Internet, to an unlimited number of potential bidders. This broadcast will be supported by "Bidspotter" an internationally recognized service provider, and will allow for "real time" bidding. The costs for Bidspotter's service will be a $425.00 base fee and air time charges of $50.00 per hour, (estimated time 7 hours) plus a three (3%) percent buyer's premium of the aggregate hammer price **paid by online bidders** placing the winning bid. In order to provide this service Posnik must provide Bidspotter with a complete, detailed catalog including pictures of each lot. Posnik's charge to provide this service is included in the auction preparation expense.

In reference to auction preparation, Posnik will be responsible for the following: Posnik will provide adequate staff, as determined by Posnik in its sole discretion, to clean, lot, tag, photograph, catalog and otherwise prepare for the auction sale. These costs, as outlined above, will not exceed $15,000.00 and includes all labor, travel and miscellaneous expense.

Relative to the rolling stock, the assets include (20) vehicles and (3) forklifts. We suggest that the rolling stock be examined individually for any repairs necessary. Posnik will provide a mechanic to examine the rolling stock and make certain that the said assets have gas, oil and necessary fluids. These costs will not exceed $2,000.00. Posnik will provide the trustee with costs for any necessary repairs but will proceed only with the trustee's approval. Invoices will be included in our final report.

The Trustee will provide Posnik unfettered access to the premises and maintain the utilities from the commencement of the collateral preparation through the auction sale and liquidation period.

In addition to auction preparation, our services will include the following: Posnik will provide personnel on the day of inspection and day of auction sale as well as complete supervision of the removal of assets in order to insure an orderly liquidation for a period of fifteen (15) days after the auction. These costs will not exceed $12,500.00. Should the removal of the assets from the premises take longer than fifteen (15) days, the cost will be $500.00 per day.

If this proposal meets with your approval, please sign this letter and return it to our office. Your signed authorization to proceed with this auction warrants that all assets in this auction will be offered for sale free and clear of all debts, liens and encumbrances.

Aaron Posnik & Co., Inc. is pleased to have submitted this proposal for your consideration, and should you have any questions, please don't hesitate to contact us.

Sincerely,

Paul W. Scheer
President

PWS/mg

Accepted this the _____ day of _____ , 2023

**STEVEN WEISS, TRUSTEE**

By: _____  It's: _____
(Title)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

**In re:**

**TOP LINE GRANITE DESIGN INC.,**

**Chapter 7**
**Case No. 22-40216-EDK**

**Debtor.**

## AFFIDAVIT OF AUCTIONEER

Now comes Paul W. Scheer and respectfully states the following under oath:

1.    The undersigned is President of Aaron Posnik & Co., Inc. ("Posnik").

2.    Posnik is duly authorized and licensed to conduct auction sales in the Commonwealth of Massachusetts.

3.    Neither I nor any member of my firm holds or represents any interest adverse to the estate of the above-named Debtor.

4.    My and my firm's connections with the Debtor, any creditor, or other party in interest, their respective attorneys and accounts as follows: In 2014 the firm was represented by the Trustee's firm in an unrelated case.

5.    I and each member of my firm is a "disinterested person" as that term is defined in 11 U.S.C. §101(14).

6.    I have not agreed to share with any person except members of my firm the compensation to be paid for services rendered in this case except as follows: NONE.

7.    I have received a retainer in this case in the amount of $NONE, which sum, on information and belief, was generated by the Debtors from: N/A.

8.	I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstances relating thereto.

9.	I have reviewed the provisions of M.L.B.R. 2016-1.

Paul W. Scheer
President
Aaron Posnik & Co., Inc.

Dated: July 19, 2023

## COMMONWEALTH OF MASSACHUSETTS

Hampden, ss.							July 19, 2023

On this July 19, 2023 before me, the undersigned notary public, personally appeared Paul W. Scheer, proved to me through satisfactory evidence of identification, namely the person was [known to me, identified by affirmation of a credible witness, or identified in known to me], to be the person whose name is signed on the preceding document and acknowledged to me that such person signed it voluntarily as such person's free act and deed for its stated purpose.

22\0137\affidavit auctioneer

Notary Public
My Commission Expires:
2/28/2025

**In re:**

**TOP LINE GRANITE DESIGN INC.,**

**Chapter 7**
**Case No. 22-40216-EDK**

**Debtor.**

## AUCTIONEER'S STATEMENT OF FULL BONDING
## COVERAGE OF GOODS IN AUCTIONEER'S CUSTODY

I, the undersigned, hereby represent:

1. That this firm has previously filed with this Court a blanket bond in the amount of $100,000.00, conditioned upon the faithful performance of the firm's duties as auctioneer of goods owned by the estate of the Debtor whose bankruptcy case is pending in this district, which bond is dated January 24, 2023 and is terminable upon thirty (30) days' written notice by the surety.

2. I have filed a copy of that bond with the United States Trustee.

3. I am licensed as an auctioneer by the Commonwealth of Massachusetts (License No. 202), and in the states of FL, GA, LA, ME, MS, NH, NC, PA, TX, VT, VA. I am in good standing in all jurisdictions in which I am licensed; I am not subject to any disciplinary proceedings, nor have I been subject to any disciplinary proceedings in the last 5 years.

4. The assets of the estate currently in my custody do not exceed in value the penalty amount of the aforesaid bond in any separately obtained surety bond filed with this Court and the United States Trustee relating to the estate goods in particular cases.

5.  I expect the addition of the goods from the estate in this case to those in my custody to be covered by my blanket bond as described above.

6.  In addition, I hereby promise:

(a)  That if before the completion of the auction sale in this case, by the turnover of proceeds to the Trustee, I shall be authorized by this Court to serve in such additional cases as might result in the total value of bankruptcy goods in my custody exceeding the penalty amount of all my applicable bond coverage, I will obtain either: an increase in the penalty amount of my blanket bond; or a separate surety bond so that all bankruptcy goods in my custody are at all times fully-covered by surety bonds.

7.  Upon completion of the auction sale of the Trustee's assets in this case, I will turn over to the Trustee:

(a)  an accounting for all goods I receive;

(b)  the gross proceeds therefrom; and

(c)  My itemized bill and proof of expenses incurred in connection with the sale.

8.  In accordance with 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Paul W. Scheer
President
Aaron Posnik & Co., Inc.

Dated: July 19, 2023

## COMMONWEALTH OF MASSACHUSETTS

Hampden, ss.                                                                 July 19, 2023

On this July 19, 2023 before me, the undersigned notary public, personally appeared Paul W. Scheer, proved to me through satisfactory evidence of identification, namely the person was [known to me, identified by affirmation of a credible witness, or identified in known to me], to be the person whose name is signed on the preceding document and acknowledged to me that such person signed it voluntarily as such person's free act and deed for its stated purpose.

_____
Notary Public
My Commission Expires:
                                                                 2/28/2025


22\0137\auctioneer.bonding.1601

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re**<br><br>**TOP LINE GRANITE DESIGN, INC,**<br>**Debtor** | **Chapter 7**<br>**Case No. 22-40216-EDK** |

## DECLARATION ELECTRONIC FILING

PART I - DECLARATION OF PETITIONER

   I Paul W. Scheer, *hereby declare(s) under penalty* of *perjury* that all of the information contained in the **AFFIDAVITS OF AUCTIONEER** (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

   I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: July 19, 2023

Signed: _____
Paul W. Scheer (Affiant)

22\0137\declaration.auctioneer.1601

|  |  |
|---|---|
| **In re**<br><br>**TOP LINE GRANITE DESIGN, INC.,**<br>**Debtor** | **Chapter 11**<br>**Case No. 22-40216-EDK** |

### CERTIFICATE OF SERVICE

I, Steven Weiss, of Shatz Schwartz and Fentin, P.C., do hereby certify that on July 20, 2023, a copy of the foregoing Application to Employ Auctioneer was mailed via electronic and/or first-class mail, postage pre-paid, to the following:

Top Line Granite Design, Inc.
P.O. Box 705
353 Middlesex Road
Tyngsboro, MA 01879

Alan L. Braunstein, Esq.
Reimer & Braunstein, LLC
100 Cambridge Street
Boston, MA 02114

/S/ Steven Weiss
Steven Weiss, Esquire

22\0137\cos.general

Label Matrix for local noticing
0101-4
Case 22-40216
District of Massachusetts
Worcester
Tue May  2 09:29:05 EDT 2023

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Avidia Bank
42 Main Street
Hudson, MA 01749-2183

Enterprise Bank & Trust Company
222 Merrimack Street
Lowell, MA 01852-5994

FGC EPC, LLC
112 Russell Avenue
Watertown, MA 02472-3455

First Citizens Bank &Trust Company a/k/a CIT
c/o Cohn & Dussi LLC
536 Atwells Avenue
Suite 1
Providence, RI 02909-1075

First-Citizens Bank & Trust Company, Assigne
10201 Centurion Parkway N
Suite 100
Jacksonville, FL 32256-4114

Hyquality Tools, LLC
34 Lawson Farm Road
Londonderry, NH 03053-2643

Leamar Industries, Inc.
171 Locke Drive
Suite 114
Marlborough, MA 01752-7225

Roc Funding Group

Small Business Administration
Massachusetts District Office
Boston, MA

Top Line Granite Design Inc.
P.O. Box 705
353 Middlesex Raod
Tyngsboro, MA 01879-1082

Toyota Lease Trust
c/o Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886-1161

Worcester
U. S. Bankruptcy Court
595 Main Street
Worcester, MA 01608-2060

347 Middlesex Road Realty Trust
347 Middlesex Road
Tyngsboro, MA 01879-1018

A&P Realty Trust
c/o Theoharis Eliopoulos, Esq.
197 Pine Street
Attleboro, MA 02703-4063

A.I.M. Mutual
34 Seymour Street
Tonawanda, NY 14150-2126

AJ Equity Group
1648 61 Street
c/o John Porcello; Dillon Dancoso
Brooklyn, NY 11204-2109

Action King Services, Inc
26 Livingston Street
Lowell, MA 01852-4616

Alcateia Marketing/Headquarter
info0alcateiamkt.com
Allegheny Consulting Group LLC
100 Business Park Drive #12
Tyngsboro, MA 01879-1071

Allegheny Contract Flooring
36 Holton Street
Winchester, MA 01890-1128

Ally Bank
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Angela Caggiano
11 Clergy Circle
Nashua, NH 03063-2911

Arbella Insurance Group
P.O. Box 6699227
Quincy, MA 02269

Associated Employers Insurance
P.O. Box 4131
Woburn, MA 01888-4131

Avidia Bank
42 Main Street
c/o Stephen McAndrew
Hudson, MA 01749-2183

BSX Stone Supplier
201 SE 15th Ter, Ste. 208
Deerfield Beach, FL 33441-4464

Bay Colony Development Corp/ SBA loan
230 Third Avenue, 1st Floor
c/o Kim Legere, VP
Waltham, MA 02451-7552

Berkovitch & Bouskila, PLLC
80 Broad St, Suite 3303
New York, NY 10004-2845

Best Buy, Inc.
Retal Services
P.O.Box 17298
Baltimore, MD 21297-1298

| | | |
|---|---|---|
| Blackdog Investment Holdings<br>7 Red Roof Lane,<br>Unit 1<br>Salem, NH 03079-2984 | Blade Funding Inc.<br>211 Boulevard of the Americas<br>c/o Frank David<br>Lakewood, NJ 08701-4775 | Boston Granite Exchange<br>1 Parkridge Road<br>P.O. Box 8242<br>Haverhill, MA 01835-0742 |
| Brattle Development<br>147 Depot Street<br>Dunstable, MA 01827-1603 | BrickStone Group LLC<br>1201 N. Orange Street, Ste 7140<br>Wilmington, DE 19801-1195 | CT Corporation System, as representative<br>330 N. Brand Blvd., Suite 700<br>Attn: SPRS<br>Glendale, CA 91203-2336 |
| CaesarStone<br>P.O. Box 603791<br>Charlotte, NC 28260-3791 | Cambria USA<br>46 Development Road<br>Fitchburg, MA 01420-6019 | Cohn & Dussi, LLC<br>Attn: Christian Menzi<br>6 8 Harrison Ave.<br>Suite 502<br>Boston, MA 02111-1929 |
| Commonwealth of Massachusetts<br>Department of Revenue<br>100 Cambridge Street<br>Boston, MA 02114-2534 | Corporation Service Company,<br>as representative<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | D . F. Brophy & Son Inc.<br>Attn: Kevin Brophy<br>91 Mill Street<br>Burlington, MA 01803-1828 |
| DJ Kinney Trucking<br>59 Old Milford Road<br>Brookline, NH 03033-2413 | Daltile<br>345 University Ave.<br>Westwood, MA 02090-2315 | David E. Wilson, Esq.<br>Corwin & Corwin LLP<br>600 Unicorn Park Drive<br>2nd Floor<br>Woburn, MA 01801-3343 |
| David LaRiviere Enterprises, Inc. d/b/a Sher<br>56 Coburn Road<br>TYNGSBORO, MA 01879-1621 | Diverse Capital<br>750 Main Street, Suite 906<br>c/o Timmy Hans<br>Hartford, CT 06103-2703 | Diverse Capital, LLC<br>750 Main Street, Ste. 906<br>Hartford, CT 06103-2703 |
| Duff's Garage, Inc.<br>92 Kendall Road<br>Tyngsboro, MA 01879-1047 | ENG Commercial Finance<br>One Pierce Place, Suite 1100<br>P.O. Box 128<br>c/o Rose Reynolds, VP<br>Itasca, IL 60143-0128 | Easy Way Landscaping Inc.<br>767 Central Street<br>Lowell, MA 01852-3429 |
| Edmilson Ramos<br>P.O. Box 705<br>Tyngsboro, MA 01879-0705 | Enterprise Bank<br>222 Merrimack Street<br>c/o Richard Chavez<br>Lowell, MA 01852-5994 | European Granite & Marble Corp.<br>675 Canton Street<br>Norwood, MA 02062-2651 |
| Excel Marble and Granite<br>24 Granite Street<br>Milford, MA 01757-1623 | Ferazzoli Imports of New England Inc.<br>234 Middle Street<br>Middletown, CT 06457-7517 | Financial Pacifi Leasing<br>3455 S. 344th Way<br>Suite 300<br>Federal Way, WA 98001-9546 |
| First Citizens Bank & Trust Company<br>PO Box 593007<br>San Antonio, TX 78259-0200 | First Corporate Solution,<br>as representative<br>914 S. Street<br>Sacramento, CA 95811-7025 | Florence Zabokritsky, Esq.<br>Alpha Recovery Partners<br>1274 49th Street, Suite 197<br>Brooklyn, NY 11219-3011 |

G. Stone Commerical Division
489 Foote St.
Middlebury, VT 05753-2009

Global Contact
16 West Main Street
Suite C
Marlton, NJ 08053-2092

Global Stone
102 Wightman St.
North Chelmsford, MA 01863-2522

Gold Capital
500 LOVETT BLVD SUITE 225
HOUSTON, TX 77006-4094

Goldman & Partners Immigration Law
125 Washington Street, Suite 204
Salem, MA 01970-3536

Gramafal Granitos e Marmores Falqueto
Rod BR 262 s/n - Km 104 Bananeiras
Venda Nova do Imigrantes, ES
Brazil 2937-000

Granite and Marble Depot, Inc.
15 Old Flanders Road
Westhorough, MA 01581-1009

(p)GUIDONI USA  INC
263 E OAK ST
MCRAE HELENA GA 31055-4342

Hirsch Glass Corp/Spectum Quartz
565 University Ave.
Norwood, MA 02062-2636

Ideal Tile of Newton
244 Needham Street
Newton Upper Falls, MA 02464-1366

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)JEANNE D ARC CREDIT UNION
P O BOX 1238
LOWELL MA 01853-1238

KP Stone Tools
62 Newton Ave .
Plainville, CT 06062-2834

Konica Minolta Business Solutions USA In
21146 Network Place
Chicago, IL 60673-1211

LG Hausys America, Inc.
900 Circle 75 Parkway SE
Suite 1500
Atlanta, GA 30339-3032

Leamar Industries, Inc.
171 Locke Drive
Marlborough, MA 01752-3490

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

LocalBR Computer Inc.
2 00 Everett Ave.
Chelsea, MA 02150-1817

MB Customs, Inc.
186 Mammoth Road
Lowell, MA 01854-0021

MR Advance
35-12 19th Ave, Suite 3W
c/o Michael Kay
Astoria, NY 11105-1001

MS Internaitonal, Inc.
1080 University Ave.
Norwood, MA 02062-2644

Manoel P. Costa
530 Lowell Street
Andover, MA 01810-5307

Marble and Granite, Inc.
2 70 University Avenue
Westwood, MA 02090-2309

Mark Ryan Rippetoe
On the Marble Services
11 Vernye
North Chelmsford, MA 01863

Massachusetts Department of Revenue
Attn: Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Mendonca & Partners, CPA L.L.C.
1030 Salem Road
Township, NJ 07083-7058

Merchant Capital
5308 13th Ave. , Suite 324
Brooklyn, NY 11219-5198

Mercury Funding
12 00 River Ave.
Lakewood, NJ 08701-5657

Mercury Funding
6 0 Park Ave S.
Lakewood, NJ 08701-3554

Mercury Funding Group, Inc
P.O. Box 3 06
c/o Sean Harris
Lafayette, CA 94549-0306

Mercury Funding, LLC
60 Park Ave.
Lakewood, NJ 08701-3554

Michael Van Dam, Esq.
Van Dam Law
233 Needham Street, Suite 540
Newton Upper Falls, MA 02464-1533

Mitchell Electric, Inc.
3 Industrial Way, Unit A
Tyngsboro, MA 01879-1432

National Grid
300 Erie Boulevard West
Syracuse, NY 13202-4250

National Grid (Electric)
P.O. Box 11737
Newark, NJ 07101-4737

National Grid - Electric
P.O. Box 960
Northborough, MA 01532-0960

National Grid - Gas
P.O. Box 1040
Northborough, MA 01532-4040

New England Home Performance Kings
New England Gutter Kings
50 Boston Road
Lowell MA 01852-4554

New England Security Shredders, LLC
New England Scaffolding Service, LLC
85 Mill Street
Brockton, MA 02301-5587

North East Builders Association of MA
170 Main Street, #205
Tewksbury, MA 01876-1762

North Metal and Trucks Corp.
365 Central Street
Hudson, MA 01749

Pacific Enterprise
49 Gardner Street
Worcester, MA 01610-2507

Papeleguas Auto Repair
4 7 Aiken Ave.
Lowell, MA 01850-1403

Patrick Rygiel
17 Laurie Lane
Lowell, MA 01854-1213

Petro Home Services
P.O. Box 70282
Philadelphia, PA 19176-0282

RFC
260 Christopher Lane
Staten Island, NY 10314-1607

(p)ROC FUNDING GROUP
1457 RICHMOND ROAD
STATEN ISLAND NY 10304-2309

Raphael Stone Collection
665 Cambridge Street
Worcester, MA 01610-2631

Roc Funding Group
Anthony F. Giuliano, Esq.
GIULIANO LAW, P.C.
445 Broadhollow Road, Ste. 25
Melville. New York 11747-3645

Roc Funding Group
Anthony Giuliano, Esq.
Giuliano Law PC
445 Broadhollow Road, Suite 25
Melville, NY 11747-3645

Russell Mann Machinery, LLC
P.O. Box 2 72
Mahwah, NJ 07430-0272

Sasso USA Inc.
10912 Metronome Drive
Houston, TX 77043-2202

Shanna M. Kaminski
P.O. Box 725220
Berkley, MI 48072-5220

Sherburne Lumber
56 Coburn Road
Tyngsboro, MA 01879-1621

Speedy Funding
157 Church Street
New Haven, CT 06510-2100

Steven Zakharyayev
8 South Main Street
Marlboro, NJ 07746-1584

Sunape Street Autoworks
50 Sunape Street
Newport, NH 03773-1443

Sysco Boston LLC
f/k/a Hallsmith-Sysco Food Services LLC
99 Spring Street
Plympton, MA 02367-1701

TM Stone & Granite
24 Rogers Road, Unit #5
Haverhill, MA 01835-8513

TVT 2.0, LLC
881 Baxter Drive
South Jordan, UT 84095-8506

TVT Capital
1407 Broadway
c/o John Porcello
New York, NY 10018-5100

Town of Tyngsboro
2 5 Bryants Lane
Tax Office
Tyngsboro, MA 01879-1042

Toyota Financial
#YT282, #YT301, #YT478, &
P.O. Box 410
Carol Stream, IL 60197-4102

Toyota Lease Trust
c/o Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Tyngsboro Water District
25 Bryants Laine
Tyngsboro, MA 01879-1042

U.S. Small Business Administration
10 Causeway Street, Room 265
c/o Casey Sieck
Boston, MA 02222-1093

U.S. Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203-4002

U.S. Small Business Administration
200 W. Santa Ana Blvd., Ste 740
Santa Ana, CA 92701-7534

U.S. Small Business Administration
SBA Office of Disaster Assistance
4 09 3rd St. , SW
Washington, DC 20416-0005

US Bank Equipment Finance
a division of US Bank National Associat
1310 Madrid Street
Marshall, MN 56258-4099

US Construction and Maintenance
347 Middlesex Road
Tyngsboro, MA 01879-1018

US Quartz & Stones Inc.
43 Brunswick Ave . , Ste . 1
Perth Amboy, NJ 08861

Ultra Funding
23 Foster Street, Level 2
Surry Hills, NSW, Australia 201

United Cleaning and Maintenance Inc.
347 Middlesex Road
Tyngsboro, MA 01879-1018

United Rentals
P.O. Box 100711
Atlanta, GA 30384-0711

United States Attorney
John Joseph Moakley United States
Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210-3011

Verona Granite and Marble Importers
705 Quequechan St.
Fall River, MA 02721-4004

WJ Graves
P.O. Box 401
East Templeton, MA 01438-0401

Way2Go Cargo Corp.
P.O. Box 4001
Boynton Beach, FL 33424-4001

Wells Fargo Equipment Finance, Inc.
600 South 4th Street
MAC N9300
Minneapolis, MN 55415-1526

Wells Fargo Vendor Financial Services, LLC
Attn.: Kimberly Park
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404-8247

Win Waste Innovations
c/o Charles George Companies, Inc.
90 Arboretum Dr. Suite 300
Portsmouth, NH 03801-7857

Yana Chechelnitsky
61-43 186th Street, Suite 450
Fresh Meadows, NY 11365-2710

Alan L. Braunstein
Riemer & Braunstein, LLP
100 Cambridge Street, 22nd Floor
Boston, MA 02114-2527

Angela Cagianno
11 Clergy Circle
Nashua, NH 03063-2911

Macken Toussaint
Riemer & Braunstein LLP
100 Cambridge Street
Boston, MA 02114-2527

Richard King
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608-2361

Steven Weiss
Steven Weiss, Trustee
Shatz,Schwartz & Fentin
1441 Main Street
Suite 1100
Springfield, MA 01103-1450

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Guidone USA, Inc.
263 E. Oak Street
Morae Helena GA 31055

Internal Revenue Service
Special Procedures Function Stop 20800
P.O. Box 9112
JFK Building
Boston, MA 02203

Jeanne D'Arc Credit Union
Payment Processing
P.O. Box 1238
Lowell, MA 01853-1238

Lexus Financial SErvices
P.O. Box 5855
Carol Stream, IL 60197-5855

ROC Funding
14 57 Richmond Road
c/o Daren Doral
Staten Island, NY 10314

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Massachusetts Department Of Revenue

(u)CloudFund LLC
c/o Steve Saffer, Peak Fundng
Steve@peak-funding.com

(u)Finger Moveis Planejados
Rod RS 404 KM 04
Distrito Industrial
Sarandi-RS-Brasil 99560-000

(d)Hyquality Tools
34 Lawson Farm Road
Londonderry, NH 03053-2643

(u)Prime Impex
7/5 9 VIDHYADHAR NAGAR
JAIPUR (RAJASTHAN) 302039

(u)Edmilson Ramos

End of Label Matrix
Mailable recipients   150
Bypassed recipients     6
Total               156