## EXHIBIT A-1

THE APPLICATION HAVING BEEN APPROVED ON AN INTERIM BASIS AND NO OBJECTIONS HAVING BEEN FILED BY THE DEADLINE ESTABLISHED IN THE ORDER AT DKT. NO. 30, THE APPLICATION TO EMPLOY RIEMER & BRAUNSTEIN LLP AS COUNSEL TO THE DEBTOR IS APPROVED ON A FINAL BASIS PURSUANT TO 11 U.S.C. SECTION 327. ALL FEES AND EXPENSES SUBJECT TO FINAL COURT APPROVAL UPON APPLICATION PURSUANT TO 11 USC SECTION 330.

Dated: 5/2/2022

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TOP LINE GRANITE DESIGN INC.<br><br>Debtor. | Case No. 22-40216 (CJP)<br><br>Chapter 11 |

### DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY
### RIEMER & BRAUNSTEIN LLP AS BANKRUPTCY COUNSEL

Top Line Granite Design Inc., a debtor in possession (the "Debtor")[1] respectfully submits this application (the "Application") requesting an order authorizing the Debtor to retain the law firm of Riemer & Braunstein LLP (the "Firm") as general bankruptcy counsel to represent the Debtor in the within chapter 11 case. In support of this Application, the Debtor respectfully represents:

### Jurisdiction

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for relief requested herein are sections 105, 327(a), 328(a), 330, and 1107(b) of Title 11 of the United States Code (the "Bankruptcy Code"); and Rule 2014 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and MLBR 2014-1 (as amended by Standing Order 2020-06).

---

[1] A/k/a Design Top Line Granite, and aka Top Line Granite Design. The Debtor's name was changed from Brazil Stones Inc. in November 2005.

**EXHIBIT A-2**

# RIEMER | BRAUNSTEIN

**Alan L. Braunstein**
abraunstein@riemerlaw.com
(617) 880-3516 direct
(617) 692-3516 fax

March 14, 2022

**EMAIL**: nicosia@nicosia-associates.com

Top Line Granite Design, Inc.
c/o Mr. Edmilson Ramos, President
347 Middlesex Road
Tyngsboro, MA 01879

### Re:     *Engagement of Riemer & Braunstein LLP (the "Firm") For Legal Services*

We are pleased that Top Line Granite Design (the "**Client**" or "**Top Line**") has requested the Firm to provide legal services with respect to assisting in the potential restructure of the Client through a filing of a Chapter 11 proceeding under the United States Bankruptcy Code (the "**Bankruptcy Case**"), which based on our initial analysis qualifies as a subchapter V debtor if filed prior to March 27, 2022. The purpose of this letter is to confirm the scope and terms of our engagement and to provide you with information regarding our hourly rates and billing procedures.

It is our understanding that the scope of our engagement will be solely to represent the Client with respect to matters relating to the restructuring in connection with a contemplated Chapter 11 bankruptcy presumptively through a Subchapter V of the Bankruptcy Code and the filing of 347 Middlesex Road Realty Trust under subchapter V, if warranted (the "**Matters**"). The Firm will render such ordinary and necessary legal services as may be required that are customary with respect to the representation of a company considering a Chapter 11 bankruptcy proceeding (as long as the budget prepared by the Client evidences sustainability of the Client during the Chapter 11 case, including remaining current with all Chapter 11 administrative claim obligations, including, but not limited to, payment of professionals, post-petition vendors, employees and all required post-petition lease obligations and any adequate protection payments as may be required to secured creditors entitled to such protections). To the extent that our engagement excludes any areas of representation, we may in the future agree to expand the scope of our representation from time to time, <u>provided</u> that such future services are reflected in a further separate engagement in writing signed by the Firm (and approved by the Bankruptcy Court if required). That may include the.

Our representation of the Matters does not include any involvement in any state court or court litigation or administrative proceedings. To the extent necessary and with approval of the Client we will recommend strategies to engage special counsel for the Client.

We have not represented, nor will we represent, you or any principal(s), equity holder(s), beneficiaries, managers, or members of the Client, if any, individually, nor any affiliates of the Client or

its principals, managers or members in connection with the Matters. Our only client will be the Client and our professional duties will be with the Client and not its officers, directors, or any affiliate(s), in his, her or its separate capacity. This is necessary to qualify the Firm as "disinterested," one of the statutory tests for judicial approval of the Firm involving any bankruptcy filed by the Client.

In connection with our legal representation as described above, it is anticipated that legal services may be provided by one or more partners or associates of the Firm, together with the assistance of paralegals. Bills will be rendered to you based upon the hours, or portions thereof, worked (1/10 of an hour being our minimum billing unit), multiplied by the applicable hourly rate. Normally, we render bills on a monthly basis based on hourly charges, and our invoices are due and payable when rendered.

I am a partner in the Firm's bankruptcy department and will be working on the matter with Macken Toussaint. My current billing rate is $795.00 per hour and Macken's is $475.00 per hour. (The Firm's rates currently range from $325 to $1,115.00 per hour for attorneys and $195 to $280 per hour for paralegal assistants). I will be the attorney primarily overseeing the Matters for the Client, although Macken and others at a lower hourly rate than mine may be staffed on the Matters as well, including to the extent appropriate, other partners, associates and any paralegals in the Firm. Further information about the hourly rates of other attorneys and paralegals at the Firm is available to you upon request. The rates for transactional, litigation, restructuring, bankruptcy, contract, and other services at the Firm are established based upon hourly rates which are reviewed annually on a calendar year basis.

We will include in our statement of services separate charges for costs incurred by us, such as photocopy charges, long-distance telephone charges, travel, filing fees, lien searches, computerized legal research, delivery charges and document service fees and related expenses. We are also providing, attached to this letter as **Exhibit A**, our Firm policy relative to the reimbursement of expenses and disbursements which is made part of our engagement agreement. Fees and expenses of others (consultants, appraisers, etc.) generally will not be paid by us but will be billed directly to you.

We have asked for a retainer of $75,000.00 in connection with the engagement specifically limited to the Matters plus the filing fees of $1,738.00 (or $3,476.00 if the real estate entity also files). The retainer shall be deposited in the Firm's client's trust account, which is a non-interest bearing IOLTA account and will be maintained by us throughout the engagement. The Firm may apply the retainer against any billed or unbilled fees and expenses outstanding immediately prior to the filing of the bankruptcy case. The retainer is not meant to be a cap on our fees for services rendered and should not be so construed. We reserve the right to request a supplemental retainer or retainers prior to any bankruptcy filing if the nature and extent of our services warrant them, including such supplemental retainer amounts as may be appropriate in order to compensate the Firm for services to be rendered, in an amount to be agreed upon. Due to the payment risk associated with representation of a debtor in a Chapter 11 bankruptcy filing, we may request an interim order from the Court for bi-weekly or monthly interim payment, as once a bankruptcy is commenced, all compensation must be approved by the Court. At the conclusion or termination of our services to you, the balance, if any, of the retainer held by us shall be refunded to you.

The Client agrees to pay the Firm's invoices for services performed by the Firm which are due when such services are rendered or after any bankruptcy filing, upon court approval. In the unlikely circumstance that sums due from the Client to the Firm become the subject of litigation, we shall have the right to recover our reasonable costs of collection, including attorneys' fees, in seeking recovery of the sums due.

Although we may provide the Client with projected fees from time to time, any such information will be only an estimate of fees (and costs if they are included), and can be subject to variance depending on actual experience. It is also expressly understood that payment of the Firm's fees and costs is not contingent on the ultimate outcome of the Matters. As the amount of fees are not capable of being predicted in a bankruptcy case, we made no commitment to the Client concerning the maximum fees and costs that will be necessary to complete the Matters.

We have not been requested to analyze tax, accounting or intellectual property issues of any sort with respect to the Matters, and we will not undertake to perform any such analysis, advice or guidance. It is our understanding the Client will, to the extent necessary, engage an independent professional to advise the Client regarding any such issues, to the extent necessary.

It must be understood that we do not and cannot guarantee the accomplishment of any specific result in connection with the Matters, and indeed we are just beginning to familiarize ourselves with them. We do, of course, agree to exercise our best efforts on behalf of the Client in handling the Matters. Either at the commencement or during the course of our representation, we may express opinions or beliefs concerning the Matters, or various courses of action, and the results that might be anticipated. Any such statement made by any lawyer of the Firm is intended to be an expression of opinion only, based upon information available to us at the time, and should not be construed by the Client as a promise or guaranty.

Despite the foregoing and, as relevant, the Client's undertaking to pay the Firm for services rendered and to be rendered, to the extent that the Firm is placed in a position that it might be deemed required to proceed with the representation generally or a representation in a matter beyond the scope of this engagement, the Firm reserves the right to (i) refer the specific matter to an attorney capable of handling the matter if the Firm believes that it is ill-equipped to handle it, or (ii) to seek to withdraw from the representation, whether specifically or generally, if it cannot be paid satisfactorily for its services and expenses incurred.

The Client agrees to be candid and cooperative with us and keep us informed with complete and accurate factual information, documents, electronically stored information, and other data, and other communications relevant to the subject matter of our representation or otherwise reasonably requested by us. Moreover, the Client has been informed of its fiduciary obligation as well as the requirement for complete disclosure of financial information to the Court. In order to guard against potential conflicts we are relying on you to supply us with a complete list of parties having substantial interests adverse, or potentially adverse, to Client. The Client also agrees to keep us informed of any new potentially adverse parties.

The Firm does not believe that it has represented or represents any other clients on any Matters that are adverse to the Client's interests. The Client acknowledges that the Firm will remain free to represent existing or new clients in matters where their position is not adverse to the Client. In the event a conflict arises, the Firm will attempt to resolve such conflicts, if possible and permitted by the pertinent ethics rules, by making any necessary disclosures and seeking any needed consents or conflict waivers from the Client and any other affected client. In the event the Firm is unable to obtain such consents, or that we conclude that we should not undertake to continue the representation in light of the conflict, the Client agrees that we may terminate this representation.

The Client may, at any time, terminate our representation upon written notice to the Firm. Such termination shall not, however, relieve the Client of the obligation to pay for all services already rendered, including work in progress remaining incomplete at the time of termination, and to pay for all expenses incurred on behalf of the Client through the date of termination. We reserve the right to withdraw from our representation as required or permitted by the applicable rules of professional conduct upon written notice to Client. In the event that we terminate the engagement, we will take all such steps as are reasonably practical to protect the Client's interest in the Matters, and the Client agrees to take all steps necessary to free us of any obligation to perform further, including the execution of any documents necessary to finalize our withdrawal. The Firm will be entitled to be paid for all services rendered and costs or expenses incurred on behalf of the Client through the date of the Firm's withdrawal. Unless previously terminated, our representation of the Client in the Matters will terminate upon our sending the Client our final statement for services rendered in the Matters.

This letter constitutes the entire understanding and agreement between the Client and the Firm regarding the terms of our engagement with respect to the Matters and supersedes any prior understandings and agreements, written or oral. In the event the bankruptcy case is filed, the Firm will seek Bankruptcy Court approval of its employment consistent with the terms of this agreement. This engagement letter may be amended only by means of a subsequent, written agreement between the Client and the Firm. If any provision of this engagement is held by a court to be invalid, void, or unenforceable, the remainder of the letter's provisions shall remain in full force and effect.

**If the foregoing satisfactorily represents the expected scope of our services and the terms of our engagement, please endorse your approval where noted below and return it to my attention by email or fax.** Please ask me any questions that you may have concerning the foregoing, no matter how simple they may seem. You should, of course, also consider discussing this letter with other counsel of your choice. We are pleased to have the opportunity to assist the Client in the Matters and are looking forward to working with you.

Top Line Granite Design, Inc.
March 14, 2022
Page 5

Riemer & Braunstein LLP

Alan L. Braunstein

Agreed and Accepted as of the date above:

TOP LINE GRANITE DESIGN, INC.

By:

Name: Mr. Edmilson Ramos
Title: President

Attachment: Expense Policy

# RIEMER | BRAUNSTEIN

**Alan L. Braunstein**
abraunstein@riemerlaw.com
(617) 880-3516 direct
(617) 692-3516 fax

## EXHIBIT A

### Riemer & Braunstein LLP 2022 Expense and Disbursement Reimbursement Policy:

**Postage**: We charge our actual cost for certified and registered mail, large envelopes, overnight mail services such as Federal Express, and multiple mailings. We do not charge for routine first class mail. We have negotiated a substantial discount on FedEx shipping and we pass that savings along to our clients.

**Outside Telephone Reimbursement**: We charge for only long distance telephone charges incurred from outside of our firm. We charge our actual cost for third-party outside conference call services.

**Courier Services**: Courier deliveries or pickups made to or from our Boston, New York, Chicago or Burlington office are charged at our actual cost.

**Reproduction Charges**: Paper copies and other reproductions are charged at $0.20 per page for internally made reproductions or at our actual out-of-pocket cost for copies made at a copy center, Court, Registry of Deeds, etc. We charge $50.00 for the production of a CD and $20.00 for CD duplication.

**Computerized Research**: We believe that computerized research and on-line information services, utilized properly and in the right context, substantially reduces the cost to clients for research. The firm determines which service we will use based upon, among other things, libraries and databases available.

**Air Travel**: We charge for air travel at actual cost. Travel is to be charged at no higher than the coach fare unless (and it is a rare exception) no other seats on that flight, or no seats on other reasonable flights are available. However, it is not generally possible to get the best, discounted fares for business travel, as the travel arrangements are most often made at or close to the date of travel.

**Library**: The firm does not charge for the time of its librarian or for other library services provided to the attorneys or paralegals. That cost is part of our overhead.

**Real Estate Title, Tax Lien and Other Searches**: To the extent that the firm's representation of a client includes real estate title, tax lien, and/or other similar offsite search work to be conducted at a Massachusetts Registry of Deeds, US District Court, or other government office or agency, the firm will determine based upon location, the timing and extent of the work necessary, and the internal resources available, whether such work will be performed by the firm's paralegal staff or an outside service.

**Secretarial or Word Processing Services**: No charges will be made for general use of secretarial or word processing services. The only exception is described below under "Clerical Overtime".

**Clerical Overtime**: Our policy is that staff overtime is charged on an actual cost basis only when the overtime is required by the circumstances and demands of the matter. We pay our staff on an hourly basis for overtime, at 1.5 times their computed hourly wages. Overtime incurred for the convenience of the attorney or for other internal reasons will not be charged to the client. Our administrative approval process to permit an attorney to incur clerical overtime expense requires clear-cut justification before such overtime can be charged to the client. Of course, given the demands of and time pressures inherent in some matters which we handle, staff overtime is occasionally unavoidable and, in our view, appropriate to be included in our legal bills.

**Automobile (Mileage and Parking)**: We reimburse our attorneys or staff for necessary use of an automobile at the Internal Revenue Service permitted allowance. We reimburse our attorneys or staff for necessary offsite parking, including for parking at our Boston office when the use of automobile is required (for a court appearance or hearing, for example), unless it is a full day out of the office, in which case reimbursement is for parking at whichever court (or location) may be appropriate.

**Conference Room Charges**: The firm does not make any charge for use of its conference rooms or other facilities.

**Office Supplies**: The firm does not charge a client for use of office supplies. However, if a specific item is required to be purchased for a specific need of the client, then, if warranted, the client will be charged for such an item. Such a charge would have to be internally approved before it could be charged to a case.

**Miscellaneous**: There are sometimes certain costs which do not fall into our other categories. These items are always charged at our actual cost which we incur and expend for the benefit of our client.

3062847.1

# R I E M E R | B R A U N S T E I N

**Alan L. Braunstein**
abraunstein@riemerlaw.com
(617) 880-3516 direct
(617) 692-3516 fax

## EXHIBIT A

### Riemer & Braunstein LLP 2022 Expense and Disbursement Reimbursement Policy:

**Postage**: We charge our actual cost for certified and registered mail, large envelopes, overnight mail services such as Federal Express, and multiple mailings. We do not charge for routine first class mail. We have negotiated a substantial discount on FedEx shipping and we pass that savings along to our clients.

**Outside Telephone Reimbursement**: We charge for only long distance telephone charges incurred from outside of our firm. We charge our actual cost for third-party outside conference call services.

**Courier Services**: Courier deliveries or pickups made to or from our Boston, New York, Chicago or Burlington office are charged at our actual cost.

**Reproduction Charges**: Paper copies and other reproductions are charged at $0.20 per page for internally made reproductions or at our actual out-of-pocket cost for copies made at a copy center, Court, Registry of Deeds, etc. We charge $50.00 for the production of a CD and $20.00 for CD duplication.

**Computerized Research**: We believe that computerized research and on-line information services, utilized properly and in the right context, substantially reduces the cost to clients for research. The firm determines which service we will use based upon, among other things, libraries and databases available.

**Air Travel**: We charge for air travel at actual cost. Travel is to be charged at no higher than the coach fare unless (and it is a rare exception) no other seats on that flight, or no seats on other reasonable flights are available. However, it is not generally possible to get the best, discounted fares for business travel, as the travel arrangements are most often made at or close to the date of travel.

**Library**: The firm does not charge for the time of its librarian or for other library services provided to the attorneys or paralegals. That cost is part of our overhead.

**Real Estate Title, Tax Lien and Other Searches**: To the extent that the firm's representation of a client includes real estate title, tax lien, and/or other similar offsite search work to be conducted at a Massachusetts Registry of Deeds, US District Court, or other government office or agency, the firm will determine based upon location, the timing and extent of the work necessary, and the internal resources available, whether such work will be performed by the firm's paralegal staff or an outside service.

**Secretarial or Word Processing Services**: No charges will be made for general use of secretarial or word processing services. The only exception is described below under "Clerical Overtime".

**Clerical Overtime**:  Our policy is that staff overtime is charged on an actual cost basis only when the overtime is required by the circumstances and demands of the matter.  We pay our staff on an hourly basis for overtime, at 1.5 times their computed hourly wages.  Overtime incurred for the convenience of the attorney or for other internal reasons will not be charged to the client.  Our administrative approval process to permit an attorney to incur clerical overtime expense requires clear-cut justification before such overtime can be charged to the client.  Of course, given the demands of and time pressures inherent in some matters which we handle, staff overtime is occasionally unavoidable and, in our view, appropriate to be included in our legal bills.

**Automobile (Mileage and Parking)**:  We reimburse our attorneys or staff for necessary use of an automobile at the Internal Revenue Service permitted allowance.  We reimburse our attorneys or staff for necessary offsite parking, including for parking at our Boston office when the use of automobile is required (for a court appearance or hearing, for example), unless it is a full day out of the office, in which case reimbursement is for parking at whichever court (or location) may be appropriate.

**Conference Room Charges**:  The firm does not make any charge for use of its conference rooms or other facilities.

**Office Supplies**:  The firm does not charge a client for use of office supplies.  However, if a specific item is required to be purchased for a specific need of the client, then, if warranted, the client will be charged for such an item.  Such a charge would have to be internally approved before it could be charged to a case.

**Miscellaneous**:  There are sometimes certain costs which do not fall into our other categories.  These items are always charged at our actual cost which we incur and expend for the benefit of our client.

3062847.1