# EXHIBIT B

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:     Mr. Edmilson  Ramos
               President

Re: Sub Chapter V
Invoice: 620110                                                                 Page 1

For Professional Services Rendered from
March 1, 2022 through October 31, 2022 as
described in detail on the attached accounting.

| | | |
|---|---|---|
| Fees | $ | 3,583.50 |
| Expenses and Disbursements | $ | 9,986.81 |
| Total | $ | 13,570.31 |

Matter:    59961.00001

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sub Chapter V
Invoice: 620110                                                                                       Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00001
Billing Period: From March 1, 2022 through October 31, 2022

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/25/2022 | ALB | Series of work sessions with Macken Toussaint re agenda items and timing ("NO CHARGE TIME") | 0.80 |
| 03/25/2022 | ALB | Series of telephone calls to PNicosia for subchapter v filing ("NO CHARGE TIME") | 0.20 |
| 03/25/2022 | ALB | Series of messages via telephone call to SMenuier and leave specific messages ("NO CHARGE TIME") | 0.10 |
| 03/25/2022 | ALB | Follow up from SWeiss re NABT meeting and subchapter v re legislation if enacted will not be retroactive ("NO CHARGE TIME") | 0.10 |
| 03/25/2022 | ALB | Review series of e-mails re filing progress and respond ("NO CHARGE TIME") | 0.10 |
| 03/25/2022 | ALB | Further work session with MToussaint re necessity to file with all requisite documents to avert any potent dismissal for insufficiency to constitute a sub v filing ("NO CHARGE TIME") | 0.30 |
| 03/25/2022 | ALB | Further review of continued e-mails relating to updating information for as exacting detail as possible | 0.30 |
| 03/25/2022 | MXT | Conference call with client regarding bankruptcy filing and related issues | 1.40 |
| 03/28/2022 | MXT | Attend conference call with A. Braunstein and US Trustee's office regarding new petition filing and case background ("NO CHARGE TIME") | 0.20 |
| 03/28/2022 | MXT | Prepare and review Subchapter V eligibility statement; attention to due diligence documents and draft schedule regarding same | 2.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sub Chapter V
Invoice: 620110

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 03/28/2022 | ALB | E-mail to SMenuier | 0.10 |
| 03/28/2022 | ALB | Telephone call to RKing as to case background and agenda | 0.30 |
| 03/28/2022 | ALB | Telephone call from SWeiss and provide details as to case and objectives | 0.20 |
| 03/28/2022 | ALB | Series of telephone calls from MToussaint as to clarifying debt amounts and quantification via document and other detail ("NO CHARGE TIME") | 0.40 |
| 03/28/2022 | ALB | Telephone call from LTigue as to specifics of case | 0.30 |
| 03/29/2022 | ALB | E-mail and telephone call from and telephone call to J Doherty re UST meeting and guidelines and case background | 0.40 |
| 03/29/2022 | MXT | Attend call with US trustee's office and A. Braunstein regarding initial meeting with debtor, and attention to documents and follow up with client related to same ("NO CHARGE TIME") | 0.40 |
| 03/29/2022 | MXT | Revise eligibility statement for subchapter V filing; review documents regarding same and send draft to client | 0.50 |
| 03/30/2022 | MXT | Finalize SBRA eligibility statement, and send same to subchapter v trustee; attention to and review documents regarding same | 0.40 |
| 03/30/2022 | ALB | E-mail from SWeiss as to sub v qualifications notwithstanding explanation from yesterday | 0.10 |
| 03/30/2022 | ALB | E-mail from MToussaint as to supplement to petition to clarify and quantify sub v eligibility; commence revisions as to format and presentation  ("NO CHARGE TIME") | 0.20 |
| 03/30/2022 | ALB | Telephone call to MToussaint with suggested revisions to and to file as supplement to petition evidencing analysis and qualifications ("NO CHARGE TIME") | 0.20 |
| 07/11/2022 | NMD | Prepare and sent e-mail ("NO CHARGE TIME") | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sub Chapter V
Invoice: 620110                                                                    Page 4

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 08/09/2022 | PHS | Attention to questions raised by trustee; call with ABraunstein and MToussaint ("NO CHARGE TIME") | 0.20 |

| | | |
|---|---|---|
| Total Hours | | 9.90 |
| Total Fees | | $3,583.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:     Mr. Edmilson Ramos
               President

Re: Avidia Foreclosure/Stay Extension
Invoice: 620109                                                     Page 1

For Professional Services Rendered from
March 1, 2022 through October 31, 2022 as
described in detail on the attached accounting.

| | | |
|---|---|---|
| Fees | $ | 35,397.00 |
| Expenses and Disbursements | $ | 0.00 |
| Total | $ | 35,397.00 |

Matter:     59961.00002

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Avidia Foreclosure/Stay Extension
Invoice: 620109                                                                    Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00002
Billing Period:  From March 1, 2022 through October 31, 2022

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 05/02/2022 | ALB | Telephone call from Edy and Caroline regarding issues relating to Avidia as well as real estate issues pursued by Avidia | 0.40 |
| 05/02/2022 | ALB | E-mail from M Van Dam re real estate default and intent to foreclose | 0.10 |
| 05/25/2022 | MXT | Attention to email communications with debtor parties and documents regarding foreclosure related notice from Avidia state court proceeding, and deadline for Trust to respond | 0.20 |
| 06/02/2022 | ALB | E-mail from M Van Dam re loan and security agreement documents and review in light of asserted foreclosure and consider options | 1.80 |
| 06/15/2022 | MXT | Attention to email communications with debtor and counsel for Avidia regarding potential foreclosure and status of unpaid mortgage | 0.50 |
| 06/22/2022 | MXT | Attention to initial research regarding stay violation related to guaranty claim and potential foreclosure of real estate; follow up communications with counsel for Avidia regarding same | 1.00 |
| 06/24/2022 | ALB | E-mail from and to M. Toussaint re Avidia ("NO CHARGE TIME") | 0.10 |
| 06/24/2022 | ALB | Review motion of Avidia re stay relief and foreclosure ("NO CHARGE TIME") | 0.20 |
| 06/24/2022 | MXT | Review Avidia Bank's motion for comfort order related to foreclosure of the real estate owned by the trust | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Avidia Foreclosure/Stay Extension
Invoice: 620109       Page 3

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 06/26/2022 | MXT | Email communications with Dennis H. regarding docket for Avidia foreclosure proceeding ("NO CHARGE TIME") | 0.10 |
| 06/27/2022 | JDG | Review Avidia's motion for relief from stay, considering the merits of the underlying argument and the potential grounds for objecting to the relief sought in light of the connection between the real property and the debtor's business operations ("NO CHARGE TIME") | 0.30 |
| 06/27/2022 | DMH | Obtain copies of documents from Land Court ("NO CHARGE TIME") | 0.20 |
| 06/27/2022 | PHS | Review and respond to Macken regarding Avidia motion and grounds to object to foreclosure; review foreclosure docket and complaint; follow up re Trust ownership issue and related strategy re plan; and consider strategy of requesting stay re suits against principal of company ("NO CHARGE TIME") | 1.40 |
| 06/27/2022 | ALB | Telephone call to M. Toussaint re alternatives to foreclosure of real estate and strategy ("NO CHARGE TIME") | 0.30 |
| 06/27/2022 | ALB | Telephone call to M. Toussaint as to agenda for tomorrow, options and strategy re imposition of stay ("NO CHARGE TIME") | 0.60 |
| 06/27/2022 | MXT | Email communications with A. Braunstein regarding Avidia foreclosure of real estate facility owned by guarantor of business loans ("NO CHARGE TIME") | 0.40 |
| 06/28/2022 | PHS | Meet and discuss strategy and foreclosure procedures with MScott and MToussaint re foreclosure of real estate of Trust property and response to request for comfort letter; review note and mortgage; follow up meeting with ABraunstein and MToussaint re same ("NO CHARGE TIME") | 1.10 |
| 06/28/2022 | MZS | Review and work on foreclosure issues ("NO CHARGE TIME") | 0.60 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Avidia Foreclosure/Stay Extension
Invoice: 620109                                                                                      Page 4

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 06/28/2022 | ALB | Review emails re stay issues and grounds/case law supportive of stay ("NO CHARGE TIME") | 0.30 |
| 06/28/2022 | ALB | Series of e-mails from Macken re plan and matters related to Avidia foreclosure issues ("NO CHARGE TIME") | 0.30 |
| 06/28/2022 | MXT | Attention to documents and follow up email with M. Scott regarding pending Avidia foreclosure, loan documents and foreclosure notices | 0.90 |
| 06/28/2022 | MXT | Meet with M. Scott regarding Avidia foreclosure of real estate facility owned by Trust, and issues related to same | 0.20 |
| 06/28/2022 | MXT | Attention to communications with debtor and documents regarding real estate foreclosure pending by Avidia Bank, and related notices | 0.20 |
| 06/29/2022 | DMH | Update of title, to premises located at 347 Middlesex Road Tyngsboro, MA from termination date of prior title examination report; obtain copies of any intervening encumbrances | 0.40 |
| 07/03/2022 | MXT | Attention to case law research regarding application of automatic stay pursuant to section 362 of the bankruptcy code to non-debtor guarantors, and extension of automatic stay to nondebtor parties under section 105 of the Bankruptcy Code with respect to potential foreclosure by Avidia Bank of debtor's leased facility | 1.70 |
| 07/03/2022 | MXT | Prepare draft objection to comfort motion filed by Avidia Bank related to potential foreclosure of the real estate owned by the Trust; attention to documents regarding same | 2.70 |
| 07/05/2022 | MXT | Prepare draft motion for extension of automatic stay to nondebtor parties under section 105 of the Bankruptcy Code with respect to potential foreclosure by Avidia Bank of debtor's leased facility | 4.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Avidia Foreclosure/Stay Extension
Invoice: 620109                                                                 Page 5

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 07/05/2022 | MXT | Continue to work on research notes regarding application of automatic stay pursuant to section 362 of the bankruptcy code to non-debtor guarantors, and extension of automatic stay to nondebtor parties under section 105 of the Bankruptcy Code with respect to potential foreclosure by Avidia Bank of debtor's leased facility | 4.00 |
| 07/05/2022 | MXT | Review case law research and attention to research notes regarding application of automatic stay pursuant to section 362 of the bankruptcy code to non-debtor guarantors, and extension of automatic stay to nondebtor parties under section 105 of the Bankruptcy Code with respect to potential foreclosure by Avidia Bank of debtor's leased facility | 6.60 |
| 07/06/2022 | MXT | Prepare draft objection to comfort motion filed by Avidia Bank related to potential foreclosure of the real estate owned by the Trust; attention to documents regarding same | 5.00 |
| 07/06/2022 | MXT | Further review of case law and attention to research notes regarding objection to comfort motion filed by Avidia Bank related to potential foreclosure of the real estate owned by the Trust | 3.00 |
| 07/06/2022 | MXT | Review and revise further draft objection to Avidia Bank's comfort motion related to stay relief and foreclosure | 0.80 |
| 07/06/2022 | MXT | Attention to comments from debtor regarding objection to Avidia Bank's Comfort Motion for foreclosure and stay relief issues | 0.20 |
| 07/12/2022 | MXT | Attention to legal research regarding extension of automatic stay to nondebtor guarantors with respect to Avidia Bank foreclosure and pending comfort motion for stay relief; attention to research notes related to same ("NO CHARGE TIME") | 3.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Avidia Foreclosure/Stay Extension

Invoice: 620109                                                          Page 6

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 07/13/2022 | MXT | Revise further draft motion to extend stay to nondebtors pursuant to section 105 of the bankruptcy code; prepare and send communication to debtor regarding same | 2.50 |
| 07/13/2022 | MXT | Prepare and review draft motion to extend stay to nondebtors pursuant to section 105 of the bankruptcy code; attention to documents regarding same | 4.50 |
| 07/13/2022 | MXT | Continue to work on legal research regarding extension of automatic stay to nondebtor guarantors with respect to Avidia Bank foreclosure and pending comfort motion for stay relief; attention to research notes related to same ("NO CHARGE TIME") | 2.90 |
| 07/13/2022 | MXT | Review materials research regarding extension of automatic stay to nondebtor guarantors with respect to Avidia Bank foreclosure and pending comfort motion for stay relief; attention to research notes related to same | 5.00 |
| 07/14/2022 | NMD | Prepare and sent e-mail regarding Motion to Extend Automatic Stay, prepare and e-filed certificate of service regarding Notice of Hearing, prepare and sent e-mail | 0.50 |
| 07/14/2022 | MXT | Conference call with debtor, attorney Pete Nicosia and A. Braunstein regarding issues related to Avidia Bank foreclosure proceeding, and business performance ("NO CHARGE TIME") | 0.70 |
| 07/14/2022 | MXT | Attention to filing of stay motion under section 105 of the bankruptcy code related to Avidia Bank foreclosure ("NO CHARGE TIME") | 0.20 |
| 07/14/2022 | MXT | Attention to documents and docket for state court proceedings filed by Avidia Bank, and follow up communication with Dennis H. regarding same ("NO CHARGE TIME") | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Avidia Foreclosure/Stay Extension

Invoice: 620109                                                                                    Page 7

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 07/14/2022 | MXT | Revise further draft stay motion related to Avidia Bank foreclosure under section 105 of the Bankruptcy Code; send same to N. Dailey for filing | 1.00 |
| 07/14/2022 | MXT | Attention to documents for scheduled hearing on stay motion under section 105 of the bankruptcy code; communications with N. Dailey related to same ("NO CHARGE TIME") | 0.20 |
| 07/15/2022 | ALB | Email from P. Nicosia regarding status of foreclosure ("NO CHARGE TIME") | 0.10 |
| 07/19/2022 | MXT | Attention to documents and prepare for hearings related to Avidia's motion for comfort order for foreclosure, and debtor's motion to extend automatic stay | 0.50 |
| 07/19/2022 | MXT | Follow up email communications including with debtor regarding payments related to Avidia mortgage loan default ("NO CHARGE TIME') | 0.10 |
| 07/19/2022 | MXT | Review objection filed by Avidia Bank and attention to loan documents | 0.40 |
| 07/19/2022 | ALB | Telephone call to MVanDam re negotiations | 0.20 |
| 07/19/2022 | ALB | Telephone call to MToussaint re discussions with Weiss and with MVanDam ("NO CHARGE TIME") | 0.20 |
| 07/19/2022 | ALB | Review email of Motion re comments to SWeiss and email of issues ("NO CHARGE TIME") | 0.20 |
| 07/20/2022 | MXT | Prepare for and attend hearings related to Avidia's motion for comfort order for foreclosure, debtor's motion to extend automatic stay, and DIP financing extention; attention to documents regarding same | 3.00 |
| 07/20/2022 | MXT | Calls with debtor regarding hearing outcome related to potential Avidia foreclosure and stay related issues, and payments made to Avidia | 0.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Avidia Foreclosure/Stay Extension

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 07/20/2022 | MXT | Email communications with debtor and counsel for the Trust regarding potential injunction in state court related to pending foreclosure for the real estate facility; review and attention to documents regarding same ("NO CHARGE TIME") | 0.60 |
| 07/20/2022 | ALB | Telephone call to SWeiss re hearing on stay ("NO CHARGE TIME") | 0.20 |
| 07/26/2022 | ALB | Work session with MToussaint re stay violation re attaching of account ("NO CHARGE TIME") | 0.20 |
| 07/26/2022 | ALB | Work session with MToussaint concerning Motion re Stay Violation ("NO CHARGE TIME") | 0.40 |
| 08/03/2022 | ALB | Telephone call from P Nicosia re Avidia ("NO CHARGE TIME") | 0.20 |
| 08/03/2022 | ALB | Further telephone call from P Nicosia re Avidia ("NO CHARGE TIME") | 0.20 |
| 08/05/2022 | MXT | Review and attention to documents from attorney P. Nicossia regarding state foreclosure matter and response documents | 0.20 |
| 08/05/2022 | MXT | Attention to case law research regarding extension of stay to third parties with respect to Avidia potential foreclosure; attention to research notes regarding same and pending stay extension motion and objection filed by Avidia | 1.10 |
| 08/05/2022 | MXT | Review memo in support of complaint for state court injunction to prevent Avidia Bank foreclosure; email with attorney Pete Nicossia regarding same and comments | 1.20 |
| 08/05/2022 | ALB | Telephone call from PNicosia regarding plan issues and foreclosure ("NO CHARGE TIME") | 0.20 |
| 08/06/2022 | MXT | Attention to and review case law research regarding extension of stay to third parties with respect to potential foreclosure of real estate by Avidia Bank | 2.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Avidia Foreclosure/Stay Extension

Invoice: 620109

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 08/07/2022 | MXT | Attention to case law notes regarding stay extension issue for potential reply to objection of Avidia Bank and potential supplement to stay extention motion | 1.40 |
| 08/07/2022 | MXT | Continue to work on case law research regarding extention of stay to third parties with respect to potential foreclosure of reeal estate by Avidia Bank; attention to research notes for potential supplement to stay extention motion and potential reply to Avidia Bank objection | 4.00 |
| 08/08/2022 | MXT | Further attention to case law research regarding extention of stay to third parties with respect to potential foreclosure of reeal estate by Avidia Bank; attention to research notes for potential affidavit in support of stay motion instead of supplement to stay motion ("NO CHARGE TIME") | 3.00 |
| 08/08/2022 | MXT | Prepare and review draft affidavit in support of stay extension motion; attention to and review documents regarding same | 3.20 |
| 08/08/2022 | MXT | Attention to and review documents in connection with preparation of affidavit in support of stay extension motion | 2.30 |
| 08/09/2022 | ALB | Telephone call from MVanDam responding to proposal | 0.10 |
| 08/09/2022 | ALB | Telephone call from PNicosia with proposed settlement re Avidia ("NO CHARGE TIME") | 0.20 |
| 08/09/2022 | ALB | Email to M Toussaint re Avidia proposed settlement pursuant to negotiations ("NO CHARGE TIME") | 0.20 |
| 08/09/2022 | ALB | Telephone call from PNicosia as to his discussion with Edy ("NO CHARGE TIME") | 0.20 |
| 08/09/2022 | ALB | Email to client team re Avidia and recommendation and rationale ("NO CHARGE TIME") | 0.30 |
| 08/09/2022 | MXT | Email communication with Avidia Bank's counsel and attention to documents regarding joint statement of material facts for pending hearing on stay extention motion | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Avidia Foreclosure/Stay Extension
Invoice: 620109                                                                    Page 10

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 08/09/2022 | MXT | Attention to documents and communications with Attorney Nicossia and others regarding proposed offer from Avidia Bank for additional collateral from Mr. Ramos with respect to pending stay extension motion | 0.50 |
| 08/10/2022 | MXT | Prepare and send email communication to debtor regarding Avidia Bank's proposal to Mr. Ramos for additional collateral related to pending stay extension motion, and other open issues | 0.30 |
| 08/10/2022 | MXT | Attention to and review joint statement of material facts related to scheduled hearing for stay extension motion; attention to due diligence and background documents regarding same | 3.50 |
| 08/10/2022 | MXT | Additional review of joint statement of material facts for stay extension motion; conference with A. Poynor related to same ("NO CHARGE TIME") | 1.30 |
| 08/10/2022 | MXT | Prepare and send email communication to debtor regarding needed Affidavit in support of stay extension motion, and request for additional information for joint statement of material facts related to stay extension motion and hearing preparation related to same; attention to documents regarding same | 0.60 |
| 08/10/2022 | MXT | Review and revise further draft joint statement of material facts related to pending stay extension motion in connection with potential foreclosure by Avidia Bank | 0.20 |
| 08/10/2022 | MXT | Attention to and revise draft Affidavit in support of stay extension motion in relation to Avidia Bank's foreclosure matter | 0.50 |
| 08/10/2022 | MXT | Additional work on draft joint statement of material facts in relation to pending stay extension motion for Avidia Bank's | 2.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Avidia Foreclosure/Stay Extension
Invoice: 620109           Page 11

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | foreclosure matter and attention to potential exhibits ("NO CHARGE TIME") | |
| 08/10/2022 | ALP | Review statement of facts not in dispute and work session with MT regarding same ("NO CHARGE TIME") | 0.40 |
| 08/10/2022 | ALB | Telephone call from Edy and telephone conference with Edy and John Test re Avidia settlement and Testa subordination ("NO CHARGE TIME") | 0.30 |
| 08/10/2022 | ALB | E-mail from and to MToussaint re offer from Avidia re settlement ("NO CHARGE TIME") | 0.10 |
| 08/11/2022 | MXT | Continue to work on draft joint statement of material facts related to pending stay extension motion for Avidia Bank's foreclosure matter ; email communication to counsel for Avidia Bank | 0.70 |
| 08/11/2022 | MXT | Brief review of real estate title update and attention to documents for exhibit to joint statement of material facts in relation to pending stay extension motion and Avidia Bank foreclosure ("NO CHARGE TIME") | 0.50 |
| 08/22/2022 | ALB | E-mail from MVanDam with written offer responsive to my proposed settlement offer; consider and email to client and MToussaint | 0.20 |
| 09/08/2022 | ALB | Review documents re stay violations ("NO CHARGE TIME") | 0.40 |
| 09/12/2022 | ALB | Work session with M. Toussaint re offer and Avidia ("NO CHARGE TIME") | 0.20 |

Total Hours          99.40

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Avidia Foreclosure/Stay Extension
Invoice: 620109                                                          Page 12

| | |
|---|---|
| Total Fees | $35,397.00 |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Total Disbursements | $0.00 |
| Total Bill | $35,397.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:     Mr. Edmilson  Ramos
                    President

Re: Sale/Asset Disposition
Invoice: 620113                                                                         Page 1

For Professional Services Rendered from
March 1, 2022 through October 31, 2022 as
described in detail on the attached accounting.

Fees ........................................................................................... $     41,887.50

Expenses and Disbursements ........................................................ $        188.00

Total .......................................................................................... $     42,075.50

Matter:     59961.00003

Riemer & Braunstein LLP
100 Cambridge Street   Boston, Massachusetts 02114-2527
BOSTON          NEW YORK          CHICAGO          MIAMI          NEWPORT BEACH          BURLINGTON

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113                                                    Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00003
Billing Period: From March 1, 2022 through October 31, 2022

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 08/17/2022 | MXT | Call from debtor regarding case administration, follow up questions and contact for business broker ("NO CHARGE TIME") | 0.10 |
| 08/19/2022 | MXT | Conference call with debtor regarding potential going concern sale of the debtor; attention to documents regarding same | 0.30 |
| 08/19/2022 | MXT | Conference with A. Braunstein regarding potential going concern sale of the business, and issues related to potential foreclosure of real estate ("NO CHARGE TIME") | 0.10 |
| 08/19/2022 | MXT | Email communication with business broker regarding potential sale of debtor's business as a going concern, and search for potential bidders; attention to documents regarding same ("NO CHARGE TIME") | 0.20 |
| 08/21/2022 | MXT | Review email communications between debtor and potential buyer, and send response regarding financial projections filed with the first amended plan; attention to documents | 0.20 |
| 08/22/2022 | MXT | Call with debtor (Carolline) regarding potential interested party for proposed sale | 0.10 |
| 08/23/2022 | JDG | Work on creating secure data base for sale-related information ("NO CHARGE TIME") | 0.20 |
| 08/23/2022 | MXT | Review email from potential buyer related to sale due diligence; prepare form nondisclosure agreement and circulate same | 0.80 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113                                                                 Page 3

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 08/23/2022 | MXT | Email communications and call with debtor and emails with J. Ganz regarding data room for due diligence documents related to potential section 363 sale ("NO CHARGE TIME") | 0.40 |
| 08/23/2022 | MXT | Review and attention to due diligence documents for setting up of data room related to potential section 363 sale of business; prepare list of due diligence documents with notes | 2.80 |
| 08/23/2022 | MXT | Continue to review due diligence documents for potential sale of business and new virtual data room; email communications with debtor and potential buyer | 1.70 |
| 08/24/2022 | MXT | Further attention to due diligence documents for potential section 363 sale and download same for virtual data room; email business broker contact related to same | 0.40 |
| 08/25/2022 | MXT | Call from debtor (Mr. Ramos) regarding potential sale and real estate lease issues in the event of a sale of the business | 0.10 |
| 08/25/2022 | MXT | Attention to communication from debtor (Mr. Ramos) regarding sale related questions and payment of certain secured claims and insider claims in the event of a sale of the business; prepare and send response, and attention to documents | 1.20 |
| 08/25/2022 | MXT | Review offer for potential section 363 sale and send comments to debtor | 0.70 |
| 08/25/2022 | MXT | Call from debtor (Carroline ) regarding sale process and questions regarding same, and potential offer from interested party | 0.40 |
| 08/25/2022 | MXT | Prepare form letter of intent for potential sale of debtor's business, and send draft to debtor; attention to and review other documents regarding same | 2.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113                                                                 Page 4

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 08/26/2022 | MXT | Email communications with A. Braunstein regarding potential offer for sale of business and issues related to same; attention to documents ("NO CHARGE TIME") | 0.20 |
| 08/26/2022 | MXT | Email communications with debtor regarding potential sale of business and related issues | 0.10 |
| 08/30/2022 | MXT | Attention to draft asset purchase agreement from interested buyer; attention to and prepare form APA with section 363 and counterbid provisions; attention to documents related to same | 1.40 |
| 08/31/2022 | MXT | Email communications with debtor regarding form asset purchase agreement from proposed interested party | 0.10 |
| 08/31/2022 | MXT | Send email communication to A. Braunstein and P. Sutton regarding status of potential sale and issues related to same ("NO CHARGE TIME") | 0.10 |
| 08/31/2022 | MXT | Prepare and review form asset purchase agreement, and attention to documents regarding same; send same to debtor with comments ("NO CHARGE TIME") | 4.80 |
| 08/31/2022 | MXT | Email response to Attorney Nicosia regarding sale offer and comments related to same, and questions related to process for potential sale of business; attention to and review documents regarding same | 0.50 |
| 09/01/2022 | MXT | Attention to documents and prepare for meeting with debtor ("NO CHARGE TIME") | 0.50 |
| 09/01/2022 | MXT | Attend in person meeting with Top Line regarding potential sale of business, and issues related to sale, case status, and potential chapter 11 plan | 4.00 |
| 09/01/2022 | MXT | Email communication with subchapter v trustee regarding status of potential sale of business; attention to documents regarding same | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113                                                                 Page 5

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 09/02/2022 | MXT | Emails with subchapter v trustee regarding status and follow up regarding potential sale of business; attention to documents with respect to same | 0.20 |
| 09/02/2022 | MXT | Email communication to debtor regarding status related to potential offer from proposed buyer | 0.10 |
| 09/07/2022 | MXT | Draft and review notice of going concern sale and solicitation notice in the event of no offer; attention to documents regarding same ("NO CHARGE TIME") | 0.80 |
| 09/07/2022 | MXT | Attention to email from counsel for potential buyer with respect to interest in asset sale; send response and attention to communication with debtor regarding same; attention to document | 0.20 |
| 09/08/2022 | MXT | Prepare and review draft Asset Purchase Agreement for sale of business; attention to comments and proposed changes from counsel to proposed buyer | 2.40 |
| 09/08/2022 | MXT | Conference call with counsel for proposed buyer regarding changes to APA and related issues | 0.40 |
| 09/08/2022 | MXT | Attention to data room for potential sale of debtor's business, and add counsel for proposed buyer | 0.10 |
| 09/08/2022 | MXT | Call and emails with debtor regarding potential meeting with proposed buyer and status of APA and due diligence matters | 0.20 |
| 09/08/2022 | MXT | Revise further and review draft APA including with respect to comments from counsel for proposed buyer; attention to and review documents regarding same | 1.50 |
| 09/08/2022 | MXT | Email communication to N. Dailey regarding service for sale motion and list of potential interested parties ("NO CHARGE TIME") | 0.10 |
| 09/08/2022 | MXT | Attention to follow up email to subchapter v trustee regarding status of sale and draft APA | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113                                                                 Page 6

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 09/08/2022 | MXT | Attention to follow up email to counsel for Avidia Bank regarding status of amended plan and potential sale, and proposed conference call | 0.10 |
| 09/08/2022 | MXT | Email D. Haley regarding request for good standing certificate as required by APA; attention to document re sale motion ("NO CHARGE TIME") | 0.20 |
| 09/09/2022 | NMD | Prepare certificate of service for Motion to Sell, review and update matrix, began to edit Motion to sell | 2.40 |
| 09/11/2022 | MXT | Attention to and prepare draft sale motion for potential sale of business | 0.60 |
| 09/12/2022 | DMH | Obtain certificate of good standing for Top Line Granite Design Inc. from Massachusetts Secretary of State's Office | 0.50 |
| 09/12/2022 | MXT | Conference call with Avidia regarding potential sale of the debtor's assets and related issues including potential carve out or use of section 506(c ), and net sale proceeds; attention to and review documents regarding same | 0.70 |
| 09/12/2022 | MXT | Prepare and review draft sale motion | 1.00 |
| 09/12/2022 | ALB | Review offer related to sale of business ("NO CHARGE TIME") | 0.20 |
| 09/13/2022 | MXT | Prepare list of obligation for Trust with respect to potential new lease with proposed buyer for sale of debtor's assets; attention to documents and follow up communications with debtor and others related to same ("NO CHARGE TIME") | 0.40 |
| 09/13/2022 | MXT | Prepare and review draft sale motion; attention to documents regarding same | 4.50 |
| 09/13/2022 | MXT | Review draft asset purchase agreement, including with respect to comments from proposed buyer's counsel; follow up communication with buyer's counsel related to same | 1.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113                                                                              Page 7

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 09/13/2022 | MXT | Prepare and attention to exhibits and related information for draft asset purchase agreement; follow up communication with buyer's counsel related to same | 1.00 |
| 09/13/2022 | ALB | Telephone call from Edy for lease issue re sale ("NO CHARGE TIME") | 0.20 |
| 09/14/2022 | MXT | Call from Debtor's principal regarding issues related to proposed sale and status of lease negotiation, and follow up call with debtor's principal and accountant for tax accounting entry in balance sheet; attention to documents related to same ("NO CHARGE TIME") | 0.80 |
| 09/14/2022 | MXT | Continue to work on revised asset purchase agreement, and attention to draft commercial lease with respect to the asset purchase agreement; attention to follow up communications with buyer's attorney and landlord's counsel related to same | 1.00 |
| 09/16/2022 | MXT | Follow up email communication regarding status for sale documents | 0.10 |
| 09/18/2022 | MXT | Review changes to APA and attention to email communications with buyer's counsel regarding same | 0.30 |
| 09/18/2022 | MXT | Attention to and prepare schedules to asset purchase agreement; attention to documents regarding same | 0.30 |
| 09/18/2022 | MXT | Work on draft bidding procedures and other sale related pleadings and exhibits to sale motion; circulate draft sale motion to subchapter v trustee and Avidia Bank's counsel | 1.50 |
| 09/19/2022 | MXT | Review email from subchapter v trustee regarding potential sale of debtor's assets, and send response regarding same | 0.10 |
| 09/19/2022 | MXT | Work on and review draft sale pleadings and exhibits to sale motion including proposed order and form sale notice | 3.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 09/19/2022 | MXT | Attention to draft commercial lease which proposed buyer in connection with proposed sale of business, and attention to email communications and change to draft APA related to same | 0.40 |
| 09/20/2022 | MXT | Prepare and review draft schedules to asset purchase agreement in connection with sale of debtor's business | 1.20 |
| 09/20/2022 | MXT | Review further and work on draft asset purchase agreement, and draft schedules to APA; email communication with buyer's counsel regarding same | 1.90 |
| 09/20/2022 | MXT | Attention to communications with debtor, proposed buyer, and billing department regarding deposit for asset purchase agreement | 0.10 |
| 09/20/2022 | MXT | Prepare and review draft Exhibits to sale motion, including proposed sale procedures order, form sale notice, proposed bid procedures, and proposed sale order | 3.80 |
| 09/21/2022 | MXT | Continue to work on and revise sale pleadings and exhibits to be attached to sale motion, including proposed sale and bidding procedures, proposed bid procedures order, form sale notice, and proposed sale order | 3.80 |
| 09/21/2022 | MXT | Further review and make changes to draft sale motion including with respect to payment of senior secured claims | 0.40 |
| 09/21/2022 | MXT | Email communication with DIP lender regarding potential section 363 sale | 0.10 |
| 09/21/2022 | MXT | Further review and revision to sale pleadings and exhibits, including sale motion, proposed sale and bidding procedures, proposed bid procedures order, form sale notice, and proposed sale order | 3.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113

Page 9

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 09/21/2022 | MXT | Email communications with proposed buyer's counsel and others regarding draft sale pleadings and related questions and comments; attention to documents regarding same | 0.50 |
| 09/21/2022 | MXT | Attention to documents for filing of sale pleadings; send email follow up to proposed lender, debtor, and DIP lender with respect to same ("NO CHARGE TIME") | 0.40 |
| 09/21/2022 | MXT | Review certificate of service for sale motion and attention to changes with respect to service for sale procedures portion of sale motion; email N. Dailey regarding same ("NO CHARGE TIME") | 0.80 |
| 09/22/2022 | MXT | Communications with N. Dailey regarding service for sale motion and scheduled hearing on bid procedures portion of sale motion ("NO CHARGE TIME") | 0.10 |
| 09/22/2022 | MXT | Attention to service of sale motion to potential interested parties; attention to follow up email communications related to same ("NO CHARGE TIME") | 0.20 |
| 09/23/2022 | MXT | Review email from DIP lender regarding sale motion and proposed changes to sale pleadings; send response to same and attention to documents | 0.20 |
| 09/26/2022 | MXT | Review filed sale pleadings and email from business broker regarding potential interested party, sale procedures and timing with respect to finance contingency; prepare and send email response | 0.90 |
| 09/27/2022 | MXT | Attention to email communications with A. Braunstein regarding sale and publication notice ("NO CHARGE TIME") | 0.10 |
| 09/27/2022 | MXT | Attention to email communications from Subchapter v trustee regarding relief being sought in relation to sale procedures hearing, and reservation of rights for potential objections to sale motion; prepare and send response | 0.70 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113           Page 10

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 09/27/2022 | MXT | Attention to online search regarding proposed buyer and owner of the corporate entity including with respect to objection to sale procedures portion of the sale motion | 1.00 |
| 09/27/2022 | MXT | Call from US Trustee's office regarding objection to be filed to sale motion; review filed objection | 0.50 |
| 09/27/2022 | MXT | Conference call with proposed buyer's counsel regarding objection of US Trustee's office to sale motion, and attention to emails and documents regarding same | 0.60 |
| 09/27/2022 | MXT | Calls with debtor (C. Matire, and E. Ramos) regarding objection of US Trustee's office to sale motion, and attention to emails and documents regarding same | 0.50 |
| 09/27/2022 | MXT | Attention to online search regarding publication notice and local newspapers ("NO CHARGE TIME") | 0.30 |
| 09/27/2022 | MXT | Prepare draft notice of bankruptcy sale for newspaper publication and solicitation of counteroffers; attention to email communications with Subchapter v trustee regarding same and follow up with N. Dailey for same and pricing | 0.50 |
| 09/27/2022 | MXT | Revise publication notice for solicitation of counteroffers and send same to Subchapter V trustee | 0.20 |
| 09/27/2022 | MXT | Prepare draft potential supplement to sale motion and response to sale motion objection filed by US Trustee's office ; attention to and review documents regarding same | 0.70 |
| 09/27/2022 | MXT | Prepare and send follow up communication to US Trustee and Subchapter V trustee regarding objection to sale procedures portion of sale motion ; follow up calls with the Debtor (Mr. Ramos and C. Martire) regarding background information about the proposed buyer | 1.00 |
| 09/27/2022 | ALB | Email from and to MXT re solicitation of counteroffers ("NO CHARGE TIME") | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113                                                                 Page 11

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 09/28/2022 | ALB | Email from S Weiss and telephone to message to respond to inquiries re plan and sale ("NO CHARGE TIME") | 0.10 |
| 09/28/2022 | MXT | Prepare response to the US Trustee's objection to sale and bidding procedures portion of the sale motion; attention to and review documents regarding same | 2.70 |
| 09/28/2022 | MXT | Attention to email communications with debtor and proposed buyer's counsel regarding draft response to US Trustee's objection; attention to documents related to same | 0.40 |
| 09/28/2022 | MXT | Email communications with Subchapter v trustee regarding publication notice and related issues | 0.40 |
| 09/28/2022 | MXT | Further review of comments from buyer's counsel regarding response to US Trustee's objection related to sale procedures portion of sale motion | 0.10 |
| 09/28/2022 | MXT | Attention to email communications regarding publication notice, including emails between A. Braunstein and Subchapter v trustee ("NO CHARGE TIME") | 0.10 |
| 09/29/2022 | MXT | Revise publication notice and send same to Subchapter v trustee and others; follow up communications with N. Dailey regarding same and pricing from newspapers ("NO CHARGE TIME") | 0.40 |
| 09/29/2022 | MXT | Revise sale notice, and bidding procedures; attention to and review documents regarding same | 1.60 |
| 09/29/2022 | MXT | Email clarification from proposed buyer's counsel regarding disclosure for proposed buyer and miscommunication about use of facility workroom, and forward same to US Trustee's office and the Subchapter v trustee | 0.10 |
| 09/29/2022 | MXT | Prepare and review draft supplement to sale motion; attention to and review documents regarding same | 3.60 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113                                                                 Page 12

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 09/30/2022 | MXT | Attention to documents and emails with debtor regarding expired vehicle lease and next step with respect to assigned contract under APA | 0.20 |
| 09/30/2022 | MXT | Review list of vehicles and bankruptcy schedules, and compare to exhibit to APA with respect to message from debtor regarding expired leases and vehicles to be returned ("NO CHARGE TIME") | 0.30 |
| 09/30/2022 | MXT | Attention to documents related to vehicle and other leases for due diligence in data room for asset sale | 0.40 |
| 09/30/2022 | MXT | Attention to documents and comments regarding supplement to sale motion; attention to emails with proposed buyer's counsel and calls with debtor regarding same | 1.00 |
| 10/03/2022 | MXT | Attention to documents and prepare supplement to sale motion ; review documents regarding same | 2.00 |
| 10/03/2022 | MXT | Attention to and further review of supplement to sale motion | 0.80 |
| 10/03/2022 | MXT | Attention to revised APA schedule related to expired vehicle lease | 0.20 |
| 10/03/2022 | MXT | Attention to and revise sale notice, bid procedures and other sale pleadings; email redline copies to proposed buyer's counsel and DIP lender | 1.20 |
| 10/03/2022 | MXT | Attention to further revision to sale procedures, sale notice, and proposed sale procedures order; attention to documents regarding same | 1.00 |
| 10/03/2022 | MXT | Attention to email communications with A. Hall and N. Dailey regarding list of business brokers, and additional service for sale motion ("NO CHARGE TIME") | 0.30 |
| 10/04/2022 | NMD | Prepare list of business brokers, update list, prepare certificate of service for sale notice and sale procedure, prepare additional party list ("NO CHARGE TIME") | 2.40 |

# R I E M E R | B R A U N S T E I N

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113                                                                    Page 13

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 10/04/2022 | MXT | Attention to amended schedules to asset purchase agreement; attention to email communications with proposed buyer and others | 0.40 |
| 10/04/2022 | MXT | Attention to sale procedures order and attention to follow up communications regarding same, exhibits to APA with proposed buyer, and service of sale pleadings and solicitation materials | 0.50 |
| 10/04/2022 | MXT | Attention to communications with debtor regarding vendor list and additional service for sale of assets ("NO CHARGE TIME") | 0.10 |
| 10/04/2022 | MXT | Attention to documents and emails with A. Hall and N. Dailey regarding sale notice and service of sale pleadings; follow up communications with debtor related to same ("NO CHARGE TIME") | 1.00 |
| 10/04/2022 | MXT | Attention to entered bid procedures order and compare against version submitted for court review; attention to and prepare final sale notice related to same ("NO CHARGE TIME") | 1.00 |
| 10/04/2022 | MXT | Prepare and attention to documents and email communications for additional service parties for asset sale ; attention to other lists including business brokers, and vendors and contractors ("NO CHARGE TIME") | 2.00 |
| 10/04/2022 | MXT | Attention to and revise global certificate of service for asset sale; further review of additional service lists ("NO CHARGE TIME") | 1.50 |
| 10/04/2022 | MXT | Prepare cover email for service of sale notice; attention to follow up communications with N. Dailey regarding sale and logistics; attention to documents regarding same ("NO CHARGE TIME") | 1.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113                                                                                   Page 14

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 10/04/2022 | MXT | Revise publication notice and attention to email communications with N. Dailey regarding same ("NO CHARGE TIME") | 0.20 |
| 10/05/2022 | NMD | Update certificate of service and e-mail list, prepare and sent e-mail, e-file Notice of Sale, prepare and sent e-mails regarding the sale, e-file certificate of service | 1.90 |
| 10/05/2022 | MXT | Review documents and attention to email communications with debtor and others regarding revised list of vehicle assets ; follow up communications with debtor regarding same and potential further changes to APA schedules ("NO CHARGE TIME") | 1.00 |
| 10/06/2022 | NMD | Prepare and sent e-mail to Worcester Telegram regarding legal ad, prepare and sent e-mail to Boston Globe regarding legal ad, conference call with MXT regarding legal ad, prepare and sent e-mailto JW and MXT regarding legal ad | 1.00 |
| 10/12/2022 | MXT | Attention to documents and follow up emails with N. Dailey regarding newspaper publication for asset sale ("NO CHARGE TIME") | 0.10 |
| 10/12/2022 | MXT | Revise further APA Schedules and attention to email communications with debtor and counsel for proposed buyer regarding same | 1.20 |
| 10/12/2022 | MXT | Attention to email communication from debtor's owner regarding further questions related to case status and sale process; prepare and send response and attention to documents regarding same ("NO CHARGE TIME") | 0.50 |
| 10/17/2022 | MXT | Call with counsel for Ally Bank and attention to email follow up regarding claim and filed response and potential objection to sale motion | 0.60 |
| 10/17/2022 | MXT | Prepare and send mail communications to various secured creditors regarding consent and issues related to sale of | 1.60 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113                                                                      Page 15

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | debtor's assets; attention to and review documents regarding same | |
| 10/17/2022 | MXT | Review and attention to documents regarding proposed plan distribution from sale proceeds and potential carve out from Avidia Bank; email communication to subchapter v trustee and A. Braunstein regarding same | 0.50 |
| 10/18/2022 | MXT | Draft and review proposed distribution analysis from sale proceeds and potential plan funding for professional fees; attention to email communications with Avidia's counsel and others related to same | 1.70 |
| 10/18/2022 | MXT | Attention to and review documents regarding proposed distribution analysis from sale proceeds and potential plan funding for professional fees | 1.00 |
| 10/18/2022 | ALB | E-mail from L Cohn counsel to equipment lender re sale ("NO CHARGE TIME") | 0.10 |
| 10/18/2022 | ALB | Telephone call from J Delaney counsel to equipment lender re negotiation re sale and his position re Avidia ("NO CHARGE TIME") | 0.20 |
| 10/18/2022 | ALB | Telephone call to and telephone call from MToussaint re discussions with Delaney and sale issues ("NO CHARGE TIME") | 0.20 |
| 10/19/2022 | MXT | Further review of plan distribution analysis related to use of sale proceeds and consent from Avidia Bank ; send email communication to A. Braunstein and Subchapter v trustee regarding same | 0.90 |
| 10/19/2022 | MXT | Call with potential interested party , Big Shoulders, regarding sale notice and questions ("NO CHARGE TIME") | 0.10 |
| 10/19/2022 | ALB | Telephone call from Lewis Cohn regarding equipment claim and proposed sale ("NO CHARGE TIME") | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113                                                                      Page 16

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 10/20/2022 | MXT | Call from Avidia Bank's counsel regarding proposed distribution analysis from sale proceeds | 0.10 |
| 10/20/2022 | MXT | Call with debtor regarding copy of sale documents and status related to proposed buyer and ancillary documents for APA; send follow up communication to debtor and attention to case files regarding same ("NO CHARGE TIME") | 0.60 |
| 10/20/2022 | MXT | Prepare and send communications to subchapter v trustee, A. Braunstein and debtor regarding consent for plan funding, and Avidia Bank's response related to sale proceeds and minimum payment | 0.20 |
| 10/20/2022 | MXT | Attention to documents and case files regarding senior claim payment in relation to sale; send same to Avidia Bank regarding draft plan distribution analysis from sale proceeds | 0.30 |
| 10/20/2022 | MXT | Follow up email communication with Subchapter v trustee regarding proposed plan distribution from sale proceeds and outcome of call from Avidia Bank's counsel related to same | 0.10 |
| 10/20/2022 | MXT | Review signed NDA from interested party and attention to email communication and access to data room for due diligence documents | 0.20 |
| 10/20/2022 | ALB | E-mail from MToussaint as to sale carve out negotiations with Avidia ("NO CHARGE TIME") | 0.10 |
| 10/20/2022 | ALB | Further e-mail from MToussaint re sale negotiations with Avidia and equivalent lender ("NO CHARGE TIME") | 0.10 |
| 10/20/2022 | ALB | E-mail from and to SWeiss as to negotiations related to sale ("NO CHARGE TIME") | 0.10 |
| 10/21/2022 | MXT | Attention to list of contractors and others from due diligence documents and compare to service list for sale motion; send same to debtor and email communication for potential contact information ("NO CHARGE TIME") | 1.70 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113                                                                    Page 17

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 10/21/2022 | PHS | Call with MToussaint and ABraunstein regarding issues relating to possible sale and valuations ("NO CHARGE TIME") | 0.40 |
| 10/21/2022 | ALB | Telephone call from BDelaney regarding equipment loan and proposed disposition pursuant to sale and his request for call from MToussaint and his position re Avidia ("NO CHARGE TIME") | 0.20 |
| 10/21/2022 | ALB | Telephone call to and telephone call from MToussaint regarding (1) call from Delaney; and (2) dispute with Avidia as to disposition of sale proceeds ("NO CHARGE TIME") | 0.20 |
| 10/24/2022 | NMD | Prepare and sent e-mail to potential interested parties for sale | 0.50 |
| 10/24/2022 | MXT | Call and emails with debtor regarding sale status, the proposed buyer and additional list of contractor customer for potential additional service of sale notice | 0.10 |
| 10/24/2022 | MXT | Attention to list of contractor customers with respect to potential additional service of sale notice ("NO CHARGE TIME") | 0.10 |
| 10/24/2022 | MXT | Continue to work on additional list of contractor customers and attention to potential supplemental service of sale notice ("NO CHARGE TIME") | 0.50 |
| 10/24/2022 | MXT | Email communication to trustees, secured creditors and others regarding status of pending sale and with respect to proposed buyer and interested party ("NO CHARGE TIME") | 0.10 |
| 10/26/2022 | MXT | Attention to emails with potential interested parties for sale of debtor's assets; attention to documents regarding same ("NO CHARGE TIME") | 0.20 |
| 10/26/2022 | ALB | Telephone call from SWeiss concerning his recent findings and assumptions as well as suggested direction of case as well | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113                                                                 Page 18

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | as seeking my position and concurrence related to sale ("NO CHARGE TIME") | |
| 10/27/2022 | MXT | Attention to email communications with debtor and A. Braunstein and documents regarding Avidia objection to sale motion, plan filing issues , and proposed distribution of sale proceeds ("NO CHARGE TIME") | 0.60 |
| 10/27/2022 | MXT | Call with A. Braunstein regarding issues related to potential sale proceeds and negotiation with Avidia Bank ; attention to documents regarding same ("NO CHARGE TIME") | 0.30 |
| 10/28/2022 | NMD | Review of email, prepare certificate of service regarding additional parties sent notice of sale | 1.00 |
| 10/28/2022 | MXT | Attention to sale pleadings and send information to counsel for Allegheny; attention to calls with A. Braunstein regarding same and communication with counsel for Allegheny ("NO CHARGE TIME") | 0.50 |
| 10/28/2022 | MXT | Follow up communications with business broker regarding offer solicitation and status ("NO CHARGE TIME") | 0.20 |
| 10/28/2022 | MXT | Call with N. Dailey regarding supplemental service for sale pleadings ("NO CHARGE TIME") | 0.10 |
| 10/28/2022 | ALB | Telephone call to MToussaint re discussion yesterday with S Weiss and suggested direction ("NO CHARGE TIME") | 0.10 |
| 10/28/2022 | ALB | Telephone call to J Tamposi with inquiry as to sale and his decision not to bid; inform MToussaint ("NO CHARGE TIME") | 0.10 |
| 10/28/2022 | ALB | Telephone call to Dave Wilson counsel to Allegheny and discuss potential bid and resolution of litigation ("NO CHARGE TIME") | 0.20 |
| 10/28/2022 | ALB | Telephone call from Dave Wilson after discussion with his client re potential bid and settlement ("NO CHARGE TIME") | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 620113                                                            Page 19

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 10/28/2022 | ALB | Telephone call to MToussaint re discussion with counsel to Allegheny ("NO CHARGE TIME") | 0.10 |
| 10/31/2022 | NMD | E-file certificate of service regarding asset sale | 0.10 |
| 10/31/2022 | MXT | Review supplemental certificate of service for sale of debtor's assets with respect to customer contractors, and follow up with N. Dailey regarding same ("NO CHARGE TIME") | 0.20 |
| 10/31/2022 | ALB | Work session with MToussaint re payment from sale proceeds to DIP lender ("NO CHARGE TIME") | 0.10 |
| 10/31/2022 | ALB | Review proposed distribution analysis related to asset sale ("NO CHARGE TIME") | 0.10 |
| 10/31/2022 | MXT | Review further proposed distribution of sale proceeds with respect to alternative for plan funding; email revised draft to subchapter v trustee | 0.70 |
| 10/31/2022 | MXT | Call with counsel for ENG/ First Citizens regarding status of sale of debtor's assets and use of sale proceeds with respect to its secured claim | 0.10 |

| | | |
|---|---|---|
| Total Hours | | 125.50 |
| Total Fees | | $41,887.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:     Mr. Edmilson Ramos
               President

Re: Sale/Asset Disposition
Invoice: 624057                                                    Page 1

For Professional Services Rendered from
November 1, 2022 through June 29, 2023 as
described in detail on the attached accounting.

Fees ............................................................................................. $     119,966.00

Expenses and Disbursements ..................................................... $       3,871.64

Total ............................................................................................ $     123,837.64

Matter:   59961.00003

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00003
Billing Period: From November 1, 2022 through June 29, 2023

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 11/01/2022 | MXT | Conference call with A. Braunstein and S. Weiss regarding proposed plan funding from sale proceeds and next step for follow up with Avidia Bank's counsel; attention to documents related to same (No Charge Time) | 0.50 |
| 11/01/2022 | ALB | Telephone call from PNicosia re sale status (No Charge Time) | 0.20 |
| 11/01/2022 | ALB | Telephone call to MToussaint re sale and options (No Charge Time) | 0.20 |
| 11/03/2022 | MXT | Conference call with subchapter v trustee regarding status related to asset sale and ancillary documents for closing condition in relation to scheduled sale hearing | 0.30 |
| 11/03/2022 | MXT | Prepare and send email communication to debtor and proposed buyer regarding ancillary documents pursuant to asset purchase agreement and status of same; attention to documents related to same | 0.50 |
| 11/03/2022 | MXT | Attention to email communications with attorney Nicosia and A. Braunstein regarding status of final lease and other closing documents in relation to scheduled sale hearing (No Charge Time) | 0.20 |
| 11/03/2022 | MXT | Follow up communications with A. Braunstein and attorney Nicosia regarding sale issues and timing for ancillary documents in relation to scheduled sale hearing (No Charge Time) | 0.20 |
| 11/03/2022 | MXT | Attention to email communication from counsel for Ally Bank regarding treatment of collateral with respect to the sale; forward same with comments to debtor and proposed buyer, | 0.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | and attention to documents regarding same | |
| 11/03/2022 | ALB | Prepare for call with Avidia re efforts to reach consensual sale resolution with Avidia | 0.20 |
| 11/03/2022 | ALB | Telephone conference with Michael VanDam, Charles Palmer, Steve Weiss and M Toussaint re sale and negotiations in furtherance of reaching consensus on sale and carve out | 0.70 |
| 11/03/2022 | ALB | Telephone call from Steve Weiss regarding call with Avidia and his support of sale and plan and our collective rationale | 0.30 |
| 11/03/2022 | ALB | Email from and to PNicosia re status as to new lease in relation to sale of Debtor's assets (No Charge Time) | 0.10 |
| 11/03/2022 | ALB | Email to PNicosia as to my position on lease and consultant agreement to ensure arms length and in furtherance of sale (No Charge Time) | 0.20 |
| 11/03/2022 | ALB | Email from Macken as to lease and sale status (No Charge Time) | 0.10 |
| 11/03/2022 | ALB | Email to Macken as to sale and independence needed as to lease and retention agreement be negotiated between landlord and buyer and Edy's counsel and boyer counsel (No Charge Time) | 0.20 |
| 11/04/2022 | MXT | Call counsel to Avidia Bank with A. Braunstein regarding plan funding from sale proceeds and potential consent from Avidia Bank; attention to documents regarding same (No Charge Time) | 0.40 |
| 11/04/2022 | MXT | Conference call with debtor regarding sale issues and collateral assets related to vehicles not being assumed and assigned as part of the sale order | 0.10 |
| 11/04/2022 | MXT | Attention to objection of Ally Bank to assignment of financing contract as part of asset sale and call attorney | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 11/04/2022 | MXT | Prepare list of potential remaining vehicles that will not be assigned as part of ongoing asset sale; attention to communications with auctioneer and debtor regarding same, remaining debt balance, and valuation matters (No Charge Time) | 0.20 |
| 11/04/2022 | MXT | Email communications with attorney Nicosia and debtor regarding revised draft ancillary documents for asset purchase agreement and sale of debtor's assets; attention to documents regarding same (No Charge Time) | 0.20 |
| 11/04/2022 | MXT | Prepare and work on draft proposed sale order; attention to and review documents regarding same | 2.00 |
| 11/04/2022 | MXT | Call from US Trustee's office regarding limited objection to sale motion | 0.10 |
| 11/04/2022 | MXT | Conference call with A. Braunstein regarding sale issues and objection by US Trustee's office (No Charge Time) | 0.20 |
| 11/04/2022 | MXT | Review objection to sale motion filed by US Trustee office; send same to debtor with comments about status of ancillary documents | 0.20 |
| 11/04/2022 | MXT | Further review of draft proposed sale order | 0.40 |
| 11/04/2022 | MXT | Follow up emails with debtor regarding remaining vehicles not part of going concern sale, and whether returning of vehicles is more economical than auction based on loan balance and estimated value; attention to documents regarding same | 0.20 |
| 11/04/2022 | MXT | Follow up emails with auctioneer / Saperstein regarding remaining vehicles not part of going concern sale, and whether potential auction is feasible (No Charge Time) | 0.10 |
| 11/04/2022 | ALB | Telephone call from MToussaint re sale (No Charge Time) | 0.30 |
| 11/04/2022 | ALB | Further telephone call from MToussaint re sale (No Charge | 0.10 |

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | Time) | |
| 11/04/2022 | ALB | Further telephone call from MToussaint re sale (No Charge Time) | 0.10 |
| 11/05/2022 | MXT | Follow up communication with debtor and proposed buyer regarding status of ancillary documents pursuant to asset purchase agreement for proposed asset sale and pending sale motion; attention to documents regarding same | 0.20 |
| 11/05/2022 | MXT | Follow up email with subchapter v trustee regarding status of ancillary documents for proposed asset sale | 0.10 |
| 11/06/2022 | MXT | Email communication with debtor regarding reasons why certain financed vehicles could not be part of the ongoing concern sale; attention to documents regarding same | 0.30 |
| 11/06/2022 | MXT | Prepare and review draft status report regarding asset sale and received objections; attention to documents regarding same | 1.00 |
| 11/07/2022 | MXT | Attention to email communications and documents regarding sale closing deliverables including consulting agreement, and real estate lease | 0.70 |
| 11/07/2022 | MXT | Prepare and further work on draft status report for sale and pending objections (No Charge Time) | 1.00 |
| 11/07/2022 | MXT | Prepare and send email to debtor regarding potential list of pending projects and customer related transition issues in connection with potential sale of business | 0.30 |
| 11/07/2022 | MXT | Revise further APA schedule 1.1 and schedule 1.7 | 0.20 |
| 11/07/2022 | MXT | Prepare and revise draft proposed sale order; attention to documents regarding same | 0.30 |
| 11/07/2022 | MXT | Further work on status report for asset sale and pending objection; attention to documents related to same | 0.30 |
| 11/07/2022 | MXT | Attention to ancillary documents related to asset purchase | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | agreement to file with status report for asset sale; attention to email communications with N. Dailey regarding filing logistics for sale status report (No Charge Time) | |
| 11/07/2022 | MXT | Attention to email communications with debtor and documents regarding remaining financed and leased vehicles not part of going concern sale and open issues related to same | 0.40 |
| 11/07/2022 | MXT | Email communication with US Trustee and subchapter v trustee regarding status report for asset sale | 0.10 |
| 11/07/2022 | MXT | Emails with debtor regarding issues related to customer deposit and unfinished projects, if any, in relation to proposed sale order | 0.20 |
| 11/07/2022 | MXT | Attention to and send proposed sale order to secured creditors and trustees | 0.20 |
| 11/07/2022 | MXT | Follow up communications with debtor and proposed buyer regarding ancillary documents for the asset purchase agreement with proposed buyer | 0.10 |
| 11/07/2022 | MXT | Response to email inquiry from US Trustee's office regarding ancillary documents for asset purchase agreement with stalking horse bidder | 0.10 |
| 11/07/2022 | MXT | Follow up communication with counsel for Ally Bank regarding exclusion of collateral from going concern sale with respect to proposed assumption of financing contract | 0.10 |
| 11/07/2022 | MXT | Attention to document files and prior emails with debtor and buyer parties regarding exclusion of certain financed and leased vehicles as part of going concern sale; review email from proposed buyer and send response (No Charge Time) | 2.10 |
| 11/07/2022 | MXT | Attention to and review documents and email communications for scheduled sale hearing (No Charge Time) | 1.30 |
| 11/07/2022 | MXT | Further attention to proposed sale order, and send email to A. | 0.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                                 Page 7

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | Hall and N. Dailey regarding filing of blackline before sale hearing (No Charge Time) | |
| 11/07/2022 | ALB | Telephone call from PNicosia regarding status of sale with buyer re lease and required agreement (No Charge Time) | 0.20 |
| 11/07/2022 | ALB | Telephone call to MToussaint re suggesting buyer's counsel and buyer appear once (No Charge Time) | 0.10 |
| 11/07/2022 | ALB | Series of emails from TBarrette, DDarlington and MToussaint re sale proceeding (No Charge Time) | 0.20 |
| 11/08/2022 | MXT | Review and attention to emails and documents for sale hearing preparation (No Charge Time) | 2.00 |
| 11/08/2022 | MXT | Drive to and from Worcester to attend sale hearing | 2.20 |
| 11/08/2022 | MXT | Attend sale hearing; meeting with debtor and others in courthouse lobby regarding asset sale | 1.70 |
| 11/08/2022 | MXT | Revise further and work on proposed sale order after hearing; attention to email communications with subchapter v trustee and others regarding same | 2.50 |
| 11/09/2022 | MXT | Further attention to proposed sale order and send same to creditors and US Trustee's office | 0.20 |
| 11/09/2022 | MXT | Conference with A. Braunstein regarding sale hearing and next step related to same and fee application (No Charge Time) | 0.10 |
| 11/09/2022 | MXT | Review comments from DIP Lender for changes to proposed sale order and send response; revise further proposed sale order and send same to Chambers | 0.40 |
| 11/09/2022 | ALB | Conference with MToussaint re sale issues and yesterday's hearing (No Charge Time) | 0.20 |
| 11/10/2022 | MXT | Attention to and prepare document agenda and sale closing documents; attention to email communications regarding same | 1.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 11/10/2022 | MXT | Attention to and circulate sale order to debtor and proposed buyer | 0.10 |
| 11/10/2022 | MXT | Further work on sale closing documents including bill of sale, and assignment for assigned contracts, and further clean up changes for ancillary documents | 1.00 |
| 11/10/2022 | MXT | Prepare and review draft list of transitional issues for asset sale  and send to debtor | 1.20 |
| 11/10/2022 | MXT | Further review of documents related to closing agenda, and sale closing documents ; send same to debtor and proposed buyer parties | 1.10 |
| 11/10/2022 | MXT | Revise further document agenda and resend same with wiring instructions for proposed asset sale | 0.20 |
| 11/10/2022 | MXT | Email communications with N. Dailey regarding service of sale order (No Charge Time) | 0.10 |
| 11/10/2022 | MXT | Attention to case files and ancillary documents under APA, and other closing documents (No Charge Time) | 0.70 |
| 11/11/2022 | MXT | Call with debtor regarding sale closing status, business operating issues  and open items; attention to documents regarding same | 0.80 |
| 11/14/2022 | MXT | Email communications with debtor and buyer parties regarding closing logistics and signature pages (No Charge Time) | 0.30 |
| 11/14/2022 | MXT | Conference and attention to emails with N. Dailey regarding signature pages from debtor and service of sale order (No Charge Time) | 0.20 |
| 11/14/2022 | MXT | Email follow up with subchapter v trustee regarding sale closing status | 0.10 |
| 11/14/2022 | MXT | Conference call with debtor regarding sale closing status and | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | issues related to same (No Charge Time) | |
| 11/14/2022 | MXT | Attention to follow up email communications with buyer regarding sale closing and status, and potential extension | 0.10 |
| 11/15/2022 | MXT | Attention to further email communications with debtor and buyer parties regarding closing status; attention to documents regarding same | 0.20 |
| 11/15/2022 | MXT | Conference call with debtor regarding potential extension of closing, and business operating issues | 0.10 |
| 11/15/2022 | MXT | Calls from and to subchapter v trustee regarding sale closing issues and status | 0.10 |
| 11/15/2022 | MXT | Attention to email communication with Avidia Bank regarding sale closing status (No Charge Time) | 0.10 |
| 11/16/2022 | MXT | Calls to and from buyer's counsel regarding sale closing scheduling and related issues | 0.30 |
| 11/16/2022 | MXT | Follow up call with counsel for buyer regarding sale closing extension and delays | 0.10 |
| 11/16/2022 | MXT | Emails with subchapter v trustee and A. Braunstein regarding sale closing status and potential extension pursuant to call with buyer's counsel (No Charge Time) | 0.20 |
| 11/16/2022 | MXT | Call with debtor regarding operating issues and sale closing status including with respect to potential extension and communication with buyer's attorney; attention to documents regarding same | 0.50 |
| 11/16/2022 | MXT | Follow up call with subchapter v trustee and A. Braunstein regarding sale status and logistics, and concerns with sale closing delays (No Charge Time) | 0.10 |
| 11/16/2022 | MXT | Prepare and send email follow up and confirmation to buyer's counsel, debtor and others regarding sale closing extension | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057 Page 10

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 11/16/2022 | ALB | Telephone conference with SWeiss and MToussaint re sale, litigation and plan (No Charge Time) | 0.30 |
| 11/16/2022 | ALB | Telephone call from SWeiss regarding strategy | 0.30 |
| 11/17/2022 | MXT | Attention to email communications with secured creditors regarding closing status and potential extension for sale of debtor's assets | 0.10 |
| 11/17/2022 | MXT | Email communication from counsel for First Citizens regarding expected payment from sale proceeds and send response; follow up email to subchapter v trustee and A. Braunstein regarding same (No Charge Time) | 0.10 |
| 11/22/2022 | MXT | Email communications with counsel for US Small Business Administration regarding sale consent and late response | 0.10 |
| 11/28/2022 | MXT | Attention to email communications with buyer's attorney regarding closing status | 0.10 |
| 11/28/2022 | MXT | Conference call with debtor (Mr. Ramos) regarding sale status and buyer's medical conditions causing closing delays (No Charge Time) | 0.20 |
| 11/28/2022 | MXT | Conference call with P. Nicosia and A. Braunstein regarding sale closing delay and related issues (No Charge Time) | 0.40 |
| 11/28/2022 | MXT | Conference call with Subchapter v trustee and A. Braunstein regarding sale closing status and communication with attorney P. Nicosia (No Charge Time) | 0.20 |
| 11/28/2022 | MXT | Email communication and response to Avidia Bank regarding sale status | 0.10 |
| 11/28/2022 | MXT | Call with debtor and attorney P. Nicosia regarding sale closing status and related issues (No Charge Time) | 0.20 |
| 11/28/2022 | ALB | Telephone call to MToussaint re closing status and options (No Charge Time) | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                                     Page 11

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 11/28/2022 | ALB | Telephone call to PNicosia as to status of closing and potential alternative re Allegheny (No Charge Time) | 0.30 |
| 11/28/2022 | ALB | Email from and telephone conference with SWeiss and MToussaint re closing status and options | 0.30 |
| 11/29/2022 | MXT | Conference call with counsel for buyer and subchapter v trustee regarding sale closing update | 0.30 |
| 11/29/2022 | MXT | Follow up call with subchapter v trustee regarding conference call with counsel for buyer and sale closing delays | 0.10 |
| 11/29/2022 | MXT | Email communications with A. Braunstein and P. Sutton regarding update from buyer's counsel for potential sale closing (No Charge Time) | 0.10 |
| 11/30/2022 | MXT | Email communication from buyer's counsel regarding sale closing update and follow up with A. Braunstein and attorney Nicosia regarding same (No Charge Time) | 0.10 |
| 11/30/2022 | MXT | Call from debtor (Edy) regarding sale closing update (No Charge Time) | 0.10 |
| 11/30/2022 | ALB | Telephone call to SWeiss re my call yesterday with PNicosia and Allegheny option (No Charge Time) | 0.30 |
| 11/30/2022 | ALB | Telephone call from and telephone call to DWilson re continued interest of Allegheny (No Charge Time) | 0.20 |
| 11/30/2022 | ALB | Telephone call to MToussaint re interest of Allegheny (No Charge Time) | 0.10 |
| 11/30/2022 | ALB | Email to D Wilson as to inquired information as to liens on real estate for potential interest in Alleghany (No Charge Time) | 0.10 |
| 12/01/2022 | MXT | Call with A. Braunstein regarding potential interest of Allegheny in business sale and real estate, and request for site visit (No Charge Time) | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                    Page 12

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 12/01/2022 | ALB | Email D Wilson re interest of Allegheny and list of inquiries (No Charge Time) | 0.10 |
| 12/01/2022 | ALB | Telephone call to MToussaint as to response to inquiries of Allegheny in Debtor's assets (No Charge Time) | 0.20 |
| 12/01/2022 | ALB | Email to DWilson with my response re bankruptcy sale and MToussaint as to facts of inquiries from Allegheny (No Charge Time) | 0.10 |
| 12/01/2022 | ALB | Telephone call to PNicosia re request of Allegheny in potential 363 sale (No Charge Time) | 0.10 |
| 12/01/2022 | ALB | Telephone call to ERamos as to Allegheny site visit (No Charge Time) | 0.10 |
| 12/01/2022 | ALB | Further telephone call from ERamos and coordinate visit for Allegheny (No Charge Time) | 0.10 |
| 12/01/2022 | ALB | Email to D Wilson as to site visit for Allegheny and proposed 363 sale (No Charge Time) | 0.10 |
| 12/02/2022 | MXT | Attention to email communications with trustees and secured creditors regarding status of sale closing | 0.10 |
| 12/02/2022 | ALB | Email from SWeiss responsive to my email from yesterday and of his conversation with Buyer's counsel re closing status | 0.10 |
| 12/02/2022 | ALB | Telephone call from ERamos re status of sale | 0.10 |
| 12/02/2022 | ALB | Email from D Wilson as to Allegheny's potential offer or interest in 363 sale (No Charge Time) | 0.10 |
| 12/02/2022 | ALB | Telephone conference with Macken and Angela re sale and application (No Charge Time) | 0.30 |
| 12/02/2022 | ALB | Further telephone call from ERamos re sale and use of Allegheny compelling buyer to close (No Charge Time) | 0.10 |
| 12/03/2022 | MXT | Revise document agenda and signature pages for sale related agreements for sale closing preparation; email to N. Dailey | 1.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                                          Page 13

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | regarding same (No Charge Time) | |
| 12/05/2022 | NMD | Prepare and sent e-mail and documents regarding closing | 0.20 |
| 12/05/2022 | ALB | Email from and to J McCauliff new counsel to buyer | 0.10 |
| 12/05/2022 | MXT | Attention to email communications with N. Dailey regarding draft closing documents for sale and to forward to parties in interest; attention to documents regarding same (No Charge Time) | 0.20 |
| 12/05/2022 | MXT | Email communication with subchapter v trustee regarding sale closing status | 0.10 |
| 12/05/2022 | MXT | Email communication with A. Braunstein regarding potential call with new buyer's counsel (No Charge Time) | 0.10 |
| 12/06/2022 | ALB | Email from and telephone call from JMcAullife re closing | 0.20 |
| 12/06/2022 | MXT | Follow up communication with A. Braunstein regarding potential call with new buyer's counsel (No Charge Time) | 0.10 |
| 12/06/2022 | MXT | Conference call with debtor parties regarding status for sale closing and potential issues with commercial lease between the landlord Trust and the buyer to facilitate the debtor's sale | 0.30 |
| 12/06/2022 | MXT | Email communications with buyer's counsel, attorney Nicosia and others regarding call with debtor and potential change to commercial lease in relation to sale of debtor's assets (No Charge Time) | 0.10 |
| 12/06/2022 | MXT | Email communications with new counsel for buyer regarding closing status and logistics | 0.10 |
| 12/07/2022 | MXT | Email communication with debtor and others regarding response from buyer's counsel for status of sale closing | 0.10 |
| 12/08/2022 | ALB | Telephone call from and telephone call to SWeiss re discussions with McAuliffe | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                      Page 14

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 12/08/2022 | MXT | Email communications with Avidia Bank regarding status of sale closing (No Charge Time) | 0.10 |
| 12/08/2022 | MXT | Email to buyer's counsel regarding status of sale closing (No Charge Time) | 0.10 |
| 12/09/2022 | ALB | Email from and telephone call to JMcAuliffe, counsel for the buyer, re status of closing | 0.20 |
| 12/09/2022 | ALB | Telephone call from MToussaint re my discussions with McAuliffe (No Charge Time) | 0.10 |
| 12/09/2022 | ALB | Telephone call from BDelaney creditor's counsel regarding sale issues; email to Macken as to sale and independence needed as to lease and retention agreement be negotiated between landlord and buyer and Edy's counsel and buyer's counsel (No Charge Time) | 0.10 |
| 12/09/2022 | MXT | Email communications with debtor, buyer's counsel and others regarding sale status | 0.20 |
| 12/09/2022 | MXT | Conference call with buyer's counsel regarding sale closing status and open issues | 0.10 |
| 12/09/2022 | MXT | Follow up Email communications with secured creditors, US Trustee's office and others regarding sale closing status | 0.10 |
| 12/12/2022 | ALB | Email from and telephone call from S Weiss re sale related hearing | 0.10 |
| 12/12/2022 | ALB | Telephone call from MToussaint re discussions with S Weiss re 363 sale matters (No Charge Time) | 0.10 |
| 12/20/2022 | MXT | Attention to email communications and documents regarding sale closing status (No Charge Time) | 0.20 |
| 12/21/2022 | MXT | Conference call with buyer's counsel and subchapter v trustee regarding sale closing status | 0.20 |
| 12/22/2022 | MXT | Communications with debtor and call with Carolline regarding | 0.30 |

Riemer & Braunstein LLP
100 Cambridge Street  Boston, Massachusetts 02114-2527

BOSTON    NEW YORK    CHICAGO    MIAMI    NEWPORT BEACH    BURLINGTON

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 15

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | sale closing status and delays and potential interested party (No Charge Time) | |
| 12/22/2022 | MXT | Attention to email communications with debtor, creditors and others regarding sale closing status and potential action by Avidia Bank due to delays | 0.40 |
| 12/23/2022 | MXT | Attention to and organize electronic communication files and documents regarding asset sale (No Charge Time) | 0.30 |
| 12/27/2022 | MXT | Attention to documents and email communications with subchapter v trustee, buyer's counsel, and Avidia Bank's counsel regarding sale status | 0.40 |
| 12/28/2022 | ALB | Telephone from M. Van Damn regarding sale status, strategy and alternatives | 0.30 |
| 12/28/2022 | ALB | Telephone from S. Weiss and M. Toussaint regarding sale issues (No Charge Time) | 0.20 |
| 12/29/2022 | ALB | Telephone conference with M. Toussaint, S. Weiss, D. Darlington, J. MacAuliffe, and Buyer's general counsel regarding status in connection with sale as well as my notifying buyer and counsel of default and retention of deposit and effectuating of same if not closed by 1/13/23 | 0.70 |
| 12/29/2022 | MXT | Conference calls with buyer's counsel and subchapter v trustee regarding sale closing status, and progress related to financing delay | 1.10 |
| 12/30/2022 | ALB | Email from Debtor (Luciana) forwarding email from buyer regarding closing as to timeliness (No Charge Time) | 0.10 |
| 12/30/2022 | ALB | Telephone to M Van Damn as to email from buyer and agreement by bank not to pursue any further action until the re-scheduled closing date of the 13th of January | 0.20 |
| 12/30/2022 | ALB | Email from and to S Weiss regarding his concern about Avidia and further delay and of my discussions with Van | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 16

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | Damn and his agreement to wait until the 13th | |
| 12/30/2022 | ALB | Telephone call from BDelaney, creditor's counsel, re status of sale (No Charge Time) | 0.10 |
| 12/30/2022 | MXT | Attention to documents and emails with debtor, creditors and others regarding sale status and financing issues (No Charge Time) | 0.90 |
| 01/03/2023 | MXT | Attention to sale publication notice and related matters (No Charge Time) | 0.10 |
| 01/06/2023 | ALB | Detailed email to S Weiss re sale closing status and US Construction issues | 0.10 |
| 01/06/2023 | ALB | Telephone call to SWeiss responsive to his email and suggested resolution to address sale concerns | 0.20 |
| 01/06/2023 | ALB | Email from S Weiss after call regarding sale status | 0.10 |
| 01/06/2023 | ALB | Emails to and from SWeiss re his sale related concerns and how I agreed to address (No Charge Time) | 0.10 |
| 01/06/2023 | MXT | Email communications with subchapter v trustee and attention to documents regarding sale status and related issues | 0.10 |
| 01/10/2023 | ALB | Email from S Weiss re funds after presumed closing | 0.10 |
| 01/10/2023 | MXT | Attention to email files, and send communications to debtor and buyer related to sale closing and status; attention to documents regarding same (No Charge Time) | 0.60 |
| 01/11/2023 | ALB | Email from Macken Toussaint re lawsuit on real estate and implications and respond (No Charge Time) | 0.10 |
| 01/12/2023 | ALB | Series of telephone calls to M Theodore to address pending state court action for attachment and injunction re real estate and arguments as to withdrawing same; reach accord with counsel but he needs formal approval from client; respond to inquiries as to damage to his own client (and estate) by | 1.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | jeopardizing sale and eventually reach accord on withdrawal of action for such relief as against property or rent proceeds (No Charge Time) | |
| 01/12/2023 | ALB | Series of emails to SWeiss and Macken re resolution (No Charge Time) | 0.10 |
| 01/12/2023 | ALB | Confirm withdrawal of actions so sale can proceed and close tomorrow as expected (remaining skeptical due to lack of update from buyer) (No Charge Time) | 0.10 |
| 01/12/2023 | MXT | Attention to and revise further sale closing documents including with respect to date changes due to closing delays; email communications with buyer's counsel and others regarding same | 2.00 |
| 01/12/2023 | MXT | Email communications with debtor regarding post sale questions and logistics; attention to documents and already filed pleadings regarding same (No Charge Time) | 0.20 |
| 01/13/2023 | ALB | Telephone conference with parties re sale status (No Charge Time) | 0.20 |
| 01/13/2023 | ALB | Telephone call from Bill Delaney, creditor's counsel, re sale status (No Charge Time) | 0.10 |
| 01/13/2023 | ALB | Email from Macken Toussaint re list of avoidance actions and consider actions to pursue (No Charge Time) | 0.80 |
| 01/13/2023 | ALB | Email to and from D Wilson re Allegheny's interest in bankruptcy sale (No Charge Time) | 0.10 |
| 01/13/2023 | MXT | Attention to call with buyer's counsel and others regarding sale closing status, and attention to documents related to same | 0.70 |
| 01/13/2023 | MXT | Attention to email communications with debtor regarding call with buyer parties and status of sale closing (No Charge Time) | 0.10 |
| 01/13/2023 | MXT | Prepare and send email communication to creditors and parties in interest regarding call with buyer parties and status | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                     Page 18

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | of sale closing; attention to documents regarding same | |
| 01/13/2023 | MXT | Attention to communication from Avidia Bank's counsel regarding sale closing status (No Charge Time) | 0.10 |
| 01/13/2023 | MXT | Follow up messages and communications with subchapter v trustee regarding status call with buyer and sale closing delays | 0.20 |
| 01/17/2023 | ALB | Telephone call to J McAuliffe, creditor's counsel, re status of sale | 0.20 |
| 01/17/2023 | ALB | Detailed email to Edy re need to incorporate real estate to preserve any possibility of sale of business | 0.60 |
| 01/17/2023 | ALB | Review Macken Toussaint's comments to proposed email to Edy as to sale of real estate (No Charge Time) | 0.10 |
| 01/17/2023 | ALB | Revise email to Edy for proposed sale of real estate by Debtor's estate (No Charge Time) | 0.10 |
| 01/18/2023 | MXT | Attention to and send copies of real estate related documents to A. Braunstein with respect to potential sale of the debtor's assets and potential other interested party ; attention to case files related to same (No Charge Time) | 0.90 |
| 01/18/2023 | ALB | Telephone call to SWeiss re alternative transaction and tomorrow's hearing which his partner will be attending | 0.30 |
| 01/18/2023 | ALB | Review of email from Macken Toussaint re documents for potential real estate included in alternative sale (No Charge Time) | 0.60 |
| 01/18/2023 | ALB | Telephone call to DStukes re alternative sale potential (No Charge Time) | 0.20 |
| 01/20/2023 | MXT | Conference call with DIP lender regarding case status including sale of the debtor's assets and ongoing closing delays; attention to documents regarding same | 0.80 |
| 01/20/2023 | MXT | Attention to sale due diligence data room for access to DIP | 0.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 19

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | lender; follow up email communications regarding same (No Charge Time) | |
| 01/20/2023 | MXT | Email communications with debtor parties and others regarding potential search for backup bidder, and outcome of call with DIP lender regarding same; attention to documents | 0.70 |
| 01/20/2023 | MXT | Email communications with buyer's counsel regarding extension of sale closing date and call with DIP lender regarding same and concerns about closing delays, and potential search for back up bidder | 0.10 |
| 01/20/2023 | MXT | Email business broker regarding potential search for back up bidders; attention to prior emails and documents (No Charge Time) | 0.20 |
| 01/23/2023 | ALB | Email from and telephone call to SWeiss re status and issues re buyer and delays as well as status as to operations | 0.40 |
| 01/24/2023 | PHS | Call with Alan and Macken regarding sale issues (No Charge Time) | 0.30 |
| 01/24/2023 | MXT | Conference call with DIP lender regarding sale status and search for back up offer and potential auction if no going concern sale | 0.20 |
| 01/24/2023 | MXT | Follow up communications with DIP lender regarding claims register and form NDA with respect to pending sale of debtor's assets and potential search for back up offer | 0.20 |
| 01/24/2023 | MXT | Conference with subchapter v trustee regarding status of sale and his communication with potential lender for the buyer's purchase of the debtor's assets | 0.10 |
| 01/25/2023 | ALB | Email from S Weiss re sale status and pending issues (No Charge Time) | 0.10 |
| 01/25/2023 | ALB | Telephone call from BDelaney, creditor's counsel, re sale status (No Charge Time) | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 20

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 01/27/2023 | ALB | Telephone call to PNicosia re suggested transaction involving real estate (No Charge Time) | 0.20 |
| 01/27/2023 | MXT | Review term sheet from potential new funder for proposed buyer received from subchapter v trustee with respect to potential sale of the debtor's assets; attention to documents regarding same | 0.20 |
| 01/30/2023 | ALB | Telephone call from Edy as to willingness to reach accord re sale of real estate | 0.10 |
| 01/30/2023 | ALB | Email from and telephone call to PNicosia re sale and settlement re sale (No Charge Time) | 0.10 |
| 01/30/2023 | ALB | Telephone call to MVvanDam re potential sale of real estate and settlement re Avidia | 0.10 |
| 01/30/2023 | ALB | Consider proposal and means to formulate proposal in relation to sale of assets (No Charge Time) | 0.80 |
| 01/31/2023 | ALB | Telephone call from PNicosia re agreement with Edy for sale of real estate (No Charge Time) | 0.20 |
| 01/31/2023 | ALB | Further telephone call to PNicosia re sale proposal (No Charge Time) | 0.30 |
| 01/31/2023 | ALB | Telephone conference with Macken Toussaint re plan and issues re sale (No Charge Time) | 0.10 |
| 02/01/2023 | ALB | Telephone call from SWeiss re alternative closing and proposed settlement | 0.30 |
| 02/01/2023 | ALB | Telephone call from MSaperstein re inquiries of Legalist (No Charge Time) | 0.20 |
| 02/01/2023 | ALB | Telephone call from SWeiss re status of sale | 0.10 |
| 02/01/2023 | ALB | Telephone call from PNicosia and EDY re settlement and sale (No Charge Time) | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                        Page 21

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 02/01/2023 | ALB | Further telephone call to PNicosia and ERamos re sale (No Charge Time) | 0.20 |
| 02/01/2023 | ALB | Further telephone call from SWeiss re sale status | 0.10 |
| 02/01/2023 | ALB | Email from SWeiss after discussions with buyer's attorney McAuliffe | 0.10 |
| 02/01/2023 | MXT | Email communications with subchapter v trustee regarding sale status and further delays with closing | 0.10 |
| 02/01/2023 | MXT | Email communications with buyer's counsel regarding sale status and further delays with closing | 0.10 |
| 02/01/2023 | MXT | Email communications with A. Braunstein regarding buyer's information and potential new lender information (No Charge Time) | 0.10 |
| 02/01/2023 | MXT | Email communications with DIP lender regarding due diligence potential retention of auctioneer in the event the going concern sale is not closed, and payment of DIP loan balance by debtor (No Charge Time) | 0.20 |
| 02/01/2023 | MXT | Follow up communications with DIP lender sale status, and access to data room to auctioneer (No Charge Time) | 0.10 |
| 02/02/2023 | ALB | Telephone conferences with Weiss regarding sale | 0.10 |
| 02/02/2023 | ALB | Telephone conference with PNicosia regarding alternative sale (No Charge Time) | 0.10 |
| 02/02/2023 | ALB | Work on proposal for settlement related to asset sale | 0.80 |
| 02/03/2023 | MXT | Email communications with N. Dailey and buyer's attorney regarding closing logistics and documents regarding same in the event financing is finalized while out of the office (No Charge Time) | 0.50 |
| 02/06/2023 | ALB | Telephone from P. Nicosia regarding  sale settlement options (No Charge Time) | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 02/06/2023 | ALB | Telephone call from auctioneer (No Charge Time) | 0.20 |
| 02/07/2023 | ALB | Telephone call from auctioneer (No Charge Time) | 0.10 |
| 02/09/2023 | ALB | Telephone from SWeiss re sale closing status | 0.10 |
| 02/10/2023 | ALB | Telephone call from EDY and Tim re alternative sale proposal | 0.30 |
| 02/14/2023 | ALB | Telephone from PNicosia re potential resolution and sale (No Charge Time) | 0.10 |
| 02/14/2023 | ALB | Telephone calls from/to SWeiss as to options and status re sale closing | 0.10 |
| 02/14/2023 | ALB | Telephone call to PNicosia after my discussions with Weiss (No Charge Time) | 0.10 |
| 02/14/2023 | ALB | Telephone from JDelaney as to status of closing and options | 0.10 |
| 02/15/2023 | ALB | Telephone call to and telephone call from MVanDam re negotiations for asset sale | 0.30 |
| 02/16/2023 | MXT | Follow up email communications with buyer and debtor regarding sale status | 0.20 |
| 02/16/2023 | MXT | Attend conference call with DIP lender regarding sale alternatives and result of site review; attention to documents regarding same | 1.10 |
| 02/16/2023 | MXT | Attention to multiple email communications and follow up with debtor parties regarding sale status, potential alternatives in the event the going concern sale is not consummated timely; attention to documents regarding same | 0.90 |
| 02/16/2023 | MXT | Attention to multiple email communications and follow up with subchapter v trustee and A. Braunstein regarding sale status, and potential alternatives; attention to documents regarding same (No Charge Time) | 0.70 |
| 02/16/2023 | MXT | Attention to email communications with Avidia Bank's counsel regarding sale status, scheduled foreclosure, and | 0.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 23

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | potential proposal in the event the going concern sale is not consummated timely; attention to documents regarding same (No Charge Time) | |
| 02/16/2023 | ALB | Telephone call to SWeiss re lack of any response from counsel to buyer | 0.10 |
| 02/16/2023 | ALB | Zoom conference with Team from DIP lender, M Saperstein and M Toussaint regarding sale alternative (No Charge Time) | 0.70 |
| 02/16/2023 | ALB | Email from Macken re call with DIP lender for sale status (No Charge Time) | 0.10 |
| 02/16/2023 | ALB | Email from Pete Nicosia responding to Macken Toussaint's email and requesting me to call Avidia's counsel (No Charge Time) | 0.10 |
| 02/16/2023 | ALB | Detailed email to Pete Nicosia re sale options (No Charge Time) | 0.20 |
| 02/16/2023 | ALB | Detailed responsive email to Macken Toussaint re time issues and sale (No Charge Time) | 0.30 |
| 02/16/2023 | ALB | Email from SWeiss regarding his discussions with McAuliffe re sale closing status | 0.10 |
| 02/16/2023 | ALB | Telephone call from JDelaney as to status of closing and plan issues and support (No Charge Time) | 0.20 |
| 02/16/2023 | ALB | Series of emails from and to Macken Toussaint re sale alternatives and timing issues (No Charge Time) | 0.10 |
| 02/17/2023 | MXT | Email communications with A. Braunstein and Subchapter v trustee regarding sale status and concerns related to proposed alternatives and missing information; attention to email files and documents related to same (No Charge Time) | 0.50 |
| 02/17/2023 | MXT | Conference call with A. Braunstein regarding sale status and issues related to proposed alternatives and missing information; attention to documents related to same (No | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057 Page 24

| Date | Initials | Narrative<br>Charge Time) | Hours |
|---|---|---|---|
| 02/17/2023 | MXT | Attention to email communications with  debtor parties regarding sale status, planning of  proposed alternatives and related concerns; attention to email files and documents related to same | 0.80 |
| 02/17/2023 | MXT | Email communication with debtor regarding sale closing status and message from buyer regarding same | 0.10 |
| 02/17/2023 | MXT | Email communications with A. Braunstein and subchapter v trustee regarding sale closing status and message from buyer, and related concerns; attention to documents regarding same (No Charge Time) | 0.20 |
| 02/17/2023 | MXT | Attention to and review signed loan proposal / term sheet between buyer and its lender; prepare and send comments regarding same to subchapter v trustee and A. Braunstein (No Charge Time) | 1.20 |
| 02/17/2023 | MXT | Attention to email communications with Avidia Bank's counsel regarding sale status, pending foreclosure of real estate, and potential extension for closing of going concern sale of the debtor's assets; attention to case files and documents (No Charge Time) | 0.40 |
| 02/17/2023 | MXT | Further attention to loan proposal/ term sheet between buyer and its lender; attention to comments for discussion with A. Braunstein and subchapter v trustee (No Charge Time) | 0.40 |
| 02/17/2023 | ALB | Email from and to M VanDam re negotiations (No Charge Time) | 0.10 |
| 02/17/2023 | ALB | Email from SWeiss re his text from buyer's counsel, McAuliffe | 0.10 |
| 02/17/2023 | ALB | Further email from SWeiss regarding his call from Ralph Stone that the deal is done and will close | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 02/17/2023 | ALB | Email from and to SWeiss requesting a call with me (No charge time) | 0.10 |
| 02/17/2023 | ALB | Telephone call from S Weiss regarding status of matters and issues related Sale delay and alternative including default notice to buyer | 0.30 |
| 02/17/2023 | ALB | Telephone call to Macken Toussaint re discussions with S Weiss (No Charge Time) | 0.10 |
| 02/17/2023 | ALB | Telephone call from MSaperstein re sale alternative (No Charge Time) | 0.10 |
| 02/17/2023 | ALB | Email from and to PNicosia re options as to real estate into estate (No Charge Time) | 0.10 |
| 02/17/2023 | ALB | Further email from Pete Nicosia re sale lease back (No Charge Time) | 0.10 |
| 02/17/2023 | ALB | Email from S Weiss regarding revised commitment letter for asset purchase | 0.30 |
| 02/17/2023 | ALB | Email to Steve as to my general comment and skepticism re commitment letter | 0.10 |
| 02/17/2023 | ALB | Email from Macken with detailed analysis of commitment letter (No Charge Time) | 0.10 |
| 02/18/2023 | ALB | Draft email to buyer and counsel as to default | 0.20 |
| 02/18/2023 | ALB | Telephone call from Macken Toussaint as to suggested revisions and rationale for communication to buyer regarding default (No Charge Time) | 0.30 |
| 02/18/2023 | ALB | Revise email and send to buyer counsel team re default | 0.20 |
| 02/18/2023 | ALB | Telephone call from MSaperstein as to alternative sale option (No Charge Time) | 0.30 |
| 02/18/2023 | ALB | Telephone call to MSaperstein as to discussions with M | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057 Page 26

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | VanDam (No Charge Time) | |
| 02/19/2023 | ALB | Draft sale update to SWeiss and send to Macken Toussaint for review (No Charge Time) | 0.30 |
| 02/20/2023 | ALB | Email from Steve Weiss as to frustration in lack of response from any party for buyer | 0.10 |
| 02/20/2023 | ALB | Detailed email from Macken Toussaint with suggestions regarding my proposed draft email of 2/19 for trustee and consider (No Charge Time) | 0.20 |
| 02/21/2023 | MXT | Attention to documents and multiple email communications with debtor parties regarding sale status and potential alternatives considering pending motion to convert, and scheduled real estate foreclosure | 0.60 |
| 02/21/2023 | MXT | Attend conference call with subchapter v trustee, and proposed lender for the buyer regarding sale status and progress for potential closing before hearing on US Trustee's motion to convert and scheduled foreclosure; attention to notes regarding sale | 0.60 |
| 02/21/2023 | MXT | Attend to conference call with debtor and attorney Nicosia regarding sale status and strategies related to potential alternatives in the event the going concern sale is not consummated timely; attention to notes related to same (No Charge Time) | 1.70 |
| 02/21/2023 | MXT | Conference with A. Braunstein post conference call with debtor parties regarding sale status and alternatives in the event going concern sale is not consummated; follow up call with attorney Nicosia regarding proposal between attorney Braunstein and Avidia Bank with respect to disposition of real estate asset (No Charge Time) | 0.40 |
| 02/21/2023 | MXT | Attention to follow up email communications with debtor parties and attorney Nicosia regarding sale status and | 0.60 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057      Page 27

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | alternatives in the event going concern sale is not consummated, including issues related to potential proposal between attorney Braunstein and Avidia Bank with respect to disposition of real estate asset; review case files and documents regarding same (No Charge Time) | |
| 02/21/2023 | MXT | Review communication from A. Braunstein regarding sale issues including with respect to disclosure issues, potential dispute with insider, fiduciary duties of debtor, potential foreclosure and sale of real estate, and insider guaranty; prepare and send response (No Charge Time) | 1.50 |
| 02/21/2023 | ALB | Telephone call from Pete Nicosia re proposal from Edy Ramos re real estate (No Charge Time) | 0.10 |
| 02/21/2023 | ALB | Telephone conference with Steve Ralph and Paul (from Summit) re status of funding and informed readiness except requiring additional documentation such that closing will not occur before foreclosure | 0.60 |
| 02/21/2023 | ALB | Further telephone call from MSaperstein as to alternative deal (No Charge Time) | 0.10 |
| 02/21/2023 | ALB | Telephone conference with Edy Ramos, Pete Nicosia, Macken Toussaint and Tim regarding latest developments and alternatives (No Charge Time) | 1.20 |
| 02/21/2023 | ALB | Review response of SWeiss as to buyer's silence | 0.10 |
| 02/21/2023 | ALB | Email from Macken Toussaint re observations in connection with sale and other options (No Charge Time) | 0.10 |
| 02/21/2023 | ALB | Email to Macken Toussaint and client as to my position re alternatives (No Charge Time) | 0.20 |
| 02/21/2023 | ALB | Email from Macken Toussaint re dual sale analysis (No Charge Time) | 0.10 |
| 02/21/2023 | ALB | Detailed email to Macken Toussaint re Bay Colony and | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | treatment of claim of sale of real estate (No Charge Time) | |
| 02/21/2023 | ALB | Review agreement between Bay Colony and Avidia and Bay Colony claim filed for sale proceeds analysis and real estate asset | 0.30 |
| 02/21/2023 | ALB | Work session with Macken Toussaint after call and attempt to call Pete Nicosia (No Charge Time) | 0.20 |
| 02/21/2023 | ALB | Detailed Email from Macken Toussaint to Pete Nicosia (No Charge Time) | 0.10 |
| 02/22/2023 | MXT | Attention to communications with A. Braunstein regarding intercreditor agreement between Avidia Bank and Bay Colony (No Charge Time) | 0.10 |
| 02/22/2023 | MXT | Prepare and send email communication to Avidia's counsel regarding sale status, scheduled foreclosure, and extension request; attention to documents regarding same | 0.30 |
| 02/22/2023 | MXT | Call and email communications with subchapter v trustee regarding sale status, and request for additional deposit | 0.10 |
| 02/22/2023 | MXT | Conference call with attorney Nicosia and A. Braunstein for issues relating to sale of debtor's assets and pending foreclosure; attention to documents regarding same (No Charge Time) | 0.60 |
| 02/22/2023 | MXT | Call with A. Braunstein and proposed lender for buyer regarding interest in purchasing of real estate asset if required to be sold by Avidia Bank (No Charge Time) | 0.10 |
| 02/22/2023 | MXT | Conference call with A. Braunstein, attorney Nicosia, and debtor parties regarding status for sale of debtor's assets in light of pending foreclosure and related issues; attention to documents regarding same (No Charge Time) | 0.80 |
| 02/22/2023 | ALB | Email from Macken Toussaint re impact of a sale and Bay Colony issue (No Charge Time) | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 02/22/2023 | ALB | Telephone call from SWeiss regarding discussions with M VanDam and deposit status with buyer | 0.10 |
| 02/22/2023 | ALB | Telephone call from M Saperstein as to alternative transaction (No Charge Time) | 0.20 |
| 02/22/2023 | ALB | Email from Lisa Corbett to call Ralph Stone regarding 363 sale inquiries (No Charge Time) | 0.10 |
| 02/22/2023 | ALB | Telephone conference with Macken Toussaint and Ralph Stone as to status of deposit (No Charge Time) | 0.20 |
| 02/22/2023 | ALB | Emails from and to SWeiss re discussions with R. Stone for sale status | 0.20 |
| 02/22/2023 | ALB | Email from Pete Nicosia with notes and request to have further call today (No Charge Time) | 0.10 |
| 02/22/2023 | ALB | Telephone conference with Pete Nicosia, Edy Ramos, Macken Toussaint and Caroline re alternative options including turnover and sale of joint assets (No Charge Time) | 0.70 |
| 02/22/2023 | ALB | Telephone call to MSaperstein re follow up for sale status (No Charge Time) | 0.20 |
| 02/23/2023 | ALB | Telephone conference with ALizotte, MToussaint and PNicosia re potential building sale agreement (No Charge Time) | 0.50 |
| 02/23/2023 | ALB | Telephone conference with MSaperstein and B Thibeault re potential offer (No Charge Time) | 0.20 |
| 02/23/2023 | ALB | Series of telephone calls from and telephone calls to SWeiss as to no word from Stone or McAuliffe for sale status | 0.20 |
| 02/24/2023 | ALB | Telephone call from JDelaney re status of sale and alternatives | 0.10 |
| 02/24/2023 | ALB | Telephone call from and telephone call to SWeiss as to no response from buyer or his lender or counsel and further consideration of alternatives | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 02/24/2023 | ALB | Telephone call from MSaperstein re alternative transaction (No Charge Time) | 0.20 |
| 02/24/2023 | ALB | Series of emails from and to S Weiss re sale alternatives | 0.10 |
| 02/27/2023 | PHS | Review notice of termination to buyer for delay in closing and demand for deposit; conference with Macken regarding same (No Charge Time) | 0.20 |
| 02/27/2023 | MXT | Attention to documents related to distribution of loan proceeds for sale of debtor's business assets, and attention to email communications with counsel for Mr. Ramos related to same (No Charge Time) | 0.10 |
| 02/27/2023 | MXT | Attention to form termination letter, and email communications from A. Braunstein regarding termination of APA related to delays for sale closing (No Charge Time) | 0.50 |
| 02/27/2023 | MXT | Prepare draft termination letter in relation to asset purchase agreement for sale of the debtor's assets, and attention to follow up communications with A. Braunstein and P. Sutton related to same (No Charge Time) | 0.80 |
| 02/27/2023 | MXT | Conference call with proposed counsel for Mr. Ramos regarding sale closing status and related issues (No Charge Time) | 0.20 |
| 02/27/2023 | MXT | Attention to call from Mr. Ramos regarding sale status and closing delay, and related issues (No Charge Time) | 0.20 |
| 02/27/2023 | MXT | Forward email to attorney Nicosia and proposed bankruptcy counsel for Mr. Ramos regarding potential new requirement buyer's lender for sale closing as to forbearance agreement from Avidia Bank (No Charge Time) | 0.10 |
| 02/27/2023 | ALB | Telephone call from A Lizotte re efforts to address sale and alternatives | 0.10 |
| 02/27/2023 | ALB | Telephone call from PDelaney re discussion he had with Van | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | Dam as it relates to sale (No Charge Time) | |
| 02/27/2023 | ALB | Email from SWeiss re default letter to send to buyer | 0.10 |
| 02/27/2023 | ALB | Review email from Macken re default notice to buyer (No Charge Time) | 0.10 |
| 02/27/2023 | ALB | Telephone from MSaperstein re sale proposal (No Charge Time) | 0.20 |
| 02/28/2023 | MXT | Email communication with DIP lender and others regarding potential interests in assets of debtor through Saperstein and request for conference call (No Charge Time) | 0.10 |
| 03/01/2023 | ALB | Telephone call from BThibeault re interest in sale (No Charge Time) | 0.30 |
| 03/01/2023 | ALB | Email to and from PNicosia re sale (No Charge Time) | 0.10 |
| 03/01/2023 | ALB | Email from and to M Saperstein re sale alternatives (No Charge Time) | 0.10 |
| 03/01/2023 | ALB | Email from JMacAuliffe as to status of sale | 0.10 |
| 03/01/2023 | ALB | Telephone call to and telephone call from J McAuliffe regarding sale status | 0.10 |
| 03/01/2023 | ALB | Email to and telephone call from and message from J Delaney regarding sale status | 0.10 |
| 03/01/2023 | MXT | Call with bankruptcy counsel for debtor's principal regarding sale of the debtor's assets and open issues (No Charge Time) | 0.20 |
| 03/02/2023 | ALB | Email from J McAullife as to further and latest sale developments | 0.10 |
| 03/02/2023 | MXT | Attention to case files and emails regarding sale of debtor's assets, closing agenda, and delays by buyer and its lender (No Charge Time) | 0.60 |
| 03/02/2023 | MXT | Email communications with attorney Nicosia and debtor | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | regarding lease payment amount related to sale of debtor's assets (No Charge Time) | |
| 03/03/2023 | ALB | Telephone call from M Van Dam re call he received from lender to buyer and concern with potential advantage lender is seeking causing bank concern in revised "ask" on lease | 0.20 |
| 03/03/2023 | ALB | Telephone call to SWeiss regarding call from Michael and my recommendation that Steve call Ralph | 0.10 |
| 03/03/2023 | ALB | Telephone call from SWeiss after his call with Ralph and limitation in Avidia "ask" by lender | 0.10 |
| 03/03/2023 | ALB | Email from J McAuliffe re closing status | 0.10 |
| 03/03/2023 | ALB | Email check in from various constituent parties re closing status (No Charge Time) | 0.20 |
| 03/03/2023 | MXT | Call from Subchapter v trustee and attention to follow up with buyer's lender regarding wiring instruction for closing of sale of debtor's assets (No Charge Time) | 0.20 |
| 03/03/2023 | MXT | Attention to documents and email communications with counsel for Avidia regarding payment from sale proceeds to Avidia, and DIP loan payoff | 0.40 |
| 03/05/2023 | ALB | Email from S Weiss in response to email from MSaperstein re alternatives to sale (No Charge Time) | 0.10 |
| 03/05/2023 | ALB | Telephone call from MSaperstein regarding response of SWeiss (No Charge Time) | 0.20 |
| 03/05/2023 | ALB | Detailed email to SWeiss responsive to his email re Saperstein and alternatives (No Charge Time) | 0.30 |
| 03/05/2023 | ALB | Telephone call from ALizotte and email from and telephone call to ALizotte re sale status, conversion hearing and alternatives | 0.40 |
| 03/05/2023 | ALB | Telephone call to MSaperstein re sale alternatives (No Charge | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 33

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | Time) | |
| 03/05/2023 | ALB | Telephone call from S Weiss re sale status and issues re buyer lender overreaching | 0.20 |
| 03/05/2023 | ALB | Telephone call to MSaperstein as to alternatives (No Charge Time) | 0.10 |
| 03/06/2023 | ALB | Email from P Gilbert as to sale issues (No Charge Time) | 0.10 |
| 03/06/2023 | ALB | Email from J McAuliffe re his response to S Weiss in light of Gilbert email | 0.10 |
| 03/06/2023 | ALB | Email from SWeiss and email to Weiss re response to McAuliffe regarding sale status | 0.10 |
| 03/06/2023 | ALB | Telephone call from J Delaney re inquiry re sale and support to objection to conversion | 0.10 |
| 03/06/2023 | ALB | Further telephone call to SWeiss re Gilbert email issue | 0.10 |
| 03/06/2023 | ALB | Email to PNicosia and respond re sale (No Charge Time) | 0.10 |
| 03/06/2023 | MXT | Respond to attorney Nicosia and attention to document regarding signed asset purchase agreement between debtor and proposed buyer (No Charge Time) | 0.10 |
| 03/07/2023 | MXT | Email communication with DIP lender regarding status of sale closing | 0.10 |
| 03/07/2023 | ALB | Telephone call from SWeiss re upcoming hearing and apparent stalling of buyer | 0.10 |
| 03/07/2023 | ALB | Further telephone call from SWeiss re Summit and sale issues | 0.10 |
| 03/07/2023 | ALB | Telephone call from PNicosia re demand to Edy to transfer real estate to debtor (No Charge Time) | 0.10 |
| 03/07/2023 | ALB | Telephone call from ALizotte re negotiations and background re Edy (No Charge Time) | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/07/2023 | ALB | Telephone call to SWeiss re Edy deal | 0.40 |
| 03/07/2023 | ALB | Telephone conference with parties to purported sale and SWeiss | 0.90 |
| 03/07/2023 | ALB | Telephone call from SWeiss after call as to strategy | 0.20 |
| 03/07/2023 | ALB | Telephone call from WDelaney re sale status | 0.20 |
| 03/08/2023 | MXT | Review Third Party Agreement between Avidia and Bay Colony; send same to counsel for the buyer with respect to new requirement for SBA subordination in connection with sale closing, and attention to follow up email communications with buyer's counsel and buyer (No Charge Time) | 1.20 |
| 03/08/2023 | MXT | Attention to and send Debtor's lease to buyer's counsel for further requirement for sale closing (No Charge Time) | 0.10 |
| 03/08/2023 | MXT | Attention to and review email communications from A. Braunstein, Subchapter V Trustee, and counsel for buyer regarding sale closing issues and requirement for mortgage subordination (No Charge Time) | 0.40 |
| 03/08/2023 | ALB | Telephone call from WDelaney re sale status | 0.20 |
| 03/08/2023 | ALB | Telephone conference with SWeiss re sale issues | 0.80 |
| 03/08/2023 | ALB | Telephone conference with Macken Toussaint and Steve Weiss re sale issues and impediments (No Charge Time) | 0.20 |
| 03/08/2023 | ALB | Telephone conference with JMcAuliffe re sale status and issues | 0.30 |
| 03/08/2023 | ALB | Commence preparations for sale hearing | 1.50 |
| 03/08/2023 | ALB | Telephone conference with parties re alternative strategies re SBA and NDA and consider approach | 1.10 |
| 03/09/2023 | MXT | Attention to form motion to assume and assign debtor's pre-petition commercial lease as a proposal to facilitate sale | 0.80 |

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                                    Page 35

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | closing (No Charge Time) | |
| 03/09/2023 | MXT | Attention to and prepare draft motion to assume and assign commercial lease to proposed buyer in connection with potential sale closing for sale of substantially all of debtor's assets | 1.20 |
| 03/09/2023 | ALB | Telephone call from SWeiss re hearing and need for clarity from Summit | 0.10 |
| 03/09/2023 | ALB | Telephone call from JMcAuliffe re insistence of Summit on subordination re mortgages and sale closing delays | 0.10 |
| 03/09/2023 | ALB | Series of emails from and to McAuliffe and Weiss re lease modification for asset sale | 0.20 |
| 03/09/2023 | ALB | Further email from McAuliffe as to his need to convince the lender as to equivalents of lenders demand for SDNA or subordination; respond to John as to my position as overreaching | 0.10 |
| 03/09/2023 | ALB | Email from McAuliffe with modified language to lease and my response | 0.20 |
| 03/09/2023 | ALB | Further email from McAuliffe re SBA inclusion demand and my response | 0.10 |
| 03/09/2023 | ALB | Further series of emails from Weiss and McAulliffe re lease (No Charge Time) | 0.10 |
| 03/09/2023 | ALB | Travel to Worcester and attend hearing including sale matters | 4.50 |
| 03/09/2023 | ALB | Telephone call from McAuliffe during travel regarding sale (No Charge Time) | 0.30 |
| 03/09/2023 | ALB | Email from SWeiss after sale hearing | 0.10 |
| 03/09/2023 | ALB | Email from and to DIP lender as to results and sale (No Charge Time) | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/10/2023 | MXT | Work on and review draft motion to assume commercial lease in connection with potential sale of the Debtor's assets (No Charge Time) | 3.50 |
| 03/10/2023 | MXT | Review and attention to documents including real estate title search regarding motion to assume and assign commercial lease in connection with potential sale of the debtor's assets; revise further draft motion | 0.90 |
| 03/10/2023 | MXT | Further work on draft motion to assume and assign commercial lease with modification; attention to and review documents and communications with SBA regarding advance notice for emergency motion | 4.40 |
| 03/10/2023 | ALB | Telephone call from Macken Toussaint re lease and potential motion with SBA (No Charge Time) | 0.20 |
| 03/10/2023 | ALB | Telephone call to SBA counsel re proposed emergency for sale related pleading | 0.20 |
| 03/10/2023 | ALB | Telephone call from Peter Sutton regarding sale strategy (No Charge Time) | 0.20 |
| 03/10/2023 | ALB | Telephone call from MVanDam re bank position in relation to sale | 0.10 |
| 03/12/2023 | MXT | Review further draft motion to assume an assign commercial lease and for modification to facilitate sale of debtor's assets; send same to parties in interest and to the debtor with request for additional information to finalize motion | 1.40 |
| 03/13/2023 | NMD | Prepare certificate of service regarding Motion to Assume for asset sale, prepare federal express labels | 0.30 |
| 03/13/2023 | MXT | Attention to comments and email communications, including from counsel for debtor's principal, and debtor, related to draft motion to assume and assign commercial lease to facilitate sale of debtor's assets; attention to and review documents | 0.70 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative<br>related to same | Hours |
|------|----------|-----------|-------|
| 03/13/2023 | MXT | Follow up communications with counsel for Mr. Ramos related to motion to assume and assign commercial real estate lease in connection with sale of debtor's assets and comments to same (No Charge Time) | 0.20 |
| 03/13/2023 | MXT | Additional email communications with counsel for buyer, and attorney for Mr. Ramos regarding additional information needed for motion to assume and assign commercial lease for sale closing (No Charge Time) | 0.20 |
| 03/13/2023 | MXT | Email communications with counsel for Avidia Bank regarding draft motion to assume and assign commercial lease for asset sale and subordination issue raised by buyer's lender (No Charge Time) | 0.10 |
| 03/13/2023 | MXT | Conference call from counsel for US SBA regarding emergency motion to assume and assign commercial lease and for modification to facilitate asset sale; attention to follow up email communications with SBA counsel related to same and potential objection to motion | 0.50 |
| 03/13/2023 | MXT | Attention to and review comments from parties in interest to motion to assume and assign commercial lease and for modification to facilitate sale of debtor's assets; work on further revision to draft emergency motion including with respect to concerns raised by SBA | 0.90 |
| 03/13/2023 | MXT | Attention to communications from buyer's counsel regarding lender's conditions to closing, potential objection of SBA to motion to assume and assign commercial lease and with modification (No Charge Time) | 0.10 |
| 03/13/2023 | MXT | Call from subchapter v trustee regarding sale status and buyer's lender not being responsive | 0.10 |

RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 03/13/2023 | MXT | Conference call from US Attorney's Office as litigation counsel for SBA related to potential emergency motion for the debtor to assume and assign commercial lease related to sale of debtor's assets, and potential issues and objection, and attention to notes (No Charge Time) | 0.30 |
| 03/13/2023 | MXT | Follow up email with A. Braunstein and Subchapter V trustee regarding call with US Attorney's office as SBA litigation counsel related to potential objection to motion to assume and assign commercial lease for sale of debtor's assets (No Charge Time) | 0.10 |
| 03/13/2023 | MXT | Further attention to motion to assume and assign commercial lease and for modification to facilitate sale of debtor's assets, and follow up communications with A. Hall and A. Braunstein regarding filing logistics (No Charge Time) | 0.20 |
| 03/13/2023 | MXT | Email with A. Braunstein regarding sale closing status and delay with filing of motion to assume and assign lease to facilitate sale closing (No Charge Time) | 0.10 |
| 03/13/2023 | ALB | Telephone call from SWeiss re buyer issues delays and lack of credibility | 0.10 |
| 03/13/2023 | ALB | Edits to motion to assume lease to facilitate asset sale (No Charge Time) | 0.30 |
| 03/13/2023 | ALB | Email from ALizotte with comments regarding sale (No Charge Time) | 0.20 |
| 03/13/2023 | ALB | Series of emails from and to SWeiss re acknowledging my comments and revisions and review Steve Weiss's comments | 0.30 |
| 03/13/2023 | ALB | Email to Steve Weiss with issues raised re adding real estate sale transaction and my concerns | 0.20 |
| 03/13/2023 | ALB | Telephone call from SWeiss re status as to sale and issues re demands upon Avidia | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 03/13/2023 | ALB | Telephone call to MVanDam re Avidia and sale matter | 0.60 |
| 03/13/2023 | ALB | Email from McAuliffe re SBA and sale issues (No Charge Time) | 0.10 |
| 03/13/2023 | ALB | Email from McAuliffe requesting call for sale status (No Charge Time) | 0.10 |
| 03/13/2023 | ALB | Telephone call to JMcAuliife re sale status | 0.30 |
| 03/13/2023 | ALB | Further revise lease motion with respect to asset sale (No Charge Time) | 0.20 |
| 03/13/2023 | ALB | Email from Casey S. at SBA re not receiving documents (No Charge Time) | 0.10 |
| 03/13/2023 | ALB | Email to parties that I am waiting to file lease assumption unless and until confirmation from buyer and it's lender re closing assurances (No Charge Time) | 0.10 |
| 03/14/2023 | MXT | Attend conference call with buyer's attorney, subchapter v trustee, and A. Braunstein regarding sale closing status and issues related to consent of SBA for motion to assume and assign lease with modification (No Charge Time) | 0.40 |
| 03/14/2023 | ALB | Telephone conference with JMcAuliffe, SWeiss and others re Darlington sale status | 0.40 |
| 03/14/2023 | ALB | Telephone call from SWeiss re sale issues as to Darlington and Summit trying to avail itself of building potential equity | 0.20 |
| 03/14/2023 | ALB | Further email re waiting to file motion to assume as to new doubts of buyer delays (No Charge Time) | 0.10 |
| 03/14/2023 | ALB | Email from Andy agreeing with my position re not filing motion unless definitive closing date commitment (No Charge Time) | 0.10 |
| 03/14/2023 | ALB | Telephone call to MVanDam re apparent delays with sale closing by further requests made by buyer to Avidia | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                          Page 40

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 03/14/2023 | ALB | Further telephone call from Michael Van Dam re demands on Avidia for subordination | 0.20 |
| 03/14/2023 | ALB | Further telephone call from Michael Van Dam re status and Avidia and new buyer deal re real estate and express sale concerns | 0.20 |
| 03/14/2023 | ALB | Telephone call to MVanDam re sale status | 0.20 |
| 03/14/2023 | ALB | Email from Michael Van Dam that Avidia will not subordinate (No Charge Time) | 0.10 |
| 03/14/2023 | ALB | Telephone call to MSaperstein re alternative sale (No Charge Time) | 0.10 |
| 03/14/2023 | ALB | Telephone call from JMcAuliffe re new requirements by buyer's lender | 0.30 |
| 03/14/2023 | ALB | Telephone call to Casey of SBA re status of sale matters, issues with timing and of alternatives with SBA concerns of maintaining jobs and my loan assumption sale alternative | 0.20 |
| 03/14/2023 | ALB | Email to parties re my productive discussions with SBA for sale support (No Charge Time) | 0.10 |
| 03/14/2023 | ALB | Telephone conference with McAuliffe and Weiss re sale issues morphing to attempted acquisition of real estate and my concern | 0.30 |
| 03/14/2023 | ALB | Email from SWeiss after conference call with McAuliife | 0.10 |
| 03/14/2023 | ALB | Email from McAuliffe as to summit not going forward with sale unless Avidia subordinates | 0.10 |
| 03/14/2023 | ALB | Further email from McAuiliffe forwarding email of apparent progress | 0.10 |
| 03/15/2023 | ALB | Telephone call from SWeiss re further delays by Darlington and my position re alternative sale and position re real estate | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 41

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/15/2023 | ALB | Telephone call to SWeiss re sale status of events re Darlington and Summit | 0.20 |
| 03/15/2023 | ALB | Telephone call from BDelaney re plan and sale status | 0.30 |
| 03/16/2023 | ALB | Work on default notice for asset sale | 0.80 |
| 03/16/2023 | ALB | Telephone call from ALizotte re sale negotiations | 0.30 |
| 03/16/2023 | ALB | Telephone call from JMcAuliffe regarding sale status and my emphasizing default | 0.20 |
| 03/16/2023 | ALB | Pursuit of alternative sale transaction | 1.40 |
| 03/17/2023 | ALB | Telephone call from MSaperstein re alternative sale (No Charge Time) | 0.20 |
| 03/17/2023 | ALB | Telephone call with MSaperstein and proposed stalking horse bidder re negotiations for sale price of $6.5 million and including employees for business (No Charge Time) | 0.40 |
| 03/17/2023 | ALB | Telephone call from MSaperstein after negotiations re logistics (No Charge Time) | 0.30 |
| 03/17/2023 | ALB | Telephone call from JMcAuliffe as to further progress with sale closing and my considerable doubt | 0.10 |
| 03/17/2023 | ALB | Telephone call to SWeiss after discussions with McAuliffe and progress re sale alternative deals | 0.10 |
| 03/17/2023 | ALB | Telephone call to MVanDam with sale alternative deal and outline | 0.30 |
| 03/17/2023 | ALB | Further telephone call to SWeiss after sale discussion with MVanDam | 0.20 |
| 03/17/2023 | ALB | Further telephone call to MVanDam re sale alternatives | 0.30 |
| 03/18/2023 | ALB | Telephone call from ALizotte re negotiations in furtherance of real estate to estate for sale in exchange for release | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 42

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 03/19/2023 | ALB | Series of texts from and to J. McAuliffe regarding sale status (No Charge Time) | 0.10 |
| 03/19/2023 | ALB | Telephone call from JMcAulliffe re status of sale | 0.10 |
| 03/19/2023 | ALB | Telephone call from ALizotte re sale negotiations | 0.20 |
| 03/20/2023 | MXT | Conference call with A. Braunstein regarding sale status and potential alternative transaction (No Charge Time) | 0.20 |
| 03/20/2023 | MXT | Conference call with Avidia, A. Braunstein, and subchapter v trustee regarding sale status and related issues, and attention to documents and follow up (No Charge Time) | 0.50 |
| 03/20/2023 | ALB | Telephone call from WDelaney re sale status and pending issues | 0.20 |
| 03/20/2023 | ALB | Work on sale efforts following up on alternatives | 0.70 |
| 03/21/2023 | MXT | Attention to email communications with subchapter v trustee regarding sale status and next step conversation with A. Braunstein (No Charge Time) | 0.10 |
| 03/21/2023 | ALB | Telephone call to MSaperstein re sale negotiations (No Charge Time) | 0.30 |
| 03/21/2023 | ALB | Telephone call from MVanDam re efforts to convince his client re 363 sale benefits | 0.30 |
| 03/21/2023 | ALB | Telephone call to Saperstein re interested party negotiations (No Charge Time) | 0.10 |
| 03/21/2023 | ALB | Telephone call from SWeiss as to his position agreeing with me re inability of Darlington to perform for sale closing | 0.10 |
| 03/21/2023 | ALB | Telephone call from JMcAulliffe.re report of his clients efforts and sale status | 0.20 |
| 03/21/2023 | ALB | Telephone call from SWeiss, McAuliffe and Van Dam re negotiations | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057 Page 43

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/21/2023 | ALB | Telephone call to and telephone call from Edy re confirming default to be communicated (No Charge Time) | 0.10 |
| 03/21/2023 | ALB | Further work on default notice to the proposed buyer | 0.50 |
| 03/21/2023 | ALB | Further work on alternative sale transaction | 0.60 |
| 03/21/2023 | ALB | Telephone call from MVanDam as to developments with Avidia regarding sale | 0.10 |
| 03/21/2023 | ALB | Telephone call from SWeiss after call from VanDam regarding sale issues | 0.10 |
| 03/21/2023 | ALB | Telephone call from MVanDam as to discussions with his client regarding asset sale | 0.10 |
| 03/21/2023 | ALB | Further telephone call from MVanDam re buyer and sale issues | 0.10 |
| 03/21/2023 | ALB | Telephone call to MSaperstein as to buyer and sale (No Charge Time) | 0.10 |
| 03/21/2023 | ALB | Two telephone calls to and telephone call to SWeiss re sale status | 0.10 |
| 03/21/2023 | ALB | Telephone call from MVanDam regarding sale negotiations | 0.20 |
| 03/21/2023 | ALB | Telephone call to MVanDam continuing sale negotiations | 0.50 |
| 03/21/2023 | ALB | Telephone call to M Saperstein for issues re offer (No Charge Time) | 0.10 |
| 03/21/2023 | ALB | Telephone call to SWeiss re sale status | 0.10 |
| 03/21/2023 | ALB | Series of emails to and from ALizotte re real estate and asset sale | 0.20 |
| 03/22/2023 | MXT | Conference with A. Braunstein regarding termination letter to buyer; revise same and attention to communications with A. Hall related to same (No Charge Time) | 0.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                      Page 44

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/22/2023 | ALB | Telephone call from ALizotte re sale negotiations | 0.20 |
| 03/22/2023 | ALB | Further telephone call from ALizotte re discussions with Edy and sale issues | 0.10 |
| 03/22/2023 | ALB | Telephone call to ALizotte re sale status | 0.10 |
| 03/22/2023 | ALB | Telephone call from Alizotte re sale negotiations | 0.20 |
| 03/22/2023 | ALB | Telephone call from MVanDam re bank's continued changing positions for sale support | 0.20 |
| 03/22/2023 | ALB | Telephone call from MSaperstein re buyer's position (No Charge Time) | 0.10 |
| 03/22/2023 | ALB | Telephone call to and telephone call from SWeiss re status of sale negotiations and strategy | 0.20 |
| 03/22/2023 | ALB | Telephone call to Edy approving default of buyer (No Charge Time) | 0.10 |
| 03/22/2023 | ALB | Telephone call to JMcAuliffe re buyer's default | 0.20 |
| 03/22/2023 | ALB | Work on default notice to proposed buyer | 1.40 |
| 03/22/2023 | ALB | Telephone call from MVanDam re default of buyer | 0.20 |
| 03/22/2023 | ALB | Telephone call from WDelaney regarding sale status | 0.20 |
| 03/23/2023 | PHS | Call from Alan regarding default of buyer; review and revise notice of default and offer of reinstatement (No Charge Time) | 0.70 |
| 03/23/2023 | MXT | Attention to email inquiry from counsel for Avidia Bank regarding DIP loan payoff in relation to potential sale closing; send email to DIP lender | 0.10 |
| 03/23/2023 | MXT | Attention to documents for potential plan amendment based on alternative transaction if no sale closing; review termination letter to buyer | 0.60 |
| 03/23/2023 | ALB | Telephone call from MVanDam re arguments against buyer | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | not purchasing | |
| 03/23/2023 | ALB | Telephone call to SWeiss re alternative sale | 0.10 |
| 03/23/2023 | ALB | Telephone call to MVanDam re efforts to facilitate alternative sale deal | 0.30 |
| 03/23/2023 | ALB | Telephone call to DWilson regarding Allegheny's interest in asset sale (No Charge Time) | 0.20 |
| 03/23/2023 | ALB | Request and receive documents from MVanDam and forward to D Wilson, counsel to Allegheny (No Charge Time) | 0.10 |
| 03/23/2023 | ALB | Telephone call from a ALizotte re sale negotiations re real estate | 0.20 |
| 03/23/2023 | ALB | Telephone call to MVanDam re alternative sale | 0.20 |
| 03/23/2023 | ALB | Review chart of interest rates on real estate mortgages (No Charge Time) | 0.10 |
| 03/23/2023 | ALB | Email to DWilson with additional detail and asset sale (No Charge Time) | 0.10 |
| 03/23/2023 | ALB | Revise default notice to proposed buyer (No Charge Time) | 0.70 |
| 03/23/2023 | ALB | Review comments of SWeiss to default notice to proposed buyer | 0.10 |
| 03/23/2023 | ALB | Finalize default notice to proposed buyer (No Charge Time) | 0.20 |
| 03/23/2023 | ALB | Email from and to a ALizotte re default notice and response | 0.10 |
| 03/23/2023 | ALB | Telephone call from Macken Toussaint re status of default (No Charge Time) | 0.20 |
| 03/23/2023 | ALB | Telephone call from SWeiss regarding sale matters | 0.10 |
| 03/23/2023 | ALB | Email from and to J McAuliffe re default of proposed buyer | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 46

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/24/2023 | PHS | Call with Alan regarding notice of default and new issues (No Charge Time) | 0.20 |
| 03/24/2023 | ALB | Telephone call to M Van Dam as to sale negotiation status | 0.20 |
| 03/24/2023 | ALB | Telephone call from and telephone call to ALizotte re settlement status with trustee and with respect to asset sale | 0.20 |
| 03/24/2023 | ALB | Telephone call to SWeiss re sale status | 0.10 |
| 03/24/2023 | ALB | Email from McAuliffe re default letter response | 0.10 |
| 03/26/2023 | ALB | Telephone conference with MSaperstein and proposed buyer (No Charge Time) | 0.30 |
| 03/29/2023 | ALB | Telephone call from M Saperstein re efforts to facilitate sale (No Charge Time) | 0.10 |
| 03/29/2023 | ALB | Telephone call from SWeiss re new sale approach and agenda | 0.30 |
| 03/29/2023 | ALB | Telephone call to MVanDam re alternative sale | 0.20 |
| 03/29/2023 | ALB | Telephone call from SWeiss re sale strategy | 0.10 |
| 03/29/2023 | ALB | Zoom conference with buyer broker, SWeiss, MVanDam and his client | 0.80 |
| 03/29/2023 | ALB | Telephone call from MSaperstein after call regarding sale strategy (No Charge Time) | 0.20 |
| 03/29/2023 | ALB | Telephone call from MVanDam with bank position for asset sale | 0.10 |
| 03/29/2023 | ALB | Consider alternative sale scenario in light of bank waffling (No Charge Time) | 0.40 |
| 03/29/2023 | ALB | Email from SWeiss forwarding email from MacAuliffe | 0.10 |
| 03/29/2023 | ALB | Email to SWeiss in response but also proposed solution and detail | 0.40 |
| 03/29/2023 | ALB | Email to MVanDam regarding sale proposal | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/29/2023 | MXT | Attention to form asset purchase agreement for potential alternative sale (No Charge Time) | 0.40 |
| 03/29/2023 | MXT | Attention to communications with A. Hall regarding zoom meeting with A. Braunstein and potential stalking horse bidder (No Charge Time) | 0.10 |
| 03/29/2023 | MXT | Prepare and review form draft asset purchase agreement for potential sale of business assets and real estate, as potential alternative transaction | 1.50 |
| 03/30/2023 | ALB | Telephone call from SWeiss re status of sale negotiations | 0.10 |
| 03/30/2023 | MXT | Draft and revise form asset purchase agreement with respect to potential alternative sale transaction for both business assets and real estate; attention to and review documents | 1.40 |
| 03/30/2023 | MXT | Further revision to draft asset purchase agreement for potential alternative transaction for sale of both business assets and real estate after delay for initial sale closing | 2.00 |
| 03/31/2023 | MXT | Attend conference call with A. Braunstein, subchapter v trustee, and potential stalking horse bidder for potential alternative sale transaction and offer terms (No Charge Time) | 0.40 |
| 03/31/2023 | MXT | Revise draft form asset purchase agreement for potential alternative transaction with respect to additional provisions for real estate; send same to A. Hall and A. Braunstein for circulation to potential stalking horse bidder (No Charge Time) | 1.00 |
| 03/31/2023 | ALB | Telephone calls from Weiss regarding sale plan and settlement | 0.10 |
| 03/31/2023 | ALB | Telephone from M Van Dam regarding Avidia, plan and sale timing | 0.20 |
| 03/31/2023 | ALB | Telephone from M Saperstein regarding offer (No Charge Time) | 0.10 |

# RIEMER|BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                                     Page 48

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 03/31/2023 | ALB | Further telephone from M. Van Dam regarding further negotiations and sale status | 0.10 |
| 03/31/2023 | ALB | Telephone from MXT regarding sale terms (No Charge Time) | 0.20 |
| 03/31/2023 | ALB | Telephone from A. Lizotte regarding Edy sale related settlement | 0.20 |
| 03/31/2023 | ALB | Telephone conference with buyer, SWeiss, and MXT (No Charge Time) | 0.40 |
| 03/31/2023 | ALB | Series of telephone calls from MXT regarding APA for purchase (No Charge Time) | 0.20 |
| 03/31/2023 | ALB | Series of telephone calls from M. Saperstein regarding buyer sale terms and broker duties (No Charge Time) | 0.30 |
| 03/31/2023 | ALB | Telephone calls to Weiss regarding sale break up fee | 0.10 |
| 03/31/2023 | ALB | Series of emails from A. Lizotte and S. Weiss and telephone to and telephones from Weiss regarding Edy settlement terms and sale | 0.20 |
| 03/31/2023 | ALB | Series of telephone calls from and telephone calls to M. Van Dam regarding sale and plan | 0.30 |
| 03/31/2023 | ALB | Series of emails with comments to and from various parties regarding sale status (No Charge Time) | 0.70 |
| 03/31/2023 | ALB | Review of various comments from parties and respond (No Charge Time) | 0.50 |
| 03/31/2023 | ALB | Email from S. Weiss with additional comments and detailed email in response | 0.30 |
| 04/01/2023 | MXT | Review draft stipulation between debtor parties, subchapter v trustee and others regarding transfer of real property to bankruptcy estate and releases (No Charge Time) | 0.30 |
| 04/01/2023 | ALB | Telephone call from MVanDam re Avidia issues and sale | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                                    Page 49

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 04/02/2023 | MXT | Attention to and review draft stipulation between debtor parties in connection with sale of personal property assets and real estate, subchapter v trustee and others, and send comments to attorney for Mr. Ramos | 0.40 |
| 04/02/2023 | ALB | Series of emails and calls with MToussaint re sale pleadings (No Charge Time) | 0.40 |
| 04/03/2023 | MXT | Email form asset purchase agreement from potential stalking horse bidder (No Charge Time) | 0.10 |
| 04/03/2023 | MXT | Conference with A. Hall regarding alternative sale transaction in relation to recently filed amended chapter 11 plan; attention to documents regarding same (No Charge Time) | 0.30 |
| 04/03/2023 | MXT | Attention to potential list of debtor's contracts and lease with respect to assumption pursuant to sale of debtor's assets and form NDA; email to buyer's counsel in relation to same | 1.00 |
| 04/03/2023 | MXT | Attention to revision to draft asset purchase agreement for alternative sale transaction and attention to documents and email communications regarding same and payment of transfer taxes | 1.10 |
| 04/03/2023 | MXT | Work on draft sale motion for alternative sale transaction; attention to and review documents for same including title search report, proposed amended chapter 11 plan, and draft asset purchase agreement from stalking horse bidder | 3.70 |
| 04/03/2023 | MXT | Review further and prepare draft sale motion based on alternative sale transaction (No Charge Time) | 1.60 |
| 04/03/2023 | MXT | Revise draft asset purchase agreement including with respect to comments from counsel for Mr. Ramos; attention to follow up email communications regarding same and outside date for closing, payment of transfer taxes, and section 1146 savings | 2.50 |
| 04/03/2023 | MXT | Attention to emails with N. Daily and attention to documents | 0.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                              Page 50

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | regarding creditors of the trust that owns the real estate, service issues, and preparation of certificate of service (No Charge Time) | |
| 04/03/2023 | ALB | Telephone call to and telephone call from MSaperstein as to valuation and approach (No Charge Time) | 0.20 |
| 04/03/2023 | ALB | Telephone call from TTavenner counsel to stalking horse bidder re negotiations | 0.10 |
| 04/03/2023 | ALB | Telephone call from Macken Toussaint re bid (No Charge Time) | 0.10 |
| 04/03/2023 | ALB | Telephone call from AWeiss as to stalking horse and proceeding forward | 0.20 |
| 04/03/2023 | ALB | Telephone call from MVanDam re SBA and his discussions and likely posture | 0.30 |
| 04/03/2023 | ALB | Telephone call to MToussaint re sale (No Charge Time) | 0.10 |
| 04/03/2023 | ALB | Email from ALizotte as to Edy Ramos and issues (No Charge Time) | 0.10 |
| 04/03/2023 | ALB | Email to ALizotte with my position (No Charge Time) | 0.10 |
| 04/03/2023 | ALB | Email to Macken Toussaint re settlement and sale (No Charge Time) | 0.10 |
| 04/03/2023 | ALB | Draft language for affidavit re disclosure and potential buyer (No Charge Time) | 0.10 |
| 04/03/2023 | ALB | Telephone call to Edy Ramos as to offer and sale (No Charge Time) | 0.10 |
| 04/03/2023 | ALB | Detailed email to Macken Toussaint re offer and procedure (No Charge Time) | 0.10 |
| 04/03/2023 | ALB | Receipt/review of revised APA from TTavenner | 0.30 |
| 04/03/2023 | ALB | Email from and to TTavenner re sale and APA (No Charge | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 51

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | Time) | |
| 04/03/2023 | ALB | Email from ALizotte re Avidia part in settlement but only if closing | 0.10 |
| 04/03/2023 | ALB | Edits from TTavenner regarding sale documents | 0.10 |
| 04/03/2023 | ALB | Email from Edy re refusal to sign APA due to lack of specific acknowledgment to retain employees (No Charge Time) | 0.10 |
| 04/03/2023 | ALB | Email from and to A Lizotte re Edy position and need to focus as fiduciary with respect to sale | 0.10 |
| 04/03/2023 | ALB | Revise APA to include $50k as negotiated for admin expenses claims (No Charge Time) | 0.10 |
| 04/03/2023 | ALB | Further email to Edy and email to and from Andy re resolution re Edy position and agreement to sign APA (No Charge Time) | 0.20 |
| 04/04/2023 | MXT | Revise asset purchase agreement for alternative sale transaction, and send same to buyer's counsel; attention to follow up email communications with A. Braunstein and counsel for debtor's principal regarding same | 0.70 |
| 04/04/2023 | MXT | Attention to draft asset purchase agreement for alternative transaction and email communications regarding same with debtor parties and buyer's counsel | 0.20 |
| 04/04/2023 | MXT | Attention to form bidding procedures in connection with new sale of personal property assets and real estate (No Charge Time) | 0.20 |
| 04/04/2023 | MXT | Prepare draft bidding procedures for sale motion related to alternative sale transaction for both personal property assets and real estate | 0.40 |
| 04/04/2023 | MXT | Prepare proposed schedule for new chapter 11 plan, and sale of assets, and email same to all parties in interest (No Charge Time) | 0.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                      Page 52

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/04/2023 | MXT | Prepare and review draft bidding procedures for alternative sale transaction; attention to documents regarding same including Avidia Bank payoff statement; attention to emails from Avidia Bank's counsel and attorney for debtor's principal regarding service for sale pleadings including creditors of trust that own real estate | 1.60 |
| 04/04/2023 | MXT | Prepare and revise draft asset purchase agreement for alternative sale transaction, and circulate to parties in interest | 1.80 |
| 04/04/2023 | MXT | Prepare and work on draft sale motion for alternative sale transaction, and circulate to parties in interest; attention to and review documents regarding same | 2.40 |
| 04/04/2023 | MXT | Follow up email communication with counsel for debtor's principal regarding preparation of motion to approve stipulation with debtor parties and owner of real estate (No Charge Time) | 0.10 |
| 04/04/2023 | ALB | Telephone call from T Taverner re debtor accepted proposed language re workers with respect to sale of business (No Charge Time) | 0.20 |
| 04/04/2023 | ALB | Attend hearing related to sale | 1.80 |
| 04/04/2023 | ALB | Further series of emails from T Taverner re APA (No Charge Time) | 0.10 |
| 04/04/2023 | ALB | Email of comments from SWeiss re APA ime) | 0.10 |
| 04/04/2023 | ALB | Review draft settlement stipulation from A Lizotte re trust property and Edy Ramos for bankruptcy sale | 0.30 |
| 04/04/2023 | ALB | Address issues re workers as to APA terms | 0.10 |
| 04/04/2023 | ALB | Email from ALizotte re board of health issues re requisite sewer hook up related to real estate sale | 0.20 |
| 04/04/2023 | ALB | Email from PNicosia re sewer hook up background as to real | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                          Page 53

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | estate sale (No Charge Time) | |
| 04/04/2023 | ALB | Email from A Lizotte re sealed bid requirement | 0.10 |
| 04/04/2023 | ALB | Telephone call from PNicosia re sewer hook up further detail and proposed sale of real estate (No Charge Time) | 0.20 |
| 04/04/2023 | ALB | Email from Macken with suggested time line for asset sale (No Charge Time) | 0.10 |
| 04/04/2023 | ALB | Review draft bid procedures from Macken Toussaint (No Charge Time) | 0.10 |
| 04/04/2023 | ALB | Email re motion items 1 and 5 unresolved (No Charge Time) | 0.10 |
| 04/04/2023 | ALB | Series of emails from and to McAuliffe re counteroffer | 0.10 |
| 04/05/2023 | MXT | Attention to email communications with subchapter v trustee regarding comments to sale pleadings; attention to documents regarding same | 0.20 |
| 04/05/2023 | MXT | Attention to communications with counsel for new proposed buyer regarding open items for asset purchase agreement, and new issue related to sewer connection for real estate (No Charge Time) | 0.20 |
| 04/05/2023 | MXT | Prepare and review draft sale notice for new sale motion and alternative sale transaction for personal assets and real estate; attention to and review documents | 1.30 |
| 04/05/2023 | MXT | Attention to email communications with A. Braunstein and others regarding open items for asset purchase agreement; revise draft asset purchase agreement based on same and send to buyer's counsel (No Charge Time) | 0.50 |
| 04/05/2023 | MXT | Prepare and review draft sale procedures order for sale motion and alternative transaction related to personal properties and real estate | 0.70 |
| 04/05/2023 | MXT | Attention to email communications and documents regarding | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 54

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | final asset purchase agreement and wiring instruction for deposit (No Charge Time) | |
| 04/05/2023 | MXT | Prepare draft proposed sale order for alternative transaction and exhibit to sale motion; attention to documents and provisions regarding real estate asset | 2.60 |
| 04/05/2023 | MXT | Continue to work on draft proposed sale order for alternative transaction and provisions regarding real estate asset (No Charge Time) | 2.20 |
| 04/05/2023 | MXT | Review email communications from subchapter v trustee, counsel for Avidia, and counsel for debtor's principal regarding stipulation with debtor parties and owner of real estate for potential sale of both personal properties and real estate | 0.10 |
| 04/05/2023 | MXT | Work on further revisions to draft sale motion, and send same to A. Hall with final asset purchase agreement for filing (No Charge Time) | 1.00 |
| 04/05/2023 | MXT | Attention to further revisions to bidding procedures, form sale notice, proposed sale bidding procedures order, and proposed sale order and send all to A. Hall for filing | 0.70 |
| 04/05/2023 | ALB | Telephone conference with Macken Toussaint and Peter Sutton re pending sale issues (No Charge Time) | 0.20 |
| 04/05/2023 | ALB | Series of emails re sewer issues and real estate for proposed sale (No Charge Time) | 0.20 |
| 04/05/2023 | ALB | Telephone call to PNicosia re facts behind sewer and proposed real estate sale (No Charge Time) | 0.20 |
| 04/05/2023 | ALB | Further email re sewer and proposed treatment and proposed sale (No Charge Time) | 0.30 |
| 04/05/2023 | ALB | Text from and to JMcAuliffe re potential management and counter offer (No Charge Time) | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 55

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 04/05/2023 | ALB | Work session with Nicole re Saperstein application (No Charge Time) | 0.10 |
| 04/05/2023 | ALB | Series of emails from SWeiss, ALizotte and McAuliffe re pending sale matters (No Charge Time) | 0.30 |
| 04/06/2023 | MXT | Attention to documents and email communication files regarding notice and draft certificate of service for sale motion, plan filing motion, and expedited hearing notice for bid procedures portion of sale motion; call with N. Dailey and conference with A. Hall regarding same (No Charge Time) | 1.20 |
| 04/06/2023 | MXT | Prepare and work on draft motion to approve global stipulation with debtor parties and others regarding the transfer of real estate to debtor's bankruptcy estate and alternative sale transaction | 0.80 |
| 04/06/2023 | MXT | Call with N. Dailey regarding service of expedited hearing for sale procedures portion of sale motion, review of certificate of service, and separate notice for related pleadings and filed amended plan; attention to documents (No Charge Time) | 0.20 |
| 04/06/2023 | MXT | Draft and review motion to approve global stipulation with debtor parties and others regarding the transfer of real estate to debtor's bankruptcy estate and alternative sale transaction; review and attention to documents and previously filed pleadings in the bankruptcy case for background | 3.00 |
| 04/06/2023 | MXT | Continue to work on draft motion to approve global stipulation with debtor parties and others regarding the transfer of real estate to debtor's bankruptcy estate and alternative sale transaction; review and attention to documents (no charge time) | 2.00 |
| 04/06/2023 | ALB | Telephone call from Macken Toussaint re sale (No Charge Time) | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                                 Page 56

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 04/06/2023 | ALB | Telephone call from MVanDam re his discussion with SBA to facilitate sale (No Charge Time) | 0.10 |
| 04/06/2023 | ALB | Telephone call from and telephone call to Casey Sieck of SBA re sale (No Charge Time) | 0.30 |
| 04/06/2023 | ALB | Series of emails and texts from J McAuliffe as to purported counter proposal (No Charge Time) | 0.30 |
| 04/06/2023 | ALB | Telephone conference with JMcAuliffe and SWeiss as to counterofferor and related issues | 0.50 |
| 04/06/2023 | ALB | Email from SWeiss re backstop being material to Judge's decision and need for agreement to backstop pending sale | 0.10 |
| 04/06/2023 | ALB | Email from SWeiss re funding any losses through closing via agreement proposed by McAuliffe pending sale | 0.10 |
| 04/06/2023 | ALB | Email from Andrew Lizotte re email from MVanDam regarding proposed sale (No Charge Time) | 0.10 |
| 04/06/2023 | ALB | Review update stipulation from ALizotte to facilitate sale | 0.10 |
| 04/06/2023 | ALB | Email from ALizotte re need to move closing (No Charge Time) | 0.10 |
| 04/06/2023 | ALB | Request of ALizotte to call from MVan Dam re SBA and sale issues (No Charge Time) | 0.10 |
| 04/06/2023 | ALB | Email response from Steve Weiss re sale proposal | 0.10 |
| 04/06/2023 | ALB | Email from McAuliffe re counter offer (No Charge Time) | 0.10 |
| 04/06/2023 | ALB | Final review of sale motion (No Charge Time) | 0.30 |
| 04/07/2023 | MXT | Review and revise draft motion to approve global stipulation with debtor parties and others regarding the transfer of real estate to debtor's bankruptcy estate and alternative sale transaction; review and attention to documents for same | 3.20 |
| 04/07/2023 | MXT | Attention to email communications from A. Braunstein and | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057 Page 57

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | other interested parties regarding potential objection to sale motion by SBA and consent issues (No Charge Time) | |
| 04/07/2023 | MXT | Review filed objection of SBA to sale motion regarding assumption of SBA mortgage ; attention to follow up communications from parties in interest regarding same and strategies | 0.30 |
| 04/07/2023 | MXT | Call with A. Braunstein and other parties in interest regarding filed objection to sale motion filed by the SBA and strategies; attention to documents related to same and follow up with A. Braunstein regarding same and potential counterbid (No Charge Time) | 1.00 |
| 04/07/2023 | MXT | Email communications with counsel for initial buyer, and attention to documents regarding modified APA for counterbid; attention to documents regarding same including word version of APA attached to same motion (No Charge Time) | 0.40 |
| 04/07/2023 | MXT | Email communications with debtor regarding list of workers in general and in relation to the proposed sale, and objection to sale motion filed by SBA (No Charge Time) | 0.10 |
| 04/07/2023 | ALB | Telephone to Casey Sievk of SBA regarding negotiation sale efforts and request by me for call on Monday with all parties | 0.50 |
| 04/07/2023 | ALB | Telephone to Angela Hall regarding facilitate call with relevant parties for Monday (No Charge Time) | 0.30 |
| 04/07/2023 | ALB | Telephone conference with S. Weiss et al in preparation for Monday's call with SBA regarding sale | 0.50 |
| 04/07/2023 | ALB | Work on proposal and sale alternative language re SBA (No Charge Time) | 0.40 |
| 04/07/2023 | ALB | Telephone call to Casey Sieck re potential resolution for proposed sale; advised by Casey of objection being filed by | 0.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | US attorney; request and agree to conference call on Monday for all constituents including SBA and US Attorney | |
| 04/07/2023 | ALB | Email to parties re discussions with SBA and suggested call with parties to prepare for Monday's call (No Charge Time) | 0.20 |
| 04/07/2023 | ALB | Telephone conference with S Weiss and other parties re my discussion with SBA and potential resolution | 0.70 |
| 04/07/2023 | ALB | Series of emails from parties re moving forward sale proposals (No Charge Time) | 0.30 |
| 04/10/2023 | NMD | Call with Maryann from Tyngsboro Water regarding Notice of Sale hearing and prepare and sent e-mail, spoke with MXT (No Charge Time) | 0.10 |
| 04/10/2023 | MXT | Attend conference call with counsel for the SBA , A. Braunstein and other interested parties regarding sale of the debtor's business and the real estate to address consent issues, transfer of real estate to the bankruptcy estate and related matters; attention to documents before and after conference call (No Charge Time) | 1.50 |
| 04/10/2023 | MXT | Attention to email communication with counsel for stalking horse bidder and documents regarding SBA objection to sale motion | 0.20 |
| 04/10/2023 | MXT | Conference with A. Braunstein regarding sale issues and status related to objection filed by SBA and review of G. Moss (No Charge Time) | 0.20 |
| 04/10/2023 | ALB | Telephone from M. Van Dam regarding sale issues and his client intent to buy Note (No Charge Time) | 0.10 |
| 04/10/2023 | ALB | Telephone conference with SBA counsel US attorney and all other attorney and parties regarding sale negotiations | 1.00 |
| 04/10/2023 | ALB | Email to and from Tavener regarding discussions with SBA related to proposed sale (No Charge Time) | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                    Page 59

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 04/11/2023 | MXT | Attend conference call with stalking horse bidder, A. Braunstein and others regarding sale process, pending offer, and filed objection to sale motion (No Charge Time) | 0.50 |
| 04/11/2023 | MXT | Brief research regarding equitable power of bankruptcy court for sale of asset subject to existing mortgage (No Charge Time) | 0.50 |
| 04/11/2023 | MXT | Call with A. Braunstein regarding sale issues and objection to sale motion filed by SBA; attention to documents regarding same (No Charge Time) | 0.30 |
| 04/11/2023 | MXT | Revise draft bidding procedures, and attention to objection filed by US Trustee's office | 1.50 |
| 04/11/2023 | ALB | Work on MSaperstein retention application for proposed sale (No Charge Time) | 0.60 |
| 04/11/2023 | ALB | Telephone call from SWeiss as to agenda items and critical timing | 0.10 |
| 04/11/2023 | ALB | Series of emails from and to Weiss, Lizotte and McAuliffe re stipulation sale counter and settlement | 0.30 |
| 04/11/2023 | ALB | Telephone conference with bidder, and counsel re status and logistics | 0.40 |
| 04/11/2023 | ALB | Telephone call from MVanDam re bank's continued intention to purchase promissory notes | 0.10 |
| 04/11/2023 | ALB | Further telephone call from SWeiss re call from McAuliffe for sale | 0.10 |
| 04/11/2023 | ALB | Telephone call from MSaperstein re application and approach (No Charge Time) | 0.30 |
| 04/11/2023 | ALB | Telephone call from Macken Toussaint re retention application for execution and sale (No Charge Time) | 0.10 |
| 04/12/2023 | MXT | Attend conference call with stalking horse bidder, Avidia | 0.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 60

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | Bank, A. Braunstein and others regarding sale issues and SBA objection to the sale motion (No Charge Time) | |
| 04/12/2023 | MXT | Conference with A. Braunstein regarding sale procedures and plan procedures hearing (No Charge Time) | 0.10 |
| 04/12/2023 | MXT | Conference call with A. Braunstein, counsel for debtor's principal regarding hearing on sale procedures and counteroffer matters; attention to notes and documents (No Charge Time) | 0.90 |
| 04/12/2023 | MXT | Conference with A. Braunstein and attention to documents after hearing on plan procedures motion and sale procedures portion of sale motion (No Charge Time) | 0.20 |
| 04/12/2023 | ALB | Telephone conference with Tom Tavener, MVan Dam, and bidder regarding today's hearing and SBA/Avidia issue | 0.50 |
| 04/12/2023 | ALB | Telephone call from Michael Argiros and respond to inquiries re sale process (No Charge Time) | 0.30 |
| 04/12/2023 | ALB | Telephone call from MSaperstein re application and hearing (No Charge Time) | 0.10 |
| 04/12/2023 | ALB | Series of emails on settlement, management and bid procedures (No Charge Time) | 0.30 |
| 04/12/2023 | ALB | Telephone call from JMcAullife re counter offer | 0.10 |
| 04/12/2023 | ALB | Telephone call from SWeiss re sale hearing strategy | 0.10 |
| 04/12/2023 | ALB | Prepare for hearing first as to SBA objection and then decide to address UST's objections by incorporating each objection and how to address re bid procedures (No Charge Time) | 0.70 |
| 04/12/2023 | ALB | Telephone call from ALizotte prior to sale hearing | 0.10 |
| 04/12/2023 | ALB | Telephone call from SWeiss prior to sale hearing | 0.10 |
| 04/12/2023 | ALB | Further telephone call from ALizotte regarding sale matters | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 61

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 04/12/2023 | ALB | Further telephone call from SWeiss re sale | 0.10 |
| 04/12/2023 | ALB | Attend telephonic hearing bid procedures and objections of SBA and US Trustee | 1.60 |
| 04/12/2023 | ALB | Telephone call from ALizotte after hearing re settlement agreement | 0.10 |
| 04/12/2023 | ALB | Telephone call from Macken Toussaint after hearing re revising bid procedures (No Charge Time) | 0.20 |
| 04/12/2023 | ALB | Further telephone call from ALizotte re bid procedures | 0.20 |
| 04/13/2023 | MXT | Attention to documents for sale motion and bidding procedures, and open issues (No Charge Time) | 0.10 |
| 04/13/2023 | ALB | Telephone call from SWeiss re SBA issues regarding sale | 0.20 |
| 04/13/2023 | ALB | Series of emails as to sale and SBA issues (No Charge Time) | 0.40 |
| 04/13/2023 | ALB | Work on Saperstein application for sale auction (No Charge Time) | 0.30 |
| 04/13/2023 | ALB | Telephone call from MVanDam re apparent purchase by Avidia of SBA loan | 0.10 |
| 04/13/2023 | ALB | Further telephone call from SWeiss re SBA and sale issues | 0.10 |
| 04/13/2023 | ALB | Telephone call from MSaperstein re sale and retention (No Charge Time) | 0.30 |
| 04/14/2023 | MXT | Attention to email communications from stalking horse bidder's counsel and to A. Hall regarding status of deposit for potential sale of debtor's business assets and real estate (No Charge Time) | 0.10 |
| 04/14/2023 | MXT | Prepare and review draft motion to approve global stipulation related to sale of real estate; call with A. Hall and email communications from subchapter v trustee, counsel for debtor's principal and others regarding same (No Charge | 1.60 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                                          Page 62

| Date | Initials | Narrative Time) | Hours |
|------|----------|-----------------|-------|
| 04/14/2023 | ALB | Detailed email from SWeiss of everything now going in the right direction and of each remaining item to be completed for sale | 0.10 |
| 04/14/2023 | ALB | Two emails from ALizotte re clarifications and sale | 0.10 |
| 04/14/2023 | ALB | Email from SWeiss for me to stand down on the $50k allocation issue re Andy due to time restraints and consider and agree to the certificate sale | 0.10 |
| 04/14/2023 | ALB | Email from SWeiss to file everything including with respect to proposed sale | 0.10 |
| 04/14/2023 | ALB | Finalize pleadings despite continued negotiations which will continue in order to address potential sale and plan implementation issues (No Charge Time) | 0.60 |
| 04/14/2023 | ALB | Prepare pleadings for filing regarding agreement approval and proposed sale (No Charge Time) | 0.10 |
| 04/14/2023 | ALB | Series of changes and finalize Saperstein application (No Charge Time) | 0.30 |
| 04/14/2023 | ALB | Further and detailed email from Macken re clarifying her call with Tom Taverner for sale issues (No Charge Time) | 0.10 |
| 04/14/2023 | ALB | Review revised APA from McAulliffe (No Charge Time) | 0.20 |
| 04/14/2023 | ALB | Email to John with revisions and from John agreeing to my revisions (No Charge Time) | 0.20 |
| 04/14/2023 | ALB | Email from MVanDam re his discussions with US attorney and apparent agreement for sale | 0.10 |
| 04/16/2023 | ALB | Text and email from and to J McAuliffe re APA (No Charge Time) | 0.10 |
| 04/16/2023 | ALB | Receipt of objection by Caggiano regarding proposed sale (No | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                                Page 63

| Date | Initials | Narrative<br>Charge Time) | Hours |
|------|----------|---------------------------|-------|
| 04/16/2023 | ALB | Email from and to A Lizotte re response to Caggiano's objection to sale | 0.10 |
| 04/17/2023 | ALB | Telephone call from MSaperstein regarding sale and retention (No Charge Time) | 0.10 |
| 04/17/2023 | ALB | Telephone call from stalking horse bidder | 0.10 |
| 04/17/2023 | ALB | Series of emails to and from trustee and creditor group counsel re sale objection filed by Caggliano and responses from each as to their collective accord | 0.20 |
| 04/17/2023 | ALB | Emails from and to J McAuliffe re APA counteroffer and management agreement comments to my revisions | 0.20 |
| 04/17/2023 | ALB | Email from A Lizotte re revised bid procedures and attempted conformity with Edy stip revisions but also my view and need to retain language from US Attorney re SBA | 0.20 |
| 04/17/2023 | ALB | Email from and to trustee re mutual concurrences as to sale related documents | 0.10 |
| 04/17/2023 | ALB | Series of emails from and to ALizotte with comments (No Charge Time) | 0.10 |
| 04/17/2023 | ALB | Further series of email exchanges with MVanDam as to each of our positions for sale matters | 0.10 |
| 04/17/2023 | ALB | Numerous emails from McAuliffe re counter offer (No Charge Time) | 0.10 |
| 04/17/2023 | ALB | Email from and to McAuliffe re filing counter offer | 0.10 |
| 04/18/2023 | ALB | Review draft amended motion re bid procedures (No Charge Time) | 0.90 |
| 04/18/2023 | ALB | Review draft amended bid procedures (No Charge Time) | 0.50 |
| 04/18/2023 | ALB | Review draft revised sale notice (No Charge Time) | 0.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                                     Page 64

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/18/2023 | ALB | Series of emails from A Lizotte and S Weiss with comments; review and agree to incorporate Andrew's consolidated revisions to Steve's suggested paragraphs (No Charge Time) | 0.20 |
| 04/18/2023 | ALB | Review further comments and responses from A Lizotte S Weiss and T Tavenner for sale related peladings (No Charge Time) | 0.10 |
| 04/18/2023 | ALB | Email from R Kaye with detailed comment (No Charge Time) | 0.10 |
| 04/18/2023 | ALB | Email to R Kaye responding to her comments (No Charge Time) | 0.10 |
| 04/18/2023 | ALB | Email from and telephone call to MVanDam re Saperstein retention application (No Charge Time) | 0.30 |
| 04/18/2023 | ALB | Prepare for hearing on revised bid procedures | 0.60 |
| 04/18/2023 | ALB | Emails from MSaperstein re suggested advertising (No Charge Time) | 0.20 |
| 04/18/2023 | ALB | Email from J McAulliffe re counteroffer | 0.20 |
| 04/18/2023 | MXT | Attention to email communications with A. Hall and from others regarding status for sale pleadings and amendments required by bankruptcy judge before continued hearing (No Charge Time) | 0.50 |
| 04/18/2023 | MXT | Prepare amended bid procedures, and amended sale notice; attention to and review documents and other sale pleadings with respect to same | 2.20 |
| 04/18/2023 | MXT | Prepare supplement and amendment to sale motion as required by bankruptcy court before continued sale hearing and to address US Trustee's objection to sale motion; attention to and review documents regarding same | 2.50 |
| 04/19/2023 | MXT | Attend continued hearing (by telephone) on debtor's sale procedures portion of the sale motion; attention to notes (No | 0.80 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057 Page 65

| Date | Initials | Narrative Charge Time) | Hours |
|---|---|---|---|
| 04/19/2023 | MXT | Attention to follow up emails with A. Hall and others regarding service issues for pending chapter 11 plan, and sale procedures portion of sale motion (No Charge Time) | 0.40 |
| 04/19/2023 | ALB | Further prepare for sale related hearing (No Charge Time) | 0.40 |
| 04/19/2023 | ALB | Travel to - and telephone call to SWeiss during travel and attend hearing ; conference with RKaye after hearing to resolve SBA language; then JMcAullife and SWeiss re management agreement; return travel | 3.80 |
| 04/19/2023 | ALB | Ensure notices to taxing authorities re 1146 (No Charge Time) | 0.10 |
| 04/19/2023 | ALB | Email from Andy re Ramos stipulation for real esate sale after hearing and judge's comments to be addressed | 0.10 |
| 04/19/2023 | ALB | Email to Andy re SBA language for real estate sale now addressed being reason as to turnover issue | 0.10 |
| 04/20/2023 | MXT | Conference with A. Hall regarding service for third amended plan, and sale notice after entry bid procedures order (No Charge Time) | 0.20 |
| 04/21/2023 | MXT | Attention to further emails from subchapter v trustee and counsel for debtor's principal regarding bid procedures and sale notice; attention to further revisions to same (No Charge Time) | 0.30 |
| 04/21/2023 | MXT | Prepare and attention to certificate of service for sale notice and bid procedures order; prepare and attention to additional service lists, and review other certificates of service for prior chapter 11 plan and sale motion; update main certificate of service and attention to communications with A. Hall and others regarding logistics for service (No Charge Time) | 3.50 |
| 04/21/2023 | MXT | Prepare and revise proposed bid procedures order, bidding procedures, and form sale notice to be submitted to | 1.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 66

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | bankruptcy court for approval; attention to documents and sale pleadings regarding same | |
| 04/21/2023 | MXT | Attention to email communications with A. Hall for submission of proposed bid procedures order with attachments, and emails from counsel for debtor's principal for additional changes to bid procedures and sale notice (No Charge Time) | 0.50 |
| 04/24/2023 | ALB | Telephone conference with MSaperstein and PCotto re advertisements (No Charge Time) | 0.20 |
| 04/24/2023 | ALB | Email from M Saperstein re ad detail (No Charge Time) | 0.20 |
| 04/24/2023 | ALB | Telephone call from MSaperstein re ad details (No Charge Time) | 0.20 |
| 04/24/2023 | MXT | Review and attention to sale notice including with respect to changes made by bankruptcy court to exhibit attached to sale procedures order | 0.30 |
| 04/24/2023 | MXT | Attention to email files and conference with A. Hall regarding status of deposit from stalking horse bidder (No Charge Time) | 0.10 |
| 04/24/2023 | MXT | Email communications with billing department regarding deposit from stalking horse bidder for sale of debtor's assets and real estate; attention to prior email status related to same (No Charge Time) | 0.10 |
| 04/24/2023 | MXT | Attention to ShareFile for online data room and due diligence related to alternative sale of business assets and real estate, and add new documents; attention to email communications with subchapter v trustee and the US Trustee's office regarding same and access | 0.50 |
| 04/24/2023 | MXT | Attention to modified APA from counterbidder and email files regarding counter offer, and send follow up communication to counterbidder regarding final APA and additional information | 0.70 |

Riemer & Braunstein LLP
100 Cambridge Street   Boston, Massachusetts 02114-2527

BOSTON        NEW YORK        CHICAGO        MIAMI        NEWPORT BEACH        BURLINGTON

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | needed for qualified bid | |
| 04/24/2023 | MXT | Attention to sale pleadings, and appraisal and add same to online data room for due diligence and sale of business assets and real estate (No Charge Time) | 0.50 |
| 04/24/2023 | MXT | Email communications with Saperstein regarding Ad for counteroffer solicitation and sale of business assets and real estate; review Ad, and prepare and send comments; attention to other sale documents and pleadings related to same (No Charge Time) | 1.00 |
| 04/24/2023 | MXT | Attention to email communications from recipients of sale notice sent to brokers and potential interested parties, and send responses; conference with A. Hall regarding same (No Charge Time) | 0.20 |
| 04/24/2023 | MXT | Attention to and compare APA from counter bidder against stalking horse bid ; attention to documents regarding same (No Charge Time) | 0.20 |
| 04/24/2023 | MXT | Email communications with counsel for counter bidder regarding due diligence documents, status of deposit for sale, and attention to due diligence documents to respond to request (No Charge Time) | 0.20 |
| 04/25/2023 | ALB | Telephone conference with T Taverner and Margiros re objection of stalking horse bidder to interim management and negotiate sale alternative | 0.30 |
| 04/25/2023 | ALB | Telephone call from M Saperstein concerning his call from M Van Dam and objection filed (No Charge Time) | 0.20 |
| 04/25/2023 | ALB | Detailed email from T Taverner re FGC counter offer (No Charge Time) | 0.20 |
| 04/25/2023 | ALB | Receipt and review series of sale objections and consider responses | 0.80 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                                 Page 68

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/25/2023 | MXT | Attention to documents and email communications with A. Braunstein and others regarding counter offer and open issues regarding same (No Charge Time) | 0.20 |
| 04/26/2023 | ALB | Telephone call from S Weiss re status of issues and to address objections and in particular status quo options | 0.30 |
| 04/26/2023 | ALB | Telephone call from D Madoff re objection by Avidia to Saperstein application (No Charge Time) | 0.30 |
| 04/26/2023 | ALB | Draft response to Objection of Application to approve auctioneer (No Charge Time) | 0.70 |
| 04/26/2023 | ALB | Email from S Weiss re request for conference call (No charge time) | 0.10 |
| 04/26/2023 | ALB | Review comments of parties to Responses and Memorandum, consider and further revise (No Charge Time) | 0.70 |
| 04/26/2023 | MXT | Attention to email communications with agent for counter bidder regarding access to online due diligence data room (No Charge Time) | 0.10 |
| 04/26/2023 | MXT | Review counter offer for sale of the debtor's business assets and real estate | 0.20 |
| 04/26/2023 | MXT | Attention to local rules and objection filed by Avidia Bank regarding nunc pro tunc nature of application to employ Saperstein , as a broker, for sale of the debtor's business assets and real estate (No Charge Time) | 0.40 |
| 04/26/2023 | MXT | Revise response to Avidia Bank's objection to motion to employ Saperstein as a broker for sale of the debtor's business assets and real estate (No Charge Time) | 0.50 |
| 04/27/2023 | ALB | Telephone call from WDelaney re position at sale hearing (No Charge Time) | 0.10 |
| 04/27/2023 | ALB | Emails and texts from and to T Tavenner re alternative | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                                    Page 69

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | monitoring and backstop (No Charge Time) | |
| 04/27/2023 | ALB | Telephone call to T Tavenner re hearing agenda and backstop to be provided by his client | 0.30 |
| 04/27/2023 | ALB | Review objection of UST to Saperstein (No Charge Time) | 0.10 |
| 04/27/2023 | ALB | Series of emails to and from DMadoff re MSaperstein (No Charge Time) | 0.10 |
| 04/27/2023 | ALB | Telephone call from MSaperstein and proposal (No Charge Time) | 0.30 |
| 04/27/2023 | ALB | Series of emails re Darlington proposal and that of stalking horse bidder will provide alternative | 0.30 |
| 04/27/2023 | ALB | Telephone call from MVanDam re Saperstein objection (No Charge Time) | 0.30 |
| 04/27/2023 | ALB | Telephone call from MVanDam then later telephoen call from SWeiss and join in conference call re auctioneer (No Charge Time) | 0.50 |
| 04/27/2023 | ALB | Telephone call from JMcAuliffe re response from his client for sale status | 0.50 |
| 04/27/2023 | ALB | Detailed email from S Weiss regarding sale issues | 0.10 |
| 04/27/2023 | ALB | Draft and revise detailed email to SWeiss for sale matters | 0.60 |
| 04/27/2023 | MXT | Attention to documents and email communications with broker party and inquiries regarding sale notice for sale of the debtor's business assets and real estate (No Charge Time) | 0.10 |
| 04/27/2023 | MXT | Review FGC counter-bid APA and attention to notes and conditions precedent (No Charge Time) | 0.30 |
| 04/28/2023 | MXT | Continue with review of counterbid from FGC and prepare notes and list of conditions precedent | 0.70 |
| 04/28/2023 | ALB | Telephone call from ALizotte and JMcAuliffe re efforts to | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | facilitate accord re Darlington's proposal | |
| 04/28/2023 | ALB | Further telephone call from ALizotte re Darlington's proposal and further efforts to reach resolution | 0.40 |
| 04/28/2023 | ALB | Series of emails from Lizotte, McAuliffe and VanDam re attempts at resolution re interim period ( No Charge Time) | 0.30 |
| 04/28/2023 | ALB | Series of texts with T Tavenner prior to hearing responding to inquiries ( No Charge Time) | 0.20 |
| 04/28/2023 | ALB | Telephone call from MSaperstein re status of negotiations (No Charge Time) | 0.10 |
| 04/28/2023 | ALB | Telephone call with MWanDam as to his client's response to Darlington proposal | 0.10 |
| 04/28/2023 | ALB | Text and response to Tavenner re sale proposal | 0.10 |
| 04/30/2023 | ALB | Email from and to S Weiss re email from Van Dam | 0.60 |
| 05/01/2023 | ALB | Telephone call from SWeiss re seeking my view on sale alternatives | 0.20 |
| 05/02/2023 | ALB | Telephone call from MSaperstein re status (No Charge Time) | 0.10 |
| 05/02/2023 | ALB | Series of emails from trustee as to operations, sale and alternatives | 0.30 |
| 05/08/2023 | ALB | Telephone from S. Weiss regarding sale | 0.20 |
| 05/08/2023 | ALB | Review email from Steve regarding sale | 0.10 |
| 05/08/2023 | ALB | Email from and to M. Toussaint regarding sale (No Charge Time) | 0.10 |
| 05/09/2023 | MXT | Email communications from subchapter v trustee, A. Braunstein and counsel for debtor's principal regarding new term sheet for private sale of the real estate, and open issues related to break up fee, and potential withdrawal of new sale motion, and motion to approve stipulation (No Charge Time) | 0.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                              Page 71

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 05/09/2023 | MXT | Email communications with subchapter v trustee regarding break up fee analysis related to pending sale of real estate and business assets, and new term sheet for private sale of real estate which would require potential withdrawal of sale motion and stipulation; send word version of initial proposed sale order as requested to subchapter v trustee | 0.20 |
| 05/09/2023 | ALB | Telephone from M. Agerious regarding break up fee (No Charge Time) | 0.10 |
| 05/09/2023 | ALB | Series of emails from Weiss and Lizotte regarding break up fee and respond | 0.20 |
| 05/10/2023 | MXT | Attention to draft confirmatory and amended sale order from subchapter v trustee and send comments | 0.40 |
| 05/10/2023 | ALB | Telephone from T. Taverner regarding break up fee (No Charge Time) | 0.40 |
| 05/10/2023 | ALB | Telephone conference with Tom and Michael regarding break up fee (No Charge Time) | 0.30 |
| 05/10/2023 | ALB | Email from and to S Weiss regarding break up fee and my position in light of legal fight for estate and expenses; commence email | 0.30 |
| 05/10/2023 | ALB | Telephone from S. Weiss regarding alternative sale and break up fee | 0.30 |
| 05/10/2023 | ALB | Finalize email to S. Weiss regarding break up fee | 0.20 |
| 05/11/2023 | MXT | Attention to email communications with trustee and A. Braunstein regarding potential break up fee issue and disputes in the event the trustee seeks approval of initial sale of the debtor's assets without real estate; attention to email communications and documents from counsel for stalking horse bidder regarding same for new sale motion (No Charge Time) | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                                Page 72

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 05/11/2023 | MXT | Attention to documents and filed pleadings regarding potential withdrawal of sale motion of business assets and real estate, and withdrawal of stipulation for transfer of real estate to bankruptcy estate in the event of private sale of real estate outside of bankruptcy (No Charge Time) | 0.40 |
| 05/11/2023 | MXT | Prepare draft motion to withdraw sale motion for alternative transaction, and draft motion to withdraw stipulation for deeming real estate property of bankruptcy estate; attention to documents and pleadings for background section related to same (No Charge Time) | 2.00 |
| 05/11/2023 | MXT | Review trustee's motion for confirming or modifying sale order regarding initial sale of business assets subject to withdrawal of alternative sale transaction for business assets and real estate; attention to documents regarding same | 0.30 |
| 05/11/2023 | MXT | Continue to work on and revise draft motion to withdraw sale motion for alternative transaction for business assets and real estate; attention to documents regarding same (No Charge Time) | 0.80 |
| 05/11/2023 | MXT | Continue to work on and revise draft motion to withdraw stipulation for transfer of real estate to bankruptcy estate; attention to documents regarding same (No Charge Time) | 0.70 |
| 05/11/2023 | MXT | Email communications from trustee and attention to documents regarding discussion with counsel for stalking horse bidder for break up fee payment (No Charge Time) | 0.10 |
| 05/11/2023 | ALB | Telephone call from SWeiss re sale | 0.20 |
| 05/11/2023 | ALB | Series of emails re alternative sale ( No Charge Time) | 0.30 |
| 05/12/2023 | MXT | Attention to pleadings filed by trustee regarding sale motion confirmation for initial sale of business assets | 0.10 |
| 05/12/2023 | ALB | Telephone call from MVanDam re break up fee and Avidia | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                                                   Page 73

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
|  |  | agreement to fund |  |
| 05/12/2023 | ALB | Telephone call to T Tavener re break up fee resolution (No Charge Time) | 0.10 |
| 05/12/2023 | ALB | Telephone call from SWeiss re resolution re break up fee | 0.10 |
| 05/15/2023 | ALB | Conference with MToussaint re withdrawal motions prepared and strategy (No Charge Time ) | 0.10 |
| 05/15/2023 | ALB | Telephone call from SWeiss re motion to sell status and recent discussions with McAuliffe | 0.10 |
| 05/15/2023 | ALB | Telephone call from SWeiss re his discussions with US trustee and strategy re withdrawal motions | 0.10 |
| 05/17/2023 | ALB | Email from and telephone call to L Tigue re UST's inquiry as to sale status and my response | 0.20 |
| 05/17/2023 | ALB | Telephone call from SWeiss re strategy for dealing with Darlington in light of there being no confirmation from Summit and my suggested approach | 0.10 |
| 05/18/2023 | ALB | Telephone call from SWeiss re status of sale issues | 0.10 |
| 05/18/2023 | ALB | Email from S Weiss re allegations as to Edy post trustee appointment and my concurring with trustee authority to execute sale documents | 0.10 |
| 05/18/2023 | ALB | Email from J McAulliffe re sale status (No Charge Time) | 0.10 |
| 05/18/2023 | ALB | Review objections from SBA  regarding sale of real estate | 0.20 |
| 05/18/2023 | ALB | Review sale objections by MA DOR | 0.20 |
| 05/18/2023 | ALB | Review sale objection of Caggiano | 0.10 |
| 05/18/2023 | ALB | Email from and to MVanDam re extension (No Charge Time) | 0.10 |
| 05/19/2023 | ALB | Telephone call to SWeiss regarding agenda for call and collective strategy and Edy issues | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                                 Page 74

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 05/19/2023 | ALB | Telephone conference with SWeiss, ALizotte. M Van Dam, JMcAullife, Summit's counsel TTavener and Macken Toussaint re closing status and my suggested strategies | 0.60 |
| 05/19/2023 | MXT | Attend conference call with A. Braunstein, Subchapter V Trustee, and others regarding pending sale and other issues (No Charge Time) | 0.50 |
| 05/22/2023 | ALB | Telephone call from SWeiss re sale and my idea re ACaggiano | 0.10 |
| 05/22/2023 | ALB | Email from S Weiss and to SWeiss re my views | 0.40 |
| 05/22/2023 | MXT | Conference with N. Dailey and A. Hall and attention to email follow up and documents regarding deadlines for ballot for pending chapter 11 plan, objection deadlines for chapter 11 plan, alternative sale transactions for business assets and real estate, and approval of stipulation for transferring real estate to debtor's bankruptcy estate (No Charge Time) | 0.50 |
| 05/22/2023 | MXT | Review trustee's draft confirmatory sale order and send comments to trustee as requested; attention to and review documents regarding same | 2.00 |
| 05/22/2023 | MXT | Review filed objections with respect to several matters including objections to second sale motion, objections to stipulation for transferring of real estate to bankruptcy estate, and chapter 11 plan (No Charge Time) | 1.20 |
| 05/23/2023 | MXT | Review revised confirmatory sale order from subchapter v trustee, and status report for next hearing; send follow up email comments to subchapter v trustee as requested, and attention to documents (No Charge Time) | 1.00 |
| 05/23/2023 | MXT | Attention to email comments from Avidia Bank and others regarding confirmatory sale order (No Charge Time) | 0.10 |
| 05/23/2023 | ALB | Telephone call to ALizotte re sale matters | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 05/23/2023 | ALB | Telephone call from SWeiss re sale (No Charge Time) | 0.10 |
| 05/23/2023 | ALB | Telephone call to MVanDam re sale issues | 0.20 |
| 05/24/2023 | ALB | Series of telephone call from and telephone call to SWeiss and with M Van Dam re sale strategy and ERC credits | 0.60 |
| 05/24/2023 | ALB | Series of emails from parties re sale (No Charge Time) | 0.30 |
| 05/25/2023 | ALB | Attend hearing and after hearing meeting with M Van Dam and met with attorney for Caggiano in effort to facilitate accord as to real estate sale benefiting estate through my suggested methodology; discuss ERC credits with A Lizotte and negotiations; return travel | 2.70 |
| 05/25/2023 | ALB | Telephone call from BDelaney re sale hearing (No Charge Time) | 0.10 |
| 05/25/2023 | MXT | Attend bankruptcy court hearing regarding sale of debtor's assets and confirmatory order, and other pending motions; attention to documents (No Charge Time) | 1.30 |
| 05/26/2023 | MXT | Attention to email communications regarding return of deposit to stalking horse bidder (No Charge Time) | 0.10 |
| 05/26/2023 | MXT | Attention to emails regarding status of sale of debtor's assets and potential new lien related to real estate that may affect sale of business assets (No Charge Time) | 0.10 |
| 05/30/2023 | ALB | Email from S Weiss just to me regarding tax lien and other sale closing impediments and seeking my suggestions | 0.10 |
| 05/30/2023 | ALB | Consideration of approach via foreclosure and options with funding (No Charge Time) | 0.30 |
| 05/30/2023 | ALB | Telephone from S Weiss and provide suggested solution as strategic means to facilitate | 0.10 |
| 05/30/2023 | ALB | Telephone call from M Van Dam with my suggested position and fool proof methodology | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057

Page 76

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 05/30/2023 | ALB | Further telephone to M Van Dam clarifying methodology  (No Charge Time) | 0.10 |
| 06/01/2023 | ALB | Telephone call from SWeiss re status of sale and our collected positions | 0.10 |
| 06/01/2023 | ALB | Series of emails re closing status (No Charge Time) | 0.20 |
| 06/01/2023 | ALB | Two emails to SWeiss re means to facilitate closing | 0.50 |
| 06/02/2023 | ALB | Telephone call from BDelaney re sale status | 0.10 |
| 06/02/2023 | ALB | Email from SWeiss re sale strategy inquiries | 0.10 |
| 06/02/2023 | ALB | Email to SWeiss re sale | 0.10 |
| 06/05/2023 | ALB | Draft and revise email to parties regarding rationale for closing pending sale and forward to SWeiss for comment | 0.20 |
| 06/05/2023 | ALB | Telephone call to SWeiss re my position and draft email, which SWeiss concurs should be sent | 0.10 |
| 06/05/2023 | ALB | Further revise email to parties (No Charge Time) | 0.10 |
| 06/06/2023 | ALB | Telephone call from SWeiss re sale and request by Steve Weiss to review draft demand letters | 0.10 |
| 06/06/2023 | ALB | Telephone call from BDelaney as to status | 0.10 |
| 06/06/2023 | ALB | Telephone call from MVanDam re sale status | 0.10 |
| 06/07/2023 | ALB | Telephone call from SWeiss for sale status | 0.10 |
| 06/07/2023 | ALB | Further telephone call from SWeiss | 0.10 |
| 06/08/2023 | ALB | Detailed email from SWeiss re closing and related issues | 0.10 |
| 06/09/2023 | MXT | Attention to email communications from subchapter v trustee, A. Braunstein and counsel for Avidia Bank regarding sale closing status and remaining open issues (No Charge Time) | 0.20 |
| 06/15/2023 | MXT | Attention to communications and documents regarding sale | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sale/Asset Disposition
Invoice: 624057                                                    Page 77

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | status and issues related to closing (No Charge Time) | |
| 06/23/2023 | ALB | Telephone call from BDelaney re status of sale | 0.10 |
| 06/23/2023 | ALB | Further telephone call from BDelaney (No Charge Time) | 0.10 |
| 06/26/2023 | ALB | Email from SWeiss as to sale options | 0.10 |
| 06/26/2023 | ALB | Telephone call to SWeiss re proposed methodology to discuss with MVanDam | 0.20 |
| 06/26/2023 | ALB | Telephone call to MVanDam with sale proposal supported by trustee | 0.30 |

Total Hours                                                        321.00

Total Fees                                                    $119,966.00

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:     Mr. Edmilson Ramos
               President

Re: Business Operations
Invoice: 620111                                                        Page 1

For Professional Services Rendered from
March 1, 2022 through October 31, 2022 as
described in detail on the attached accounting.

Fees ............................................................................................................... $      44,533.50

Expenses and Disbursements ........................................................................ $          0.00

Total ............................................................................................................... $      44,533.50

Matter:   59961.00004

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111       Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00004
Billing Period: From March 1, 2022 through October 31, 2022

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/25/2022 | ALB | Work sessions with MToussaint re budget ("NO CHARGE TIME") | 0.20 |
| 03/25/2022 | ALB | Review revised budget ("NO CHARGE TIME") | 0.20 |
| 03/25/2022 | ALB | Series of e-mails from Debtor (Carolline) re budget ("NO CHARGE TIME") | 0.40 |
| 03/25/2022 | MXT | Review draft budget and documents regarding same; prepare and send comments | 1.00 |
| 03/26/2022 | ALB | Series of e-mails from Debtor (Carolline) re letter to creditors and financials/budget and completing sufficient documents as to completed requisite filing ("NO CHARGE TIME") | 0.20 |
| 03/27/2022 | ALB | Further series of e-mails from Debtor (Carolline) re financial data ("NO CHARGE TIME") | 0.20 |
| 03/27/2022 | MXT | Prepare and work on draft cash collateral motion; attention to and review documents regarding same; send draft motion to client and others | 2.80 |
| 03/27/2022 | MXT | Review revised budget and send additional comments to client | 0.70 |
| 03/27/2022 | MXT | Email to US Trustee's office regarding filed petition and cash collateral motion to be filed | 0.10 |
| 03/27/2022 | MXT | Prepare draft motion to pay employees and subcontractors; review documents regarding same including payable list | 3.50 |
| 03/27/2022 | MXT | Prepare and send communication to client regarding list of employee payables and needed breakdown with respect to | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | motion for authority to pay employees and subcontractors; review documents | |
| 03/28/2022 | MXT | Prepare and review employee motion and other first day pleadings; attention to and review documents related to same | 2.70 |
| 03/28/2022 | MXT | Review further financial statements and attention to email communications with client and A. Hall regarding filing of same ("NO CHARGE TIME") | 0.40 |
| 03/28/2022 | MXT | Prepare and review utility motion; review documents regarding same | 0.50 |
| 03/28/2022 | ALB | Series of telephone call from Debtor (Edy and Carolline) with inquiries re accounts | 0.30 |
| 03/29/2022 | ALB | Further work session with M Toussaint re agenda items and budget for cash collateral motion ("NO CHARGE TIME") | 0.30 |
| 03/29/2022 | ALB | Series of e-mails from and to P Nicosia, Debtor (Edy, Carolline and Lucinda) re agenda item and budget ("NO CHARGE TIME") | 0.30 |
| 03/29/2022 | MXT | Prepare and review first day pleadings including cash collateral motion, employee motion, and utility motion | 2.20 |
| 03/29/2022 | MXT | Revise draft cash collateral motion, and review draft employee motion; attention to documents regarding same | 1.80 |
| 03/29/2022 | MXT | Conference calls with debtor regarding revision to budget, new list of vendors unpaid prior to petition, accrued and unpaid wages and list of employees; review documents regarding same | 1.30 |
| 03/29/2022 | MXT | Revise further cash collateral motion, and application to employ Riemer; email communications with client regarding same ("NO CHARGE TIME") | 0.60 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111                                                        Page 4

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/29/2022 | ALB | Work sessions with MToussaint re cash collateral, budget, employee motion ("NO CHARGE TIME") | 0.40 |
| 03/29/2022 | ALB | Review revised cash collateral motion ("NO CHARGE TIME") | 0.40 |
| 03/29/2022 | ALB | Review prepetition Victor settlement agreement ("NO CHARGE TIME") | 0.10 |
| 03/30/2022 | ALB | Review revised proposed budget ("NO CHARGE TIME") | 0.10 |
| 03/30/2022 | ALB | Revise further revised cash collateral motion ("NO CHARGE TIME") | 0.20 |
| 03/30/2022 | ALB | Work session with MXT re employee motion and approach ("NO CHARGE TIME") | 0.20 |
| 03/30/2022 | MXT | Revise further cash collateral motion; attention to and review documents regarding same | 1.10 |
| 03/30/2022 | MXT | Attention to email communications with counsel for senior creditor regarding cash collateral motion; review budget documents regarding same | 0.30 |
| 03/30/2022 | ALB | E-mail to SWeiss with inquiry re cash collateral | 0.10 |
| 03/30/2022 | MXT | Attention to communications with US Trustee's office regarding new breakdown for employee motion; review documents from case files and send follow up communication to debtor for additional information for employee motion | 0.50 |
| 03/30/2022 | MXT | Attention to email communications with counsel for senior creditor regarding budget inquiries, and send response; review documents regarding same | 0.20 |
| 03/31/2022 | MXT | Review chart from debtor for list of employee and related information for employee motion; attention to follow up communications regarding same | 0.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111                                                      Page 5

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/31/2022 | MXT | Email communications with subchapter v trustee and counsel for senior lender regarding cash collateral motion, and employee motion status; attention to documents regarding same | 0.30 |
| 03/31/2022 | ALB | Telephone call from Debtor (Edy and Lucinda) re DIP account issues | 0.10 |
| 04/01/2022 | MXT | Attention to draft utility motion, and review documents regarding same; send initial draft to debtor with request of additional information | 1.20 |
| 04/01/2022 | MXT | Review documents regarding potential motion to pay employees and subcontractors pre-petition amounts | 1.00 |
| 04/01/2022 | MXT | Attention to communications with client regarding inquiry from creditor's counsel for product orders | 0.10 |
| 04/01/2022 | MXT | Work on and prepare draft motion to pay employee and subcontractors; attention to call with debtor regarding same | 2.00 |
| 04/01/2022 | ALB | Further e-mail from and telephone call to PCoppinger, counsel to merchandise provider ("NO CHARGE TIME") | 0.10 |
| 04/01/2022 | ALB | Telephone call to JDoherty re debtor's inability to get DIP account | 0.10 |
| 04/02/2022 | MXT | Review and attention to exhibit to draft motion to pay prepetition amounts to employees and subcontractors; send comments to debtor, and revise draft motion | 0.90 |
| 04/03/2022 | ALB | Telephone call from Debtor (Edy) re inability to facilitate DIP account and other issues | 0.10 |
| 04/04/2022 | MXT | Email communications with counsel for vendor regarding order of materials and debtor's authority to use cash collateral; attention to documents regarding same | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111                                                                                      Page 6

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/04/2022 | MXT | Review documents and prepare for hearing for debtor's cash collateral motion and open issues; attend telephonic hearing | 1.00 |
| 04/04/2022 | MXT | Work on and revise draft proposed interim cash collateral order; review documents regarding same | 1.60 |
| 04/04/2022 | MXT | Attention to email communications regarding operational issues and exhibit for motion to pay prepetition amounts to employees and subcontractors ("NO CHARGE TIME") | 0.20 |
| 04/04/2022 | MXT | Conference call with A. Braunstein and the debtor regarding open issues and hearing on cash collateral motion; attention to documents regarding same ("NO CHARGE TIME") | 0.50 |
| 04/04/2022 | ALB | E-mail from Debtor (Carolline) re Leamar and release of materials | 0.10 |
| 04/04/2022 | ALB | Appear at hearing in cash collateral ("NO CHARGE TIME") | 0.60 |
| 04/04/2022 | ALB | E-mail from Avidia re dip account consideration ("NO CHARGE TIME") | 0.10 |
| 04/05/2022 | MXT | Revise interim cash collateral order, and circulate same to interested parties; attention to additional comments and email communications, and send proposed order to court | 1.30 |
| 04/05/2022 | MXT | Attention to email communications with debtor regarding new DIP account and status | 0.10 |
| 04/05/2022 | MXT | Further work on motion to pay prepetition amounts to employee and subcontractor, and utility motion | 0.90 |
| 04/05/2022 | MXT | Work on draft motion to pay pre-petition amounts owed to employees and subcontractors; follow up communications with client regarding same and related exhibit | 1.50 |
| 04/05/2022 | MXT | Prepare and draft motion to pay prepetition amounts to employees and subcontractors; review proposed exhibits and related information from debtor | 0.80 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111                                                                   Page 7

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 04/05/2022 | MXT | Review entered interim cash collateral order; send same to debtor with comments and counsel for vendor creditor | 0.70 |
| 04/06/2022 | MXT | Revise and review certificate of service form and with respect to cash collateral motion; review documents regarding same ("NO CHARGE TIME") | 0.60 |
| 04/06/2022 | MXT | Further review of exhibit to be attached to motion to pay prepetition amounts to employees and subcontractors and attention to comments | 0.20 |
| 04/07/2022 | ALB | E-mail from and to P Crochiere re Enterprise Bank and issues re cash collateral; e-mail response and e-mail from Paul in accord ("NO CHARGE TIME') | 0.10 |
| 04/07/2022 | MXT | Work on and review draft utility motion; attention to documents regarding same | 1.20 |
| 04/07/2022 | MXT | Attention to email communications from senior creditor regarding issues with employee motion ("NO CHARGE TIME") | 0.20 |
| 04/07/2022 | MXT | Review documents and information from debtor regarding motion to pay employees and subcontractors; follow up communications with debtor regarding same | 1.50 |
| 04/07/2022 | MXT | Attention to notice of hearing and certificate of service regarding cash collateral order and other pleadings ("NO CHARGE TIME") | 0.50 |
| 04/14/2022 | ALB | Series of e-mails from C Deshaines re two reclamation demands | 0.20 |
| 04/14/2022 | ALB | Series of e-mails to and from PHS re reclamation demands ("NO CHARGE TIME") | 0.20 |
| 04/15/2022 | ALB | E-mail from Debtor (Edy) re utilities ("NO CHARGE TIME") | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111                                                                 Page 8

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/15/2022 | PHS | Review reclamation claims and documents and draft response to Alan Braunstein ("NO CHARGE TIME") | 1.30 |
| 04/15/2022 | GBM | Telephone conference with team re pending reclamation claim by creditor and defenses thereto ("NO CHARGE TIME") | 0.30 |
| 04/16/2022 | MXT | Prepare form 13-week cash flow budget, and form reconciliation statement; send same to debtor ("NO CHARGE TIME") | 2.00 |
| 04/16/2022 | MXT | Prepare draft supplement to cash collateral motion, and attention to documents regarding exhibits to be attached | 0.70 |
| 04/16/2022 | MXT | Prepare and review draft motion to continue use of existing bank accounts | 1.00 |
| 04/17/2022 | MXT | Work on draft motion to keep using existing bank accounts with Avidia Bank | 1.00 |
| 04/18/2022 | MXT | Prepare draft motion to extend time for filing of supplement to cash collateral motion; attention to emails with notice parties regarding same | 1.70 |
| 04/18/2022 | MXT | Call and email communications with debtor regarding case status and business operations ("NO CHARGE TIME") | 0.30 |
| 04/18/2022 | MXT | Prepare and review motion to continue use of existing accounts with Avidia, and send advance notice to counsel for Avidia | 1.50 |
| 04/18/2022 | MXT | Follow up communications regarding filing of motion to extend time to file notice of supplement for cash collateral motion ("NO CHARGE TIME") | 0.10 |
| 04/18/2022 | ALB | E-mail from and to MVan Dam re bank's position ("NO CHARGE TIME") | 0.10 |
| 04/18/2022 | ALB | Review and comment on motion to use existing bank account ("NO CHARGE TIME") | 0.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111                                                                    Page 9

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/19/2022 | ALB | E-mail to MToussaint re reclamation resolution ("NO CHARGE TIME') | 0.10 |
| 04/19/2022 | PHS | Review issues with Alan re possible criminal penalties for larceny and misuse of payroll account ("NO CHARGE TIME") | 0.70 |
| 04/20/2022 | MXT | Prepare draft proposed final cash collateral order; attention to documents regarding same | 1.40 |
| 04/20/2022 | ALB | E-mail from Debtor (Carolline) re projects and work in property ("NO CHARGE TIME") | 0.10 |
| 04/20/2022 | NMD | Review of order, update draft order regarding interim cash collateral and update certificate of service regarding supplement motion ("NO CHARGE TIME") | 1.30 |
| 04/21/2022 | MXT | Review draft documents and send emails to debtor regarding updated budget and reconciliation statement | 0.40 |
| 04/22/2022 | ALB | Telephone call from LTingue as to intent of UST objection to wage motion | 0.10 |
| 04/24/2022 | MXT | Continue to work on draft updated 13-week budget, and reconciliation statement from petition date to April 15; follow up communications with debtor regarding same | 2.00 |
| 04/24/2022 | MXT | Attention to email communications with A. Braunstein and debtor regarding objection to employee motion, and other matters related to any inquiry to senior creditors for needed post-petition financing ("NO CHARGE TIME") | 0.20 |
| 04/25/2022 | MXT | Work on and revise notice of supplement for cash collateral motion; communications with N. Dailey regarding filing and logistics ("NO CHARGE TIME") | 0.80 |
| 04/25/2022 | MXT | Review revised updated 13-week budget and reconciliation statement to be filed with notice of supplement for cash collateral motion; send comments to debtor related to same | 1.70 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations

Invoice: 620111      Page 10

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/25/2022 | ALB | Work session with MToussaint re budget payments ("NO CHARGE TIME") | 0.10 |
| 04/25/2022 | ALB | E-mail from and to client re UST objection to wage motion ("NO CHARGE TIME") | 0.20 |
| 04/26/2022 | MXT | Email communication with attorney for senior creditor regarding proposed final cash collateral order | 0.10 |
| 04/26/2022 | ALB | Telephone call from LTingue as to intended objection re cash management motion; provide rationale ("NO CHARGE TIME") | 0.30 |
| 04/26/2022 | ALB | Telephone call from MToussaint re call from Lisa and discussion ("NO CHARGE TIME") | 0.10 |
| 04/26/2022 | ALB | Telephone call from Debtor (Edy) and MToussaint re issues confronting company and alternatives ("NO CHARGE TIME") | 0.40 |
| 04/26/2022 | ALB | E-mail from CDeshaies re reclamation ("NO CHARGE TIME") | 0.10 |
| 04/26/2022 | ALB | E-mail from Debtor (Edy) as to concerns as to funding jobs | 0.10 |
| 04/27/2022 | ALB | Review objection re cash management motion ("NO CHARGE TIME") | 0.20 |
| 04/27/2022 | MXT | Email communications with debtor regarding preparation for hearing on cash collateral motion and other pending motions | 0.20 |
| 04/28/2022 | ALB | E-mail from Steve Weiss re position on cash collateral order seeking May 18 ("NO CHARGE TIME") | 0.10 |
| 04/28/2022 | ALB | Prepare for hearing on cash management and outline of argument and rationale ("NO CHARGE TIME") | 0.90 |
| 04/28/2022 | MXT | Attend conference call with client regarding scheduled hearing on final cash collateral order, utility motion, employee motion, | 1.70 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111                                                      Page 11

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | and use of existing bank account; attention to documents regarding same | |
| 04/28/2022 | MXT | Call with A. Braunstein and subchapter v trustee regarding cash collateral motion hearing ("NO CHARGE TIME") | 0.10 |
| 04/28/2022 | MXT | Prepare for hearing on cash collateral motion and other pleadings; review documents regarding same | 1.50 |
| 04/28/2022 | MXT | Attend hearings related to final cash collateral motion, employee motion, utility motion, and use of existing bank account | 1.00 |
| 04/28/2022 | MXT | Review and attention to documents related to debtor's request for use of cash collateral | 1.00 |
| 04/28/2022 | MXT | Call with debtor (Carolline) regarding outcome of hearing on cash collateral motion and other pleadings; attention to email follow up related to same ("NO CHARGE TIME") | 0.20 |
| 04/29/2022 | ALB | Telephone call from CDeshaies re reclamation timing per agreement | 0.20 |
| 05/03/2022 | MXT | Email communications with ABraunstein regarding debtor's financial positions and related issues ("NO CHARGE TIME") | 0.10 |
| 05/04/2022 | MXT | Email with Avidia counsel for Excel copy of budget attached to cash collateral order ("NO CHARGE TIME") | 0.10 |
| 05/09/2022 | ALB | Follow up re Chase and DIP account with M Van Dam and authority to continue to use account for 30 days | 0.10 |
| 05/11/2022 | MXT | Prepare and send email to debtor and accountant for clarification of intercreditor insider transactions; attention to documents regarding same | 0.30 |
| 05/11/2022 | ALB | Conference with MToussaint re PPP Loan and forgiveness ("NO CHARGE TIME") | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111 <span>Page 12</span>

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 05/11/2022 | ALB | E-mail from SWeiss re PPP loan inquiry ("NO CHARGE TIME") | 0.10 |
| 05/11/2022 | ALB | E-mail to MToussaint re PPP loan ("NO CHARGE TIME") | 0.10 |
| 05/12/2022 | MXT | Email communications with subchapter v trustee regarding communication with Avidia Bank related to past PPP loan ("NO CHARGE TIME") | 0.10 |
| 05/12/2022 | MXT | Email communications with debtor regarding post-petition payment requirement for leases under bankruptcy code, and potential revision to budget | 0.20 |
| 05/12/2022 | MXT | Attention to email with debtor and documents regarding MSI refusal to sell to the debtor and vendor related matters | 0.20 |
| 05/12/2022 | MXT | Email communications with debtor regarding PPP loan and emails from trustee regarding same; follow up with debtor related to same ("NO CHARGE TIME") | 0.20 |
| 05/12/2022 | MXT | Attention to email communications with debtor regarding post petition payments after potential DIP financing, and utility providers; attention to documents related to same ("NO CHARGE TIME") | 0.20 |
| 05/19/2022 | MXT | Conference calls with debtor regarding status related to debtor's DIP accounts with Chase bank, and reconciliation statement for April 2022 | 0.40 |
| 05/19/2022 | MXT | Attention to email communications with US Trustee's office regarding DIP account with Chase bank | 0.10 |
| 05/19/2022 | MXT | Emails with A. Braunstein and counsel for creditor regarding reclamation claim and payment of same from DIP financing fund ("NO CHARGE TIME") | 0.10 |
| 05/19/2022 | MXT | Prepare and send response to debtor regarding communication from Avidia for unpaid pre-petition and post-petition claims; | 0.70 |

Riemer & Braunstein LLP
100 Cambridge Street   Boston, Massachusetts 02114-2527

BOSTON      NEW YORK      CHICAGO      MIAMI      NEWPORT BEACH      BURLINGTON

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111 Page 13

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | review and attention to documents regarding same ("NO CHARGE TIME") | |
| 05/19/2022 | ALB | E-mail from C Deshaines as to reclamation but additional language in her e-mail to be addressed and resolved to ensure complete resolution re full reclamation payment as set forth in motion based on her documents ("NO CHARGE TIME") | 0.20 |
| 05/19/2022 | ALB | E-mail from and to MToussaint re e-mail from C Deshaines and potential extraneous claim needing to be clarified as resolved pursuant to the reclamation demand and as set forth in the DIP loan motion ("NO CHARGE TIME") | 0.20 |
| 05/20/2022 | MXT | Review draft reconciliation statement through April 2022 and send comments to debtor; review prior financial statements and documents regarding same | 1.70 |
| 05/20/2022 | MXT | Prepare notice of reconciliation statement; attention to documents regarding same | 0.70 |
| 05/20/2022 | MXT | Further revision of reconciliation statement for April 2022 and attention to communications with debtor related to same | 1.00 |
| 05/20/2022 | MXT | Attention to email communications with A. Hall regarding bank account statement to redact for monthly operating report, and notice of reconciliation statement; attention to documents regarding same ("NO CHARGE TIME") | 0.40 |
| 05/20/2022 | MXT | Review documents and attention to email communications with debtor regarding breakdown for senior debts, issues related to payment of Avidia claims for pre-petition and post-petition period, and allocation of funds under DIP financing budget that may affect same | 1.00 |
| 05/20/2022 | ALB | E-mails from Debtor (Luciana) responsive to my e-mail including for information ("NO CHARGE TIME") | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111                                                                            Page 14

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 05/20/2022 | MXT | Further review of reconciliation statement for April 2022, and send additional comments to debtor ("NO CHARGE TIME") | 0.40 |
| 05/21/2022 | MXT | Revise further reconciliation statement and notice regarding same; conference with A. Hall regarding filing logistics ("NO CHARGE TIME") | 0.20 |
| 05/21/2022 | MXT | Attention to email communications with debtor regarding reconciliation statement for April 2022 and issues related to certain post-petition payments | 0.30 |
| 05/23/2022 | MXT | Call with debtor regarding status of DIP account and attention to documents regarding same | 0.20 |
| 05/24/2022 | MXT | Email communications with US Trustee's office regarding status of DIP account | 0.10 |
| 05/25/2022 | MXT | Email communications with debtor and counsel for creditor regarding reclamation claim and logistics for payment from DIP funding | 0.10 |
| 05/25/2022 | MXT | Attention to email communications with creditor regarding ENG equipment loan, and status of potential adequate protection payment; review documents and case files related to same | 0.70 |
| 05/26/2022 | ALB | E-mail from Debtor (Carolline) re bank account ("NO CHARGE TIME") | 0.10 |
| 05/26/2022 | MXT | Email communications with debtor and Avidia bank regarding DIP account status, and request for Avidia to permit use of existing accounts; attention to documents regarding same and allocated payments for Avidia loans from DIP funding and potential payments from operation revenue | 0.30 |
| 05/26/2022 | MXT | Call with debtor regarding DIP account status, and request for Avidia to permit use of existing accounts | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111                                                     Page 15

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 05/31/2022 | MXT | Email communications with debtor and counsel for Avidia regarding status of real estate tax payment for property owned by Trust | 0.10 |
| 06/01/2022 | MXT | Attention to and review draft reconciliation statement for May 2022; attention to documents and prior financial statements related to same | 1.20 |
| 06/01/2022 | ALB | Work session with MToussaint re DIP account and plan approach; issue re budget ("NO CHARGE TIME") | 0.50 |
| 06/01/2022 | ALB | E-mail from Lisa T re DIP account ("NO CHARGE TIME") | 0.10 |
| 06/02/2022 | MXT | Attention to further revision to reconciliation statement for May 2022 | 0.70 |
| 06/03/2022 | MXT | Email communication with A. Braunstein regarding adequate protection for ENG financing loan and related claim ("NO CHARGE TIME") | 0.10 |
| 06/07/2022 | MXT | Attention to email communications and documents regarding reconciliation statement for May 2022 and monthly operating report | 0.60 |
| 06/07/2022 | MXT | Further review of monthly operating report for May 2022, and reconciliation statement | 0.60 |
| 06/07/2022 | MXT | Attention to email communications with debtor and counsel for creditor regarding reclamation claim payment and status | 0.30 |
| 06/07/2022 | MXT | Attention to email communications with US Trustee and debtor and documents regarding new DIP accounts and closure of certain Chase accounts | 0.20 |
| 06/07/2022 | ALB | Telephone call from and message to SWeiss re DIP account and results of my call with client ("NO CHARGE TIME") | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111                                                         Page 16

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 06/14/2022 | MXT | Review documents for updated 13-week budget to be attached to supplement for cash collateral motion; attention to communications with debtor related to same | 0.50 |
| 06/16/2022 | MXT | Attention to notice of second supplement to cash collateral motion, and proposed second final cash collateral order | 2.20 |
| 06/17/2022 | MXT | Attention to supplement to cash collateral motion, and prepare proposed cash collateral order | 1.00 |
| 06/20/2022 | ALB | Review budget issues ("NO CHARGE TIME") | 0.30 |
| 06/21/2022 | MXT | Attention to and review draft 13 week budget; email communications with A. Hall regarding same and supplement to cash collateral motion and filing logistics ("NO CHARGE TIME") | 2.00 |
| 06/22/2022 | ALB | Telephone conference with MToussaint re budget ("NO CHARGE TIME") | 0.10 |
| 06/22/2022 | ALB | Further e-mail from SWeiss re Edy salary and review response by MToussaint ("NO CHARGE TIME") | 0.10 |
| 06/22/2022 | ALB | Review budget ("NO CHARGE TIME") | 0.10 |
| 06/22/2022 | ALB | Series of e-mails from SWeiss and response of MToussaint ("NO CHARGE TIME") | 0.20 |
| 06/26/2022 | MXT | Follow up communications with A. Hall regarding service of order related to cash collateral and DIP financing ("NO CHARGE TIME") | 0.10 |
| 06/27/2022 | NMD | Prepare certificate of service regarding hearing regarding memorandum and order and Second Authorizing Final Use of Cash Collateral, e-file same, prepare for service | 0.80 |
| 07/06/2022 | MXT | Prepare and send email to debtor regarding documentation for note receivable pursuant to balance sheet; attention to prior communications regarding same ("NO CHARGE TIME") | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111                                                                 Page 17

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 07/12/2022 | MXT | Prepare and review draft motion to extend time to assume or reject real property lease; attention to documents regarding same and email N. Dailey for review and filing of same | 1.30 |
| 07/14/2022 | MXT | Review and attention to reconciliation statement for June 2022, and other financial documents, and prepare comments for debtor | 2.20 |
| 07/19/2022 | MXT | Email communications with DIP lender regarding reconciliation statement and other financial reports | 0.20 |
| 07/20/2022 | NMD | E-file Notice of Reconciliation Statement, prepare and sent e-mail | 0.30 |
| 07/20/2022 | MXT | Review and attention reconciliation statement for June 2022, and June monthly operating report and related attachments; prepare proposed comments and questions | 2.10 |
| 07/20/2022 | MXT | Review documents and call with debtor regarding open issues, and business operations ("NO CHARGE TIME") | 0.50 |
| 07/20/2022 | MXT | Attention to documents and email communications regarding $2 mil receivable showing on balance sheet and explanation for same; follow up with subchapter v trustee regarding same | 0.50 |
| 08/16/2022 | MXT | Email additional questions to debtor regarding employees and subcontractors subject to be released or were terminated, and regarding Global Stone relationship; attention to documents regarding same | 0.40 |
| 08/16/2022 | MXT | Prepare and send comments to debtor regarding July 2022 reconciliation statement | 0.40 |
| 08/16/2022 | ALB | Review reconciliation document ("NO CHARGE TIME") | 0.10 |
| 08/17/2022 | MXT | Attention to communications with debtor regarding ENGS loan payment, return of vehicles by debtor, and question regarding professional fee payments | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111                                                                     Page 18

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 08/18/2022 | MXT | Prepare draft notice of reconciliation statement; email same to A. Hall with statement for filing ("NO CHARGE TIME") | 0.30 |
| 08/18/2022 | MXT | Call and follow up communication with A. Hall regarding service of July 2022 monthly operating report and reconciliation statement ("NO CHARGE TIME") | 0.10 |
| 08/19/2022 | MXT | Attention to communication from and to subchapter v trustee regarding inquiries for July monthly operating report and reconciliation statement, including issues related to subcontractor payments; prepare and send information to debtor regarding same | 0.80 |
| 08/22/2022 | MXT | Attention to and review documents regarding payments to subcontractors and US Construction payments; attention to prior pleadings filed in case related to same and notes | 0.70 |
| 08/22/2022 | MXT | Call from debtor (Mr. Ramos) regarding creditor issue for release of container and demand for additional payment; send email follow up regarding same, and attention to online search and documents | 5.00 |
| 08/22/2022 | MXT | Conference call with debtor (Carolline) regarding breakdown for subcontractor payments and US Construction transaction list related to July 2022 monthly operating report | 0.20 |
| 08/23/2022 | MXT | Call from debtor regarding leased and owned vehicles, and issues related to potential lease rejection, return of financed vehicles, and potential sale issues; revise list of vehicles and attention to online valuation | 0.60 |
| 08/23/2022 | MXT | Follow up email communications regarding breakdown for payments to subcontractors, and US Construction payment details; attention to and review documents related to same ("NO CHARGE TIME") | 1.00 |
| 08/24/2022 | MXT | Review and revise breakdown for payments to subcontractors and US Construction Transaction List for July 2022; follow up | 1.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111                                                                                                          Page 19

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | communication and attention to other documents regarding same | |
| 08/25/2022 | MXT | Email communication with debtor (Mr. Ramos) regarding rental analysis from broker; attention to documents to prepare email response regarding same and other related issues | 0.30 |
| 08/30/2022 | MXT | Conference call with debtor regarding potential sale offer, potential rejection of lease for showroom, and US construction debt to Avidia Bank; attention to and review documents | 0.20 |
| 09/06/2022 | MXT | Call from debtor regarding business operation and revenue issues | 0.10 |
| 09/09/2022 | MXT | Attention to email communications with Debtor (Carolline) regarding August reconciliation statement and issues related to owner's salary and tax withholding | 0.10 |
| 09/09/2022 | PHS | Call with MToussaint regarding issues relating to bookkeeping entries and need to have withholding taxes for distributions that are for salary ("NO CHARGE TIME") | 0.40 |
| 09/20/2022 | MXT | Review August 2022 reconciliation statement ; prepare notice for same and attention to email follow up with debtor | 0.50 |
| 09/20/2022 | MXT | Review new draft 13 week budget in connection with use of cash collateral and send comments to debtor | 0.50 |
| 09/21/2022 | NMD | E-file Notice of Reconciliation Statement for August, prepare and sent e-mail, review and update certificate of service and matrix | 1.60 |
| 09/23/2022 | MXT | Review documents regarding draft 13-week budget; attention to follow up communications with Debtor (Carolline) regarding same | 0.50 |
| 09/26/2022 | MXT | Attention to previously filed financial documents for next 13-week budget to be filed with the bankruptcy court; attention to documents regarding same ("NO CHARGE TIME") | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111                                                                                     Page 20

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 09/26/2022 | MXT | Conference call with the debtor (Carolline) regarding 13-week budget and questions regarding monthly operating report for August 2022 ; review and attention to documents with respect to same | 0.40 |
| 09/26/2022 | MXT | Prepare notice of third supplement to cash collateral motion in relation to 13-week budget to be filed with the bankruptcy court; attention to documents regarding same | 0.40 |
| 09/26/2022 | MXT | Attention to and further review of draft notice of third supplement to cash collateral motion; attention to documents regarding same ("NO CHARGE TIME") | 0.50 |
| 09/26/2022 | MXT | Review draft 13-week budget and prepare comments to same; conference calls and emails with debtor (Carolline) regarding same | 0.80 |
| 09/26/2022 | MXT | Review revised draft 13-week budget and compare to prior versions; attention to other documents regarding same("NO CHARGE TIME") | 0.50 |
| 09/27/2022 | MXT | Attention to further revised 13-week budget from the debtor, and send same to A. Hall for filing with notice of third supplement to cash collateral motion ("NO CHARGE TIME") | 0.20 |
| 10/18/2022 | MXT | Review and attention to documents from debtor for September 2022 reconciliation statement; send comments related to same | 1.20 |
| 10/18/2022 | MXT | Review and attention to documents from debtor for September 2022 monthly operating report; attention to and send comments and questions to debtor | 1.50 |
| 10/19/2022 | MXT | Further attention to documents and follow up emails regarding comments and questions related to September 2022 reconciliation statement ("NO CHARGE TIME") | 0.60 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 620111                                                   Page 21

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 10/21/2022 | MXT | Attention to documents and email communication to debtor regarding further revision to September 2022 reconciliation statement; revise draft reconciliation statement and prepare notice of same | 1.00 |
| 10/24/2022 | MXT | Review of reconciliation statement for September 2022; attention to email communications regarding filing of same with notice | 0.30 |
| 10/24/2022 | MXT | Attention to email communications with Avidia's counsel and then Avidia regarding reconciliation statement for September 2022 and needed amendment | 0.20 |

| | | |
|---|---|---|
| Total Hours | | 125.70 |
| Total Fees | | $44,533.50 |
| Total Bill | | $44,533.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:     Mr. Edmilson Ramos
               President

Re: Business Operations
Invoice: 624061                                                    Page 1

For Professional Services Rendered from
November 1, 2022 through June 29, 2023 as
described in detail on the attached accounting.

Fees .......................................................................................... $     17,641.00

Expenses and Disbursements ....................................................... $          10.00

Total ......................................................................................... $     17,651.00

Matter:   59961.00004

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061

For Professional Services Rendered
Client.Matter Number: 59961.00004
Billing Period: From November 1, 2022 through June 29, 2023

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 11/02/2022 | MXT | Conference call with the debtor regarding business operations and related issues | 0.40 |
| 11/03/2022 | MXT | Email communication with debtor regarding customer deposits and unfinished projects, if any, and potential concern in the event of sale of business | 0.10 |
| 11/18/2022 | MXT | Follow up email communications with debtor regarding insurance coverage and potential extension of same before expected sale closing; prepare and send email to subchapter v trustee and A. Braunstein regarding same | 0.20 |
| 11/18/2022 | MXT | Review draft reconciliation statement for October 2022, and attention to previously filed statement to compare; send comments to debtor | 0.90 |
| 11/18/2022 | MXT | Prepare and send communication to insurance company as suggested by subchapter v trustee regarding short term coverage | 0.10 |
| 11/18/2022 | MXT | Review draft monthly operating report for October 2022; attention to documents regarding same and send comments | 1.00 |
| 11/21/2022 | MXT | Conference call with insurance agent / firm suggested by subchapter v trustee regarding insurance renewal issues and contingencies | 0.20 |
| 11/21/2022 | MXT | Conference call with debtor (Luciana) regarding liability insurance expiration and issues related to renewal | 0.10 |
| 11/21/2022 | MXT | Review draft reconciliation statement for October 2022, and prepare notice for same; email N. Dailey regarding filing of | 0.50 |

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061                                                           Page 3

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | same | |
| 11/22/2022 | MXT | Attention to communications with Trustee Recovery Group regarding insurance renewal and short term extension issues | 0.10 |
| 11/22/2022 | MXT | Email communications with debtor and others regarding stay relief motions filed by Toyota related to expired vehicle leases, liability insurance renewal and expiration; attention to documents related to same | 0.40 |
| 11/28/2022 | MXT | Email communication with debtor regarding insurance renewal | 0.10 |
| 11/30/2022 | MXT | Email communications with debtor (Luciana) regarding operating issues and November payments | 0.10 |
| 12/07/2022 | MXT | Email communications with debtor regarding status of return of financed vehicle (No Charge Time) | 0.10 |
| 12/09/2022 | MXT | Email communications with debtor and US Trustee's office regarding insurance renewal | 0.10 |
| 12/20/2022 | MXT | Attention to email communications with debtor and creditor regarding return of vehicle | 0.10 |
| 12/21/2022 | MXT | Prepare and review notice of reconciliation statement, and cover page for November monthly operating report; attention to documents regarding same | 0.50 |
| 12/22/2022 | MXT | Attention to documents and communications with A. Hall and others regarding monthly operating report for November 2022 (No Charge Time) | 0.60 |
| 01/06/2023 | MXT | Email communications with A. Braunstein regarding communication with subchapter v trustee related to potential stipulation regarding US Construction (No Charge Time) | 0.10 |
| 01/19/2023 | MXT | Email communications with subchapter v trustee regarding use of cash collateral issues and payment of expenses related | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061                                                                    Page 4

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | to US Construction going forward | |
| 01/23/2023 | MXT | Attention to emails and documents regarding December 2022 MOR, reconciliation statement, and next budget/ 13-week projection | 0.50 |
| 01/23/2023 | MXT | Attention to documents related to December 2022 monthly operating report | 0.50 |
| 01/23/2023 | MXT | Attention to documents related to December 2022 reconciliation statement | 0.40 |
| 01/23/2023 | MXT | Attention to email communications with debtor regarding preparation of 13 week budget | 0.10 |
| 01/23/2023 | MXT | Email communication to US Trustee's office and Subchapter v trustee regarding delay with submission of December 2022 and filing of reconciliation statement (No Charge Time) | 0.10 |
| 01/23/2023 | MXT | Attention to and review documents and email communications with subchapter v trustee regarding operating expenses and payments related to US Construction | 0.30 |
| 01/23/2023 | MXT | Attention to documents regarding actual numbers for reconciliation statement, and follow up with subchapter v trustee regarding same (No Charge Time) | 0.30 |
| 01/24/2023 | MXT | Follow up communications with debtor regarding subchapter v trustee inquiries related to payments to US Construction, and status of budget; attention to documents regarding same | 0.40 |
| 01/26/2023 | MXT | Review documents for December 2022 MOR and missing information; attention to email communications with debtor regarding same | 0.50 |
| 01/27/2023 | MXT | Conference with A. Hall regarding status of December 2022 MOR and reconciliation statement, and logistics for filing of same (No Charge Time) | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 01/27/2023 | MXT | Attention to draft reconciliation statement for December 2022 and additional changes; attention to email communications with debtor and A. Hall regarding same (No Charge Time) | 0.40 |
| 01/27/2023 | MXT | Attention to and review draft budget for December 2022 to February 2023; attention to email communications with debtor regarding same | 0.40 |
| 01/27/2023 | MXT | Conference call with subchapter v trustee regarding case and sale status, operating issues, and US Construction payments going forward; attention to email communications with debtor and Subchapter v trustee regarding same | 0.60 |
| 01/27/2023 | MXT | Attention to follow up communication with debtor regarding reconciliation statement; attention to documents regarding same | 0.50 |
| 01/27/2023 | MXT | Attention to follow up communication with debtor regarding new 13-week budget; attention to documents regarding same (No Charge Time) | 0.40 |
| 01/30/2023 | MXT | Review debtor's further amended MOR for December 2022, reconciliation statement, and 13-week budget | 0.40 |
| 01/30/2023 | MXT | Attention to amended draft reconciliation statement for December 2022; review same and compare to prior drafts | 0.20 |
| 01/30/2023 | MXT | Attention to revised budget for December 2022 to February 2023 and compare to prior drafts; prepare notice of supplement to cash collateral motion with respect to same | 0.90 |
| 01/31/2023 | ALB | Telephone call to D Stukes re funding potential (No Charge Time) | 0.40 |
| 01/31/2023 | ALB | Emails from and to DStukes regarding additional funding (No Charge Time) | 0.20 |
| 01/31/2023 | ALB | Series of further telephone call from DStukes (No Charge Time) | 0.20 |

# R I E M E R | B R A U N S T E I N

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061                                                                                  Page 6

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 02/06/2023 | MXT | Email communications with client regarding default letters from Toyota for leased vehicles and certain financed vehicles, and other letter from Ally Financial regarding repossessed vehicle; attention to documents regarding same | 0.90 |
| 02/21/2023 | MXT | Review reconciliation statement for January 2023, and send questions to debtor regarding same | 0.20 |
| 02/21/2023 | MXT | Prepare draft notice for filing of reconciliation statement, and attention to emails with N. Dailey and A. Hall for filing of same; attention to documents regarding same (No Charge Time) | 0.20 |
| 02/21/2023 | NMD | E-file Notice of Reconciliation Statement, prepare and sent e-mail | 0.30 |
| 03/07/2023 | MXT | Attention to email communications with debtor regarding financed and leased vehicles and logistics for return of same to secured creditors; attention to documents regarding same | 0.10 |
| 03/08/2023 | MXT | Attention to emails and calls from debtor regarding financed and leased vehicles and logistics for return of same to secured creditors; attention to documents and vehicle schedules | 0.40 |
| 03/22/2023 | MXT | Work on and review reconciliation statement for February 2023 and prepare notice | 0.70 |
| 03/22/2023 | MXT | Attention to last filed 13-week budget; email communication with debtor regarding next budget for continued use of cash collateral (No Charge Time) | 0.30 |
| 03/29/2023 | MXT | Email communication with debtor regarding post petition payment obligations (No Charge Time) | 0.10 |
| 03/31/2023 | ALB | Telephone conference with Edy , Caroline, Luciana and MXT regarding stabilization of business during sale notice period (No Charge Time) | 0.70 |
| 04/03/2023 | ALB | Emails from Edy Ramos re sale and employee issues (No | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061                                                                                    Page 7

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | Charge Time) | |
| 04/06/2023 | MXT | Email communications with counsel for prior buyer regarding interim management proposal and concerns; attention to documents and email files (No Charge Time) | 0.60 |
| 04/06/2023 | MXT | Attention to follow up email communications regarding interim management proposal from counsel for initial buyer; send response to counsel, A. Braunstein, and subchapter v trustee regarding concerns; attention to documents (No Charge Time) | 0.40 |
| 04/06/2023 | MXT | Attention to documents from debtor regarding proposed budget for next 3 months, monthly operating report, and reconciliation statement | 0.30 |
| 04/06/2023 | ALB | Email from J McAuliffe re management agreement and benefits and rationale (No Charge Time) | 0.10 |
| 04/06/2023 | ALB | Email from Macken re outline of deal points for my 2pm calm with McAuliffe re management proposal (No Charge Time) | 0.10 |
| 04/06/2023 | ALB | Review initial draft of management agreement. | 0.60 |
| 04/10/2023 | MXT | Email communications with counsel for debtor's principal regarding interim management agreement and sale strategies in light of objection to sale motion filed by SBA ; attention to documents regarding same (No Charge Time) | 0.40 |
| 04/10/2023 | MXT | Review draft proposed budget for March to May 2023 and send comments to debtor; review and compare prior financial numbers and documents | 0.50 |
| 04/10/2023 | MXT | Review draft reconciliation statement for March 2023 and send comments to the debtor | 0.40 |
| 04/10/2023 | MXT | Prepare notice of fifth supplement to cash collateral with respect to new budget pursuant to prior court order ; attention to documents regarding same | 0.60 |

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061                                                                                    Page 8

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/10/2023 | MXT | Prepare notice of reconciliation statement for March 2023; attention to documents regarding same | 0.30 |
| 04/10/2023 | ALB | Conference with GBM regarding management agreement authority (No Charge Time) | 0.60 |
| 04/10/2023 | ALB | Telephone from GBM with research supportive of position for management agreement (No Charge Time) | 0.50 |
| 04/10/2023 | ALB | Telephone call from S. Weiss regarding management agreement | 0.10 |
| 04/10/2023 | ALB | Email from Andy regarding no need for interim management agreement after he talked with his client and respond (No Charge Time) | 0.10 |
| 04/10/2023 | ALB | Email from S. Weiss regarding management agreement | 0.10 |
| 04/11/2023 | ALB | Work on management agreement revisions | 1.10 |
| 04/12/2023 | MXT | Email communications with debtor regarding monthly operating report, proposed budget for March to May 2023, and reconciliation statement and questions regarding transaction reports and bank statements | 0.30 |
| 04/12/2023 | ALB | Telephone call from SWeiss re management agreement | 0.10 |
| 04/14/2023 | MXT | Review draft stay relief motion filed by Ally Bank and return of motor vehicle, and send response regarding same and request for consent; prepare comments and proposed changes | 0.50 |
| 04/14/2023 | MXT | Attention to documents from debtor regarding budget for March to May 2023, reconciliation statement, and monthly operating report due for March 2023; send email responses to debtor related to same | 0.50 |
| 04/14/2023 | MXT | Further review of emails from debtor and documents regarding reconciliation statement, and monthly operating report for March 2023 (No Charge Time) | 0.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061                                                          Page 9

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 04/14/2023 | MXT | Attention to email communications from subchapter v trustee, counsel for debtor's principal, counsel for potential buyer and others regarding interim management agreement and logistics for filing for approval ; calls from subchapter v trustee and A. Hall related to same (No Charge Time) | 0.40 |
| 04/14/2023 | ALB | Telephone call from JMcAuliffe re management agreement issues | 0.20 |
| 04/14/2023 | ALB | Telephone call from JMcAuliffe re management agreement issues  (No Charge Time) | 0.20 |
| 04/14/2023 | ALB | Telephone call from ALizotte re management agreement  (No Charge Time) | 0.10 |
| 04/14/2023 | ALB | Email from JMcAuliffe and Andy re management agreement and my assistance on no releases as set forth in present agreement draft  (No Charge Time) | 0.20 |
| 04/14/2023 | ALB | Email to John re need to file motion for management agreement which he did not draft; commence and complete motion to approve agreement (No Charge Time) | 1.20 |
| 04/17/2023 | ALB | Series of emails re management agreement and further revise and circulate  (No Charge Time) | 0.80 |
| 04/17/2023 | ALB | Draft motion to approve management agreement | 2.20 |
| 04/17/2023 | ALB | Series of emails from J McAuliife re management agreement as further revised | 0.20 |
| 04/17/2023 | ALB | Receipt of comments to management motion (No Charge Time) | 0.20 |
| 04/18/2023 | ALB | Further email from and to J McAuliffe re management agreement timing issues (No Charge Time) | 0.10 |
| 04/19/2023 | PJB | Start researching ability of judge to appoint interim management (No Charge Time) | 1.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/19/2023 | PHS | Review motion to allow interim management agreement and review management agreement and discuss issue relating of authority of court to allow same under the code  (No Charge Time) | 0.40 |
| 04/19/2023 | ALB | Email from Andy re court's working capital concerns as to management agreement and authorization   (No Charge Time) | 0.10 |
| 04/19/2023 | ALB | Work session with PSutton re research re management agreement (No Charge Time) | 0.20 |
| 04/20/2023 | PJB | Continue to research court's authority to appoint interim management (No Charge Time) | 0.70 |
| 04/20/2023 | PHS | Call with Alan and Phil regarding bankruptcy  support for allowance of Interim management agreement (No Charge Time) | 0.70 |
| 04/24/2023 | PJB | Work on memorandum supporting appointment of interim management (No Charge Time) | 0.70 |
| 04/24/2023 | PHS | Review of Macken's  comments regarding Interim management agreement  discuss issues regarding interim management agreement terms (No Charge Time) | 0.30 |
| 04/24/2023 | PHS | Call with Phil regarding Memo of Law and review draft of memo of law for Friday's hearing and meeting with Macken to discuss same (No Charge Time) | 0.60 |
| 04/24/2023 | ALB | Telephone conference with Macken Toussaint and Phil Blockl re memo of law to support mgt agreement  (No Charge Time) | 0.30 |
| 04/24/2023 | ALB | Detailed email from MToussaint as to management agreement analysis and determination  (No Charge Time) | 0.30 |
| 04/24/2023 | ALB | Consideration of approach re management agreement (No Charge Time) | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061

Page 11

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 04/24/2023 | MXT | Email communications from A. Braunstein and S. Weiss regarding hearing on motion to approve interim management agreement, and potential documents in support that may need to be prepared (No Charge Time) | 0.10 |
| 04/24/2023 | MXT | Review interim management agreement and filed motion for approval ; conference with P. Sutton and attention to communications with A. Braunstein regarding same and open issues (No Charge Time) | 1.00 |
| 04/24/2023 | MXT | Send follow up email to debtor regarding status of budget for March to May 2023, and attention to documents and other emails | 0.10 |
| 04/24/2023 | MXT | Email communications with A. Braunstein, subchapter v trustee, counsel for counterbidder, and others regarding draft projections last received from debtor and sources and uses budget that may be needed for interim management agreement (No Charge Time) | 0.10 |
| 04/24/2023 | MXT | Follow up communications with debtor regarding reconciliation statement, and monthly operating report for March 2023 | 0.10 |
| 04/24/2023 | MXT | Attention to and send interim management agreement and comments to counsel for stalking horse bidder (No Charge Time) | 0.20 |
| 04/24/2023 | MXT | Attention to notes and email same to A. Braunstein and others regarding interim management agreement, and related concerns and analysis; review management agreement (No Charge Time) | 0.50 |
| 04/24/2023 | MXT | Work on analysis for interim management agreement and circulate same to A. Braunstein (No Charge Time) | 0.50 |
| 04/24/2023 | MXT | Call from US Trustee's office regarding customer list | 0.10 |

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061                                                                                   Page 12

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | referenced in interim management motion | |
| 04/24/2023 | MXT | Send email communications to counsel for counter bidder, debtor, and others regarding copy of customer list for sale matter, and request for customer list from US Trustee's office; attention to filed sale motion and interim management agreement motion regarding same (No Charge Time) | 0.20 |
| 04/24/2023 | MXT | Attention to email and document from debtor regarding Ally Bank stay relief motion, and send response (No Charge Time) | 0.10 |
| 04/25/2023 | PJB | Attention to memorandum supporting appointment of interim management (No Charge Time) | 0.30 |
| 04/25/2023 | MXT | Conference call with counsel for debtor's principal regarding open issues with continued hearing on interim management motion (No Charge Time) | 0.20 |
| 04/25/2023 | MXT | Attention to legal case law research regarding interim management agreement and potential memorandum in support as requested by the court (No Charge Time) | 1.60 |
| 04/25/2023 | MXT | Attention to email communications from A. Braunstein, Subchapter v trustee and others regarding potential objection to interim management agreement by stalking horse bidder and alternative proposal (No Charge Time) | 0.20 |
| 04/25/2023 | MXT | Attention to legal research for memorandum in support of interim management agreement and review materials (No Charge Time) | 2.40 |
| 04/25/2023 | MXT | Prepare and review draft memorandum in support of motion for approval of interim management agreement; attention to prior pleadings and other documents regarding same (No Charge Time) | 2.20 |
| 04/26/2023 | PHS | Review revisions to memo of law regarding interim management agreement and respond (No Charge Time) | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061

Page 13

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 04/26/2023 | PHS | Review objection to interim management agreement and discuss response (No Charge Time) | 0.30 |
| 04/26/2023 | ALB | Revise Memorandum in support of court authority re management agreement | 0.80 |
| 04/26/2023 | ALB | Draft Response to Objection by US Trustee to management agreement | 0.40 |
| 04/26/2023 | ALB | Telephone conference with S Weiss, A Lizotte, J McAuliffe and M Toussaint re objections filed and in particular to management agreement (No Charge Time) | 1.00 |
| 04/26/2023 | MXT | Email communications with stalking horse bidder regarding interim management motion and scheduled hearing, status of deposit for APA, and potential objection issues with interim management agrement (No Charge Time) | 0.20 |
| 04/26/2023 | MXT | Email communications with P. Sutton and A. Braunstein regarding objection of US trustee's office to interim management motion, and potential response to same (No Charge Time) | 0.30 |
| 04/26/2023 | MXT | Attention to and review draft memorandum in support of interim management motion, and for circulation to interested parties before filing (No Charge Time) | 0.10 |
| 04/26/2023 | MXT | Attention to and revise further draft memorandum in support of interim management motion; email to A. Braunstein and others further comments (No Charge Time) | 0.50 |
| 04/26/2023 | MXT | Email communications with counter bidder regarding needed information for wire received in relation to deposit under APA (No Charge Time) | 0.10 |
| 04/26/2023 | MXT | Attention to email communications with counsel for counter bidder regarding interim budget in relation to interim management agreement (No Charge Time) | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061                                                                Page 14

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/26/2023 | MXT | Attention to comments to memorandum in support of motion for interim management agreement, and response to US Trustee's objection (No Charge Time) | 0.20 |
| 04/26/2023 | MXT | Attention to email communications with A. Braunstein, subchapter v trustee, and counsel for debtor's principal regarding memorandum in support of interim management motion, response to objection to interim management motion, and response to debtor's motion to employ Saperstein as broker (No Charge Time) | 0.10 |
| 04/27/2023 | ALB | Telephone call from SWeiss as to management agreement | 0.10 |
| 04/27/2023 | ALB | Emails from and to ALizotte re Edy and budget status (No Charge Time) | 0.10 |
| 04/27/2023 | ALB | Telephone call from A Lizotte re management agreement | 0.10 |
| 04/27/2023 | ALB | Email from SWeiss re budget needed from Edy and Darlington | 0.10 |
| 04/27/2023 | ALB | Detailed email response from And (No Charge Time) | 0.10 |
| 04/27/2023 | ALB | Telephone call from MToussaint te management agreement (No Charge Time) | 0.40 |
| 04/27/2023 | ALB | Further telephone call from Macken Toussaint (No Charge Time) | 0.10 |
| 04/27/2023 | ALB | Telephone conference with Macken Toussaint, Edy Ramos and Luciana re alleged loans and obtained specifics and instructions (No Charge Time) | 0.50 |
| 04/27/2023 | ALB | Telephone call to SWeiss with message re troubling revelations from reconciliation and info re Darlington (message) (No Charge Time) | 0.10 |
| 04/27/2023 | ALB | Telephone call from ALizotte and JMcAuliffe re budget. Inform them of Edy Darlington issues (No Charge Time) | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061

Page 15

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 04/27/2023 | ALB | Telephone call from SWeiss returning my earlier call and highlight info learned from reconciliation | 0.40 |
| 04/27/2023 | MXT | Attention to email communications with debtor and others regarding status of reconciliation statement, monthly operating report, and net projections/budget | 0.10 |
| 04/27/2023 | MXT | Attention to and review reconciliation statement for March 2023, and send comments to debtor | 0.60 |
| 04/27/2023 | MXT | Call with A. Braunstein , and call with debtor and A. Braunstein  regarding reconciliation statement for March 2023 and information about third party funding and concerns related to same (No Charge Time) | 0.60 |
| 04/27/2023 | MXT | Attention to 13-week projections for March to May 2023, and follow up email communications with debtor, subchapter v trustee and other parties in interest regarding same | 0.60 |
| 04/27/2023 | MXT | Prepare and send email communication to Subchapter v trustee and interested parties regarding funding from third party and counter bidder in relation to debtor's reconciliation statement for March 2023; attention to documents related to same | 0.20 |
| 04/27/2023 | MXT | Review further 13 week projections from debtor ; prepare and revise notice of cash collateral supplement related to same | 0.70 |
| 04/27/2023 | MXT | Review separate projections from counterbidder for five weeks in relation to motion to approve interim management agreement, and send comments (No Charge Time) | 0.30 |
| 04/27/2023 | MXT | Attention to customer list from debtor and send same to US Trustee's office as requested | 0.10 |
| 04/27/2023 | MXT | Attention to further email communications with debtor regarding revised reconciliation statement for March 2023 and inquiries/ questions regarding reported third party funding; | 0.50 |

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061                                                    Page 16

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | attention to documents | |
| 04/27/2023 | MXT | Attention to further revision to reconciliation statement for March 2023 and send revised copy to debtor ; attention to email communications with A. Hall/ N. Dailey regarding filing of same (No Charge Time) | 0.80 |
| 04/28/2023 | ALB | Attend hearing on Interim Management Motion and telephone call to SWeiss while other case heard | 1.20 |
| 05/02/2023 | MXT | Attention to email communications Subchapter v Trustee, debtor, and others regarding pending sale, and transition issues, and lack of enough revenue for the debtor to continue to operate; attention to documents regarding same | 0.20 |
| 05/10/2023 | MXT | Daily communication from debtor to subchapter v trustee regarding transition and business operation status (No Charge Time) | 0.10 |
| 05/11/2023 | MXT | Attention to daily email communication from debtor and documents regarding transition and business operations (No Charge Time) | 0.10 |
| 05/12/2023 | MXT | Attention to daily email communication from debtor and documents regarding transition and business operations (No Charge Time) | 0.10 |
| 05/15/2023 | MXT | Attention to daily email communication from debtor and documents regarding transition and business operations (No Charge Time) | 0.10 |
| 05/16/2023 | MXT | Attention to daily email communication from debtor and documents regarding transition and business operations (No Charge Time) | 0.10 |
| 05/17/2023 | MXT | Attention to daily email communication from debtor and documents regarding transition and business operations (No Charge Time) | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061

Page 17

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 05/18/2023 | MXT | Attention to daily email communication from debtor and documents regarding transition and business operations (No Charge Time) | 0.10 |
| 05/19/2023 | MXT | Attention to daily email communication from debtor and documents regarding transition and business operations (No Charge Time) | 0.10 |
| 05/23/2023 | MXT | Attention to email communication from debtor to trustee and documents regarding business operation and transition (No Charge Time) | 0.10 |
| 05/24/2023 | MXT | Attention to email communication from debtor to trustee and documents regarding business operation and transition (No Charge Time) | 0.10 |
| 05/30/2023 | MXT | Attention to emails regarding transition and business operation (No Charge Time) | 0.10 |
| 05/30/2023 | ALB | Telephone from P Nicosia regarding ERC credits (No Charge Time) | 0.10 |
| 05/30/2023 | ALB | Email from S Weiss regarding ERC credits | 0.10 |
| 05/30/2023 | ALB | Telephone from S Weiss regarding discussion with Van Dam and resolution and ERC credits | 0.10 |
| 05/30/2023 | ALB | Telephone to S Weiss regarding further discussions with Van Dam | 0.10 |
| 05/31/2023 | MXT | Attention to emails regarding transition and business operation (No Charge Time) | 0.10 |
| 05/31/2023 | ALB | Email from McAuliffe re ERC credits (No Charge Time) | 0.10 |
| 05/31/2023 | ALB | Telephone call from SWeiss re ERC credits and deal status | 0.20 |
| 06/06/2023 | ALB | Series of emails re ERC credits (No Charge Time) | 0.20 |
| 06/15/2023 | MXT | Attention to communications and documents regarding | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Business Operations
Invoice: 624061                                                                Page 18

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
|      |          | transition and business operations (No Charge Time) |       |

|  | Total Hours | 62.70 |
|--|-------------|-------|
|  | Total Fees  | $17,641.00 |

Total Disbursements

Riemer & Braunstein LLP
100 Cambridge Street   Boston, Massachusetts 02114-2527

BOSTON        NEW YORK        CHICAGO        MIAMI        NEWPORT BEACH        BURLINGTON

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:    Mr. Edmilson Ramos
              President

Re: Case Administration
Invoice: 620209                                                                Page 1

For Professional Services Rendered from
March 25, 2022 through October 31, 2022 as
described in detail on the attached accounting.

| | | |
|---|---|---|
| Fees | $ | 53,010.00 |
| Expenses and Disbursements | $ | 608.46 |
| Total | $ | 53,618.46 |

Matter:    59961.00005

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                                    Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00005
Billing Period:   From March 25, 2022 through October 31, 2022

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/25/2022 | ALB | E-mail from Debtor (Edy) re case filing ("NO CHARGE TIME") | 0.10 |
| 03/25/2022 | ALB | E-mails from Debtor (Lucinda) ("NO CHARGE TIME") | 0.10 |
| 03/25/2022 | ALB | Review draft letters to lenders and to vendors regarding new petition | 0.30 |
| 03/25/2022 | ALB | Review and respond to e-mail from MToussaint confirming decision not to file critical vendor motion ("NO CHARGE TIME") | 0.10 |
| 03/25/2022 | MXT | Attention to due diligence documents and email communications with client regarding logistics for filing and open issues | 0.90 |
| 03/25/2022 | MXT | Work on and review draft first day pleadings, and petition documents; attention to email follow up with client with respect to same | 4.40 |
| 03/26/2022 | ALB | Series of e-mails from Debtor (Luciana) ("NO CHARGE TIME") | 0.20 |
| 03/26/2022 | ALB | E-mail from Attorney Nicosia re letter to senior lenders ("NO CHARGE TIME") | 0.10 |
| 03/27/2022 | ALB | E-mails from Attorney Nicosia re letters and completion of same being sent ("NO CHARGE TIME") | 0.10 |
| 03/27/2022 | ALB | Further series of e-mails from MToussaint re agenda items and status ("NO CHARGE TIME") | 0.20 |
| 03/27/2022 | MXT | Email communications with client and potential special counsel regarding filed petition and logistics for | 0.70 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                                 Page 3

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | communications to customers, vendors, and secured lenders; attention to documents regarding same ("NO CHARGE TIME") | |
| 03/28/2022 | MXT | Review documents and attention to email communications regarding post-petition filing matters | 0.90 |
| 03/28/2022 | MXT | Attention to documents and communications with client regarding next step related to bankruptcy filing and open items | 0.60 |
| 03/28/2022 | MXT | Prepare and attention to documents for creditor matrix, and top 20 creditor list; review due diligence documents regarding same | 0.80 |
| 03/28/2022 | MXT | Conference call with client regarding first day pleadings; attention to documents regarding same | 0.80 |
| 03/28/2022 | MXT | Prepare and review draft bankruptcy schedules and attention to documents regarding same | 1.20 |
| 03/28/2022 | MXT | Further work related to creditor matrix; follow up communications with client regarding same ("NO CHARGE TIME") | 0.80 |
| 03/28/2022 | ALB | E-mail to Debtor (Carolline) responsive to inquiries ("NO CHARGE TIME") | 0.10 |
| 03/28/2022 | NMD | redacted tax returns, input addresses into Best Case, add government agencies to matrix, e-filed statement of operations | 1.90 |
| 03/28/2022 | ALB | Further telephone call from Debtor (Edy and Carolline) ("NO CHARGE TIME) | 0.20 |
| 03/29/2022 | MXT | Further work on creditor matrix with respect to list of vendors from client; email communications with A. Hall and N. Dailey related to same("NO CHARGE TIME") | 1.00 |
| 03/29/2022 | NMD | prepare certificate of service and labels for matrix, e-file application to employ | 3.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                                    Page 4

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 03/29/2022 | MXT | Conference call with client regarding preparation of first day pleadings and additional information | 1.50 |
| 03/29/2022 | MXT | Prepare drat post filing checklist; attention to documents regarding same | 0.90 |
| 03/29/2022 | MXT | Attention to vendor list and draft schedules for creditor matrix; work on creditor matrix, and follow up email communications with Nicole D. and Angela H. related to same ("NO CHARGE TIME") | 1.10 |
| 03/29/2022 | ALB | Review series of further e-mails from Debtor (Luciana, Caroline and Eddy) ("NO CHARGE TIME") | 0.20 |
| 03/30/2022 | ALB | E-mail from MToussaint as to agenda items ("NO CHARGE TIME") | 0.10 |
| 03/30/2022 | MXT | Attention to email communications with debtor regarding scheduled initial meeting with US Trustee's office | 0.10 |
| 03/30/2022 | MXT | Call with A. Hall regarding redoing creditor matrix and new vendor list from debtor ("NO CHARGE TIME") | 0.10 |
| 03/30/2022 | MXT | Work on and review new amended top 20 list of creditors based on new list of vendor list ("NO CHARGE TIME") | 0.70 |
| 03/30/2022 | NMD | review of documents, entered additional creditors on certificate of service | 1.30 |
| 03/30/2022 | MXT | Attention to draft certificate of service and service list; review documents and additional information for changes to service list; follow up communications with A. Hall and N. Dailey regarding same ("NO CHARGE TIME") | 1.00 |
| 03/30/2022 | MXT | Attention to email communications with client regarding due diligence documents for background information | 0.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209 Page 5

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/31/2022 | NMD | Search for additional e-mail addresses, prepare and sent e-mail to Debtor (Carolline), prepare supplemental certificate of service, update matrix | 1.80 |
| 04/01/2022 | NMD | Search for information for creditors, left message for creditor and spoke to creditor for e-mail information, update supplemental certificate of service list, prepare and sent e-mails regarding scheduling order | 1.70 |
| 04/01/2022 | MXT | Revise and attention to post-petition checklist; attention to documents ("NO CHARGE TIME") | 1.00 |
| 04/01/2022 | MXT | Follow up communications with A. Hall regarding supplemental service and cash collateral hearing; review service list and documents regarding same ("NO CHARGE TIME") | 0.20 |
| 04/01/2022 | ALB | E-mail from Debtor (Carolline) re Avidia and e-mail response ("NO CHARGE TIME') | 0.10 |
| 04/03/2022 | ALB | Telephone call to Debtor (Edy) ("NO CHARGE TIME") | 0.10 |
| 04/03/2022 | ALB | E-mail to Debtor (Edy), Attorney Nicosia and MToussaint and for call tomorrow to discuss approach to tomorrow's hearing ("NO CHARGE TIME") | 0.10 |
| 04/04/2022 | ALB | Telephone conference with Debtor and Attorney Nicosia in preparation for hearing ("NO CHARGE TIME') | 0.90 |
| 04/04/2022 | ALB | E-mail from trustee prior to hearing ("NO CHARGE TIME") | 0.10 |
| 04/04/2022 | ALB | E-mail from MVanDam ("NO CHARGE TIME") | 0.10 |
| 04/05/2022 | ALB | Review and respond to S Kaminski not in agreement in light of specific self serving language sought in order ("NO CHARGE TIME") | 0.10 |
| 04/05/2022 | ALB | Series of e-mails to MToussaint re draft order and loan inquiries to AG ("NO CHARGE TIME") | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209 Page 6

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/05/2022 | ALB | E-mail from and to MToussaint re compensation disclosures ("NO CHARGE TIME") | 0.10 |
| 04/05/2022 | MXT | Prepare draft disclosure of compensation, and send same to A. Hall and A. Braunstein | 0.40 |
| 04/05/2022 | MXT | Attention to certificate of service including for cash collateral motion ("NO CHARGE TIME") | 0.40 |
| 04/05/2022 | MXT | Attention to documents regarding bankruptcy schedules and preparation of same | 0.50 |
| 04/06/2022 | ALB | E-mails from Debtor re Avidia ("NO CHARGE TIME") | 0.10 |
| 04/06/2022 | MXT | Revise disclosure of compensation, and attention to email communications with A. Hall and A. Braunstein regarding same and retainer ("NO CHARGE TIME") | 0.60 |
| 04/06/2022 | ALB | E-mails from and to MToussaint re disclosure of compensation exactness ("NO CHARGE TIME") | 0.10 |
| 04/06/2022 | MXT | Email communications with counsel for Avidia regarding signed prepetition loan documents | 0.10 |
| 04/06/2022 | MXT | Prepare and review draft bankruptcy schedules and statement of financial affairs; review due diligence documents regarding same | 3.50 |
| 04/06/2022 | MXT | Review documents and work on preparation of bankruptcy schedules and statement of financial affairs | 4.00 |
| 04/06/2022 | MXT | Review due diligence documents for preparation of bankruptcy schedules and SOFA | 1.00 |
| 04/07/2022 | MXT | Revise statement of financial affairs with respect to state court actions and other information | 0.30 |
| 04/07/2022 | ALB | Review responsive detail from client re SOFA ("NO CHARGE TIME") | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                      Page 7

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/07/2022 | MXT | Work on and review global certificate of service; communications with A. Hall regarding same ("NO CHARGE TIME") | 0.70 |
| 04/07/2022 | MXT | Work on draft bankruptcy schedules, questions from debtor and email communications related to same | 1.00 |
| 04/08/2022 | ALB | Attend portions of meeting and telephone conference with Attorney Nicosia during meeting ("NO CHARGE TIME") | 2.50 |
| 04/08/2022 | ALB | Further meet with client ("NO CHARGE TIME") | 0.60 |
| 04/08/2022 | ALB | Telephone call from and telephone call to MVanDam ("NO CHARGE TIME") | 0.30 |
| 04/08/2022 | ALB | E-mail from and commence draft response to S Weiss | 0.20 |
| 04/08/2022 | MXT | Prepare and review draft bankruptcy schedules, and statement of financial affairs; attention to due diligence documents regarding same | 6.60 |
| 04/08/2022 | MXT | Attend meeting with debtor and A. Braunstein regarding operating issues and bankruptcy schedules | 4.00 |
| 04/10/2022 | MXT | Review draft bankruptcy schedules, and email communications related to same | 0.30 |
| 04/10/2022 | MXT | Review draft email response from A. Braunstein to subchapter v trustee, and sent comments ("NO CHARGE TIME") | 0.40 |
| 04/11/2022 | NMD | Prepare Notice of Hearing for mailing | 0.20 |
| 04/11/2022 | ALB | Draft revised proposed e-mail response to SWeiss | 0.30 |
| 04/11/2022 | ALB | E-mail from MToussaint re comments to Weiss e-mail draft response ("NO CHARGE TIME") | 0.10 |
| 04/11/2022 | ALB | E-mail to MToussaint re analysis ("NO CHARGE TIME") | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                                        Page 8

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/11/2022 | MXT | Work on and revise draft bankruptcy schedules and statement of financial affairs | 3.80 |
| 04/11/2022 | MXT | Further work on and review draft statement of financial affairs; attention to documents regarding same | 2.00 |
| 04/12/2022 | MXT | Continue to work on and revise documents for exhibits to statement of financial affairs, and send comments to debtor | 0.50 |
| 04/12/2022 | MXT | Review Excel spreadsheets from debtor to be used as exhibits for statement of financial affairs including with respect to preference within 90 days, and insider payments; attention to follow up communications with client related to same and comments | 2.70 |
| 04/12/2022 | ALB | Review communication from customer ("NO CHARGE TIME") | 0.10 |
| 04/12/2022 | ALB | Telephone call from court re SOFA ("NO CHARGE TIME") | 0.10 |
| 04/12/2022 | MXT | Continue to work on draft statement of financial affairs; attention to documents and emails to debtor | 1.20 |
| 04/13/2022 | NMD | Prepare e-mail and sent document ("NO CHARGE TIME") | 0.20 |
| 04/13/2022 | MXT | Prepare and review list of payment exhibit for statement of financial affairs; attention to and review documents regarding same including list of prepetition payments | 2.50 |
| 04/13/2022 | MXT | Additional review of excel spreadsheet regarding attachment for statement of financial affairs; attention to communications with debtor and other documents regarding same | 2.00 |
| 04/14/2022 | MXT | Prepare and review documents regarding statement of financial affairs and related exhibits; review due diligence documents and email communications regarding same | 2.00 |
| 04/14/2022 | MXT | Continue to work on and review Excel spreadsheets for exhibits to be attached to statement of financial affairs | 2.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                              Page 9

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | including with respect to disclosure regarding pre-petition payments | |
| 04/14/2022 | MXT | Conference call with debtor and review documents regarding preparation of exhibits for statement of financial affairs, and attention to follow up email communications regarding same ("NO CHARGE TIME") | 1.20 |
| 04/14/2022 | NMD | E-file certificate of service | 0.10 |
| 04/15/2022 | MXT | Prepare notice of amended statement of financial affairs; attention to follow up communications regarding same and changes to the SOFA | 0.60 |
| 04/15/2022 | MXT | Prepare for filing of revised statement of financial affairs with new exhibits; review documents and attention to email communications with A. Hall and the debtor regarding same ("NO CHARGE TIME") | 1.30 |
| 04/15/2022 | MXT | Revise further exhibits for statement of financial affairs based on additional information from debtor; follow up communications with debtor regarding same | 0.80 |
| 04/15/2022 | MXT | Conference calls with debtor regarding additional missing information for statement of financial affairs and related matters | 0.70 |
| 04/15/2022 | NMD | Review of docket, conference call with MXT regarding service, update service list, prepare and sent e-mail regarding Notice of Hearing, e-file certificate of service regarding Notice of Hearing | 2.10 |
| 04/16/2022 | MXT | Revise case calendar and attention to documents regarding same ("NO CHARGE TIME") | 0.40 |
| 04/18/2022 | MXT | Attention to service list including with respect to returned mail and notice from bankruptcy court ("NO CHARGE TIME") | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                                 Page 10

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/25/2022 | NMD | Review of schedules, certificate of service and matrix, e-file notice of supplement, prepare and sent e-mail | 2.20 |
| 04/25/2022 | ALB | E-mail from and to SWeiss re case inquiry | 0.10 |
| 04/26/2022 | ALB | E-mail from SKaminski re proposed order and e-mail and conference with MToussaint re same ("NO CHARGE TIME") | 0.10 |
| 04/26/2022 | NMD | Prepare supplemental certificate of service, e-file same, e-file amended Exhibit A-2; update main certificate of service, prepare for service, prepare and sent -e-mail | 0.90 |
| 04/27/2022 | ALB | Telephone conference with MToussaint and SWeiss ("NO CHARGE TIME") | 0.30 |
| 04/27/2022 | ALB | Telephone call from Steve Weiss as to my position on pending objection and likely UST trustee objection as informed from my call from Lisa Tingue yesterday | 0.20 |
| 04/27/2022 | ALB | Preparation for hearings ("NO CHARGE TIME") | 1.30 |
| 04/27/2022 | NMD | Obtain documents for hearing ("NO CHARGE TIME") | 0.60 |
| 04/28/2022 | ALB | Telephone conference with client group and MToussaint prior to hearing to confirm facts as to various matters ("NO CHARGE TIME") | 0.50 |
| 04/28/2022 | ALB | Telephone call to SWeiss and conference in Macken and respond to Steve and reach accord to recommend mid-June; further discuss reorganization efforts and prospects ("NO CHARGE TIME") | 0.20 |
| 04/28/2022 | ALB | Work session with MToussaint after hearing ("NO CHARGE TIME") | 0.20 |
| 04/28/2022 | ALB | Appear at hearing ("NO CHARGE TIME") | 1.00 |
| 04/29/2022 | ALB | Telephone call to Attorney Nicosia with update ("NO CHARGE TIME") | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                                                    Page 11

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 05/04/2022 | NMD | Update certificate of service for status report, e-file status report, prepare and sent e-mail, prepare for service | 1.00 |
| 05/05/2022 | ALB | E-mail from SWeiss and conference with MToussaint re response ("NO CHARGE TIME") | 0.10 |
| 05/06/2022 | ALB | E-mail from SWeiss ("NO CHARGE TIME") | 0.10 |
| 05/09/2022 | MXT | Follow up email communications with debtor and US Trustee's office regarding US Construction and ownership information | 0.20 |
| 05/10/2022 | ALB | Work session with MToussaint and PSutton ("NO CHARGE TIME") | 0.70 |
| 05/10/2022 | ALB | Telephone call to Debtor (Carolline and Edy) ("NO CHARGE TIME") | 0.30 |
| 05/10/2022 | ALB | E-mail from Debtor (Carolline)("NO CHARGE TIME") | 0.20 |
| 05/10/2022 | ALB | E-mails from and to MToussaint ("NO CHARGE TIME") | 0.20 |
| 05/10/2022 | ALB | Consideration of approach ("NO CHARGE TIME") | 0.30 |
| 05/10/2022 | PHS | Review claim against Trust and Ramos; review trust instrument; review issues with Alan regarding strategy ("NO CHARGE TIME") | 1.20 |
| 05/11/2022 | NMD | Update service list | 0.10 |
| 05/11/2022 | ALB | E-mail from MToussaint re potential recoveries from the trust ("NO CHARGE TIME") | 0.10 |
| 05/12/2022 | MXT | Revise certificate of service related to communication from creditor ("NO CHARGE TIME") | 0.10 |
| 05/12/2022 | PHS | Review title and attention to liens on sham trust real estate ("NO CHARGE TIME") | 0.60 |
| 05/12/2022 | ALB | Telephone call from Debtor (Edy) ("NO CHARGE TIME") | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209      Page 12

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 05/12/2022 | ALB | E-mail to Debtor (Carolline and Edy) ("NO CHARGE TIME") | 0.10 |
| 05/13/2022 | ALB | E-mails from and to C Deshanes ("NO CHARGE TIME") | 0.20 |
| 05/15/2022 | MXT | Attention to draft MOR for April 2022 from debtor for review | 0.10 |
| 05/16/2022 | MXT | Review draft monthly operating report from debtor for April 2022 and attention to comments; prepare draft exhibit related to same | 2.50 |
| 05/16/2022 | ALB | Work session with MToussaint re call for tomorrow with debtor and UST as well as means to address e-mail from M Van Dam ("NO CHARGE TIME") | 0.20 |
| 05/17/2022 | ALB | Telephone conference with MToussaint, Debtor (Edy and Carolline) re tomorrow's hearing and agenda and budget items ("NO CHARGE TIME") | 0.20 |
| 05/19/2022 | MXT | Prepare and review draft monthly operating report through April 2022; attention to comments and email communications with debtor related to same | 2.40 |
| 05/20/2022 | MXT | Review draft monthly operating report for April 2022 from the debtor, and attachments | 1.70 |
| 05/23/2022 | MXT | Attention to and revise post petition calendar and deadlines; attention to documents regarding same ("NO CHARGE TIME") | 0.60 |
| 05/23/2022 | MXT | Review monthly operating report for April 2022 and attention to comments and documents regarding same | 2.00 |
| 05/23/2022 | MXT | Prepare draft exhibit cover sheet for monthly operating report, and attention to documents regarding same | 0.90 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                                     Page 13

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 05/23/2022 | MXT | Conference call with debtor regarding monthly operating report for March and April 2022; attention to documents and follow up email communications regarding same | 0.80 |
| 05/24/2022 | MXT | Further attention to monthly operating report for part of March and April 2022; communications with A. Hall regarding same and logistics for submission to US Trustee's office and others ("NO CHARGE TIME") | 0.60 |
| 05/24/2022 | MXT | Attention to and send copies of MOR to secured creditors and DIP lender | 0.10 |
| 05/25/2022 | MXT | Attention to and revise case service list including with additional creditors and additional parties to serve for potential special litigation counsel retention ("NO CHARGE TIME") | 0.60 |
| 05/25/2022 | MXT | Email communications with US Trustee's office regarding monthly operating report submitted for March and April 2022, and status of certain bank accounts not reported | 0.10 |
| 05/26/2022 | ALB | E-mail to P Sutton ("NO CHARGE TIME") | 0.10 |
| 05/27/2022 | MXT | Email to counsel for Avidia regarding potential debt purchase inquiry in relation to potential exit funding for chapter 11 plan to be proposed ("NO CHARGE TIME") | 0.10 |
| 05/27/2022 | MXT | Prepare and send communication to debtor regarding deadlines for June 2022; attention to documents with respect to same | 0.30 |
| 05/31/2022 | ALB | Telephone call from receivable purchaser re receivable collection proposal ("NO CHARGE TIME") | 0.10 |
| 06/01/2022 | MXT | Review draft monthly operating report for May 2022; attention to documents regarding same | 1.20 |
| 06/01/2022 | MXT | Attention to email communications with debtor regarding May 2022 monthly operating report, and reconciliation statement | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                                 Page 14

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 06/02/2022 | MXT | Further revision for May 2022 monthly operating report; attention to documents regarding same | 0.40 |
| 06/02/2022 | MXT | Follow up with paralegal and counsel for Avidia Bank regarding UCC search and Avidia Bank's second UCC-1 financing statement; attention to and review documents regarding same ("NO CHARGE TIME") | 0.40 |
| 06/03/2022 | MXT | Conference call with debtor, Alan B., and attorney Nicosia regarding case status, operating and financial issues ("NO CHARGE TIME") | 0.60 |
| 06/03/2022 | ALB | Telephone call from S Weiss re case issues and in particular payments made by debtor to or on behalf of trust property; informed Steve of call already scheduled to address | 0.30 |
| 06/03/2022 | ALB | Consideration of issues raised by and discussed with SWeiss and my means to address with client | 0.30 |
| 06/03/2022 | ALB | Telephone call to P Nicosia as to my meeting agenda item including trust property acquisition and build out funded by debtor ("NO CHARGE TIME") | 0.30 |
| 06/08/2022 | MXT | Attention to email communications with lender entity regarding potential debt purchase of Avidia claim; attention to email files and documents regarding same ("NO CHARGE TIME") | 0.40 |
| 06/08/2022 | MXT | Attention to email communications with debtor and A. Hall regarding insurance coverage for automobile assets, and inquiry from creditor ("NO CHARGE TIME") | 0.10 |
| 06/12/2022 | MXT | Email communications with debtor regarding plan related deadlines, logistics, and scheduled hearing on cash collateral motion, and DIP financing motion ("NO CHARGE TIME") | 0.50 |
| 06/13/2022 | NMD | Search for vehicle values online and updated chart ("NO CHARGE TIME") | 0.90 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                                                           Page 15

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 06/16/2022 | ALB | E-mail from S Weiss ("NO CHARGE TIME") | 0.10 |
| 06/17/2022 | NMD | Update certificate of service and labels, prepare certificate of service and e-file same, prepare and sent e-mail regarding Notice of Hearing | 0.80 |
| 06/21/2022 | ALB | Review limited objection of UST ("NO CHARGE TIME") | 0.10 |
| 06/22/2022 | NMD | Compare court order to version 2 and made edits ("NO CHARGE TIME") | 0.70 |
| 06/22/2022 | MXT | Email communications with subchapter v trustee regarding compensation package for debtor's principal; attention to documents regarding same | 0.50 |
| 06/24/2022 | ALB | E-mail from SWeiss and response from MToussaint ("NO CHARGE TIME") | 0.20 |
| 06/27/2022 | ALB | E-mails from MToussaint and agenda for tomorrow meeting; review detailed agenda items ("NO CHARGE TIME") | 0.20 |
| 06/28/2022 | MXT | Attend in person meeting with Top Line (Ed Ramos, Carroline M. and Luciana) regarding case status, chapter 11 plan preparation, exhibits including financial projections, and pending foreclosure by Avidia | 6.00 |
| 06/28/2022 | MXT | Email communications with debtor and documents regarding Bay Colony acceleration notice and option for offer of compromise related to real estate mortgage ("NO CHARGE TIME") | 0.30 |
| 07/06/2022 | MXT | Attention to and revise post-filing calendar for debtor's bankruptcy case ("NO CHARGE TIME") | 1.20 |
| 07/07/2022 | NMD | Began to prepare certificate of service regarding order and plan | 1.80 |
| 07/08/2022 | NMD | Mail, department call, research information on Southern District of New York Bankruptcy ("NO CHARGE TIME) | 3.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                              Page 16

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 07/08/2022 | NMD | Update certificate of service, prepare matrix and labels | 4.40 |
| 07/12/2022 | NMD | Prepare and sent e-mail ("NO CHARGE TIME) | 0.20 |
| 07/13/2022 | NMD | E-file motion to extend, prepare and sent e-mail ("NO CHARGE TIME") | 0.30 |
| 07/14/2022 | MXT | Review draft monthly operating report for June 2022 and related attachments; prepare comments to debtor related to same | 2.00 |
| 07/15/2022 | NMD | Prepare and e-file amended certificate of service , prepare and sent e-mails | 0.20 |
| 07/15/2022 | MXT | Attention to and revise chapter 11 case calendar and list of deadlines; attention to documents regarding same ("NO CHARGE TIME") | 0.80 |
| 07/19/2022 | NMD | E-file proposed order and redlline; obtain document from Pacer for review | 0.20 |
| 07/19/2022 | MXT | Conference call with debtor regarding case issues, default under mortgage loans and recent payments made | 0.20 |
| 07/19/2022 | ALB | Telephone call to SWeiss re responses to his email concerns | 0.20 |
| 07/20/2022 | MXT | Attention to orders and pleadings regarding stay of foreclosure proceeding, and cash collateral continued hearing | 0.40 |
| 07/21/2022 | MXT | Prepare and send response to subchapter v trustee regarding certain relationship between principal of the debtor and payday loan creditor; attention to documents regarding same | 0.60 |
| 07/25/2022 | MXT | Attention to documents related to Top Line and email communications ("NO CHARGE TIME") | 0.50 |
| 07/26/2022 | NMD | Prepare and e-file two certificate of services, prepare and sent e-mails | 0.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                                       Page 17

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 07/26/2022 | MXT | Attention to June 2022 monthly operating report and communications with A. Hall regarding same; send same to creditors | 0.60 |
| 07/26/2022 | MXT | Attention to signed real estate lease between debtor and the Trust; attention to email communications with subchapter v trustee regarding same | 0.40 |
| 08/01/2022 | NMD | Prepare and sent e-mail regarding Zoom Video Transmission, prepare and e-file certificate of service | 0.40 |
| 08/05/2022 | MXT | Attention to calendar and deadline related to case status; attention to documents regarding same ("NO CHARGE TIME") | 0.50 |
| 08/05/2022 | MXT | Prepare and send email communication to debtor regarding deadlines for August and open issues | 0.50 |
| 08/05/2022 | ALB | Series of call from BArthur re potential issues ("NO CHARGE TIME") | 0.10 |
| 08/09/2022 | ALB | Email from SWeiss and response from MToussaint and my email to MToussaint re Weiss response ("NO CHARGE TIME") | 0.10 |
| 08/10/2022 | ALB | Further telephone call from Attorney Nicosia re call from Edy and Testa ("NO CHARGE TIME") | 0.10 |
| 08/11/2022 | NMD | Obtain documents for exhibits ("NO CHARGE TIME") | 0.20 |
| 08/11/2022 | MXT | Prepare and review motion to continue hearings for August 19, 2022 and related deadlines for cash collateral motion, stay extension motion, DIP financing motion, and plan confirmation; attention to documents regarding same | 1.80 |
| 08/11/2022 | MXT | Revise further motion to continue hearing and to extend related deadlines with comments from A. Braunstein, including no extension of hearing for plan confirmation and DIP financing ("NO CHARGE TIME") | 1.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 08/11/2022 | MXT | Review and revise further motion to extend August 19 hearing related to cash collateral motion and stay extension motion, and attention to communication regarding filing of same | 0.20 |
| 08/12/2022 | MXT | Prepare and send email communication to Subchapter v trustee regarding motion to extend time to objection to plan confirmation, matters related to case administration and open issues; attention to documents and other communications regarding same | 1.10 |
| 08/12/2022 | MXT | Attention to and send communication to debtor regarding email response sent to Subchapter v trustee regarding motion to extend time to objection to plan confirmation, matters related to case administration and open issues; prepare and send additional comments related to main issues for the debtor to focus on | 1.00 |
| 08/12/2022 | MXT | Work on and revise post-filing document agenda and case deadlines; attention to documents regarding same ("NO CHARGE TIME") | 1.40 |
| 08/12/2022 | MXT | Prepare and send to debtor revised August 2022 deadlines; attention to documents regarding same | 0.80 |
| 08/15/2022 | MXT | Attention to documents and review case file for meeting with debtor with respect to case status, chapter 11 plan matters, and pending requests for documents related to Top Paving ("NO CHARGE TIME") | 1.00 |
| 08/15/2022 | MXT | Prepare and attention to notes from meeting with debtor, and review documents related to sale including past disclosure of payments and transactions in monthly operating reports ("NO CHARGE TIME") | 2.10 |
| 08/15/2022 | MXT | Meet with A. Braunstein regarding case status, including with respect to meeting with debtor, and US Trustee's message regarding motion to continue hearing for plan confirmation for | 0.90 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                           Page 19

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | a date after the hearing on the investigation motion; attention to documents regarding same ("NO CHARGE TIME") | |
| 08/15/2022 | MXT | Attention to documents from debtor regarding July 2022 monthly operating report, and reconciliation statement | 0.40 |
| 08/16/2022 | DMH | Search at Massachusetts Secretary of State's Office in the name of Top Line Granite Design for terminated financing statements ("NO CHARGE TIME") | 0.50 |
| 08/16/2022 | MXT | Email with paralegal Dennis H. regarding updating of UCC search and copies of terminated filings related to lender before Avidia Bank ("NO CHARGE TIME") | 0.10 |
| 08/16/2022 | MXT | Review July 2022 monthly operating report, and reconciliation statement | 0.60 |
| 08/16/2022 | MXT | Attention to and send comments to debtor for July 2022 monthly operating report | 0.50 |
| 08/18/2022 | MXT | Review draft July 2022 monthly operating report, and July 2022 reconciliation statement | 1.00 |
| 08/18/2022 | MXT | Continue to work on review of July 2022 monthly operating report and reconciliation statement; attention to email communications with debtor regarding same | 0.50 |
| 08/19/2022 | MXT | Email corrected monthly operating report to US Trustee's office and subchapter v trustee, and forward MOR to secured creditors | 0.10 |
| 08/19/2022 | MXT | Email with A. Braunstein regarding communication with Subchapter v trustee and case issues; attention to documents regarding same ("NO CHARGE TIME") | 0.20 |
| 08/19/2022 | MXT | Attend to and send to debtor Schedule H and title search for real estate regarding guaranty issue ("NO CHARGE TIME") | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                                                  Page 20

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 08/21/2022 | MXT | Review and revise case agenda and deadlines ("NO CHARGE TIME") | 0.20 |
| 08/22/2022 | MXT | Attention to and save to system chapter 11 plan filed and exhibits separately ; email financial projection exhibit to potential buyer ("NO CHARGE TIME") | 0.50 |
| 08/25/2022 | MXT | Prepare and revise draft notice of amended Schedule F; revise amended schedule F; prepare and send communication to debtor regarding same | 1.20 |
| 08/29/2022 | NMD | Prepare and e-file certificate of service, prepare and sent e-mail | 0.30 |
| 08/31/2022 | MXT | Email communications with debtor regarding list of issues to discuss and scheduling of meeting ("NO CHARGE TIME") | 0.10 |
| 08/31/2022 | MXT | Revise pos-filing list and calendar; attention to documents and ECF filings regarding same ("NO CHARGE TIME") | 0.60 |
| 08/31/2022 | MXT | Prepare and send list of dates and deadlines for September to debtor; attention to documents regarding same | 0.40 |
| 08/31/2022 | MXT | Review list of questions from debtor regarding case status, potential sale and chapter 11 plan issues, and business operations; prepare and send response ("NO CHARGE TIME") | 2.40 |
| 09/12/2022 | MXT | Attention to documents and information regarding subpoena to Avidia from NH Attorney General's office regarding non-debtor with lending relationship with debtor; follow up online search and email communications with debtor regarding same ("NO CHARGE TIME") | 0.30 |
| 09/12/2022 | ALB | Review statement of service ("NO CHARGE TIME") | 0.30 |
| 09/20/2022 | MXT | Review draft August 2022 monthly operating report and follow up with debtor regarding same | 0.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                      Page 21

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 09/21/2022 | MXT | Further review of monthly operating report for August 2022 and attention to email communications with debtor related to same | 0.30 |
| 09/21/2022 | MXT | Email to US Trustee's counsel and subchapter v trustee regarding status of monthly operating report for August 2022 | 0.10 |
| 09/22/2022 | NMD | Prepare for service, prepare and sent e-mail, E-file certificate of service | 0.60 |
| 09/22/2022 | MXT | Attention to monthly operating report for August 2022; email to A. Hall regarding preparation of attachments ("NO CHARGE TIME") | 0.40 |
| 09/22/2022 | MXT | Attention to documents and send monthly operating report for August 2022 to US Trustee's office, and secured creditors | 0.30 |
| 09/23/2022 | NMD | Prepare and sent e-mail regarding Procedure Memorandum and Order, e-file certificate of service | 0.60 |
| 09/23/2022 | MXT | Prepare motion to continue hearing on DIP financing motion, and stay extension motion; attention to documents regarding same, and send email to subchapter v trustee and counsel for Avidia Bank regarding same | 1.30 |
| 09/23/2022 | MXT | Attention to documents regarding case status and calendar ("NO CHARGE TIME") | 0.80 |
| 09/26/2022 | MXT | Attention to documents for motion to continue hearing on DIP financing motion and stay extension motion; attention to email communications and call with A. Hall regarding filing of motion ("NO CHARGE TIME") | 1.20 |
| 09/27/2022 | MXT | Review letter from NH Attorney General office regarding request for documents having to do with investigation of potential creditor; brief online search regarding same; follow up email communications with Subchapter v trustee and | 0.60 |

Riemer & Braunstein LLP
100 Cambridge Street   Boston, Massachusetts 02114-2527

BOSTON      NEW YORK      CHICAGO      MIAMI      NEWPORT BEACH      BURLINGTON

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                                Page 22

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | debtor regarding same and compliance ("NO CHARGE TIME") | |
| 09/27/2022 | ALB | Notice from NH Attorney General re Kitchen Concepts("NO CHARGE TIME") | 0.10 |
| 09/27/2022 | ALB | Telephone from MXT with respect to NH AG letter and US Trustee objection ("NO CHARGE TIME") | 0.10 |
| 09/28/2022 | ALB | Work session with MXT re hearing and UST objection and response strategy to same ("NO CHARGE TIME") | 0.20 |
| 09/28/2022 | MXT | Attention to ECF notices for continued hearing and attention to case calendar update including with respect to proposed sale hearing dates and plan filing dates; attention to documents with respect to same ("NO CHARGE TIME") | 1.50 |
| 09/28/2022 | MXT | Prepare notes for hearing on various motions including US Trustee's investigation motion, sale procedures motion, cash collateral motion and other matters; attention to documents and prepare for hearing ("NO CHARGE TIME") | 1.60 |
| 09/29/2022 | MXT | Attention to documents and prepare for hearing regarding various motions including US Trustee's investigation motion, sale procedures motion, cash collateral motion and other matters | 1.80 |
| 09/29/2022 | MXT | Attend hearing on Zoom regarding various motions including US Trustee's investigation motion, sale procedures motion, cash collateral motion and other matters | 1.00 |
| 09/29/2022 | MXT | Follow up calls with debtor and proposed buyer's counsel regarding outcome of hearings related to sale procedures motion, US Trustee's investigation motion and related matters | 1.20 |
| 09/29/2022 | MXT | Attention to ECF notices from bankruptcy court regarding hearing held on various motions, and attention to revision to case calendar ("NO CHARGE TIME") | 1.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209                                                                  Page 23

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 09/30/2022 | MXT | Review draft notice of continued hearing regarding cash collateral motion, stay extension motion, and DIP financing motion; email follow up communications with N. Dailey related to same | 0.20 |
| 10/03/2022 | NMD | Prepare documents for service, e-file certificate of service, assisted with mailing | 1.30 |
| 10/12/2022 | MXT | Email communication with debtor regarding case schedule and deadlines for October 2022 | 0.10 |
| 10/19/2022 | MXT | Review and attention to documents and follow up emails regarding comments and questions related to September 2022 monthly operating report | 0.70 |
| 10/20/2022 | NMD | Edit and organize Excel charts("NO CHARGE TIME") | 2.70 |
| 10/21/2022 | MXT | Attention to documents and email communication to debtor regarding further revision to September 2022 monthly operating report ("NO CHARGE TIME") | 0.30 |
| 10/24/2022 | MXT | Further review of monthly operating report for September 2022; send same to US Trustee's office and secured creditors, and attention to email communications with secured creditors regarding same | 0.70 |
| 10/24/2022 | MXT | Attention to documents further regarding monthly operating report for September 2022 and follow up with secured creditors | 0.20 |
| 10/24/2022 | MXT | Attention to inquiries from Avidia regarding monthly operating report for September 2022 and issues to be revised | 0.10 |
| 10/24/2022 | MXT | Email communication with debtor regarding revision to monthly operating report for September 2022 based on comments from Avidia | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 620209

Page 24

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 10/25/2022 | MXT | Attention to revised monthly operating report and follow up email communications regarding same ("NO CHARGE TIME") | 0.10 |

| | | |
|--|--|--|
| Total Hours | | 192.30 |
| Total Fees | | $53,010.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:    Mr. Edmilson Ramos
President

Re: Case Administration
Invoice: 624062            Page 1

For Professional Services Rendered from
November 1, 2022 through June 29, 2023 as
described in detail on the attached accounting.

Fees ............................................................................................ $    28,119.50

Expenses and Disbursements ............................................ $      317.10

Total ......................................................................................... $    28,436.60

Matter:    59961.00005

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062

For Professional Services Rendered
Client.Matter Number: 59961.00005
Billing Period: From November 1, 2022 through June 29, 2023

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 11/01/2022 | MXT | Email communications with debtor regarding case status and issues related to payment of Avidia Bank's debts | 0.20 |
| 11/03/2022 | MXT | Conference call with debtor after call with DIP Lender and regarding case status and operating issues | 0.20 |
| 11/04/2022 | MXT | Attention to and revise post-petition calendar; attention to documents regarding same (No Charge Time) | 1.00 |
| 11/07/2022 | NMD | E-file Status Report, prepare and sent e-mail to parties receiving email notification | 0.40 |
| 11/07/2022 | ALB | Telephone call from SWeiss re (1) sale and support; (2) stay violation hearing; and (3) plan and support Time) | 0.30 |
| 11/08/2022 | ALB | Attend hearing on (1) sale and motion for sanctions; but (2) argue in response to allegations of counsel to US Trustee that are critical, unfounded speculative and contrary to the interests of creditors | 1.20 |
| 11/10/2022 | NMD | Prepare and sent e-mail regarding Order (No Charge Time) | 0.20 |
| 11/15/2022 | NMD | Prepare for service and e-file certificate of service, review of letter from CST Worldwide, Call with MXT regarding same, call to CST Worldwide and gave them bankruptcy information, spoke with clerk of court, prepare affidavit of service and e-file same | 0.80 |
| 11/17/2022 | MXT | Review and revise post filing calendar and deadline list (No Charge Time) | 0.30 |
| 11/17/2022 | MXT | Attention to email communications with debtor regarding sale transitional issues, timeline for new amended chapter 11 plan, | 0.30 |

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | and post filing calendar and deadlines; attention to documents regarding same | |
| 11/21/2022 | MXT | Prepare and work on motion to extend hearing on cash collateral, DIP financing, and stay relief motion; attention to documents and email counsel for Avidia Bank and trustees related to same | 1.70 |
| 11/21/2022 | MXT | Review draft monthly operating report for October 2022; send same to US Trustee and secured creditors | 0.50 |
| 11/22/2022 | NMD | E-file Notice of Reconciliation, prepare and sent e-mail regarding same, e-file Assent to Motion to Reschedule hearing, prepare and sent e-mail regarding same | 0.70 |
| 11/22/2022 | MXT | Revise motion to extend hearing on cash collateral, DIP financing, and stay extension motion | 0.40 |
| 11/22/2022 | MXT | Attention to ECF filings and email communications regarding rescheduled hearing and attention to post-petition calendar (No Charge Time) | 0.20 |
| 11/23/2022 | MXT | Attention to email communications with US Trustee's office regarding questions for October 2022 monthly operating report; attention to documents regarding same | 0.40 |
| 11/23/2022 | MXT | Attention to and organize electronic communication files and documents (No Charge Time) | 0.50 |
| 11/23/2022 | MXT | Attention to documents related to chapter 11 plan, potential sale status, and planning for fee application (No Charge Time) | 0.30 |
| 11/29/2022 | NMD | E-file certificate of service regarding continued hearing date, prepare and sent e-mail regarding same | 0.20 |
| 12/12/2022 | NMD | E-file Motion to Continue, prepare and sent e-mail regarding same | 0.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 12/12/2022 | MXT | Prepare and review draft motion to continue hearings related to DIP financing, stay extension motion, and use of cash collateral due to status of sale closing; attention to documents regarding same and circulate draft for consent | 1.00 |
| 12/12/2022 | MXT | Email communications with counsel for buyer regarding scheduled hearings and potential motion to continue hearing or to have hearing status by telephone due to sale closing delay (No Charge Time) | 0.20 |
| 12/12/2022 | MXT | Email communications and telephone call with Subchapter V Trustee regarding scheduled hearings and potential motion to continue hearing or to have hearing status by telephone due to sale closing delay | 0.20 |
| 12/12/2022 | MXT | Revise further draft motion to continue hearings related to DIP financing, stay extension motion, and use of cash collateral due to status of sale closing; attention to documents regarding same and communications with A. Hall / N. Dailey regarding filing logistics (No Charge Time) | 1.00 |
| 12/15/2022 | MXT | Attend telephonic hearing regarding motion for DIP financing, use of cash collateral, and automatic stay extension; attention to documents regarding same | 0.40 |
| 12/15/2022 | MXT | Follow up call with debtor after hearing regarding motion for DIP financing, use of cash collateral, and automatic stay extension including with respect to case administration, business operation, and sale closing status; attention to documents regarding same | 0.70 |
| 12/15/2022 | MXT | Attention to and prepare chart regarding guaranty claims; attention to documents regarding same and communication with debtor's principal (No Charge Time) | 1.60 |
| 12/21/2022 | NMD | E-file Statement, prepare and sent e-mail regarding same | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062                                                                           Page 5

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 12/21/2022 | MXT | Attention to email communications regarding case status and potential sale closing (No Charge Time) | 0.10 |
| 12/21/2022 | MXT | Review monthly operating report, and reconciliation statement for November 2022; send comments to client related to same | 1.00 |
| 12/21/2022 | MXT | Attention to and organize electronic communication files and documents related to case administration and background information (No Charge Time) | 1.00 |
| 12/22/2022 | ALB | Email from M. Van Dam regarding potential conversion Motion and respond (No Charge Time) | 0.10 |
| 12/22/2022 | ALB | Email from S. Weiss regarding case conversion response | 0.10 |
| 01/05/2023 | MXT | Attention to communications, case files and documents regarding case status and administration (No Charge Time) | 0.80 |
| 01/10/2023 | ALB | Two telephone calls from (messages) and forward to MToussaint (No Charge Time) | 0.10 |
| 01/10/2023 | MXT | Prepare and review post filing calendar; email communication to debtor regarding case deadline and related matters (No Charge Time) | 1.00 |
| 01/11/2023 | MXT | Email communications with debtor and others regarding lawsuit filed by secured creditor against debtor's principal and owner of real estate; attention to documents regarding same and potential effect on pending sale of debtor's assets (No Charge Time) | 0.60 |
| 01/12/2023 | ALB | Telephone call to SWeiss as to means of addressing case issues – which I will do and alleviate (No Charge Time) | 0.10 |
| 01/13/2023 | MXT | Email communications with A. Braunstein regarding issues related to chapter 7 or dismissal of bankruptcy case (No Charge Time) | 0.10 |
| 01/17/2023 | PHS | Communicate with Alan and Macken regarding issues relating to opposition to Motion to Dismiss or to convert case filed by | 0.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062        Page 6

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | U.S. Trustee's office (No Charge Time) | |
| 01/17/2023 | MXT | Attention to motion to convert or dismiss filed by US Trustee's office, and send same to debtor | 0.20 |
| 01/17/2023 | MXT | Email communications with debtor regarding sale status, and pending motion to covert or dismiss filed by the US Trustee's office (No Charge Time) | 0.40 |
| 01/17/2023 | MXT | Review draft response from A. Braunstein regarding debtor's inquiry for additional time for sale closing and regarding pending case conversion or dismissal motion; send follow up Email (No Charge Time) | 0.30 |
| 01/17/2023 | MXT | Conference call with debtor (Mr. Ramos and others) regarding case status, including sale related issues and closing delay, and creditor remedies; attention to documents regarding same | 0.70 |
| 01/17/2023 | MXT | Attention to documents and send follow up email communication to A. Braunstein regarding conference call with debtor and related issues (No Charge Time) | 0.30 |
| 01/17/2023 | ALB | Review Motion to Convert and need to address alternative transaction | 0.20 |
| 01/17/2023 | ALB | Telephone conference with Macken Toussaint and Peter Sutton re strategy (No Charge Time) | 0.50 |
| 01/17/2023 | ALB | Email from Luciana re Edy's intent to speak with judge and my concerns (No Charge Time) | 0.10 |
| 01/17/2023 | ALB | Email from Macken re telephone call from Caroline re Edy and respond to same (No Charge Time) | 0.20 |
| 01/18/2023 | PHS | Discuss sale issues and motion to convert (No Charge Time)) | 0.20 |
| 01/18/2023 | MXT | Attention to pleadings and documents for hearing preparation related to pending cash collateral motion, DIP financing motion, and stay extension motion (No Charge Time) | 0.80 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062 Page 7

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 01/18/2023 | MXT | Prepare chart for DIP loan calculation, including interest, fees and costs; attention to documents regarding same and hearing preparation (No Charge Time) | 2.00 |
| 01/18/2023 | MXT | Email communications with subchapter v trustee, debtor and others regarding sale closing status and scheduled hearings related to cash collateral, DIP financing, and stay extension (no Charge Time) | 0.40 |
| 01/18/2023 | ALB | Email from SWeiss responsive to MToussaint email summary (No Charge Time) | 0.10 |
| 01/18/2023 | ALB | Telephone call from BDelaney re tomorrow's hearing agenda (No Charge Time) | 0.10 |
| 01/19/2023 | MXT | Drive to and from Worcester for scheduled in person hearings regarding cash collateral motion, DIP financing, and stay extension | 2.00 |
| 01/19/2023 | MXT | Attend court hearing related to DIP financing, use of cash collateral, and stay extension; conference with debtor, US Trustee's attorney, creditor's counsel and others before and after hearing | 2.30 |
| 01/19/2023 | MXT | Follow up email communication with debtor regarding status of reconciliation statement, and MOR for December 2022 | 0.20 |
| 01/19/2023 | MXT | Attention to and forward email to attorney Nicosia regarding pending state court litigation filed by secured creditor related to equipment loan against debtor's principal and pre-petition guaranty (No Charge Time) | 0.10 |
| 01/19/2023 | MXT | Email communications with DIP lender regarding case and sale status, and scheduling of conference call (No Charge Time) | 0.10 |
| 01/19/2023 | MXT | Email communication with debtor regarding accrued legal fee for debtor bankruptcy representation (No Charge Time) | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062

Page 8

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 01/19/2023 | ALB | Attend hearing via telephone regarding sanctions and continuance regarding sale and waiver of stay action as it relates to Avidia | 0.50 |
| 01/19/2023 | ALB | Email from and to S. Weiss regarding closing and MOR issues | 0.10 |
| 01/24/2023 | MXT | Review and attention to documents from debtor for December 2022 monthly operating report ; revise attachment and send email communications to debtor regarding same and missing information | 1.10 |
| 01/27/2023 | ALB | Email from SWeiss re various matters | 0.10 |
| 01/27/2023 | MXT | Attention to draft monthly operating report for December 2022 and additional changes; attention to email communications with debtor and A. Hall regarding same (No Charge Time) | 0.50 |
| 01/30/2023 | MXT | Conference with A. Braunstein regarding communication with debtor, and potential alternative to case conversion and business operations; attention to documents regarding same (No Charge Time) | 0.30 |
| 01/30/2023 | MXT | Review amended MOR for December 2022 and Exhibits, and compare to prior drafts; attention to email communications for submission of same to US Trustee's office | 0.80 |
| 01/30/2023 | MXT | Attention to email communications with US Trustee's office, Subchapter V trustee, and secured creditors regarding December 2022 monthly operating report; attention to documents regarding same (No Charge Time) | 0.30 |
| 01/31/2023 | MXT | Email communication with Legalist (DIP Lender) regarding site visit access for auctioneer in relation to alternative relief if the going concern sale is not consummated; send response and follow up email to debtor regarding same (No Charge Time) | 0.40 |
| 01/31/2023 | ALB | Email from M VanDam re proposal and bank amounts (No | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062                                                                Page 9

| Date | Initials | Narrative<br>Charge Time) | Hours |
|---|---|---|---|
| 02/01/2023 | ALB | Email from SWeiss requesting call and his summary of agenda issues | 0.10 |
| 02/09/2023 | ALB | Email from and to Luciana re Toyota Rav 4 (No Charge Time) | 0.10 |
| 02/09/2023 | ALB | Email from Macken to Luciana in agreement (No Charge Time) | 0.10 |
| 02/17/2023 | MXT | Follow up email communication with debtor regarding status of monthly operating report and reconciliation statement for January 2023 | 0.10 |
| 02/21/2023 | MXT | Attention to subchapter v trustee's response to motion to convert or dismiss filed by the US Trustee's office; send same to debtor parties | 0.30 |
| 02/21/2023 | MXT | Attention to case files and documents regarding real estate rental value, and $2 mil accounting entry as potential loan from debtor to owner of real estate (No Charge Time) | 0.30 |
| 02/21/2023 | MXT | Attention to documents regarding monthly operating report and reconciliation statement for January 2023; review same and send comments to debtor for January 2023 monthly operating report | 0.80 |
| 02/21/2023 | MXT | Further review of documents regarding January 2023 monthly operating report, and send same to US Trustee and subchapter v trustee (No Charge Time) | 0.50 |
| 02/21/2023 | MXT | Attention to and send January 2023 monthly operating report to US Trustee and creditors | 0.10 |
| 02/21/2023 | MXT | Attention to email communication with debtor parties and A. Braunstein regarding guaranty related to Bay Colony mortgage (No Charge Time) | 0.10 |
| 02/22/2023 | NMD | Prepare Motion to Attend Hearing Telephonically, update certificate of service, e-file same, prepare and send e-mail (No | 0.90 |

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062

| Date | Initials | Narrative<br>Charge Time) | Hours |
|------|----------|---------------------------|-------|
| 02/22/2023 | MXT | Work on draft motion to appear by telephone for cash collateral motion and pending motion to convert filed by US Trustee's office; email communications with N. Dailey related to filing of same (No Charge Time) | 0.40 |
| 02/23/2023 | MXT | Attend conference call with debtor parties and proposed counsel for debtor's principal regarding Top Line case status, proposed sale of debtor's assets and pending foreclosure; attention to notes and documents (No Charge Time) | 0.60 |
| 02/23/2023 | MXT | Search email and document files for list of guaranteed claim, and send same to potential counsel for debtor's principal (No Charge Time) | 0.30 |
| 02/28/2023 | ALB | Work on response to motion to convert or dismiss case filed by the U.S. Trustee's office | 2.20 |
| 03/01/2023 | PHS | Call with Alan and Macken regarding Objection to Motion to convert; discuss reasons for objection; review and revise first draft of objection (No Charge Time) | 1.30 |
| 03/01/2023 | ALB | Further work on Objection to Motion to Dismiss or Convert | 1.40 |
| 03/01/2023 | ALB | Review comments from M Toussaint to Objection to Motion to Dismiss or Convert (No Charge Time) | 0.10 |
| 03/01/2023 | ALB | Response with further suggested language for conversion motion objection (No Charge Time) | 0.30 |
| 03/01/2023 | ALB | Telephone call from S Weiss regarding Objection to Motion to Convert | 0.10 |
| 03/01/2023 | ALB | Review joinder of Avidia (No Charge Time) | 0.10 |
| 03/01/2023 | MXT | Review draft objection to motion to convert or dismiss chapter 11 case filed by US Trustee's office; attention to and review documents regarding same | 1.70 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062                                                          Page 11

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 03/01/2023 | MXT | Attention to communications with A. Braunstein regarding objection to US Trustee's motion to convert or dismiss case and potential attachments and exhibits for same (No Charge Time) | 0.20 |
| 03/01/2023 | MXT | Revise and attention to objection to US Trustee's motion to convert or dismiss chapter 11 case; email communications with P. Sutton regarding same (No Charge Time) | 0.40 |
| 03/02/2023 | PHS | Call with Alan and Macken regarding opposition to Motion to Convert and related sale issues; review email from Buyer's counsel (No Charge Time) | 0.50 |
| 03/02/2023 | PHS | Review and revise several drafts of opposition to U.S. Trustee's Motion to Convert (No Charge Time) | 1.30 |
| 03/02/2023 | ALB | Review comments of Macken Toussaint to Objection to Motion to Convert (No Charge Time) | 0.20 |
| 03/02/2023 | ALB | Further revise and finalize objection to Motion to Convert (No Charge Time) | 1.20 |
| 03/02/2023 | MXT | Attention to communications with A. Braunstein , P. Sutton and A. Hall regarding further revision to debtor's objection to US Trustee's motion to convert or dismiss chapter 11 case; attention to documents regarding same including the draft objection (No Charge Time) | 0.40 |
| 03/03/2023 | ALB | Telephone call from S Weiss re my objection and inquiry and explanation as to negotiations | 0.20 |
| 03/03/2023 | ALB | Email from and to Caroline re hearing on Thursday (No Charge Time) | 0.10 |
| 03/03/2023 | MXT | Email communications with debtor regarding next monthly operating report and reconciliation statement, and potential appearance by phone for next scheduled hearing (No Charge Time) | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062

Page 12

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/06/2023 | MXT | Email communications with attorney Nicosia regarding claim amount for First Citizens and pending guaranty lawsuit filed against principal of debtor (No Charge Time) | 0.20 |
| 03/09/2023 | MXT | Attention to emails and documents regarding case status, sale closing, and request by buyer's lender before hearing on US Trustee's motion to convert case to chapter 7; waiting for court hearing on telephone (No Charge Time) | 2.00 |
| 03/09/2023 | MXT | Attend telephonic hearing regarding cash collateral and US Trustee's motion to convert case to chapter 7 with A. Braunstein attending in person; attention to documents and electronic communication files regarding same (No Charge Time) | 1.40 |
| 03/09/2023 | ALB | Review objection to motion to convert filed by CIT | 0.10 |
| 03/20/2023 | MXT | Attention to email communications regarding monthly operating report, and reconciliation statement for February 2023 | 0.10 |
| 03/22/2023 | MXT | Attention to draft monthly operating report for February 2023; attention to documents regarding same | 0.50 |
| 03/22/2023 | MXT | Review further documents for monthly operating report (February 2023), and email debtor for missing information (No Charge Time) | 0.50 |
| 03/23/2023 | NMD | Prepare draft of 90 day preference letter | 0.80 |
| 03/23/2023 | MXT | Further attention to documents for February 2023 monthly operating report ; email communications with A. Hall regarding same and service logistics for US Trustee's office and interested parties (No Charge Time) | 0.60 |
| 03/23/2023 | MXT | Call with A. Braunstein regarding termination letter to buyer , email from DIP lender regarding unused fee dispute, and potential sale alternative; attention to documents regarding | 0.40 |

# R I E M E R | B R A U N S T E I N

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062          Page 13

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | same (No Charge Time) | |
| 03/24/2023 | MXT | Attention to email communications with US Trustee's office and call with A. Hall regarding access to February 2023 MOR (No Charge Time) | 0.10 |
| 03/29/2023 | MXT | Review emails and documents regarding DIP lender payoff, and send to Avidia Bank's counsel | 0.10 |
| 03/31/2023 | MXT | Attention to documents and follow up with Avidia Bank's counsel regarding inventory list | 0.10 |
| 03/31/2023 | MXT | Revise documents regarding administrative expense claims and send to A. Braunsterin and debtor in relation to scheduled call (No Charge Time) | 0.10 |
| 03/31/2023 | MXT | Conference call with A. Braunstein and debtor parties regarding accrued administrative expenses and related plan issues, and questions about plan terms and potential sale of business assets and real estate (No Charge TIme) | 0.70 |
| 04/03/2023 | NMD | Obtain documents for hearing, prepare certificate of service, e-file certificate of service, prepare and sent e-mail, prepare for mailing | 1.80 |
| 04/03/2023 | ALB | Prepare examination questions for Carolline (No Charge Time) | 0.90 |
| 04/03/2023 | ALB | Telephone call from Nicole re prep documents for hearing (No Charge Time) | 0.20 |
| 04/03/2023 | ALB | Telephone call to Macken Toussaint re additional detail of support for hearing (No Charge Time) | 0.20 |
| 04/03/2023 | ALB | Email from S Weiss as to pro rating taxes | 0.10 |
| 04/04/2023 | NMD | Call with ALB, prepare supplement to affidavit, e-file supplement, prepare and e-file certificate of service, prepare and sent e-mail, prepare certificate of service for sale | 1.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062                                                                                    Page 14

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 04/04/2023 | MXT | Attend hearing by telephone on US Trustee's motion to convert case, and continued hearing on cash collateral; attention to notes and documents (No Charge Time) | 1.70 |
| 04/04/2023 | MXT | Follow up call with A. Braunstein regarding hearing on US Trustee's motion to convert; attention to documents (No Charge Time) | 0.20 |
| 04/04/2023 | ALB | Revise affidavit of disclosure (No Charge Time) | 0.20 |
| 04/04/2023 | ALB | Travel to hearing and series of calls from and to A Lizotte, SWeiss, MToussaint during travel time (No Charge Time) | 1.20 |
| 04/04/2023 | ALB | Travel from hearing and telephone call from SWeiss, J McAuliffe and M Toussaint during travel (No Charge Time) | 1.40 |
| 04/04/2023 | ALB | Email from ALizotte re dismissal v conversion (No Charge Time) | 0.10 |
| 04/04/2023 | ALB | Emails from Macken and facilitate resolution (No Charge Time) | 0.20 |
| 04/04/2023 | ALB | Receipt and review latest draft of Settlement stipulation | 0.20 |
| 04/04/2023 | ALB | Further email from Andy re Edy (No Charge Time) | 0.10 |
| 04/05/2023 | MXT | Attention to communications between A. Braunstein, subchapter v trustee, and counsel for prior buyer regarding interim management proposal; attention to documents and case files (No Charge Time) | 0.20 |
| 04/06/2023 | NMD | Prepare Application to Employ Saperstein, prepare and sent e-mail to Saperstein, call with ALB regarding Application to Employ (No Charge Time) | 2.10 |
| 04/06/2023 | NMD | Update certificate of service, prepare certificate of service, e-file certificate of service regarding Notice of Hearing regarding Plan, prepare and sent e-mails, contacted parties without e-mail addresses, prepare and sent e-mails regarding Notice of Sale Hearing, prepare and e-file certificate of | 2.90 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062                                                                 Page 15

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | service regarding Notice of Sale Hearing,  e-file certificate of service regarding Motion to Approve Sale | |
| 04/06/2023 | ALB | Work on supplemental application  (No Charge Time) | 0.20 |
| 04/07/2023 | MXT | Email communications with debtor regarding monthly operating report and reconciliation statement, and difference in numbers (No Charge Time) | 0.10 |
| 04/10/2023 | MXT | Review monthly operating report for March 2023 and send comments to the debtor; brief review of bank statements and transaction reports with respect to concerns raised by US Trustee's office at last hearing | 0.60 |
| 04/10/2023 | MXT | Prepare and attention to Exhibit cover page for March 2023 monthly operating report; attention to MOR documents | 0.20 |
| 04/10/2023 | ALB | Telephone call from M. Toussaint (No Charge Time) | 0.20 |
| 04/10/2023 | ALB | Email from S. Weiss with comments to Motion | 0.10 |
| 04/10/2023 | ALB | Email from Steve agreeing to Andy and my comments (No Charge Time) | 0.10 |
| 04/10/2023 | ALB | Telephone call from S. Weiss | 0.10 |
| 04/10/2023 | ALB | Email from M Auliffe with proposed agreement as revised (No Charge Time) | 0.10 |
| 04/10/2023 | ALB | Email from Andy to avoid litigation (No Charge Time) | 0.20 |
| 04/11/2023 | NMD | Update certificate of service regarding Notice of Reconciliation Statement and Notice of 5th Supplemental to Cash Collateral | 0.60 |
| 04/12/2023 | MXT | Attend hearing (by telephone)  on sale procedures portion of sale motion, and plan filing motion ; attention to notes and follow up (No Charge Time) | 1.50 |
| 04/12/2023 | ALB | Telephone call to Edy at request of A Lizotte (left messages) | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062                                              Page 16

| Date | Initials | Narrative<br>(No Charge Time) | Hours |
|------|----------|-------------------------------|-------|
| 04/12/2023 | ALB | Telephone call from JMcAuliffe prior to hearing re various matters (No Charge Time) | 0.70 |
| 04/13/2023 | NMD | Review and updated certificate of service for Amended Sale and Amended Plan, call with MXT (No Charge Time) | 2.30 |
| 04/14/2023 | ALB | Email from Andy needing to file pleadings today to get foreclosure extension  (No Charge Time) | 0.10 |
| 04/17/2023 | ALB | Series of emails from and to s Weiss re today's agenda for filing documents (No Charge Time) | 0.20 |
| 04/17/2023 | ALB | Facilitated finalizing motion and other documents for filing (No Charge Time) | 0.20 |
| 04/18/2023 | ALB | Telephone call from SWeiss re tomorrow's hearing and inquires of UST | 0.20 |
| 04/18/2023 | NMD | Obtain documents for hearing, prepare certificate of service regarding Order and Notice of Hearing regarding Application to Employ Business Broker and e-file same, left message for Patrick Rygiel, prepare and sent e-mai, e-file certificate of service; prepare Notice of Hearing, prepare certificate of service regarding Order regarding Motion to Approve Interim Management and Notice of Hearing prepare and sent e-mail e-file certificate of service | 2.90 |
| 04/20/2023 | NMD | Review of docket, update certificate of service, update labels prepare and sent e-mail, e-file certificate of service regarding Plan, Order Notice and Ballots, review of excel chart and compared to service list | 2.90 |
| 04/20/2023 | ALB | Telephone conference with Peter Sutton and Phil Block re research (No Charge Time) | 0.10 |
| 04/20/2023 | ALB | Review case law (No Charge Time) | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062

Page 17

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 04/20/2023 | ALB | Detailed email from SWeiss re suggested agenda | 0.20 |
| 04/21/2023 | NMD | Review of Certificate of Service of additional parties, prepare labels | 0.10 |
| 04/21/2023 | ALB | Review procedures order draft (No Charge Time) | 0.20 |
| 04/21/2023 | ALB | Review series of comments from A Lizotte (No Charge Time) | 0.10 |
| 04/24/2023 | PHS | Conferences with Alan and Macken regarding strategy for Friday hearing (No Charge Time) | 0.40 |
| 04/24/2023 | ALB | Email to A Lizotte, JMcAuliffe and SWeiss re imperatives for hearing | 0.30 |
| 04/24/2023 | ALB | Email from SWeiss in accord | 0.10 |
| 04/24/2023 | ALB | Email to J McAuliffe and from John re sources and uses necessary (No Charge Time) | 0.20 |
| 04/25/2023 | MXT | Conference with A. Hall regarding supplemental service for sale motion and chapter 11 plan (No Charge Time) | 0.20 |
| 04/25/2023 | MXT | Attention to documents and service lists regarding supplemental certificate of service per court request as to email service versus mail; follow up communications with A. Hall regarding same (No Charge Time) | 0.70 |
| 04/26/2023 | MXT | Email communications with A. Hall and N. Dailey regarding Avidia Bank's objection to motion to employ Saperstein , and US Trustee's objection to interim management, and to circulate same to Debtor and others (No Charge Time) | 0.10 |
| 04/26/2023 | MXT | Attention to documents and email communications with A. Braunstein and debtor regarding debtor's inquiry for post-petition payment for Avidia mortgage and secured debts  (No Charge Time) | 0.20 |
| 04/27/2023 | NMD | Prepare Statement and certificate of service in response to Motion for Relief From Stay, e-file Fifth Notice regarding | 1.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | Cash Collateral, prepare and sent e-mail (No Charge Time) | |
| 04/27/2023 | MXT | Attention to email communications from A. Braunstein and counsel for debtor's principal regarding hearing on interim management motion, and US Trustee's motion to convert, open issues, and related strategies (No Charge Time) | 0.20 |
| 04/27/2023 | MXT | Attention to further email communications from Subchapter v trustee and counsel for debtor's principal regarding hearing on interim management motion, and US Trustee's motion to convert, together with open issues; attention to documents related to same (No Charge Time) | 0.20 |
| 04/27/2023 | MXT | Call with A. Braunstein regarding hearing on interim management motion and US Trustee's motion to convert case to chapter 7, and new developments; attention to documents regarding same (No Charge Time) | 0.40 |
| 04/27/2023 | MXT | Attention to and review March 2023 monthly operating report, and attachments, and send comments to debtor | 1.20 |
| 04/27/2023 | MXT | Attention to documents regarding monthly operating report and attachments/ exhibits, and preparation for submission to US Trustee's office and others; email A. Hall regarding same | 0.70 |
| 04/28/2023 | MXT | Call with counsel for debtor's principal regarding open issues and strategies for hearing on interim management agreement motion, and the US Trustee's motion to convert case; attention to follow up email communications (No Charge Time) | 0.30 |
| 04/28/2023 | MXT | Attention to and print documents in preparation for hearting on motion to approve interim management agreement, and the US Trustee's motion to convert case (No Charge Time ) | 0.30 |
| 04/28/2023 | MXT | Attend Zoom hearing on motion to approve interim management agreement, and US Trustee's motion to convert the case; attention to notes and documents (No Charge Time) | 1.70 |

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062                                                                    Page 19

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/28/2023 | ALB | Telephone SWeiss re options and UST | 0.20 |
| 04/28/2023 | ALB | Prepare for hearing | 0.70 |
| 04/28/2023 | ALB | Telephone call from SWeiss after hearing | 0.10 |
| 04/28/2023 | ALB | Telephone call from JMcAullife after hearing (No Charge Time) | 0.10 |
| 04/28/2023 | ALB | Telephone call from E Ramos after hearing (No Charge Time) | 0.10 |
| 04/28/2023 | ALB | Telephone call from Macken Toussaint after hearing (No Charge Time) | 0.10 |
| 04/28/2023 | ALB | Further telephone call from ERamos (No Charge Time) | 0.10 |
| 04/28/2023 | ALB | Email from S Weiss about sale of assets | 0.10 |
| 04/28/2023 | ALB | Telephone call to ERamos (No Charge Time) | 0.10 |
| 05/01/2023 | ALB | Telephone call from ERamos re his responsibilities and cooperation with trustee (No Charge Time) | 0.10 |
| 05/01/2023 | ALB | Email from and telephone call from SWeiss re inquiries | 0.20 |
| 05/08/2023 | MXT | Brief review of new term sheet for sale of real estate outside of debtor's bankruptcy; attention to status emails from subchapter v trustee, and send communication to A. Braunstein regarding same and status related to filed sale motion, and chapter 11 plan (No Charge Time) | 0.60 |
| 05/18/2023 | NMD | Prepare Motion to Appear Telephonically (No Charge Time) | 0.30 |
| 05/22/2023 | MXT | Review and prepare draft motion to appear by telephone for several pending matters, including cash collateral, sale of debtor's assets, and chapter 11 plan; conference with N. Dailey and A. Hall regarding same (No Charge Time) | 1.00 |
| 05/23/2023 | MXT | Attention to email communications from A. Lizotte , subchapter v trustee and others regarding unfinished projects and proposal to address the situation; attention to documents | 0.20 |

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062                                                                 Page 20

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | regarding same (No Charge Time) | |
| 05/25/2023 | ALB | Prepare for hearing and in particular strategy as it relates to ERC credits in light of intent of US Trustee to continue her push for conversion without regard to ERC credit benefits which would inure to buyer and Edy without consideration when Debtor can and should benefit; re-review qualifications (No Charge Time) | 0.80 |
| 05/25/2023 | ALB | Travel to hearing and during travel telephone call to SWeiss re strategy for hearing and of plan benefits | 1.50 |
| 05/26/2023 | ALB | Commence response to SWeiss | 0.20 |
| 05/26/2023 | ALB | Series of emails from A Lizotte, M Van Dam and from SWeiss (No Charge Time) | 0.10 |
| 05/29/2023 | ALB | Emails from Lizotte and McAuliffe regarding transition (No Charge Time) | 0.10 |
| 05/30/2023 | MXT | Email communications with Avidia Bank and Legalist regarding DIP loan payoff amount and related statement (No Charge Time) | 0.10 |
| 05/31/2023 | MXT | Attention to multiple emails with billing department, A. Braunstein and others regarding return of deposit to stalking horse bidder and confirmation of wiring instructions (No Charge Time) | 0.20 |
| 05/31/2023 | NMD | Confirm wire instructions (No Charge Time) | 0.10 |
| 06/01/2023 | MXT | Attention to documents, and email communications with trustee and firm billing department regarding request for debtor to transfer sale deposits (No Charge Time) | 0.20 |
| 06/01/2023 | ALB | Series of emails re ERC credits from various parties (No Charge Time) | 0.20 |
| 06/02/2023 | MXT | Attention to email communications with A. Braunstein and others regarding trustee's request for sale deposit and | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | exclusion of retainer (No Charge Time) | |
| 06/02/2023 | MXT | Attention to communications and documents regarding internal precautionary steps for wiring of funds back to trustee related to sale deposit; call to subchapter v trustee (No Charge Time) | 0.20 |
| 06/02/2023 | MXT | Further email communications regarding wire instructions from trustee for transfer of sale deposits, and firm approval (No Charge Time) | 0.10 |
| 06/06/2023 | ALB | Email from SWeiss re demand letters and review | 0.10 |
| 06/06/2023 | ALB | Telephone call from SWeiss re demand letters | 0.20 |
| 06/13/2023 | MXT | Attention to case law research regarding debtor's ability to file plan and other issues when debtor has been removed in Subchapter V (No Charge Time) | 0.10 |
| 06/21/2023 | ALB | Telephone call from and telephone call to SWeiss and outline of my plan and strategy | 0.20 |
| 06/23/2023 | ALB | Email forwarded from M Fencer and consider response (No Charge Time) | 0.30 |
| 06/23/2023 | ALB | Email from SWeiss with his response to parties and consider proposed response avenue and rationale | 0.10 |
| 06/23/2023 | ALB | Email to SWeiss and MVanDam re alternative approach to MFencer and sale (No Charge Time) | 0.50 |
| 06/26/2023 | NMD | E-file Motion to Appear Telephonically, prepare and sent e-mail (No Charge Time) | 0.20 |
| 06/26/2023 | MXT | Attention to email communications and documents from debtor regarding transition and operating accounts, and other emails regarding sale status and real estate auction | 0.10 |
| 06/26/2023 | MXT | Motion to appear by telephone for June 29 hearings; communications with N. Dailey regarding same (No Charge | 0.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Case Administration
Invoice: 624062

| Date | Initials | Narrative Time) | Hours |
|------|----------|-----------------|-------|
| 06/27/2023 | ALB | Telephone call to ALizotte re status (No Charge Time) | 0.20 |
| 06/27/2023 | ALB | Telephone call from SWeiss as to options in furtherance of foreclosure being beneficial given Fencer's overreaching and impracticality | 0.20 |
| 06/28/2023 | MXT | Attend court hearing (telephonic) regarding creditor's relief from stay motion (No Charge Time) | 0.40 |
| 06/28/2023 | ALB | Telephone call to BDelaney re stay relief hearing and agreement to proceed with sale (No Charge Time) | 0.10 |
| 06/28/2023 | ALB | Appear telephonically at hearing on Motion for stay relief | 0.40 |
| 06/29/2023 | MXT | Attend hearings related to sale status and US Trustee's motion to convert case to chapter 7; attention to documents and notes related to same (No Charge Time) | 0.80 |
| 06/29/2023 | MXT | Attention to email communications and documents regarding sale status and case conversion to Chapter 7 (No Charge Time) | 0.30 |
| 06/29/2023 | ALB | Travel and attend hearing on motion to convert; telephone call to ALizotte, Weiss and Van Dam during travel; appear at hearing voicing no objection; return travel | 3.80 |

| | | |
|---|---|---|
| Total Hours | | 114.90 |
| Total Fees | | $28,119.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:     Mr. Edmilson Ramos
               President

Re: Claim Administration and Objections
Invoice: 620120                                                                 Page 1

For Professional Services Rendered from
March 1, 2022 through October 31, 2022 as
described in detail on the attached accounting.

Fees ........................................................................................................... $      13,824.00

Expenses and Disbursements ...................................................................... $           78.80

Total ........................................................................................................... $      13,902.80

Matter:     59961.00006

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Claim Administration and Objections
Invoice: 620120                                                          Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00006
Billing Period:  From March 1, 2022 through October 31, 2022

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/25/2022 | ALB | Telephone conference with MVanDam and MToussaint re secured claim ("NO CHARGE TIME") | 0.40 |
| 03/30/2022 | ALB | E-mail from KPark re Konica printer lease and consider response ("NO CHARGE TIME") | 0.10 |
| 03/31/2022 | ALB | E-mail from PCoppinger representing creditor with inquiry | 0.10 |
| 05/02/2022 | MXT | Attention to and brief review Avidia loan documents with respect to potential claims against the estate and treatment under a proposed plan | 0.20 |
| 05/02/2022 | ALB | E-mail from MToussaint re status report and claim bar date timing ("NO CHARGE TIME") | 0.10 |
| 05/09/2022 | NMD | Began to input data into claim analysis form | 0.80 |
| 05/12/2022 | MXT | Attention to email communication from creditor assignee for ENG loan and follow up with debtor regarding same | 0.20 |
| 05/18/2022 | NMD | Update claims chart | 1.60 |
| 05/19/2022 | NMD | Completed claims review chart and input information from proof of claims that have been filed | 3.30 |
| 05/24/2022 | NMD | Update claims chart form | 0.10 |
| 06/01/2022 | NMD | Update claim chart | 0.10 |
| 06/02/2022 | MXT | Attention to brief research regarding lease recharacterization with respect to ENG equipment loan and related claim; review materials related to same and prepare notes | 4.60 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Claim Administration and Objections
Invoice: 620120                                                                Page 3

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 06/02/2022 | ALB | E-mail from L Cohn and review documents as to purported equipment lease ("NO CHARGE TIME") | 0.60 |
| 06/02/2022 | ALB | E-mail from L Cohn and respond ("NO CHARGE TIME") | 0.10 |
| 06/02/2022 | ALB | Telephone call from L Cohn re alleged equipment leaseholder ("NO CHARGE TIME") | 0.20 |
| 06/02/2022 | ALB | Review e-mail from MToussaint to L Cohn ("NO CHARGE TIME") | 0.10 |
| 06/02/2022 | ALB | Work session with MToussaint re alleged equipment lien("NO CHARGE TIME") | 0.20 |
| 06/02/2022 | NMD | Update claims analysis chart | 0.20 |
| 06/03/2022 | MXT | Review research materials regarding lease recharacterization with respect to ENG equipment loan and related claim; prepare and send email communication to counsel for creditor assignee related to same | 2.50 |
| 06/03/2022 | ALB | Further conference with MToussaint re equipment lease issue as loan ("NO CHARGE TIME") | 0.30 |
| 06/03/2022 | ALB | Review various claims filed today ("NO CHARGE TIME") | 0.30 |
| 06/03/2022 | ALB | Further telephone call from LCohn re claim for equipment loan ("NO CHARGE TIME") | 0.10 |
| 06/03/2022 | ALB | Further e-mail from and to L Cohn ("NO CHARGE TIME") | 0.10 |
| 06/03/2022 | NMD | Update proof of claims form ("NO CHARGE TIME") | 0.10 |
| 06/06/2022 | NMD | Review of Proof of Claim and update claims chart | 0.70 |
| 06/06/2022 | ALB | Telephone call from J Delaney, counsel to purported secured creditor and respond to inquiries ("NO CHARGE TIME") | 0.40 |
| 06/07/2022 | NMD | Update certificate of service, update claims chart, review of letters from Toyota | 1.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Claim Administration and Objections

Invoice: 620120 Page 4

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 06/07/2022 | MXT | Attention to brief research and review materials regarding usury law in MA and application to factoring agreement with respect to potential objection to claims of hard money lenders | 1.50 |
| 06/08/2022 | NMD | Update claims chart, complete review of letters from Toyota | 1.90 |
| 06/08/2022 | MXT | Review document files and attention to email communications with Avidia loan officer regarding loan default, request for monthly payment from DIP financing, and potential remedy claim not paid | 1.60 |
| 06/08/2022 | ALB | Work session with MToussaint re insider claims and proposed treatment ("NO CHARGE TIME") | 0.40 |
| 06/09/2022 | MXT | Attention to and review draft claims analysis after proof of claim deadline; attention to documents regarding same | 3.00 |
| 06/10/2022 | MXT | Email communications with creditor's counsel for ENG Equipment loan and attention to documents regarding filed proof of claim issues related to amendment of same, and adequate protection payment issues | 0.40 |
| 06/12/2022 | MXT | Conduct brief research regarding exact name for UCC financing statement and potential challenge to secured claim ("NO CHARGE TIME") | 0.70 |
| 06/15/2022 | MXT | Attention to emails and documents regarding creditors for Trust and claim issues; follow up communications with A. Braunstein and debtor ("NO CHARGE TIME") | 0.40 |
| 06/16/2022 | MXT | Email communications with counsel for secured lender regarding post petition amount and breakdown of proof of claim; attention to documents regarding same | 0.20 |
| 06/16/2022 | MXT | Attention to email communications with creditors, including Enterprise Bank, regarding case status and payment; attention to documents regarding same | 1.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Claim Administration and Objections
Invoice: 620120                                                                     Page 5

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 06/26/2022 | MXT | Email Carolline M. regarding ENG loan and amended proof of claim filed | 0.10 |
| 06/27/2022 | ALB | E-mailed from Debtor (Luciana and Edy) re SBA claim; e-mail from Attorney Nicosia re same | 0.10 |
| 07/12/2022 | MXT | Attention to email communications with debtor regarding default notice from Toyota for vehicle lease | 0.10 |
| 07/18/2022 | ALB | Telephone call from JDelaney re proposed resolution to partially secured claim on equipment ("NO CHARGE TIME") | 0.20 |
| 07/20/2022 | MXT | Call with FCB counsel regarding adequate protection pleading related to equipment collateral and secured claim | 0.10 |
| 07/20/2022 | MXT | Email communications and call with counsel for equipment loan creditor regarding potential adequate protection stipulation; attention to documents regarding same | 0.30 |
| 07/29/2022 | MXT | Review email from debtor and send response regarding ENGS/ First Citizens secured claim, and post-petition payment; attention to documents related to filed proof of claim regarding same | 0.20 |
| 08/02/2022 | ALB | Telephone conference with Big Shoulders Capital regarding potential purchase of loan from Avidia ("NO CHARGE TIME") | 0.50 |
| 08/05/2022 | ALB | Further telephone call to PNicosia re sale option ("NO CHARGE TIME") | 0.10 |
| 08/08/2022 | ALB | Series of e-mails from B Arthur from Big Shoulders Capital re site visit and documents requested for potential loan purchase ("NO CHARGE TIME") | 0.20 |
| 08/08/2022 | ALB | E-mail from debtor re meeting with B Arthur and documents ("NO CHARGE TIME") | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Claim Administration and Objections
Invoice: 620120                                                                Page 6

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 08/08/2022 | ALB | E-mails from debtor responsive to requests for site visit ("NO CHARGE TIME") | 0.10 |
| 08/08/2022 | ALB | Telephone call from B Arthur from Big Shoulder Capital after site visit and interest and negotiations ("NO CHARGE TIME") | 0.30 |
| 08/20/2022 | MXT | Attention to and review bankruptcy rules regarding undisputed claim and amendment to schedule after claims bar date; review filed schedules | 1.50 |
| 08/20/2022 | MXT | Prepare notice of amended Schedule F and related documents with respect to insider claims and changes; review filed schedules and chart for employee claims related to same | 2.00 |
| 08/20/2022 | MXT | Prepare motion for amended schedules bar date with respect to amendment to schedule F to mark insider claims as disputed and for other changes; attention to documents regarding same | 2.00 |
| 08/21/2022 | MXT | Review and revise motion regarding potential new amended schedule bar date | 0.40 |
| 08/21/2022 | MXT | Prepare and send email communication to A. Braunstein regarding notice of amended schedules and issues related to insider claims ("NO CHARGE TIME") | 0.20 |
| 08/21/2022 | MXT | Revise notice of amended schedule F, and attention to documents regarding same and other information about Global Stone | 0.30 |
| 08/21/2022 | ALB | Series of e-mails from and detailed e-mails to MToussaint re insider payment issues and claims and my position supporting disallowance or subordination or requesting documents and if warranted filing objections ("NO CHARGE TIME") | 0.50 |
| 08/22/2022 | MXT | Review and attention to case law regarding objection to claims scheduled as undisputed; email analysis to A. Braunstein related to same | 0.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 12, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Claim Administration and Objections
Invoice: 620120                                                                                          Page 7

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 09/20/2022 | MXT | Attention to proof of claim filed by MA Department of Revenue and send email follow up to debtor regarding same | 0.40 |
| 10/04/2022 | ALB | Email from and to Macken re Testa and potential claims ("NO CHARGE TIME") | 0.10 |
| 10/04/2022 | ALB | Email from S Weiss and response to MToussaint re Testa claim and litigation cases ("NO CHARGE TIME") | 0.10 |
| 10/17/2022 | MXT | Attention to emails with creditor regarding claim deadline and notice address | 0.10 |
| 10/18/2022 | MXT | Calls from counsel for First Citizens regarding secured claim and potential treatment from sale proceeds and issues related to Avidia Bank ; attention to documents regarding purchase money security interest | 0.20 |
| 10/21/2022 | MXT | Call with counsel for First Citizens regarding proposed plan distribution from sale proceeds and issues related to secured claim and priority issue; attention to documents regarding same | 0.20 |
| 10/27/2022 | MXT | Review notice of claim to owner of debtor by MA Department of Revenue for unpaid sales tax; email communications with debtor regarding same | 0.40 |
| 10/31/2022 | MXT | Call with counsel for TVT, a cash money lender, regarding proposed sale of debtor's assets, and treatment of its claim under sale and in the case in general | 0.20 |

Total Hours                                                                                              41.80

Total Fees                                                                                         $13,824.00

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:     Mr. Edmilson Ramos
               President

Re: Claim Administration and Objections
Invoice: 624063                                      Page 1

For Professional Services Rendered from
November 1, 2022 through June 29, 2023 as
described in detail on the attached accounting.

Fees ................................................................................................. $     2,306.50

Expenses and Disbursements ........................................................ $         0.00

Total ................................................................................................ $     2,306.50

Matter:   59961.00006

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Claim Administration and Objections
Invoice: 624063                                                                                                    Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00006
Billing Period:  From November 1, 2022 through June 29, 2023

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 11/15/2022 | MXT | Attention to collection letter from creditor and follow up communications with debtor and N. Dailey (No Charge Time) | 0.20 |
| 11/17/2022 | MXT | Review and attention to stay relief motions with respect to leased vehicles and related claims; send email communication to debtor regarding same | 0.30 |
| 11/17/2022 | ALB | Telephone call from LCohn re secured claim of equipment creditor | 0.10 |
| 11/17/2022 | ALB | Telephone call from BDelaney re secured claim of equipment creditor | 0.10 |
| 11/18/2022 | MXT | Email communications with debtor regarding return of leased vehicles in connection with creditor's claims and filed stay relief motions; follow up call from debtor regarding same | 0.20 |
| 11/18/2022 | MXT | Email communication to counsel for Toyota regarding leased vehicles and related claims with respect to filed stay relief motions; attention to documents regarding same | 0.20 |
| 11/22/2022 | MXT | Email communications with counsel for Toyota regarding stay relief motions and expired vehicle leases | 0.10 |
| 11/22/2022 | MXT | Attention to call with debtor and email communication regarding potential violation of the automatic stay and creditor holding credit for purchase | 0.20 |
| 11/28/2022 | MXT | Email communications with debtor and counsel for TVT regarding potential collection action through Chase bank account, and reservation of rights if violation of stay | 0.20 |
| 11/28/2022 | MXT | Email communications with debtor and N. Dailey regarding | 0.10 |

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Claim Administration and Objections
Invoice: 624063

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | collection letter from creditor, CST Worldwide (No Charge Time) | |
| 12/07/2022 | MXT | Email communication with debtor regarding tax claim and inquiry by debtor's principal related to notice; attention to documents regarding same (No Charge Time) | 0.10 |
| 12/16/2022 | ALB | Review series of email responses from client re potential claims (No Charge Time) | 0.20 |
| 12/22/2022 | MXT | Attention to documents and charts regarding claims related matters including with respect to chapter 11 plan exhibit (No Charge Time) | 0.40 |
| 01/11/2023 | ALB | Telephone call from Bill Delaney counsel to equipment lessor re apparent misunderstanding and lawsuit issue (No Charge Time) | 0.20 |
| 01/11/2023 | MXT | Email communications with debtor and creditor regarding repossession of vehicle; attention to documents regarding same | 0.30 |
| 01/12/2023 | ALB | Email from and email to M Toussaint as to concerns with ENGS equipment lessor action as to injunction and attachment on real estate (contrary to prior discussions that would bar same by agreement upon closing) and need to address (No Charge Time) | 0.20 |
| 01/12/2023 | MXT | Conference call with debtor regarding sale status and lawsuit filed by secured creditor / equipment lender (No Charge Time) | 0.10 |
| 01/24/2023 | NMD | Obtain claims register from Pacer, prepare and sent e-mail (No Charge Time) | 0.10 |
| 01/26/2023 | ALB | Telephone call to Macken re MDOR issues (No Charge Time) | 0.20 |
| 01/26/2023 | MXT | Attention to administrative expense claim filed by MA Department of Revenue; attention to documents and email communications with debtor and subchapter v trustee | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Claim Administration and Objections
Invoice: 624063

Page 4

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 02/01/2023 | ALB | Email from and to Macken Toussaint re TVT claim (No Charge Time) | 0.10 |
| 02/06/2023 | ALB | Telephone conference with MToussaint and PSutton regarding Brickstone and enforcement efforts and strategy as well as avoidance claim and claim objection (No Charge Time) | 0.30 |
| 03/23/2023 | MXT | Attention to email from DIP lender regarding unused fee dispute and send response (No Charge Time) | 0.20 |
| 03/31/2023 | MXT | Emails and communications with A. Braunstein regarding claim of Commonwealth of MA for pre-petiton claim and administrative expense claims; attention to documents and case files (No Charge Time ) | 0.40 |
| 03/31/2023 | ALB | Telephone to C. Jackson regarding DOR plan negotiation inquiry | 0.10 |
| 03/31/2023 | ALB | Email from and email to J. O'Donnell of DOR regarding request for negotiations | 0.20 |
| 03/31/2023 | ALB | Further email exchanges with J. O'Donnell of DOR | 0.10 |
| 03/31/2023 | ALB | Further email exchanges with J. O'Donnell of DOR (No Charge Time) | 0.80 |
| 04/03/2023 | ALB | Email to SMurphy of MA DOR with plan, claim, and brief status (No Charge Time) | 0.10 |
| 04/04/2023 | ALB | Email from A Lizotte re ROC Funding (No Charge Time) | 0.10 |
| 04/06/2023 | ALB | Email from SWeiss re admin claim of McAullife's client | 0.10 |
| 04/17/2023 | ALB | Email to and from MVanDam with inquiry re Caggiano lien and objection and my proposed responsive position | 0.20 |
| 04/17/2023 | ALB | Email from Andrew seeking my position re bank analysis re Caggiano (No Charge Time) | 0.10 |
| 04/17/2023 | ALB | Email from McAuliffe re view on Caggiano's lien (No Charge | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Claim Administration and Objections
Invoice: 624063                                                                      Page 5

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | Time) | |
| 04/27/2023 | MXT | Conference with N. Dailey regarding Ally Bank's motion for relief from stay, and inquiry regarding no objection or response to be filed in light of the debtor already surrender the vehicle (No Charge Time) | 0.10 |
| 04/27/2023 | MXT | Attention to state court pleadings for collection proceedings filed against debtor and owner by vendor (MSI), and potential violation of the automatic stay; send email to vendor's counsel | 0.50 |
| 05/03/2023 | ALB | Email from E Ford representing customer; forward with comment to trustee | 0.10 |
| 05/04/2023 | MXT | Attention to email communications from counsel for customer creditor regarding potential claim and request for refund; send response with comments with copy to subchapter v trustee for handling matter going forward, and attention to documents (No Charge Time) | 0.40 |
| 05/05/2023 | MXT | Attention to follow up communications from counsel for creditor and subchapter v trustee regarding request for refund and unfinished projects and right to inventory materials to the extent they constitute identifiable goods; attention to cited state law statutes (No Charge Time) | 0.20 |
| 05/12/2023 | ALB | Telephone call from JMcAuliffe re negotiations for payment of MA admin claim (No Charge Time) | 0.40 |
| 05/26/2023 | ALB | Email from S Weiss re DOR lien | 0.10 |
| 05/26/2023 | ALB | Email to A Lizotte re DOR (No Charge Time) | 0.10 |
| 06/05/2023 | MXT | Call with counsel for creditor regarding deposit issues | 0.10 |
| 06/15/2023 | MXT | Attention to email communications and documents from counsel for creditor regarding deposit paid to debtor and proposed administrative expense claim | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Claim Administration and Objections
Invoice: 624063

Page 6

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 06/26/2023 | ALB | Review stay relief of First Citizens | 0.10 |
| 06/26/2023 | MXT | Attention to creditor's motion for relief from stay for equipment; attention to email communications with N. Dailey regarding calendar for scheduled hearings (No Time Charge) | 0.10 |
| 06/27/2023 | ALB | Receipt of admin claim motion (No Charge Time) | 0.10 |
| 06/27/2023 | ALB | Review emergency stay relief re First Citizens | 0.10 |

| | |
|---|---|
| Total Hours | 9.10 |
| Total Fees | $2,306.50 |
| Total Bill | $2,306.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:    Mr. Edmilson  Ramos
              President

Re: Claim Administration and Objections
Invoice: 624063                                                      Page 1

For Professional Services Rendered from
November 1, 2022 through June 29, 2023 as
described in detail on the attached accounting.

Fees ................................................................................................. $        2,306.50

Expenses and Disbursements ............................................................ $            0.00

Total ................................................................................................ $        2,306.50

Matter:   59961.00006

Riemer & Braunstein LLP
100 Cambridge Street   Boston, Massachusetts 02114-2527

BOSTON        NEW YORK        CHICAGO        MIAMI        NEWPORT BEACH        BURLINGTON

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Claim Administration and Objections
Invoice: 624063

For Professional Services Rendered
Client.Matter Number: 59961.00006
Billing Period: From November 1, 2022 through June 29, 2023

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 11/15/2022 | MXT | Attention to collection letter from creditor and follow up communications with debtor and N. Dailey (No Charge Time) | 0.20 |
| 11/17/2022 | MXT | Review and attention to stay relief motions with respect to leased vehicles and related claims; send email communication to debtor regarding same | 0.30 |
| 11/17/2022 | ALB | Telephone call from LCohn re secured claim of equipment creditor | 0.10 |
| 11/17/2022 | ALB | Telephone call from BDelaney re secured claim of equipment creditor | 0.10 |
| 11/18/2022 | MXT | Email communications with debtor regarding return of leased vehicles in connection with creditor's claims and filed stay relief motions; follow up call from debtor regarding same | 0.20 |
| 11/18/2022 | MXT | Email communication to counsel for Toyota regarding leased vehicles and related claims with respect to filed stay relief motions; attention to documents regarding same | 0.20 |
| 11/22/2022 | MXT | Email communications with counsel for Toyota regarding stay relief motions and expired vehicle leases | 0.10 |
| 11/22/2022 | MXT | Attention to call with debtor and email communication regarding potential violation of the automatic stay and creditor holding credit for purchase | 0.20 |
| 11/28/2022 | MXT | Email communications with debtor and counsel for TVT regarding potential collection action through Chase bank account, and reservation of rights if violation of stay | 0.20 |
| 11/28/2022 | MXT | Email communications with debtor and N. Dailey regarding | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Claim Administration and Objections
Invoice: 624063                                                                    Page 3

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | collection letter from creditor, CST Worldwide (No Charge Time) | |
| 12/07/2022 | MXT | Email communication with debtor regarding tax claim and inquiry by debtor's principal related to notice; attention to documents regarding same (No Charge Time) | 0.10 |
| 12/16/2022 | ALB | Review series of email responses from client re potential claims (No Charge Time) | 0.20 |
| 12/22/2022 | MXT | Attention to documents and charts regarding claims related matters including with respect to chapter 11 plan exhibit (No Charge Time) | 0.40 |
| 01/11/2023 | ALB | Telephone call from Bill Delaney counsel to equipment lessor re apparent misunderstanding and lawsuit issue (No Charge Time) | 0.20 |
| 01/11/2023 | MXT | Email communications with debtor and creditor regarding repossession of vehicle; attention to documents regarding same | 0.30 |
| 01/12/2023 | ALB | Email from and email to M Toussaint as to concerns with ENGS equipment lessor action as to injunction and attachment on real estate (contrary to prior discussions that would bar same by agreement upon closing) and need to address (No Charge Time) | 0.20 |
| 01/12/2023 | MXT | Conference call with debtor regarding sale status and lawsuit filed by secured creditor / equipment lender (No Charge Time) | 0.10 |
| 01/24/2023 | NMD | Obtain claims register from Pacer, prepare and sent e-mail (No Charge Time) | 0.10 |
| 01/26/2023 | ALB | Telephone call to Macken re MDOR issues (No Charge Time) | 0.20 |
| 01/26/2023 | MXT | Attention to administrative expense claim filed by MA Department of Revenue; attention to documents and email communications with debtor and subchapter v trustee | 0.20 |

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Claim Administration and Objections
Invoice: 624063

Page 4

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 02/01/2023 | ALB | Email from and to Macken Toussaint re TVT claim (No Charge Time) | 0.10 |
| 02/06/2023 | ALB | Telephone conference with MToussaint and PSutton regarding Brickstone and enforcement efforts and strategy as well as avoidance claim and claim objection (No Charge Time) | 0.30 |
| 03/23/2023 | MXT | Attention to email from DIP lender regarding unused fee dispute and send response (No Charge Time) | 0.20 |
| 03/31/2023 | MXT | Emails and communications with A. Braunstein regarding claim of Commonwealth of MA for pre-petiton claim and administrative expense claims; attention to documents and case files (No Charge Time ) | 0.40 |
| 03/31/2023 | ALB | Telephone to C. Jackson regarding DOR plan negotiation inquiry | 0.10 |
| 03/31/2023 | ALB | Email from and email to J. O'Donnell of DOR regarding request for negotiations | 0.20 |
| 03/31/2023 | ALB | Further email exchanges with J. O'Donnell of DOR | 0.10 |
| 03/31/2023 | ALB | Further email exchanges with J. O'Donnell of DOR (No Charge Time) | 0.80 |
| 04/03/2023 | ALB | Email to SMurphy of MA DOR with plan, claim, and brief status (No Charge Time) | 0.10 |
| 04/04/2023 | ALB | Email from A Lizotte re ROC Funding (No Charge Time) | 0.10 |
| 04/06/2023 | ALB | Email from SWeiss re admin claim of McAullife's client | 0.10 |
| 04/17/2023 | ALB | Email to and from MVanDam with inquiry re Caggiano lien and objection and my proposed responsive position | 0.20 |
| 04/17/2023 | ALB | Email from Andrew seeking my position re bank analysis re Caggiano (No Charge Time) | 0.10 |
| 04/17/2023 | ALB | Email from McAuliffe re view on Caggiano's lien (No Charge | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Claim Administration and Objections
Invoice: 624063

Page 5

| Date | Initials | Narrative<br>Time) | Hours |
|---|---|---|---|
| 04/27/2023 | MXT | Conference with N. Dailey regarding Ally Bank's motion for relief from stay, and inquiry regarding no objection or response to be filed in light of the debtor already surrender the vehicle (No Charge Time) | 0.10 |
| 04/27/2023 | MXT | Attention to state court pleadings for collection proceedings filed against debtor and owner by vendor (MSI), and potential violation of the automatic stay; send email to vendor's counsel | 0.50 |
| 05/03/2023 | ALB | Email from E Ford representing customer; forward with comment to trustee | 0.10 |
| 05/04/2023 | MXT | Attention to email communications from counsel for customer creditor regarding potential claim and request for refund; send response with comments with copy to subchapter v trustee for handling matter going forward, and attention to documents (No Charge Time) | 0.40 |
| 05/05/2023 | MXT | Attention to follow up communications from counsel for creditor and subchapter v trustee regarding request for refund and unfinished projects and right to inventory materials to the extent they constitute identifiable goods; attention to cited state law statutes (No Charge Time) | 0.20 |
| 05/12/2023 | ALB | Telephone call from JMcAuliffe re negotiations for payment of MA admin claim (No Charge Time) | 0.40 |
| 05/26/2023 | ALB | Email from S Weiss re DOR lien | 0.10 |
| 05/26/2023 | ALB | Email to A Lizotte re DOR (No Charge Time) | 0.10 |
| 06/05/2023 | MXT | Call with counsel for creditor regarding deposit issues | 0.10 |
| 06/15/2023 | MXT | Attention to email communications and documents from counsel for creditor regarding deposit paid to debtor and proposed administrative expense claim | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Claim Administration and Objections
Invoice: 624063

Page 6

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 06/26/2023 | ALB | Review stay relief of First Citizens | 0.10 |
| 06/26/2023 | MXT | Attention to creditor's motion for relief from stay for equipment; attention to email communications with N. Dailey regarding calendar for scheduled hearings (No Time Charge) | 0.10 |
| 06/27/2023 | ALB | Receipt of admin claim motion (No Charge Time) | 0.10 |
| 06/27/2023 | ALB | Review emergency stay relief re First Citizens | 0.10 |

| | |
|---|---|
| Total Hours | 9.10 |
| Total Fees | $2,306.50 |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Total Disbursements | $0.00 |
| Total Bill | $2,306.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:  Mr. Edmilson  Ramos
            President

Re: Financing
Invoice: 620210                                                      Page 1

For Professional Services Rendered from
March 28, 2022 through October 31, 2022 as
described in detail on the attached accounting.

Fees ................................................................................................................. $      49,120.50

Expenses and Disbursements ......................................................................... $           0.00

Total ............................................................................................................... $      49,120.50

Matter:    59961.00007

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210                                                                 Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00007
Billing Period:  From March 28, 2022 through October 31, 2022

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/28/2022 | ALB | Telephone call to Attorney Nicosia re DIP Financing ("NO CHARGE TIME") | 0.10 |
| 03/28/2022 | ALB | Telephone call from DStukes re potential DIP loan ("NO CHARGE TIME") | 0.30 |
| 03/29/2022 | ALB | Series of e-mails and telephone call from D Stukes re DIP loan and requirements and responses from debtor (Carolline) ("NO CHARGE TIME") | 0.50 |
| 03/29/2022 | MXT | Attention to documents and email communications regarding potential DIP loan ("NO CHARGE TIME") | 0.80 |
| 03/29/2022 | ALB | Further work session with M Toussaint re DIP loan and allocation and collateral ("NO CHARGE TIME") | 0.30 |
| 03/29/2022 | ALB | Review updated budget regarding potential loan ("NO CHARGE TIME") | 0.20 |
| 03/29/2022 | ALB | Further e-mails to and from Don re DIP loan ("NO CHARGE TIME") | 0.20 |
| 03/30/2022 | ALB | Series of e-mails from DStukes re DIP loan ("NO CHARGE TIME") | 0.20 |
| 03/30/2022 | ALB | E-mail from and to several DIP lenders ("NO CHARGE TIME") | 0.20 |
| 03/30/2022 | ALB | Telephone call from DStukes re DIP loan ("NO CHARGE TIME") | 0.30 |
| 03/30/2022 | ALB | Summary e-mail from DStukes re DIP loan analysis ("NO CHARGE TIME") | 0.10 |
| 03/31/2022 | MXT | Attention to email communications and sources and uses | 0.30 |

# R I E M E R | B R A U N S T E I N

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210          Page 3

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | document regarding potential DIP loan; email to Alan B. regarding same ("NO CHARGE TIME") | |
| 03/31/2022 | ALB | E-mail from Don re DIP status ("NO CHARGE TIME") | 0.10 |
| 03/31/2022 | ALB | Telephone call from Monica of legalist re DIP loan | 0.50 |
| 03/31/2022 | ALB | Telephone call from SWeiss re agenda items and DIP loan status | 0.20 |
| 03/31/2022 | ALB | Telephone call from DStukes re DIP loan ("NO CHARGE TIME") | 0.10 |
| 03/31/2022 | ALB | Further telephone call from DStukes re potential DIP terms among 3 likely lenders ("NO CHARGE TIME") | 0.30 |
| 03/31/2022 | ALB | E-mail from Monica from Legalist re DIP status | 0.10 |
| 04/01/2022 | ALB | Series of e-mails from DStukes re DIP lender progress ("NO CHARGE TIME") | 0.10 |
| 04/04/2022 | ALB | Further e-mail exchanges to and from DIP lenders and client ("NO CHARGE TIME") | 0.20 |
| 04/04/2022 | ALB | Series of telephone call from Debtor (Edy and Carolline) re DIP loan status and projected timing | 0.30 |
| 04/04/2022 | ALB | Series of e-mails re DIP loan progress and requests ("NO CHARGE TIME") | 0.20 |
| 04/04/2022 | ALB | Telephone conference with DIP lender group and Debtor on proposed loan (Carolline and later Edy) ("NO CHARGE TIME") | 0.80 |
| 04/05/2022 | ALB | Series of e-mails re DIP loan progress ("NO CHARGE TIME") | 0.20 |
| 04/05/2022 | ALB | Further e-mails re DIP lenders including intended approval and LOI ("NO CHARGE TIME") | 0.20 |
| 04/05/2022 | ALB | Telephone call from DStukes re DIP loan status ("NO CHARGE TIME") | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210                                                                Page 4

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 04/05/2022 | MXT | Review request from D. Stukes regarding information needed for potential DIP loan, and send response; attention to due diligence documents regarding same ("NO CHARGE TIME") | 0.70 |
| 04/06/2022 | ALB | Receipt of proposed DIP term sheet | 0.20 |
| 04/06/2022 | ALB | E-mail from Macken with analysis of DIP loan ("NO CHARGE TIME") | 0.10 |
| 04/06/2022 | ALB | E-mail to MToussaint responding to analysis of DIP Loan ("NO CHARGE TIME") | 0.30 |
| 04/06/2022 | ALB | Receipt of proposed DIP term sheet ("NO CHARGE TIME") | 0.20 |
| 04/06/2022 | MXT | Review Legalist DIP term sheet from A. Braunstein and send comments; review documents regarding same | 2.00 |
| 04/07/2022 | ALB | E-mail from DGraxes re sources and uses proposal for DIP Loan ("NO CHARGE TIME") | 0.10 |
| 04/08/2022 | ALB | Telephone call to DStukes re reduced DIP Loan ("NO CHARGE TIME") | 0.20 |
| 04/08/2022 | ALB | Telephone call from additional potential dip lender ("NO CHARGE TIME") | 0.40 |
| 04/08/2022 | MXT | Review documents regarding potential DIP financing; email communications with debtor and potential lender | 1.20 |
| 04/09/2022 | ALB | Telephone call from Don Stukes re potential DIP Loan ("NO CHARGE TIME") | 0.30 |
| 04/09/2022 | ALB | Telephone call from Don Stukes re potential DIP ("NO CHARGE TIME") | 0.30 |
| 04/10/2022 | MXT | Prepare draft form DIP financing motion; attention to and review documents regarding same | 3.40 |
| 04/11/2022 | ALB | Telephone call from Don re DIP Loan ("NO CHARGE TIME") | 0.20 |
| 04/11/2022 | ALB | E-mail from Don as to DIP loan progress ("NO CHARGE | 0.20 |

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | TIME") | |
| 04/11/2022 | ALB | E-mail from Don re DIP loan ("NO CHARGE TIME") | 0.20 |
| 04/11/2022 | ALB | E-mail from Attorney Nicosia with attachments as to DIP efforts and progress ("NO CHARGE TIME") | 0.20 |
| 04/11/2022 | ALB | E-mail from MToussaint re DIP Loan ("NO CHARGE TIME") | 0.20 |
| 04/11/2022 | MXT | Attention to draft form DIP financing agreement, and attention to documents regarding same ("NO CHARGE TIME") | 0.90 |
| 04/11/2022 | MXT | Review term sheet from potential DIP lender, Edgewood ("NO CHARGE TIME") | 0.80 |
| 04/12/2022 | MXT | Prepare for and attend conference call with potential DIP lender, the debtor and A. Braunstein | 0.70 |
| 04/12/2022 | MXT | Attention to draft DIP financing agreement; attention to and review documents regarding same | 3.40 |
| 04/13/2022 | MXT | Attention to communications and attend conference calls with potential nonbank lenders regarding potential DIP financing; attention to follow up emails with debtor and others related to same ("NO CHARGE TIME") | 2.40 |
| 04/13/2022 | MXT | Attention to email communications with D. Stukes regarding potential DIP financing ("NO CHARGE TIME") | 0.10 |
| 04/14/2022 | MXT | Attention to email communications and documents regarding dip financing and ComCap lender ("NO CHARGE TIME") | 0.50 |
| 04/14/2022 | MXT | Work on potential DIP financing and respond to email inquiries, and due diligence matters | 0.20 |
| 04/15/2022 | MXT | Prepare for and attend conference call with potential DIP lender regarding post-petition financing | 0.60 |
| 04/15/2022 | MXT | Work on due diligence documents for potential DIP financing and send same to potential DIP lender | 1.80 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210                                                     Page 6

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/16/2022 | MXT | Prepare and revise form DIP financing agreement related to Gillis group ("NO CHARGE TIME") | 0.80 |
| 04/16/2022 | MXT | Attention to documents and communications with debtor regarding loan application for DIP financing with ComCap ("NO CHARGE TIME") | 0.20 |
| 04/17/2022 | MXT | Attention to email communications with potential DIP lender (Gillis) and requests for due diligence information ("NO CHARGE TIME") | 0.60 |
| 04/18/2022 | MXT | Email communications with potential DIP lender and due diligence matters; review and attention to documents regarding same including use of funds, and tax returns | 2.00 |
| 04/19/2022 | MXT | Prepare for and attend conference call with potential DIP lender (Legalist); attention to due diligence documents and follow up emails regarding same and financing terms | 2.20 |
| 04/19/2022 | MXT | Attention to due diligence documents for potential DIP lender (Gillis); follow up email communications regarding same ("NO CHARGE TIME") | 0.50 |
| 04/20/2022 | MXT | Attention to and review additional due diligence documents and requests with respect to potential DIP lenders, and attention to email communications with debtor regarding same including financial statements for potential guarantors to DIP loan ("NO CHARGE TIME") | 1.90 |
| 04/20/2022 | MXT | Review draft form loan and security agreement for potential DIP loan with Legalist based on further changes to term sheet; email communications regarding same | 2.50 |
| 04/20/2022 | MXT | Call from potential DIP lender (Big Shoulders Capital ("NO CHARGE TIME") | 0.30 |
| 04/20/2022 | MXT | Attention to due diligence documents and communications with potential DIP lender (Big Shoulder Capital ) regarding same ("NO CHARGE TIME") | 0.70 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210                                                                                     Page 7

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/20/2022 | MXT | Review revised term sheet from potential DIP lender (Legalist) and send comments; attention to follow up email communications regarding same | 2.00 |
| 04/20/2022 | ALB | Telephone conference with Eyton Analston and Barrett Arthur of big shoulders capital with MT re potential DIP loan ("NO CHARGE TIME") | 0.80 |
| 04/21/2022 | MXT | Review and attention to due diligence documents regarding potential post petition financing with respect to two potential DIP lenders (Gillis and Big Shoulders Capital); email communications regarding same ("NO CHARGE TIME") | 2.00 |
| 04/21/2022 | MXT | Prepare document regarding debtor's projects and work in progress for potential DIP financing motion ; share with debtor and request additional information related to same | 1.00 |
| 04/21/2022 | MXT | Prepare draft DIP financing motion for potential post-petition lending; review documents regarding same | 2.00 |
| 04/21/2022 | MXT | Email communication to subchapter v trustee regarding potential DIP financing and status | 0.10 |
| 04/21/2022 | MXT | Prepare and send Email communication to potential DIP lender regarding status and term sheet from other interested party; attention to documents regarding same | 0.40 |
| 04/21/2022 | MXT | Continue to review emails and documents regarding due diligence for potential DIP financing | 2.00 |
| 04/21/2022 | ALB | Series of e-mails and analysis re DIP loans and status updates ("NO CHARGE TIME") | 0.30 |
| 04/21/2022 | ALB | E-mails from various parties as to DIP account and loan efforts ("NO CHARGE TIME") | 0.40 |
| 04/21/2022 | ALB | Telephone call from and telephone call to MToussaint as to continued efforts at agenda items and means to address impediments and language in DIP loan ("NO CHARGE TIME") | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210                                                                 Page 8

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 04/22/2022 | MXT | Conference call with potential DIP lender (Gillis) regarding status and financial information, including potential interest for exit financing and purchase of existing notes; attention to documents regarding same ("NO CHARGE TIME") | 0.40 |
| 04/22/2022 | MXT | Attention to due diligence documents for new potential DIP lender from A. Braunstein (Steeple Chase); follow up email communications regarding same ("NO CHARGE TIME") | 0.30 |
| 04/24/2022 | MXT | Prepare and send follow up communication to subchapter v trustee regarding status of search for DIP financing; attention to documents regarding same | 0.20 |
| 04/24/2022 | MXT | Further attention to due diligence documents for potential DIP financing | 0.40 |
| 04/24/2022 | MXT | Email communications with other potential DIP lenders or interested parties regarding status of potential DIP loan and timing issues | 0.10 |
| 04/24/2022 | MXT | Prepare and review draft form DIP financing motion; attention to documents regarding same | 1.50 |
| 04/24/2022 | MXT | Prepare list of potential DIP lenders contacted to far and send to potential DIP Lender (Steeple Chase) as requested; attention to documents regarding same ("NO CHARGE TIME") | 0.80 |
| 04/24/2022 | MXT | Email communications with Ernie and George Gillis regarding status of potential DIP loan and timing issues ("NO CHARGE TIME") | 0.10 |
| 04/25/2022 | MXT | Attention to brief case law research for DIP financing motion and authority for super-priority lien; attention to and prepare draft from DIP financing motion | 1.50 |
| 04/25/2022 | MXT | Attend conference call with new potential DIP lender from Ernie B.; attention to documents regarding same ("NO CHARGE TIME") | 0.60 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210                                                                                    Page 9

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/25/2022 | MXT | Attention to and prepare due diligence document package for potential new DIP lender and send to CompCap ("NO CHARGE TIME") | 0.80 |
| 04/25/2022 | MXT | Review corporate, financial and other due diligence documents for potential DIP financing commitment related to Legalist; send same to Legalist | 1.50 |
| 04/25/2022 | MXT | Attention to further due diligence documents, and application for new potential DIP financing inquiry | 0.50 |
| 04/25/2022 | MXT | Review term sheet from legalist for potential DIP financing and attention to changes related to break-up fee; follow up email communications related to same | 0.70 |
| 04/25/2022 | ALB | Zoom meeting with MToussaint and potential DIP lender group and after brief presentation explain why 2 percent interest per month in not a rate I would ever seek to bring to the court ("NO CHARGE TIME") | 0.40 |
| 04/25/2022 | ALB | Conference with MToussaint after call and my rationale for not recommending to client latest loan proposal ("NO CHARGE TIME") | 0.20 |
| 04/25/2022 | ALB | E-mail from and to D Pearce re potential DIP arranged by Steeplechase Group ("NO CHARGE TIME") | 0.10 |
| 04/26/2022 | MXT | Follow up communications with potential DIP lenders regarding status and issues related to potential terms; attention to documents regarding same | 0.80 |
| 04/26/2022 | MXT | Review documents and attention to email communications regarding potential DIP financing terms for ComCap lender ("NO CHARGE TIME") | 0.20 |
| 04/26/2022 | MXT | Attend conference call with client and A. Braunstein regarding strategies and next step, and status of DIP financing inquiries; attention to documents regarding same | 0.70 |
| 04/26/2022 | MXT | Communications related to conference call with debtor and | 0.80 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210                                    Page 10

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | logistics; attention to documents to prepare for client conference call ("NO CHARGE TIME") | |
| 04/26/2022 | MXT | Attention to emails and documents regarding revision to term sheet from legalist; conference with A. Braunstein regarding same | 0.50 |
| 04/26/2022 | ALB | Review revised legalist proposal ("NO CHARGE TIME") | 0.10 |
| 04/26/2022 | ALB | Telephone call to MToussaint re Legalist ("NO CHARGE TIME") | 0.10 |
| 04/26/2022 | ALB | Telephone call to DStukes re sale lease back scenario but preserving as to Bay Colony ("NO CHARGE TIME") | 0.30 |
| 04/26/2022 | ALB | E-mail from proposed lender("NO CHARGE TIME") | 0.10 |
| 04/27/2022 | MXT | Attention to email communications with D. Stukes and A. Braunstein regarding new potential sale leaseback option; follow up emails regarding case status and additional concerns, and attention to documents regarding same ("NO CHARGE TIME") | 1.20 |
| 04/27/2022 | MXT | Communication with A. Braunstein regarding potential DIP financing inquiry to existing senior secured creditors ("NO CHARGE TIME") | 0.10 |
| 04/27/2022 | MXT | Email communications with potential DIP lender (ComCap) regarding potential DIP financing terms and concerns related to same; attention to documents regarding same ("NO CHARGE TIME") | 0.20 |
| 04/27/2022 | MXT | Email communications with A. Braunstein regarding new potential sale leaseback option as potential post petition funding ("NO CHARGE TIME") | 0.10 |
| 04/27/2022 | MXT | Conference call with A. Braunstein and Valstone Parners regarding potential sale leaseback option and DIP financing inquiry ("NO CHARGE TIME") | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210                                                      Page 11

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/27/2022 | MXT | Attention to due diligence documents for potential DIP lender Valstone Partners and forward same with email communication ("NO CHARGE TIME") | 0.80 |
| 04/27/2022 | ALB | E-mail from D Stukes and telephone call to DStukes re potential sale lease back ("NO CHARGE TIME") | 0.20 |
| 04/27/2022 | ALB | Further e-mail from and telephone call from D Stukes re alternative of 5 to 6 million DIP loan | 0.10 |
| 04/27/2022 | MXT | Attention to email communications regarding inquiries from D. Stukes related to search for DIP financing ("NO CHARGE TIME") | 0.20 |
| 04/28/2022 | ALB | Work session with MToussaint re DIP loan approach and preparation for hearing ("NO CHARGE TIME") | 0.40 |
| 04/28/2022 | ALB | Series of e-mails from DStukes re financing ("NO CHARGE TIME") | 0.10 |
| 04/28/2022 | ALB | Review debtor decision re DIP loan ("NO CHARGE TIME") | 0.10 |
| 04/28/2022 | MXT | Further review of documents regarding DIP lender commitment, and attention to email communications related to same | 1.00 |
| 04/29/2022 | MXT | Additional conference call with new potential lender for DIP financing; attention to documents regarding same | 0.60 |
| 04/29/2022 | MXT | Attention to follow up email communications with debtor regarding new DIP financing call with Spectrum Commercial for potential back up plan; attention to documents regarding same("NO CHARGE TIME") | 1.00 |
| 05/02/2022 | MXT | Attention to form DIP financing order; attention to documents regarding same | 0.30 |
| 05/03/2022 | MXT | Attention to and review documents regarding follow up due diligence request from Legalist | 0.60 |
| 05/03/2022 | MXT | Review and work on DIP financing budget; attention to | 2.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210                                                          Page 12

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | documents and email communications with debtor and Legalist regarding same | |
| 05/03/2022 | ALB | Telephone call to and telephone call from MVanDam re DIP loan | 0.20 |
| 05/03/2022 | ALB | Telephone conference with MToussaint and DIP lender ("NO CHARGE TIME") | 1.20 |
| 05/03/2022 | ALB | Conference with MTousaint re call with proposed lender and Avidia's counsel position ("NO CHARGE TIME") | 0.10 |
| 05/03/2022 | ALB | E-mail from proposed DIP lender and respond to inquiry("NO CHARGE TIME") | 0.20 |
| 05/04/2022 | MXT | Prepare sources and uses related to Legalist potential DIP financing | 0.60 |
| 05/04/2022 | MXT | Meet with debtor related to DIP budget for Legalist potential financing | 0.80 |
| 05/04/2022 | MXT | Work on draft term sheet for potential DIP financing ; follow up communication with trustee regarding same | 1.20 |
| 05/04/2022 | MXT | Work on DIP budget for potential Legalist financing | 0.70 |
| 05/05/2022 | MXT | Attention to DIP budget for legalist potential financing and send to potential lender | 0.20 |
| 05/05/2022 | MXT | Prepare and review DIP financing motion; attention to and review documents regarding same | 2.00 |
| 05/06/2022 | MXT | Attention to and prepare due diligence documents for new potential DIP financing lender and Helder; email with debtor related to same ("NO CHARGE TIME") | 1.70 |
| 05/06/2022 | MXT | Follow up communications with potential DIP lender, Sleepless ("NO CHARGE TIME") | 0.10 |
| 05/06/2022 | MXT | Prepare and review Legalist form DIP financing agreement ("NO CHARGE TIME") | 2.00 |

# R I E M E R | B R A U N S T E I N

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210                                                              Page 13

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 05/08/2022 | MXT | Work on and review Legalist form DIP financing agreement; attention to documents regarding same | 2.50 |
| 05/09/2022 | MXT | Attention to Legalist form DIP financing agreement and work on comments; follow up email communications regarding same and from DIP financing order | 3.20 |
| 05/09/2022 | MXT | Work on and review draft DIP financing motion; attention to and review documents regarding same | 1.30 |
| 05/09/2022 | MXT | Attention to documents and email communications regarding comments to Legalist from DIP financing agreement | 0.20 |
| 05/09/2022 | ALB | E-mail to MToussaint re initial comments on DIP loan ("NO CHARGE TIME") | 0.20 |
| 05/10/2022 | MXT | Continue to work on draft DIP financing motion for super priority lien, and attention to documents regarding same | 4.70 |
| 05/10/2022 | MXT | Attention to brief case law research and documents regarding DIP financing motion and super priority lien issue | 1.20 |
| 05/10/2022 | MXT | Review comments from Legalist to form DIP financing agreement; attention to and send additional comments related to same | 1.50 |
| 05/10/2022 | MXT | Attention to local rules and pleadings related to case in relation to additional comments to Legalist form DIP financing agreement | 0.50 |
| 05/11/2022 | MXT | Prepare and work on draft proposed DIP financing orders, both final and interim; attention to documents regarding same | 4.40 |
| 05/11/2022 | MXT | Continue to work on draft DIP financing motion and make changes with respect to requirements under application sections of bankruptcy code for priming liens; attention to and review documents regarding same | 3.00 |
| 05/11/2022 | ALB | Review latest draft of DIP Motion  ("NO CHARGE TIME") | 0.20 |
| 05/11/2022 | ALB | Work session with MToussaint re DIP loan ("NO CHARGE | 0.10 |

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210                                                       Page 14

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | TIME") | |
| 05/12/2022 | MXT | Review and revise Legalist credit agreement including with respect to discussion with proposed DIP lender | 2.40 |
| 05/12/2022 | MXT | Further review of DIP financing motion and work on DIP credit agreement; attention to and review documents regarding same | 1.50 |
| 05/12/2022 | MXT | Attention to documents and email communication with subchapter v trustee regarding comments to proposed order related to DIP financing motion to be filed on an emergency basis | 0.60 |
| 05/12/2022 | MXT | Work on and review draft DIP financing motion and send to proposed DIP lender; review and attention to documents regarding same | 2.60 |
| 05/12/2022 | MXT | Revise DIP budget and change to sources and uses format | 0.80 |
| 05/12/2022 | MXT | Conference call with Legalist, proposed DIP lender, regarding status of comments to loan agreement and open issues; attention to and review documents regarding same | 1.00 |
| 05/13/2022 | MXT | Revise further DIP credit agreement, and proposed DIP financing order | 1.20 |
| 05/13/2022 | MXT | Additional revision to DIP financing agreement and related documents; emails with proposed DIP lender related to same | 1.80 |
| 05/13/2022 | MXT | Revise sources and uses budget for DIP credit agreement; call with debtor related to same | 1.10 |
| 05/13/2022 | MXT | Attention to email communication with counsel for Avidia regarding proposed terms for DIP financing; follow up communication with A. Braunstein regarding same ("NO CHARGE TIME") | 0.10 |
| 05/13/2022 | ALB | Review DIP financing status and latest revisions ("NO CHARGE TIME") | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210                                                          Page 15

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 05/13/2022 | ALB | Review e-mail from Remy at Legalist as to one exception with comments("NO CHARGE TIME") | 0.10 |
| 05/13/2022 | ALB | Review e-mail revisions regarding DIP Financing ("NO CHARGE TIME") | 0.20 |
| 05/13/2022 | ALB | Conference with MToussaint re DIP financing strategy ("NO CHARGE TIME") | 0.20 |
| 05/13/2022 | ALB | Review budget related to DIP financing ("NO CHARGE TIME") | 0.10 |
| 05/15/2022 | MXT | Attention to final revision to DIP credit agreement, and executed copy, and send to parties in interest for signature | 0.70 |
| 05/15/2022 | MXT | Review and attention to draft DIP financing order | 0.90 |
| 05/16/2022 | ALB | Review motion for borrowing("NO CHARGE TIME") | 0.30 |
| 05/16/2022 | MXT | Review documents regarding terms of DIP financing loan from other potential lenders to compare against terms proposed in DIP financing motion ("NO CHARGE TIME") | 1.00 |
| 05/16/2022 | ALB | E-mail from SMenuier requesting call re DIP loan and proposed order and respond ("NO CHARGE TIME") | 0.10 |
| 05/17/2022 | MXT | Conference call with US Trustee's office and A. Braunstein regarding comments and potential objection to DIP financing motion and proposed DIP financing order | 1.00 |
| 05/17/2022 | MXT | Email communications with proposed DIP financing order regarding potential objections to DIP financing motion and proposed terms | 1.00 |
| 05/17/2022 | MXT | Attention to notes and prepare for hearing related to status conference for potential plan, and DIP financing motion; review documents regarding proposed terms of DIP financing ("NO CHARGE TIME") | 2.80 |
| 05/17/2022 | MXT | Attention to documents and prepare for call with debtor related to status conference and hearing on DIP financing | 0.70 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210                                                        Page 16

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | motion | |
| 05/17/2022 | ALB | E-mail from DStukes re DIP status ("NO CHARGE TIME") | 0.10 |
| 05/17/2022 | ALB | Telephone conference with SMeniur, LTingue and MToussaint re DIP Loan ("NO CHARGE TIME") | 1.00 |
| 05/17/2022 | ALB | Conference with MToussaint re DIP loan analysis and response to trustee as to inquiry of other lenders and counsel communications ("NO CHARGE TIME") | 0.30 |
| 05/17/2022 | ALB | Receipt review of opposition of Avidia Bank for loan ("NO CHARGE TIME") | 0.10 |
| 05/17/2022 | ALB | Further work session with MToussaint re DIP loan and approach to tomorrow's hearing including means to address Avidia objection ("NO CHARGE TIME") | 0.60 |
| 05/18/2022 | MXT | Attention to and review documents and prepare for hearing on emergency motion for DIP financing motion, and status report conference | 1.00 |
| 05/18/2022 | MXT | Attend hearing regarding interim order on DIP financing motion, and status conference report in connection with potential amended chapter 11 plan | 1.00 |
| 05/18/2022 | MXT | Revise interim DIP financing order, and send email communications to secured creditors and US Trustee's office regarding same | 1.20 |
| 05/18/2022 | MXT | Attention to follow up communications regarding comments to proposed DIP interim financing order including with counsel for Avidia and with proposed DIP lender; send proposed DIP interim financing order to the court | 0.50 |
| 05/18/2022 | ALB | Attend portion of hearing (no appearance) re DIP loan ("NO CHARGE TIME") | 0.30 |
| 05/18/2022 | ALB | Conference with MToussaint after hearing and DIP loan("NO CHARGE TIME") | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210                                                                 Page 17

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 05/18/2022 | ALB | Series of e-mails relating to DIP loan and order ("NO CHARGE TIME") | 0.10 |
| 05/19/2022 | MXT | Attention to and prepare notice of entry of interim DIP financing order, and revision to certificate of service related to same; attention to documents regarding same | 0.50 |
| 05/19/2022 | MXT | Attention to email communications and calls with DIP financing lender and debtor regarding entry of interim order and logistics for wiring of DIP funding | 0.40 |
| 05/20/2022 | MXT | Revise further notice of interim DIP financing order and final hearing, and corresponding certificate of service; attention to prior service list documents regarding same ("NO CHARGE TIME") | 0.90 |
| 05/20/2022 | MXT | Review proceeding memo of bankruptcy court related to final hearing on DIP financing motion; email communications with A. Hall regarding same and notice of entry of interim DIP order and logistics for filing of same ("NO CHARGE TIME") | 0.40 |
| 05/25/2022 | MXT | Conference call with Spectrum regarding status of DIP financing request and potential exit funding for plan confirmation ("NO CHARGE TIME") | 0.10 |
| 06/07/2022 | ALB | Work session with MToussaint re DIP loan issues ("NO CHARGE TIME") | 0.20 |
| 06/14/2022 | MXT | Attention to email communications with DIP lender regarding financial reporting and related matters | 0.10 |
| 06/21/2022 | MXT | Prepare and review supplement to DIP financing motion including reconciliation for use of interim DIP funding; follow up email communications with DIP lender regarding same and proposed order | 1.40 |
| 06/23/2022 | MXT | Prepare and revise draft supplement to DIP financing motion including with respect to US Trustee's limited objection; attention to documents regarding same including use of | 1.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210                                                                                   Page 18

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | interim funding | |
| 06/24/2022 | MXT | Prepare for hearing and attention to documents regarding DIP financing motion and cash collateral motion | 0.50 |
| 06/24/2022 | MXT | Attend continued hearing on DIP financing motion, and cash collateral motion | 0.70 |
| 07/11/2022 | MXT | Prepare notice of second supplement to DIP financing motion; attention to other documents regarding same | 0.80 |
| 07/11/2022 | MXT | Attention to follow up communications with debtor regarding status for second supplement to DIP financing motion ("NO CHARGE TIME") | 0.20 |
| 07/11/2022 | MXT | Review DIP financing budget breakdown and email debtor regarding same and DIP financing sources and uses budget related to continued hearing | 2.50 |
| 07/12/2022 | MXT | Review and revise amended DIP financing interim funding reconciliation, and prepare comments for supplement to sources and uses DIP financing budget | 2.00 |
| 07/12/2022 | MXT | Prepare and revise second notice of supplement to DIP financing motion | 0.50 |
| 07/15/2022 | MXT | Email communications with potential interested parties regarding plan filing and potential refinancing of DIP loan ("NO CHARGE TIME") | 0.10 |
| 07/19/2022 | MXT | Attention to email and document regarding proposed final DIP financing order | 0.10 |
| 07/19/2022 | MXT | Conference call with DIP lender regarding case status and inquiries related to pending stay relief pleadings; attention to documents regarding same ("NO CHARGE TIME") | 0.30 |
| 07/20/2022 | MXT | Prepare and review proposed second DIP financing order, and share with DIP lender; attention to and review documents and email communications regarding same | 1.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 620210                                                                                      Page 19

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 08/03/2022 | MXT | Email communication to potential lender Big Shoulder Capital regarding inquiry for lending relationship and potential purchase of secured claim; send response regarding scheduled call with A. Braunstein and amended chapter 11 plan and status of DIP loan; attention to documents ("NO CHARGE TIME") | 0.50 |
| 08/04/2022 | ALB | Telephone conference with Arthur Barrett and Eyton of Big Shoulders Capital ("NO CHARGE TIME") | 0.70 |
| 08/04/2022 | ALB | E-mail to Debtor (Edy) and Attorney Nicosia re arrangement for Arthu rB to view site ("NO CHARGE TIME") | 0.10 |
| 08/04/2022 | ALB | Further call from Arthur B re Monday site visit ("NO CHARGE TIME") | 0.20 |
| 08/08/2022 | MXT | Email with Big Shoulders regarding visit to Top Line and request for financial information; attention to and send requested financial documents; follow up communications with A. Braunstein regarding same ("NO CHARGE TIME") | 0.50 |
| 08/08/2022 | ALB | E-mails from and to MToussaint re Big Shoulders and potential exit financing ("NO CHARGE TIME") | 0.20 |
| 08/25/2022 | MXT | Prepare draft motion to continue hearing on DIP financing motion; attention to documents regarding same | 1.20 |

Total Hours                                                                                           155.30

Total Fees                                                                                      $49,120.50

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention: Mr. Edmilson Ramos
President

Re: Financing
Invoice: 624060

Page 1

For Professional Services Rendered from
November 1, 2022 through June 29, 2023 as
described in detail on the attached accounting.

Fees ................................................................................................ $ 685.00

Expenses and Disbursements ........................................................ $ 123.43

Total ............................................................................................... $ 808.43

Matter: 59961.00007

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing
Invoice: 624060                                                    Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00007
Billing Period: From November 1, 2022 through June 29, 2023

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 11/03/2022 | MXT | Conference call with DIP lender and debtor regarding case status and inquiries related to pending asset sale related to DIP loan repayment and related issues | 0.20 |
| 11/03/2022 | MXT | Review email communication from DIP lender regarding unused fee and send response; review DIP loan agreement regarding same | 0.50 |
| 11/09/2022 | MXT | Review payoff statement from DIP lender and send comments related to disputed charge | 0.30 |
| 01/24/2023 | MXT | Attention to DIP financing order and communications with lender regarding wiring instructions for potential paydown of DIP loan (No Charge Time) | 0.10 |
| 01/24/2023 | MXT | Review and attention to DIP financing agreement for lender remedies (No Charge Time) | 0.10 |
| 02/21/2023 | MXT | Review and respond to email communications with DIP lender regarding updated invoice / pay off statement, and due diligence reporting; send response and attention to documents regarding same | 0.30 |
| 04/12/2023 | ALB | Telephone call from Macken re hearing agenda (No Charge Time) | 0.10 |
| 05/11/2023 | MXT | Attention to financing payoff statement from lender, and email communications (No Charge Time) | 0.10 |
| 06/01/2023 | MXT | Attention to email communication regarding DIP loan payoff and request from Avidia Bank | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Financing

| | |
|---|---|
| Total Hours | 1.80 |
| Total Fees | $685.00 |

Riemer & Braunstein LLP
100 Cambridge Street  Boston, Massachusetts 02114-2527

BOSTON     NEW YORK     CHICAGO     MIAMI     NEWPORT BEACH     BURLINGTON

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

January 9, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:   Mr. Edmilson  Ramos
             President

Re: Litigation
Invoice: 620651                                                          Page 1

For Professional Services Rendered from
March 25, 2022 through October 31, 2022 as
described in detail on the attached accounting.

Fees ........................................................................................................... $     11,059.50

Expenses and Disbursements ..................................................................... $          0.00

Total ........................................................................................................... $     11,059.50

Matter:   59961.00008

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

January 9, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Litigation
Invoice: 620651                                                                    Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00008
Billing Period:   From March 25, 2022 through October 31, 2022

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/25/2022 | MXT | Review due diligence documents and information regarding dispute and potential litigation with Merchant Capital ("NO CHARGE TIME") | 1.00 |
| 03/26/2022 | ALB | Series of e-mails from MToussaint re letter to hard money lenders ("NO CHARGE TIME") | 0.10 |
| 03/28/2022 | ALB | Forward from Debtor (Carolline) re e-mail from Chris at Regents regarding debt pursuit and intent to contact customers | 0.10 |
| 03/28/2022 | ALB | Telephone call to Chris of Regents re filing of bankruptcy and automatic stay | 0.10 |
| 03/28/2022 | ALB | E-mail to client as to call with Chris at Regents Collection related to filing | 0.10 |
| 03/29/2022 | ALB | E-mail from AJ Equity Group and e-mail to Edy as to whether it is hard money lender and consider response | 0.10 |
| 03/30/2022 | ALB | Telephone call from Debtor (Carolline) re letter from creditor lender to vendor and impact on contracts | 0.10 |
| 03/30/2022 | ALB | Review e-mail from Debtor (Carolline) as to letter sent by hard money lender to creditors | 0.10 |
| 03/30/2022 | ALB | E-mail from and to PNicosia and respond as to letter to creditors by hard money lender ("NO CHARGE TIME") | 0.10 |
| 03/30/2022 | ALB | Telephone call from Debtor (Edy) re impact of creditor letter in violation of stay and impact on contracts especially in light of vendors vowing to work with debtor | 0.20 |
| 03/30/2022 | ALB | Work on letter to Triton regarding hard money lender | 0.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

January 9, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Litigation
Invoice: 620651                                                                         Page 3

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 03/30/2022 | ALB | E-mail from Debtor (Carolline) re impact of creditor letter and need to avert further damage | 0.10 |
| 03/30/2022 | MXT | Review and attention to credit card processing agreement, and hard money lender factoring agreement related to debtor inquiries for fees being charged or deducted | 1.00 |
| 03/31/2022 | ALB | Series of e-mails from Debtor (Carolline) and review and respond re alleged stay violations | 0.20 |
| 03/31/2022 | ALB | Telephone call to Triton re stay violation but no response | 0.10 |
| 03/31/2022 | ALB | Telephone call to diverse and advise of counsel | 0.10 |
| 03/31/2022 | ALB | E-mail from M. Toussaint with comments to stay letter ("NO CHARGE TIME") | 0.10 |
| 03/31/2022 | ALB | Draft e-mail to Triton re resolution actions of cash money lender | 0.10 |
| 03/31/2022 | ALB | E-mail from PSutton with comments to letter ("NO CHARGE TIME") | 0.10 |
| 03/31/2022 | ALB | Draft proposed letter re stay violation | 0.40 |
| 04/01/2022 | MXT | Email communications and attention to documents about hard money lenders and post-petition stay violations including withdrawals by ROC Funding | 0.70 |
| 04/01/2022 | ALB | Two e-mails from Debtor (Luciana) re cash money lenders continued efforts to facilitate removal of funds | 0.10 |
| 04/01/2022 | ALB | Revise and finalize letter to hard money lender notifying customers as alleged stay violations | 0.30 |
| 04/01/2022 | ALB | Draft letters to other hard money lenders re alleged stay violations | 0.50 |
| 04/01/2022 | ALB | Work session with and e-mails to Angela re facilitating delivery to stop hard money lenders from demanding monies | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

January 9, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Litigation
Invoice: 620651                                                          Page 4

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | from customers ("NO CHARGE TIME') | |
| 04/01/2022 | ALB | E-mail from Debtor (Luciana) re TVT and respond to cash money lender | 0.10 |
| 04/01/2022 | ALB | Finalize letters re stay violation | 0.20 |
| 04/03/2022 | ALB | Review e-mail from ARC collection agency for AJ Equity | 0.10 |
| 04/03/2022 | ALB | Telephone call to collection entity | 0.10 |
| 04/04/2022 | ALB | E-mail from Ultra and Brickstone counsel responsive to letter | 0.10 |
| 04/04/2022 | ALB | E-mail from E Gilerman for Triton and follow up re allegations | 0.20 |
| 04/04/2022 | ALB | E-mail from and to Debtor (Lucinda) re cash money lender actions | 0.10 |
| 04/05/2022 | ALB | Series of e-mails from lenders responsive to letters re alleged stay violations | 0.10 |
| 04/05/2022 | DMH | Send online public records request to Massachusetts Attorney General's Office concerning usury records for 10 companies | 0.30 |
| 04/05/2022 | MXT | Review documents regarding usury issues related to hard money lenders; follow up communications with Nicole D. and Dennis H. regarding contacting Attorney General's office for registration of such lenders ("NO CHARGE TIME") | 0.70 |
| 04/06/2022 | ALB | E-mails from and to client re cash money lender ("NO CHARGE TIME") | 0.10 |
| 04/06/2022 | ALB | E-mail from and to Luciana Oliveira re ROC funding actions and postpetition transfers | 0.10 |
| 04/06/2022 | ALB | Series of e-mails from and to P. Nicosia re Allegheny litigation ("NO CHARGE TIME") | 0.10 |
| 04/06/2022 | MXT | Attention to email communications with A. Braunstein regarding actions of hard money lenders, related issues, and | 1.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

January 9, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Litigation
Invoice: 620651                                                       Page 5

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | potential cause of action ("NO CHARGE TIME") | |
| 04/06/2022 | ALB | E-mail from and to counsel to Diverse, a cash money lender | 0.10 |
| 04/06/2022 | ALB | E-mail from Debtor (Luciana Oliveira) re Ultra, a cash money lender | 0.10 |
| 04/07/2022 | DMH | Obtain copies of dockets from Lowell District Court and Middlesex Superior Court websites ("NO CHARGE TIME") | 0.20 |
| 04/07/2022 | MXT | Review dockets for pending state court actions and prepare suggestion of bankruptcy; attention to email communications regarding same | 1.10 |
| 04/07/2022 | ALB | E-mail from and to E Gillerman, counsel to Diverse Capital re post-petition stay violation | 0.10 |
| 04/07/2022 | ALB | E-mail from Debtor (Luciana) re Diverse Capital contracts | 0.40 |
| 04/07/2022 | ALB | Telephone conference with EGillerman re Diverse Capital issues | 0.40 |
| 04/07/2022 | ALB | Review dockets (3) of pending litigation ("NO CHARGE TIME') | 0.10 |
| 04/07/2022 | ALB | Consideration of approach re counterclaim in pending litigation and potential removal ("NO CHARGE TIME") | 0.10 |
| 04/07/2022 | ALB | Work sessions and emails from and to with MToussaint re Diverse Capital and ROC Funding ("NO CHARGE TIME") | 0.30 |
| 04/07/2022 | MXT | Brief review of prepetition agreement between debtor and Diverse Funding, and attention to follow up communications with A. Braunstein regarding same ("NO CHARGE TIME") | 0.40 |
| 04/08/2022 | MXT | Review documents and online searches regarding ROC funding and potential violation of the automatic stay ("NO CHARGE TIME") | 0.50 |
| 04/12/2022 | MXT | Attention to documents and email communications with Subchapter v trustee regarding filed prepetition UCC | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

January 9, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Litigation
Invoice: 620651                                                                    Page 6

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | financing statements and potential avoidance actions | |
| 04/12/2022 | MXT | Email communications with A. Braunstein regarding preference analysis in relation to cash money lenders ("NO CHARGE TIME") | 0.10 |
| 04/12/2022 | ALB | E-mail from Debtor (Luciana) forwarding e-mail from customer re Triton prepetition collection letter | 0.20 |
| 04/12/2022 | ALB | E-mail to customer contacted by Triton to pay Triton as agent for Diverse | 0.50 |
| 04/12/2022 | ALB | E-mail from Nicole and to facilitate notice of Diverse Capital and Triton and alleged stay violations and forwarding April 1 letter to customer ("NO CHARGE TIME') | 0.10 |
| 04/16/2022 | MXT | Attention to email communication files and documents regarding post petition action of creditors, and filed proceedings against debtor's principal | 0.70 |
| 04/18/2022 | MXT | Prepare letter to first data regarding unauthorized post-petition transfers to ROC funding; review and attention to documents regarding same | 0.50 |
| 04/19/2022 | MXT | Prepare and revise letter to PaySmith regarding unauthorized payment transfers to ROC Funding from credit card proceeds; review documents regarding same | 0.90 |
| 04/22/2022 | MXT | Email communications with counsel for PaySmith regarding credit card receivables and issues related to account | 0.10 |
| 04/22/2022 | MXT | Email communications with debtor and counsel for PaySmith regarding unauthorized transfers to ROC Funding post-petition and ongoing processing of credit card receivables; attention to and review documents regarding same | 0.80 |
| 04/22/2022 | MXT | Follow up calls with debtor (Luciana) missing credit card processing and missing funds | 0.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

January 9, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Litigation
Invoice: 620651                                                                          Page 7

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 04/25/2022 | MXT | Follow up email communications regarding credit card receivables and missing funds due to PaySmith closure of account after debtor's letter sent regarding post-petition transfers to ROC Funding; attention to documents regarding same | 0.30 |
| 05/02/2022 | MXT | Attention to email communications with A. Braunstein and documents regarding pending litigation and retention of special litigation counsel; review additional materials regarding status and issues related to such matters ("NO CHARGE TIME") | 0.80 |
| 05/02/2022 | ALB | E-mail from Macken re litigation matters and analysis for me to review and commence review/analysis ("NO CHARGE TIME") | 0.30 |
| 05/03/2022 | MXT | Call regarding post-petition payments related to ROC funding; follow up emails with debtor related to same | 0.20 |
| 05/03/2022 | ALB | Work session with M. Toussaint re litigation recoveries and preservation under plan for creditors ("NO CHARGE TIME") | 0.10 |
| 05/05/2022 | ALB | E-mail from Debtor (Luciana Oliveira) re litigation matters | 0.10 |
| 05/06/2022 | ALB | E-mail from Debtor (Luciana Oliveira) re litigation documents | 0.10 |
| 05/06/2022 | ALB | Telephone call from Attorney Nicosia re litigation and Lender matters ("NO CHARGE TIME") | 0.10 |
| 05/09/2022 | MXT | Attention to documents and follow up email communications with Alan B. and P. Sutton regarding filed state court complaint by creditor against real estate trust and potential attachment, and potential effect for debtor's bankruptcy case ("NO CHARGE TIME") | 1.00 |
| 05/10/2022 | ALB | Review issues re potential attachment by creditor for real estate trust | 0.10 |
| 05/10/2022 | MXT | Attention to emails and documents regarding litigation by | 0.70 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

January 9, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Litigation
Invoice: 620651        Page 8

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | Caggiano creditor against Trust and debtor's principal, and communications with A. Braunstein and P. Sutton regarding same and issues ("NO CHARGE TIME") | |
| 05/11/2022 | MXT | Conference with A. Braunstein regarding Caggiano state court action against the Trust and principal of the debtor, and check on documents ("NO CHARGE TIME") | 0.20 |
| 05/11/2022 | ALB | Review issues re land and building purchase ("NO CHARGE TIME") | 0.30 |
| 05/11/2022 | ALB | Work session with MToussaint and Attorney Nicosia re PPP loan e-mail and need to explore as well as issues re attachment sought on leasehold interest by non-debtor creditor but who received payments from the debtor which may be recoverable ("NO CHARGE TIME") | 0.50 |
| 05/11/2022 | ALB | Telephone call to SWeiss re inquiry as to DIP loan efforts, payments from debtor for land and building and matters relating to litigation | 0.30 |
| 05/12/2022 | MXT | Email communications with Alan B. regarding creditor state court action against landlord of debtor and potential referral for pending state court action ("NO CHARGE TIME") | 0.10 |
| 05/12/2022 | ALB | Telephone call to counsel Beauregard to A Caggiano ("NO CHARGE TIME") | 0.40 |
| 05/12/2022 | ALB | Telephone conference with Attorney Nicosia and M. Toussaint re Caggiano potential avoidance claim ("NO CHARGE TIME") | 0.30 |
| 05/16/2022 | ALB | E-mail from Debtor re Brickstone, a hard money lender ("NO CHARGE TIME") | 0.10 |
| 05/16/2022 | ALB | Conference with M. Toussaint re lien litigation and efforts to have trust obtain counsel ("NO CHARGE TIME") | 0.10 |
| 05/20/2022 | ALB | Telephone call from MToussaint re discussions with | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

January 9, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Litigation
Invoice: 620651                                                                Page 9

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | Beauregard and mortgages to remain under plan ("NO CHARGE TIME") | |
| 05/20/2022 | ALB | Further e-mail to Debtor (Luciana and Edy) re attachment issues and real estate trustee's need for counsel ("NO CHARGE TIME") | 0.10 |
| 05/20/2022 | ALB | E-mail from Debtor (Luciana) re attachment request notice re trust property ("NO CHARGE TIME") | 0.10 |
| 05/20/2022 | ALB | E-mail to Debtor (Edy and Luciana) as to discussions with Attorney Beauregard and need to address ("NO CHARGE TIME") | 0.20 |
| 05/20/2022 | ALB | Telephone call to and telephone call from PBeauregard re Caggiano and discuss issues re attachment motion re debtor's rental property and stay relief needed; also discussed potential fraudulent conveyance payments made; discussions also as to mortgages on property as such were unknown to counsel and may serve as deterrent ("NO CHARGE TIME") | 0.30 |
| 05/23/2022 | ALB | Series of e-mails re litigation issues ("NO CHARGE TIME") | 0.20 |
| 05/24/2022 | MXT | Attention to documents regarding post petition transfers to ROC Funding and potential demand letter | 0.50 |
| 05/24/2022 | MXT | Draft demand letter to ROC Funding regarding unauthorized post-petition transfers; email communication to debtor and counsel for PaySmith regarding same | 1.30 |
| 05/24/2022 | MXT | Further review of demand letter to ROC Funding regarding unauthorized post-petition payments | 0.30 |
| 05/24/2022 | MXT | Email communications with debtor regarding unauthorized post-petition payments to ROC Funding and exhibit for demand letter | 0.10 |
| 05/25/2022 | NMD | Prepare sent e-mail regarding post petition payment to ROC Funding ("NO CHARGE TIME") | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

January 9, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Litigation
Invoice: 620651                                                                 Page 10

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 05/25/2022 | ALB | E-mail from and to Luciana re trust litigation ("NO CHARGE TIME") | 0.10 |
| 05/25/2022 | ALB | Review letter re ROC Funding ("NO CHARGE TIME") | 0.10 |
| 05/25/2022 | ALB | E-mail to and from Attorney Nicosia re litigation ("NO CHARGE TIME") | 0.10 |
| 05/25/2022 | ALB | E-mail from and to M. Toussaint re usury actions ("NO CHARGE TIME") | 0.20 |
| 05/25/2022 | MXT | Conference call with counsel for PaySmith regarding unauthorized postpeititon transfers by PaySmith to ROC Funding, and demand latter related to same; attention to documents regarding same | 0.50 |
| 05/25/2022 | MXT | Brief research regarding usury law and application to factoring agreements with respect to potential causes of action against hard money lenders; review documents regarding same | 1.30 |
| 05/26/2022 | ALB | Follow up on potential usury actions ("NO CHARGE TIME") | 0.10 |
| 05/26/2022 | ALB | E-mail from Macken re usury and account receivable issues ("NO CHARGE TIME") | 0.10 |
| 05/26/2022 | MXT | Follow up call with P. Sutton regarding issues related to usury law and application to factoring agreements with respect to potential dispute and cause of action against hard money lenders ("NO CHARGE TIME") | 0.20 |
| 05/26/2022 | ALB | E-mail from and to PSutton re usury and issue re a/r ("NO CHARGE TIME") | 0.20 |
| 05/31/2022 | ALB | Further address and respond to usury issues and a/r purchases ("NO CHARGE TIME") | 0.30 |
| 06/07/2022 | ALB | Review e-mail summary from PSutton and MToussaint re usurious loans and commence review and proposed disposition as to litigation recoveries re plan ("NO CHARGE | 2.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

January 9, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Litigation
Invoice: 620651                                                                  Page 11

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | TIME") | |
| 06/08/2022 | ALB | Telephone conference with PSutton and MToussaint re usurious lenders and relief to be sought ("NO CHARGE TIME") | 0.60 |
| 06/15/2022 | ALB | Telephone conference with PSutton re Trust property ("NO CHARGE TIME") | 0.30 |
| 06/15/2022 | ALB | E-mail to MToussaint re Caggiano court action against real estate ("NO CHARGE TIME") | 0.10 |
| 06/16/2022 | ALB | Conference with MToussaint re (1) e-mail from S Weiss and proposed response; and (2) issue as to Caggiano and real estate ("NO CHARGE TIME") | 0.30 |
| 06/23/2022 | PHS | Review issues regarding possible defect in factoring contract with AJ Equity Group LLC ("NO CHARGE TIME") | 0.80 |
| 06/26/2022 | ALB | Series of e-mails from and to M Toussaint re trust property and landlord issues ("NO CHARGE TIME") | 0.50 |
| 07/21/2022 | ALB | Work session with MToussaint re plan related issues and litigation ("NO CHARGE TIME") | 0.20 |
| 07/21/2022 | ALB | Telephone call to SWeiss responding to his inquiries and our intention to pursue litigation as noted in plan | 0.50 |
| 08/26/2022 | MXT | Attention to documents and call attorney for TVT , a cash money lender, and email communications with debtor regarding state court action and violation of the automatic stay | 0.20 |
| 08/26/2022 | MXT | Prepare and send email communication to attorney for TVT , a cash money lender, regarding violation of the automatic stay; attention to documents related to same | 0.30 |
| 10/17/2022 | MXT | Email communication with debtor regarding creditor's collection letter | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

January 9, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Litigation
Invoice: 620651                                                    Page 12

| | | |
|---|---|---|
| Total Hours | | 36.70 |
| Total Fees | | $11,059.50 |

## DISBURSEMENT SUMMARY

| | | |
|---|---|---|
| Total Disbursements | | $0.00 |
| Total Bill | | $11,059.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:  Mr. Edmilson Ramos
            President

Re: Meeting of Creditors
Invoice: 620212                                                                 Page 1

For Professional Services Rendered from
March 31, 2022 through October 31, 2022 as
described in detail on the attached accounting.

Fees.................................................................................... $     5,109.00

Expenses and Disbursements................................................. $         0.00

Total.................................................................................. $     5,109.00

Matter:   59961.00009

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Meeting of Creditors
Invoice: 620212      Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00009
Billing Period:  From March 31, 2022 through October 31, 2022

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 03/31/2022 | MXT | Review email from US Trustee regarding section 341 meeting, and follow up with debtor regarding same | 0.10 |
| 04/01/2022 | MXT | Follow up communication with debtor regarding section 341 meeting | 0.10 |
| 04/01/2022 | MXT | Further review of due diligence documents for post filing issues ("NO CHARGE TIME") | 0.50 |
| 04/01/2022 | MXT | Attention to communications with A. Hall and others regarding section 341 meeting ("NO CHARGE TIME") | 0.10 |
| 04/04/2022 | MXT | Attention to documents for initial meeting with US Trustee's office | 0.20 |
| 04/05/2022 | ALB | Attend Initial US Trustee meeting with client | 0.80 |
| 04/05/2022 | ALB | E-mail from Luciana re insurance for real estate requested by UST and review same ("NO CHARGE TIME") | 0.10 |
| 04/05/2022 | MXT | Attend initial meeting with US Trustee and client; attention to documents and follow up communications with A. Braunstein ("NO CHARGE TIME") | 0.80 |
| 04/05/2022 | MXT | Attention to documents and email communications with debtor regarding initial meeting with US Trustee's office, and necessary forms to be completed | 1.20 |
| 04/05/2022 | MXT | Attention to further communications with A. Hall regarding documents for US Trustee's office ("NO CHARGE TIME") | 0.20 |
| 04/22/2022 | ALB | E-mail to M.Toussaint and SWeiss re conference with UST ("NO CHARGE TIME') | 0.10 |
| 05/02/2022 | MXT | Attention to documents and email communications with | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Meeting of Creditors
Invoice: 620212                                    Page 3

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | debtor regarding section 341 meeting and related matters | |
| 05/02/2022 | ALB | Work session with Macken re section 341 meeting agenda items and preparation for client ("NO CHARGE TIME") | 0.40 |
| 05/03/2022 | MXT | Conference call with debtor regarding preparation for section 341 meeting; review and attention to documents related to same | 1.20 |
| 05/03/2022 | MXT | Email communication with US Trustee's office regarding logistics for section 341 meeting | 0.10 |
| 05/03/2022 | MXT | Prepare for and review documents for section 341 meeting | 0.50 |
| 05/04/2022 | ALB | Meeting with client prior to section 341 meeting ("NO CHARGE TIME") | 1.00 |
| 05/04/2022 | ALB | Attend Section 341 meeting | 2.00 |
| 05/04/2022 | ALB | Meeting with client after section 341 meeting ("NO CHARGE TIME") | 0.80 |
| 05/04/2022 | ALB | Telephone conference with Macken and client re section 341 meeting ("NO CHARGE TIME") | 1.00 |
| 05/04/2022 | MXT | Attend section 341 meeting with debtor and Alan Braunstein ("NO CHARGE TIME") | 2.50 |
| 05/04/2022 | MXT | Meet with debtor to prepare for section 341 meeting; attention to documents and other business matters with debtor | 1.30 |
| 05/06/2022 | MXT | Attention to document as requested by US Trustee's office in connection with section 341 meeting; follow up email communication related to same | 0.30 |
| 05/12/2022 | MXT | Follow up communication with US Trustee's office regarding additional information after section 341 meeting; attention to and review documents regarding same | 1.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Meeting of Creditors
Invoice: 620212                                                                                    Page 4

|  |  |
|---|---:|
| Total Hours | 16.50 |
| Total Fees | $5,109.00 |

## DISBURSEMENT SUMMARY

|  |  |
|---|---:|
| Total Disbursements | $0.00 |
| Total Bill | $5,109.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:  Mr. Edmilson Ramos
            President

Re: Plan and Disclosure Statement
Invoice: 620213                                                    Page 1

For Professional Services Rendered from
May 2, 2022 through October 31, 2022 as
described in detail on the attached accounting.

Fees ..................................................................................................... $     72,447.00

Expenses and Disbursements ................................................................ $        221.56

Total .................................................................................................... $     72,668.56

Matter:   59961.00010

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Plan and Disclosure Statement

For Professional Services Rendered
Client.Matter Number: 59961.00010
Billing Period: From May 2, 2022 through October 31, 2022

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 05/02/2022 | MXT | Prepare and review draft status conference report in connection with potential chapter 11 plan; attention to documents regarding same | 3.00 |
| 05/03/2022 | MXT | Work on and prepare draft status conference report related to chapter 11 plan, and send same to debtor and subchapter V trustee; attention to documents regarding same | 2.20 |
| 05/04/2022 | MXT | Prepare and review draft section 1188 status conference report for potential chapter 11 plan | 0.50 |
| 05/19/2022 | ALB | Work session with MToussaint as to plan issues ("NO CHARGE TIME") | 0.20 |
| 05/24/2022 | MXT | Attention to form chapter 11 plan and documents ("NO CHARGE TIME") | 0.50 |
| 05/26/2022 | MXT | Prepare for and attention to draft chapter 11 plan and related documents | 1.30 |
| 05/27/2022 | MXT | Email to debtor regarding next steps for chapter 11 plan and preparation of exhibits related to same | 0.20 |
| 05/27/2022 | MXT | Work on and review draft chapter 11 plan of reorganization; attention to documents regarding same | 2.40 |
| 05/31/2022 | MXT | Prepare and work on draft proposed chapter 11 plan; attention to documents regarding same | 7.00 |
| 05/31/2022 | ALB | Review e-mails re budget and plan and consider strategy as it relates to plan and feasibility ("NO CHARGE TIME") | 0.30 |
| 06/01/2022 | MXT | Work and prepare draft chapter 11 plan; attention to | 1.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Plan and Disclosure Statement
Invoice: 620213 

Page 3

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | documents regarding same | |
| 06/02/2022 | MXT | Prepare and review draft chapter 11 plan for small business debtor; attention to documents regarding same | 1.40 |
| 06/03/2022 | MXT | Work on and prepare draft chapter 11 plan; attention to documents regarding same | 2.00 |
| 06/03/2022 | ALB | Telephone conference with MToussaint and Debtor re plan ("NO CHARGE TIME") | 1.00 |
| 06/06/2022 | MXT | Attention to and review due diligence documents for drafting of chapter 11 plan ("NO CHARGE TIME") | 4.50 |
| 06/06/2022 | MXT | Prepare draft chapter 11 plan; attention to and review documents regarding same | 6.00 |
| 06/07/2022 | MXT | Attention to documents and email subchapter v trustee regarding status of chapter 11 plan and related issues | 0.40 |
| 06/09/2022 | MXT | Attention to documents and online searches regarding fair market value valuation for fixed assets in connection with the chapter 11 plan to be proposed by debtor; prepare and send email to debtor regarding same ("NO CHARGE TIME") | 1.40 |
| 06/09/2022 | MXT | Attention to brief analysis regarding insider loans and interparty transactions; prepare and send email communications to debtor regarding same for disclosure in chapter 11 plan to be proposed and for further documentation | 2.00 |
| 06/09/2022 | MXT | Prepare list of payments related to inter-party and insider transactions for plan disclosure | 1.00 |
| 06/09/2022 | ALB | Work session with MToussaint re plan and options ("NO CHARGE TIME") | 0.40 |
| 06/10/2022 | MXT | Email communications with debtor (Carolline) regarding insider loans and transactions and additional information in relation to plan disclosure | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Plan and Disclosure Statement
Invoice: 620213                                                                                    Page 4

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 06/10/2022 | ALB | Series of e-mails to and from MToussaint re plan issues ("NO CHARGE TIME") | 0.20 |
| 06/10/2022 | MXT | Prepare and work on draft chapter 11 plan, and attention to documents regarding same | 1.20 |
| 06/11/2022 | MXT | Prepare draft chapter 11 plan; attention to and review documents regarding same | 4.00 |
| 06/12/2022 | MXT | Continue to work on and review chapter 11 plan; attention to and review documents regarding same | 6.00 |
| 06/12/2022 | MXT | Prepare and review draft exhibits to be attached to chapter 11 plan, including related to cash money lenders, prepetition preference payments, list of automobile, and other secured claims ("NO CHARGE TIME") | 3.30 |
| 06/13/2022 | MXT | Attention to, review and prepare with debtor draft financial projections for chapter 11 plan | 4.60 |
| 06/13/2022 | MXT | Review and attention to due diligence documents for preparation of chapter 11 plan of reorganization | 3.00 |
| 06/13/2022 | MXT | Further review of documents related to financial projections to be attached to chapter 11 plan ("NO CHARGE TIME") | 0.60 |
| 06/14/2022 | ALB | Telephone call to MToussaint re plan ("NO CHARGE TIME") | 0.30 |
| 06/14/2022 | ALB | Work on plan issues and issues re real estate and treatment issues("NO CHARGE TIME") | 0.80 |
| 06/15/2022 | ALB | E-mail from MToussaint re plan and budget ("NO CHARGE TIME") | 0.10 |
| 06/15/2022 | ALB | Detailed e-mail from MToussaint re lease and trust property obligations paid by debtor and her suggested approach under plan ("NO CHARGE TIME") | 0.20 |
| 06/15/2022 | ALB | Respond to e-mail with initial suggested treatment and | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Plan and Disclosure Statement
Invoice: 620213                                                                 Page 5

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | disclosure under plan ("NO CHARGE TIME") | |
| 06/15/2022 | MXT | Work on and review and prepare chapter 11 plan; attention to and review due diligence documents regarding same | 2.50 |
| 06/15/2022 | MXT | Meet with Debtor regarding preparation of financial statements for chapter 11 plan, and other documents | 2.50 |
| 06/15/2022 | MXT | Email communications with Subchapter V trustee regarding status of chapter 11 plan, potential litigation proceedings and other plan related issues; attention to documents regarding same | 0.80 |
| 06/15/2022 | MXT | Prepare and work on chapter 11 plan and related documents and exhibits, including list of cure costs; follow up email communications with debtor | 3.20 |
| 06/16/2022 | ALB | Review response related to the Plan ("NO CHARGE TIME") | 0.10 |
| 06/16/2022 | MXT | Attention to and prepare exhibits to chapter 11 plan, including financial projections; email communications with debtor regarding same | 0.40 |
| 06/16/2022 | MXT | Revise draft chapter 11 plan ("NO CHARGE TIME") | 0.60 |
| 06/16/2022 | MXT | Attention to loan amortization schedules related to preparation of chapter 11 plan ("NO CHARGE TIME") | 0.20 |
| 06/16/2022 | MXT | Attention to third party release research for proposed chapter 11 plan; attention to documents regarding same ("NO CHARGE TIME") | 1.00 |
| 06/16/2022 | MXT | Email debtor regarding cure costs, assets, and encumbrances related to preparation of chapter 11 plan ("NO CHARGE TIME") | 0.20 |
| 06/16/2022 | MXT | Email communications with trustee regarding case status and plan structure; attention to documents regarding same | 0.70 |
| 06/17/2022 | MXT | Review and assist the debtor with preparation of financial | 3.70 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Plan and Disclosure Statement
Invoice: 620213                                                          Page 6

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | projections for chapter 11 plan ("NO CHARGE TIME") | |
| 06/18/2022 | MXT | Work on and review draft chapter 11 plan | 1.00 |
| 06/18/2022 | MXT | Attention to and prepare draft exhibits for proposed chapter 11 plan | 2.00 |
| 06/19/2022 | MXT | Prepare and review draft chapter 11 plan | 4.00 |
| 06/19/2022 | MXT | Review due diligence documents and prepare exhibits related to preparation of chapter 11 plan | 3.00 |
| 06/20/2022 | MXT | Review revised financial projections for chapter 11 plan and send comments to debtor | 1.40 |
| 06/20/2022 | MXT | Continue to work on and review of financial projections for chapter 11 plan; email communications with debtor regarding same | 3.80 |
| 06/20/2022 | MXT | Prepare and review draft exhibits for chapter 11 plan | 2.80 |
| 06/20/2022 | MXT | Attention to and prepare exhibits related to claims analysis for chapter 11 plan; attention to other documents regarding same | 2.80 |
| 06/21/2022 | ALB | Review revised projections and plan issues ("NO CHARGE TIME") | 0.40 |
| 06/21/2022 | ALB | Review plan ("NO CHARGE TIME") | 0.60 |
| 06/21/2022 | MXT | Review and attention to draft financial projections for chapter 11 plan from debtor; attention to documents regarding same | 1.30 |
| 06/21/2022 | MXT | Draft and review exhibits for proposed chapter 11 plan; send same to debtor | 1.00 |
| 06/21/2022 | MXT | Prepare and review draft chapter 11 plan; attention to documents regarding same | 3.00 |
| 06/21/2022 | MXT | Attention to and review further draft chapter 11 plan; email communications with trustee, Avidia, and DIP lender ("NO CHARGE TIME") | 3.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Plan and Disclosure Statement
Invoice: 620213                                                                                    Page 7

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 06/22/2022 | ALB | E-mail from SWeiss re third party release and recent case law ("NO CHARGE TIME") | 0.20 |
| 06/22/2022 | MXT | Continue to review and assist debtor with preparation of draft financial projections for proposed chapter 11 plan | 9.70 |
| 06/23/2022 | ALB | Work session with Macken re amounts and plan issues ("NO CHARGE TIME") | 0.20 |
| 06/23/2022 | MXT | Continue to review draft financial projections from debtor for chapter 11 plan; attention to and review documents and communications with debtor regarding same ("NO CHARGE TIME") | 4.00 |
| 06/23/2022 | MXT | Conference calls with debtor regarding chapter 11 plan and financial projections for proposed chapter 11 plan | 0.80 |
| 06/23/2022 | MXT | Review, revise and attention to draft chapter 11 plan; communications with A. Hall regarding filing logistics ("NO CHARGE TIME") | 3.50 |
| 06/24/2022 | MXT | Continue to work on draft plan procedures motion including notice of plan filing and form ballot | 1.00 |
| 06/24/2022 | MXT | Attention to brief case law research regarding plan procedures motion and third party release provisions in form ballot ("NO CHARGE TIME") | 0.50 |
| 06/24/2022 | MXT | Email communications to DIP lender, trustee, Avidia's counsel regarding changes to proposed chapter 11 plan; attention to documents regarding same | 0.70 |
| 06/24/2022 | MXT | Call with subchapter v trustee regarding chapter 11 plan and status of exhibits, and related issues | 0.20 |
| 06/24/2022 | MXT | Attention to and review draft plan procedure motion | 1.50 |
| 06/25/2022 | MXT | Prepare and review draft exhibits to chapter 11 plan including draft liquidation analysis | 2.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Plan and Disclosure Statement
Invoice: 620213

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 06/26/2022 | MXT | Prepare agenda for meeting with debtor related to chapter 11 plan and business operations; emails with debtor related to same ("NO CHARGE TIME") | 0.80 |
| 06/26/2022 | MXT | Revise further chapter 11 plan, and related exhibits, including liquidation analysis | 4.80 |
| 06/27/2022 | MXT | Email communications with trustee regarding ballot and logistics | 0.30 |
| 06/28/2022 | ALB | Attend meeting with Debtor and MToussaint to address plan and Avidia issues ("NO CHARGE TIME") | 1.50 |
| 06/28/2022 | MXT | Work on first amendment of chapter 11 plan; attention to and review documents regarding same | 3.50 |
| 06/29/2022 | ALB | Series of e-mails from MToussaint re budget for Ch11 Plan and Avidia ("NO CHARGE TIME") | 0.20 |
| 06/29/2022 | ALB | Met with MToussaint re approach to budget, plan issue and Avidia ("NO CHARGE TIME") | 0.20 |
| 06/29/2022 | MXT | Attention to and revise chapter 11 plan of reorganization; attention to documents regarding same | 1.50 |
| 06/29/2022 | MXT | Attention to documents regarding employee claims with respect to treatment under chapter 11 plan and use of interim DIP financing; email debtor regarding same | 0.60 |
| 06/29/2022 | MXT | Email communication with subchapter v trustee regarding status of exhibits for chapter 11 plan | 0.10 |
| 06/29/2022 | MXT | Attention to and review further financial projections from debtor with respect to proposed chapter 11 plan | 2.00 |
| 06/29/2022 | MXT | Work on and revise several exhibits to be attached to chapter 11 plan of reorganization including distribution and plan payments, liquidation analysis, claims analysis | 2.20 |
| 06/29/2022 | MXT | Conference call with US Trustee's office regarding form ballot | 0.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Plan and Disclosure Statement
Invoice: 620213                                                                Page 9

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | and plan filing motion, and issues related to third party release | |
| 06/29/2022 | MXT | Revise further and attention to proposed changes to draft financial projections for proposed chapter 11 plan; calls and email communications with debtor (Carrolline M.) regarding same, and send projection exhibit to subchapter v trustee | 4.40 |
| 06/30/2022 | MXT | Prepare and revise further Exhibit A (liquidation analysis) and Exhibit E (plan distribution) with respect to proposed chapter 11 plan, and send same to subchapter v trustee | 1.70 |
| 06/30/2022 | MXT | Prepare and send email communication response to Subchapter v trustee and US Trustee's counsel regarding proposed chapter 11 terms, form ballot, and confirmation issues; review and attention to documents regarding same | 0.80 |
| 06/30/2022 | MXT | Prepare and review other exhibits for chapter 11 plan; attention to other documents regarding same ("NO CHARGE TIME") | 2.30 |
| 06/30/2022 | MXT | Attention to documents related to plan exhibits for Top Line | 1.00 |
| 06/30/2022 | MXT | Attention to and circulate to debtor revised exhibits for proposed chapter 11 plan; attention to documents regarding same | 0.90 |
| 06/30/2022 | MXT | Prepare and work on exhibits for proposed chapter 11 plan including financial projections, liquidation analysis, claim analysis, administrative expense claim documents, plan distribution and disposable income | 3.80 |
| 06/30/2022 | MXT | Additional review and prepare first amendment to chapter 11 plan, and related documents | 4.20 |
| 06/30/2022 | MXT | Calls and communications with debtor regarding proposed chapter 11 plan and amendment to same | 0.40 |
| 07/01/2022 | MXT | Attention to additional changes to proposed chapter 11 plan including with respect to changing plan term from 5 years to 3 | 2.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Plan and Disclosure Statement
Invoice: 620213                                                                                     Page 10

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | years; communications with debtor regarding same | |
| 07/01/2022 | MXT | Work on exhibits to proposed chapter 11 plan including with respect to changing of plan term from 5 years to 3 years | 1.40 |
| 07/01/2022 | MXT | Conference call with subchapter V trustee and US Trustee regarding chapter 11 plan terms, related issues and potential objections including with respect to potential third party release issue | 0.50 |
| 07/01/2022 | MXT | Prepare and review draft plan filing and procedure motion; attention to and review documents regarding same | 1.50 |
| 07/01/2022 | MXT | Conference calls with A. Braunstein and A. Hall regarding case status and proposed chapter 11 plan, and plan filing logistics ("NO CHARGE TIME") | 0.60 |
| 07/06/2022 | MXT | Circulate blackline of chapter 11 plan to US Trustee and subchapter v trustee | 0.10 |
| 07/06/2022 | MXT | Prepare and send response to Subchapter V trustee regarding plan comments, including with respect to debtor's assets and proposed distributions under the plan to unsecured creditors | 0.80 |
| 07/11/2022 | MXT | Attention to and revise certificate of service for chapter 11 plan and solicitation documents; organize certificate of service based on allocated classes under the chapter 11 plan; attention to documents regarding same and information about initial service versus supplemental service ("NO CHARGE TIME") | 3.30 |
| 07/11/2022 | MXT | Prepare and review plan solicitation documents including plan filing notice, and form ballot; attention to documents and prepare for service | 2.50 |
| 07/11/2022 | MXT | Additional work related to certificate of service for chapter 11 plan and solicitation documents ("NO CHARGE TIME") | 1.40 |
| 07/12/2022 | MXT | Continue to work on certificate of service for chapter 11 plan and solicitation documents; organize certificate of service | 2.70 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Plan and Disclosure Statement
Invoice: 620213                                                     Page 11

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | based on allocated classes under the chapter 11 plan; attention to documents regarding same and information for supplemental service; file same with the bankruptcy court ("NO CHARGE TIME") | |
| 07/15/2022 | MXT | Prepare and send email communication to debtor and others regarding chapter 11 plan process, plan issues, business performance, and next steps to facilitate confirmability of chapter 11 plan and potential chapter 11 exit; attention to and review documents regarding same | 2.70 |
| 07/18/2022 | ALB | Detailed form e-mail and telephone call to S. Weiss as to comments to plan ("NO CHARGE TIME") | 0.20 |
| 07/19/2022 | MXT | Review email communication from subchapter v trustee and prepare and send response related to plan issues, concerns with the case and open issues; attention to and review documents regarding same | 3.00 |
| 07/21/2022 | ALB | E-mail from SWeiss re plan and litigation issues ("NO CHARGE TIME") | 0.10 |
| 08/05/2022 | ALB | Telephone call to MToussaint re UST and Plan ("NO CHARGE TIME") | 0.20 |
| 08/05/2022 | ALB | Series of further e-mails from and to MToussaint re amended Plan ("NO CHARGE TIME") | 0.20 |
| 08/09/2022 | MXT | Email with S. Weiss regarding scheduling of conference call related to plan confirmation and other open issues; attention to documents regarding same | 0.20 |
| 08/09/2022 | MXT | Prepare and send response to A. Braunstein regarding scheduled call with subchapter v trustee and concerning potential amendment of chapter 11 plan and exhibits, and other open issues; attention to documents regarding same ("NO CHARGE TIME") | 0.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Plan and Disclosure Statement
Invoice: 620213                                                                                              Page 12

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 08/10/2022 | MXT | Conference call with subchapter v trustee regarding chapter 11 plan confirmation issues and potential amendment of plan and exhibits, and other operating issues; attention to documents regarding same | 0.50 |
| 08/10/2022 | MXT | Prepare and send summary email communication for file and to A. Braunstein regarding call with subchapter v trustee and concerning potential amendment of chapter 11 plan and exhibits, and other open issues; attention to documents regarding same ("NO CHARGE TIME") | 1.00 |
| 08/10/2022 | ALB | E-mail responses to e-mail from MToussaint re plan and related matters including need for answers and accuracy regarding Top Paving ("NO CHARGE TIME") | 0.20 |
| 08/10/2022 | ALB | E-mail from MToussaint re summary of call with SWeiss ("NO CHARGE TIME") | 0.10 |
| 08/12/2022 | MXT | Attention to documents and documents related to amendment to filed chapter 11 plan and related exhibits | 0.20 |
| 08/15/2022 | MXT | Conference call with counsel for US Trustee regarding motion to continue hearing for plan confirmation in light of pending motion for investigation; attention to documents regarding same | 0.20 |
| 08/15/2022 | MXT | Review US Trustee's motion to continue hearing on plan confirmation in light of investigation motion, and prepare limited objection regarding same and request for further extension of other deadlines | 2.50 |
| 08/15/2022 | MXT | Email with Debtor regarding US Trustee's motion to continue plan confirmation hearing and related issues; attention to documents regarding same ("NO CHARGE TIME") | 0.20 |
| 08/15/2022 | ALB | Meet with MToussaint re trustee motion for continuance of plan and issues as to grounds for objection ("NO CHARGE | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Plan and Disclosure Statement
Invoice: 620213                                                                 Page 13

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | TIME") | |
| 08/16/2022 | MXT | Review response by US trustee regarding limited objection of debtor to motion for rescheduling of plan confirmation hearing after hearing on investigation motion | 0.20 |
| 08/16/2022 | ALB | Telephone call from MToussaint re inquiry as to plan and UST motion and objection ("NO CHARGE TIME") | 0.10 |
| 08/16/2022 | ALB | Work session with MToussaint re email from and to trustee ("NO CHARGE TIME") | 0.50 |
| 08/16/2022 | ALB | E-mail from S Weiss responding revisions to plan("NO CHARGE TIME") | 0.10 |
| 08/16/2022 | ALB | Series of further e-mails from and to MToussaint as to suggested means to address issues and modify plan ("NO CHARGE TIME") | 0.50 |
| 08/21/2022 | ALB | Series of e-mails from and to MToussaint as to potential plan revisions and sale; detailed email outlining my proposed revisions to plan so as to be feasible and conformance - including voting though not necessary and incorporating settlement negotiated with Avidia ("NO CHARGE TIME") | 0.70 |
| 08/22/2022 | ALB | Detailed e-mail from MToussaint responsive to my detailed revised plan outline narrative ("NO CHARGE TIME") | 0.30 |
| 08/22/2022 | MXT | Email communications with A. Braunstein regarding plan strategies and discussion; review and attention to documents related to same ("NO CHARGE TIME") | 0.80 |
| 08/22/2022 | MXT | Review proposal from Avidia Bank regarding conditions for support of chapter 11 plan, and send same to debtor | 0.10 |
| 08/23/2022 | ALB | Series of e-mails from and to M. Toussaint re plan options | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Plan and Disclosure Statement
Invoice: 620213        Page 14

| Date | Initials | Narrative ("NO CHARGE TIME") | Hours |
|---|---|---|---|
| 09/12/2022 | ALB | Telephone conference with MVanDam and M. Toussaint sale and plan re Avidia ("NO CHARGE TIME") | 0.80 |
| 10/27/2022 | ALB | Telephone call to and from M. Toussaint re discussions with SWeiss as to plan proceeding ("NO CHARGE TIME") | 0.30 |
| 10/31/2022 | ALB | Telephone from SWeiss regarding potential plan based on last week discussions ("NO CHARGE TIME") | 0.20 |

Total Hours        206.30

Total Fees        $72,447.00

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:     Mr. Edmilson Ramos
               President

Re: Chapter 11 Plan
Invoice: 624064                                                    Page 1

For Professional Services Rendered from
November 1, 2022 through June 29, 2023 as
described in detail on the attached accounting.

Fees ................................................................................................ $      39,863.50

Expenses and Disbursements ........................................................ $       2,667.42

Total ............................................................................................... $     42,530.92

Matter:     59961.00010

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Chapter 11 Plan
Invoice: 624064                                                                      Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00010
Billing Period:  From November 1, 2022 through June 29, 2023

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 11/01/2022 | ALB | Telephone conference with SWeiss and MToussaint re sale and plan  (No Charge Time) | 0.50 |
| 11/03/2022 | MXT | Revise distribution analysis with respect to plan funding from sale proceeds and send same to Avidia Bank's counsel | 0.30 |
| 11/03/2022 | MXT | Attend conference call with Avidia Bank, A. Braunstein, and S. Weiss regarding plan funding amount from sale proceeds and related issues (No Charge Time) | 0.70 |
| 11/08/2022 | ALB | Email from MVanDam with counterproposal; review and consider (No Charge Time) | 0.10 |
| 11/08/2022 | ALB | Telephone call to MVanDam in response accepting counterproposal; recite complete and additional non-monetary terms (No Charge Time) | 0.10 |
| 11/08/2022 | ALB | Telephone call from and telephone call to SWeiss regarding his concurrence with my recommendation to as to terms of acceptance and plan attributes | 0.10 |
| 11/08/2022 | ALB | Email to MVanDam with details as to agreement to carve out and assent to sale (No Charge Time) | 0.20 |
| 11/14/2022 | MXT | Prepare and work on draft amended chapter 11 liquidating plan; attention to and review documents regarding same | 3.80 |
| 11/14/2022 | MXT | Further review of due diligence documents for amended chapter 11 plan of liquidation (No Charge Time) | 0.60 |
| 11/15/2022 | MXT | Prepare and review draft amended chapter 11 plan of liquidation; attention to documents regarding same | 2.00 |
| 11/15/2022 | MXT | Continue to work on draft amended chapter 11 plan of liquidation; attention to and review documents regarding same | 3.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Chapter 11 Plan
Invoice: 624064     Page 3

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 11/16/2022 | MXT | Prepare and work on draft amended chapter 11 plan of liquidation; attention to and review documents regarding same | 4.30 |
| 11/17/2022 | MXT | Work on and prepare amended chapter 11 plan of liquidation; attention to and review documents regarding same | 5.00 |
| 11/17/2022 | MXT | Prepare and review draft amended chapter 11 plan of liquidation; attention to documents regarding same (No Charge Time) | 3.00 |
| 11/17/2022 | MXT | Email communication to subchapter v trustee regarding status of chapter 11 plan and timing issue considering delay of sale closing | 0.10 |
| 12/13/2022 | MXT | Work on and prepare second amended chapter 11 plan; attention to and review documents regarding same | 5.80 |
| 12/14/2022 | MXT | Prepare and attention to chapter 11 liquidating plan and related exhibits; review documents regarding same | 7.00 |
| 12/16/2022 | MXT | Prepare and review draft exhibits to amended chapter 11 plan of liquidation; attention to claims and financial documents regarding same | 3.00 |
| 12/19/2022 | MXT | Work on and prepare draft exhibits to amended chapter 11 plan of liquidation ; attention to and review documents regarding same | 4.00 |
| 12/19/2022 | MXT | Review and attention to comments from debtor to draft amended chapter 11 plan of liquidation; send response related to same (No Charge Time) | 0.50 |
| 12/20/2022 | MXT | Attention to documents and review materials regarding plan confirmation and subchapter v issues (No Charge Time) | 0.60 |
| 12/22/2022 | MXT | Attention to and review documents regarding amended chapter 11 plan of liquidation, and related exhibits (No Charge Time) | 1.00 |
| 12/23/2022 | MXT | Attention to and review documents regarding amended chapter 11 plan of liquidation, and multiple exhibits (No | 1.30 |

Riemer & Braunstein LLP
100 Cambridge Street   Boston, Massachusetts 02114-2527

BOSTON    NEW YORK    CHICAGO    MIAMI    NEWPORT BEACH    BURLINGTON

# R I E M E R | B R A U N S T E I N

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Chapter 11 Plan
Invoice: 624064                                                                                     Page 4

| Date | Initials | Narrative<br>Charge Time) | Hours |
|---|---|---|---|
| 01/09/2023 | MXT | Attention to documents related to preparation of amended liquidating plan; review draft amended liquidating plan | 0.80 |
| 02/02/2023 | MXT | Attention to and revise further draft first amended chapter 11 plan, and exhibits; attention to documents regarding same | 3.40 |
| 02/03/2023 | ALB | Review amended plan regarding liquidation and consider settlement and options (No Charge Time) | 1.20 |
| 02/03/2023 | MXT | Further review of draft chapter 11 plan and exhibits, and circulate same to creditors and interested parties pending sale closing | 1.50 |
| 02/07/2023 | ALB | Further work on proposed settlement for Plan carve out (No Charge Time) | 0.40 |
| 02/10/2023 | ALB | Work on proposal for potential Plan (No Charge Time) | 0.80 |
| 02/13/2023 | ALB | Email to and from MVan Damn (No Charge Time) | 0.10 |
| 03/02/2023 | MXT | Attention to and review chapter 11 plan documents and regarding amended chapter 11 plan of liquidation; attention to emails and case files regarding same | 1.30 |
| 03/03/2023 | MXT | Attention to draft amended chapter 11 plan and send same to Subchapter V trustee; follow up email communications regarding same | 0.20 |
| 03/15/2023 | MXT | Attention to and review documents related to filed chapter 11 plan, plan confirmation issues, and preparation of proposed amended chapter 11 plan of liquidation (No Charge Time) | 0.80 |
| 03/17/2023 | MXT | Review documents and attention to email communications regarding chapter 11 plan and potential amendment to same, and sale status (No Charge Time) | 0.80 |
| 03/21/2023 | ALB | Series of emails from and to MVanDam re plan (No Charge Time) | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Chapter 11 Plan
Invoice: 624064                                                                          Page 5

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 03/21/2023 | ALB | Consideration of plan revisions (No Charge Time) | 1.80 |
| 03/21/2023 | ALB | Consideration of strategy related to Plan (No Charge Time) | 0.60 |
| 03/23/2023 | MXT | Prepare and work on draft chapter 11 plan amendment based on potential alternative transaction; attention to documents regarding same | 2.70 |
| 03/27/2023 | MXT | Work on and prepare draft second amended chapter 11 plan; attention to documents regarding same | 1.20 |
| 03/27/2023 | MXT | Prepare and attention to draft second amended chapter 11 plan, and attention to documents regarding same (No Charge Time) | 0.50 |
| 03/27/2023 | MXT | Continue to work on and review draft second amended chapter 11 plan, due diligence documents for same, and plan exhibits | 2.40 |
| 03/27/2023 | MXT | Email communications with A. Braunstein and subchapter v trustee regarding amended chapter 11 plan based on alternative transaction; revise further plan documents (No Charge Time) | 0.80 |
| 03/29/2023 | MXT | Attention to email communications and documents regarding obligations of the debtor with respect to proposed plan based on alternative transaction (No Charge Time) | 0.20 |
| 03/29/2023 | MXT | Conference call with A. Braunstein, Avidia Bank, and Subchapter v trustee regarding default of initial buyer, and potential alternative sale and amended plan of liquidation; attention to documents regarding same (No Charge Time) | 1.00 |
| 03/29/2023 | MXT | Prepare and review draft amended chapter 11 plan for potential alternative transaction; attention to documents and due diligence regarding same | 2.30 |
| 03/30/2023 | MXT | Prepare and review draft plan exhibits; revise and review draft amended chapter 11 plan of liquidation based on potential alternative transaction and sale of both business assets and real estate | 3.00 |

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Chapter 11 Plan
Invoice: 624064                                                                                          Page 6

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 03/30/2023 | MXT | Further work on draft chapter 11 plan based on alternative sale transaction, and plan exhibits | 1.40 |
| 03/31/2023 | MXT | Conference call with A. Braunstein and A. Hall regarding amended plan of liquidation based on potential alternative sale transaction for business assets and real estate; attention to and review documents for potential sale terms (No Charge Time) | 0.50 |
| 03/31/2023 | MXT | Work on and prepare chapter 11 plan for potential alternative sale transaction , and plan exhibits; attention to and review documents regarding same | 2.70 |
| 03/31/2023 | MXT | Additional conference calls with A. Braunstein regarding preparation of amended plan of liquidation and terms of potential alternative sale; attention to documents related to same (No Charge Time) | 0.30 |
| 03/31/2023 | MXT | Email communications with debtor regarding comments to chapter 11 plan related to alternative sale transaction, and further inquiries regarding size of building, value of real estate based on new appraisal, and payment of administrative expense claims under amended proposed plan | 0.80 |
| 03/31/2023 | MXT | Prepare draft plan filing motion, and attention to documents regarding same | 0.70 |
| 03/31/2023 | MXT | Work further on draft chapter 11 plan of liquidation based on potential alternative transaction for sale of business assets and real estate after default by initial buyer (No Charge Time) | 1.00 |
| 03/31/2023 | MXT | Attention to comments from interested parties and continue to work on draft chapter 11 plan of liquidation based on alternative transaction for sale of business assets and real estate; attention to and review documents regarding same and circulate to A. Hall and A. Braunstein | 3.00 |
| 03/31/2023 | MXT | Follow up calls with A. Braunstein and A. Hall regarding chapter 11 plan terms and changes, and comments from others (No Charge Time) | 0.40 |

# RIEMER|BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Chapter 11 Plan
Invoice: 624064                                                                          Page 7

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 03/31/2023 | ALB | Telephone conference with MXT regarding plan (No Charge Time) | 0.40 |
| 03/31/2023 | ALB | Devise additional means to implement plan based on requisite plan payment requirements (No Charge Time) | 0.60 |
| 03/31/2023 | ALB | Series of emails from various parties regarding plan (No Charge Time) | 0.20 |
| 03/31/2023 | ALB | Work session with MXT regarding plan and plan comments being solicited (No Charge Time) | 0.30 |
| 03/31/2023 | ALB | Telephone to Edy as to plan and his intent to sign (No Charge Time) | 0.10 |
| 04/01/2023 | MXT | Attention to email communications and calls with A. Hall and A. Braunstein regarding second amended plan and comments from subchapter v trustee and others, and further changes to same (No Charge Time) | 0.40 |
| 04/01/2023 | MXT | Revise and attention to draft chapter 11 plan; attention to comments and communications with subchapter v trustee and counsel for debtor's principal regarding proposed chapter 11 plan based on alternative sale transaction and stipulation with debtor parties | 1.40 |
| 04/01/2023 | MXT | Attention to documents and communications with A. Braunstein and A. Hall regarding proposed chapter 11 plan based on alternative transaction (No Charge Time) | 0.40 |
| 04/01/2023 | MXT | Revise plan filing motion with respect to comments from subchapter v trustee | 0.10 |
| 04/02/2023 | MXT | Quick change to proposed chapter 11 plan based on sale of personal assets and real estate, and send to A. Hall and A. Braunstein for filing (No Charge Time) | 0.20 |
| 04/02/2023 | MXT | Prepare draft plan procedures motion; email interested parties pursuant to notice requirements under local rules for expedited determination motion (No Charge Time) | 2.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Chapter 11 Plan
Invoice: 624064 Page 8

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 04/02/2023 | MXT | Email communications with subchapter v trustee regarding plan procedures order and status for sale pleadings | 0.10 |
| 04/03/2023 | MXT | Attention to documents for service of amended plan for creditors of Trust, the owner of the real estate in relation to potential alternative sale transaction (No Charge Time) | 0.10 |
| 04/03/2023 | MXT | Review service list and related communications for proposed amended chapter 11 plan, and related plan procedures motion (No Charge Time) | 0.50 |
| 04/03/2023 | ALB | Email from Macken Toussaint re admin claims list and consideration re means of addressing in plan (No Charge Time) | 0.30 |
| 04/03/2023 | ALB | Emails to and from Carolline re administrative claims list and ascertaining information necessary to address in plan based on purported consent by claimants; discuss proposed testimony regarding future operations and profitability inquiries and her rationale (No Charge Time) | 0.20 |
| 04/03/2023 | ALB | Emails from SWeiss and ALizotte re plan (No Charge Time) | 0.10 |
| 04/03/2023 | ALB | Email from SWeiss re plan comments | 0.10 |
| 04/04/2023 | MXT | Conference call with counsel for debtor's principal regarding chapter 11 plan and sale issues (No Charge Time) | 0.20 |
| 04/04/2023 | ALB | Series of emails re APA, plan voting date and other date issues (No Charge Time) | 0.20 |
| 04/11/2023 | MXT | Prepare and work on draft motion for plan modification with respect to alternative funding for plan consummation; review and attention to documents and previously filed pleadings, including confirmed chapter 11 plan | 1.50 |
| 04/13/2023 | MXT | Attention to documents for chapter 11 plan, and open issues (No Charge Time) | 0.10 |
| 04/13/2023 | MXT | Prepare and review draft third amended chapter 11 plan ; | 3.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Chapter 11 Plan
Invoice: 624064     Page 9

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | attention to and review documents regarding same | |
| 04/13/2023 | MXT | Continue to work on draft third amended chapter 11 plan to incorporate comments from bankruptcy judge and other changes; attention to documents including plan exhibits | 3.50 |
| 04/13/2023 | MXT | Attention to revisions to third amended chapter 11 plan, and related exhibits; attention to email to debtor and other interested parties regarding third amended plan and filing of same (No Charge Time) | 1.50 |
| 04/14/2023 | MXT | Prepare and review changes to plan exhibits for third amended plan of liquidation, and circulate same to debtor and other parties in interest | 1.50 |
| 04/14/2023 | MXT | Attention to comments to third amended plan from subchapter v trustee and counsel for debtor's principal; make changes to third amended plan and related exhibits | 1.30 |
| 04/14/2023 | ALB | Email from Macken re plan (No Charge Time) | 0.10 |
| 04/20/2023 | MXT | Review draft plan filing notice, and revised ballot; conference and email communications with A. Hall regarding same for service of plan solicitation materials (No Charge Time) | 0.60 |
| 04/20/2023 | MXT | Review and attention to certificate of service for plan solicitation materials, and service lists; attention to follow up communications with A. Hall and N. Dailey regarding same (No Charge Time) | 0.80 |
| 04/20/2023 | MXT | Call with A. Hall and follow up email communications regarding service due for plan solicitation materials, and attention to documents (No Charge Time) | 0.10 |
| 04/20/2023 | MXT | Review and attention to filed third amended plan and other plan solicitation materials in relation to service of same, and follow up communications with N. Dailey and A. Hall (No Charge Time) | 0.50 |
| 04/21/2023 | MXT | Attention to documents and prepare list for supplemental | 1.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Chapter 11 Plan
Invoice: 624064

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | service for third amended chapter 11 plan; attention to follow up communications with A. Hall and N. Dailey related to same (No Charge Time) | |
| 05/11/2023 | ALB | Consideration of plan option but requiring settlement with Edy requiring call ERC credits (No Charge Time) | 0.40 |
| 06/26/2023 | MXT | Attention to documents for draft post-confirmation modification of chapter 11 plan with respect to changes to exit financing and stock transfer transaction; review chapter 11 plan related documents (No Charge Time) | 3.00 |

| | |
|---|---|
| Total Hours | 112.70 |
| Total Fees | $39,863.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 6, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:  Mr. Edmilson Ramos
President

Re: Sanctions
Invoice: 619951                                                        Page 1

For Professional Services Rendered from
March 1, 2022 through October 31, 2022 as
described in detail on the attached accounting.

| | | |
|---|---|---|
| Fees | $ | 5,443.50 |
| Expenses and Disbursements | $ | 0.00 |
| Total | $ | 5,443.50 |

Matter:  59961.00011

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 6, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sanctions
Invoice: 619951                                                                                 Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00011
Billing Period:  From March 1, 2022 through October 31, 2022

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 08/03/2022 | ALB | E-mail from SWeiss to Atty Berkovitch re comment as to representation of Brickstone | 0.10 |
| 08/03/2022 | ALB | Review comments of SWeiss to stay violation order related to Brickstone | 0.10 |
| 08/03/2022 | ALB | Telephone call from and telephone call to S Weiss re Brickstone and counsel | 0.10 |
| 08/03/2022 | ALB | E-mail from and to M Van Dam as to service and confirm to Michael that service was made on lawyer and his client contrary to what the lawyer states | 0.10 |
| 08/03/2022 | ALB | E-mail from S Berkovitch in response to SWeiss denying POC filed by the claimant is NOT representation of any client/claimant | 0.10 |
| 08/03/2022 | ALB | E-mail response from Berkovitch that service on his office was not proper service and denying other allegations advanced in e-mails from me and sub v trustee | 0.10 |
| 08/03/2022 | ALB | Further e-mail from attorney in Berkovith's office further attempting to distance itself from responsibility as to stay violation and not being counsel to client for which such attorney and Berkovitch's firm filed proof of claim | 0.10 |
| 08/03/2022 | ALB | E-mail to SWeiss with comment re stay violation order and expecting motion to vacate | 0.10 |
| 09/06/2022 | PHS | Review file; review emails; call from A. Braunstein; review time runs; draft affidavit regarding fees caused by stay violation of Brickstone ("NO CHARGE TIME") | 1.60 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

December 6, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sanctions
Invoice: 619951                                                                                     Page 3

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 09/07/2022 | ALB | Review/revise statement of services re damages | 0.30 |
| 09/07/2022 | ALB | Revise affidavit re damages  re Bickstone stay violation | 0.90 |
| 09/07/2022 | ALB | Work session with PSutton re affidavit ("NO CHARGE TIME") | 0.20 |
| 09/08/2022 | PHS | Call with A. Braunstein regarding sanctions and form of motion or affidavit issues ("NO CHARGE TIME") | 0.20 |
| 09/12/2022 | ALB | Revise affidavit re damages fpr Brickstone stay violation | 0.70 |
| 09/12/2022 | ALB | Telephone call to Debtor re damages to company by Brickstone | 0.10 |
| 09/13/2022 | ALB | Further work on affidavit for Brickston stay violation and revisions | 0.60 |
| 09/13/2022 | ALB | Follow up email to and from Debtor re damages by Brickstone stay violation | 0.10 |
| 09/14/2022 | PHS | Calls from A. Braunstein regarding Top Line affidavit and stay violation damages ("NO CHARGE TIME") | 0.30 |
| 09/14/2022 | NMD | Made edits to affidavit regarding Brickstone Stay Violation ("NO CHARGE TIME") | 0.20 |
| 09/14/2022 | ALB | Email from and telephone call to SWeiss regarding Brickstone matter ("NO CHARGE TIME") | 0.20 |
| 09/14/2022 | ALB | Further revise documents regarding Brickstone ("NO CHARGE TIME") | 0.30 |
| 09/15/2022 | PHS | Review draft affidavit for Stay damages and fees and call to A. Braunstein regarding same and revisions ("NO CHARGE TIME") | 0.90 |
| 09/15/2022 | NMD | Made edits to affidavit, prepare exhibits, conference call with ALB, prepare certificate of service, e-file affidavit, prepare | 3.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 6, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sanctions
Invoice: 619951                                                                Page 4

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| | | and sent e-mails regarding affidavit | |
| 09/15/2022 | ALB | Further review and revise Affidavit re damages caused by Brickstone | 0.90 |
| 09/15/2022 | ALB | Review and select exhibits regarding Brickstone pleadings | 0.70 |
| 09/15/2022 | ALB | Work sessions with NMD to finalize affidavit and relevant exhibits related to Brickstone ("NO CHARGE TIME") | 0.70 |
| 09/16/2022 | PHS | Review issues with A. Braunstein regarding damages and bounced checks; review email from client; review final affidavit ("NO CHARGE TIME") | 0.40 |
| 09/16/2022 | ALB | Email from Debtor re damages from Brickstone lien on account | 0.10 |
| 09/19/2022 | ALB | Email from and responsive email to SWeiss inquiries regarding Brickstone ("NO CHARGE TIME") | 0.20 |
| 09/28/2022 | ALB | Commence work on preparation for hearing on sanctions | 0.30 |
| 09/29/2022 | ALB | Attend hearing on Motion for Sanctions | 0.30 |
| 09/30/2022 | PHS | Review mailing to Brickstone matter; check file regarding proper service of notices ; emails to MToussaint regarding same ("NO CHARGE TIME") | 0.40 |
| 09/30/2022 | DMH | Obtain address for resident agent for BrickStone Group LLC from Delaware Secretary of State's website | 0.20 |
| 10/03/2022 | ALB | Email from and to MToussaint re filing of notice and service re sanctions ("NO CHARGE TIME") | 0.10 |
| 10/03/2022 | ALB | Work session with Nicole re sanction notice ("NO CHARGE TIME") | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 6, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sanctions
Invoice: 619951                                                                      Page 5

| | |
|---|---|
| Total Hours | 15.30 |
| Total Fees | $5,443.50 |

**DISBURSEMENT SUMMARY**

| | |
|---|---|
| Total Disbursements | $0.00 |
| Total Bill | $5,443.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:   Mr. Edmilson Ramos
President

Re: Sanctions/Brickstone
Invoice: 624013          Page 1

For Professional Services Rendered from
November 1, 2022 through June 29, 2023 as
described in detail on the attached accounting.

Fees .................................................................................. $    4,954.50

Expenses and Disbursements ............................................ $      24.80

Total .................................................................................. $    4,979.30

Matter:   59961.00011

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sanctions/Brickstone
Invoice: 624013                                                                     Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00011
Billing Period:  From November 1, 2022 through June 29, 2023

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 11/06/2022 | MXT | Attention to motion for A. Braunstein to appear telephonically with respect to Brickstone sanction hearing; follow up communications with A. Hall regarding same (no charge time) | 0.50 |
| 11/08/2022 | ALB | Prepare for hearing on Motion for Sanctions | 0.30 |
| 11/09/2022 | MXT | Attention to Brickstone documents including proof of claim and merchant agreement related to notice issues and Court's recent order about service for next hearing; conference with N. Dailey regarding same (No Charge Time) | 0.20 |
| 11/09/2022 | DMH | Corporate search at New York Secretary of State and Delaware Secretary of State website for Brickstone Group LLC | 0.20 |
| 11/12/2022 | ALB | Draft Amended Affidavit re Brickstone | 1.20 |
| 11/14/2022 | DMH | Several emails to Cogency concerning obtaining a certified copy of certificate of formation for Brickstone Group LLC from Delaware Secretary of State's Office | 0.30 |
| 11/14/2022 | PHS | Meeting with Alan regarding notices for contempt hearing; review on line to determine members of the Brickstone LLC to send them direct mail notice; follow up (No Charge Time) | 0.90 |
| 11/14/2022 | ALB | Revise supplemental affidavit re sanctions | 0.70 |
| 11/14/2022 | ALB | Work on service to ensure all additional potential Brickstone related parties are served given lack of detail on note, proof of claim and complaint; realize such documents are evasive and non- inclusive as if information is hidden through various intentional mechanisms by virtue of one way documents and | 0.80 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sanctions/Brickstone
Invoice: 624013      Page 3

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | self serving assets by borrower/debtor | |
| 11/14/2022 | ALB | Work session with P Sutton as to attempting to put pieces together as to Brickstone's composition and evasiveness consistent with that of its counsel by not responding to inquiry with answer but rather also evasiveness; further review means to include all parties that even remotely have ties to Brickstone given nefarious evasiveness (No Charge Time) | 0.70 |
| 11/15/2022 | MXT | Attention to online search regarding service related to Brickstone as requested by Bankruptcy Court order for sanction request; email communications with N. Dailey and others regarding same (No Charge Time) | 0.60 |
| 11/15/2022 | PHS | Review background and revise Alan's supplemental affidavit regarding fees and expenses for stay violation (No Charge Time) | 0.80 |
| 11/15/2022 | ALB | Review proceeding memorandum and work on supplement affidavit | 0.30 |
| 11/15/2022 | ALB | Attention to Brickstone service and supplemental affidavit, including corp records review | 0.30 |
| 11/15/2022 | ALB | Review comments of PSutton re Brickstone matter (No Charge Time) | 0.20 |
| 11/17/2022 | ALB | Draft amended affidavit re Brickstone | 1.00 |
| 12/06/2022 | ALB | Review statement of additional services in furtherance of amended affidavit | 0.10 |
| 12/08/2022 | NMD | Edits to supplemental affidavit for Brickstone matter, conference call with ALB and Caroline, prepare certificate of service and labels, e-file supplemental, prepare and sent e-mail | 1.60 |
| 12/08/2022 | PHS | Review and revise supplemental affidavit regarding fees and expenses incurred for stay violation (No Charge Time) | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Sanctions/Brickstone
Invoice: 624013                                                                 Page 4

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 12/08/2022 | ALB | Telephone conference with Nicole Dailey and Debtor (Carolline) re amended affidavit (No Charge Time) | 0.10 |
| 12/08/2022 | ALB | Finalize amended affidavit for Brickstone | 0.30 |
| 12/09/2022 | MXT | Email communication with N. Dailey and others regarding supplement affidavit related to Brickstone matter (No Charge Time) | 0.10 |
| 01/19/2023 | ALB | Prepare for hearing on sanctions motion regarding stay violation/Brickstone | 0.60 |
| 02/03/2023 | ALB | Order re Brickstone and to confirm service made of order  (No Charge Time) | 0.10 |

Total Hours                                                                  12.20

Total Fees                                                               $4,954.50

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:    Mr. Edmilson  Ramos
                     President

Re: Subchapter V Trustee Investigation
Invoice: 620214                                                                                          Page 1

For Professional Services Rendered from
August 5, 2022 through October 31, 2022 as
described in detail on the attached accounting.


Fees .................................................................................................................... $      26,985.00

Expenses and Disbursements ............................................................................ $              0.00

Total ................................................................................................................... $      26,985.00

Matter:    59961.00012

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Subchapter V Trustee Investigation
Invoice: 620214                                                          Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00012
Billing Period: From August 5, 2022 through October 31, 2022

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 08/05/2022 | MXT | Conference with A. Braunstein regarding call from US Trustee's office regarding filing of motion for investigation related to Top Paving post petition payment ; attention to follow up communications regarding same ("NO CHARGE TIME") | 0.20 |
| 08/05/2022 | MXT | Conference call with debtor regarding potential motion to be filed by US Trustee for investigation related to post petition payment to Top Paving; attention to documents regarding same | 0.50 |
| 08/05/2022 | MXT | Email communication with A. Braunstein and P. Sutton regarding motion filed by US Trustee regarding motion for investigation related to post petition payment to Top Paving, and potential objection ("NO CHARGE TIME") | 0.90 |
| 08/05/2022 | ALB | E-mail from and telephone call to L.Tingue regarding intent to file motion for investigation; series of discussions in effort to convert into Ch 7 | 0.30 |
| 08/05/2022 | ALB | Detailed e-mail to SWeiss regarding response to call with L.Tingue | 0.30 |
| 08/05/2022 | ALB | Telephone call to M. Toussaint regarding information from US Trustee ("NO CHARGE TIME") | 0.30 |
| 08/05/2022 | ALB | E-mail from M. Toussaint regarding position and response relating to U.S. Trustee position and motion ("NO CHARGE TIME") | 0.20 |
| 08/05/2022 | ALB | Telephone call to Peter Sutton re allegations of U.S. Trustee ("NO CHARGE TIME") | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Subchapter V Trustee Investigation
Invoice: 620214                                                                    Page 3

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 08/05/2022 | ALB | Telephone call from Edy in response to my inquiry re Top Paving | 0.10 |
| 08/05/2022 | ALB | Telephone call to PNicosia regarding issues and allegations re Top Paving | 0.10 |
| 08/07/2022 | MXT | Attention to motion filed by US Trustee regarding investigation related to post-petition payment, and send same to debtor with comments | 0.20 |
| 08/08/2022 | ALB | Telephone conference with M. Toussaint and P. Sutton re opposition to be filed to US Trustee motion and strategy ("NO CHARGE TIME") | 0.40 |
| 08/08/2022 | ALB | Consideration of response re US trustee motion ("NO CHARGE TIME") | 0.70 |
| 08/08/2022 | PHS | Follow up regarding review of Motion by US Trustee for investigation and conference with M. Toussaint regarding objection issues ("NO CHARGE TIME") | 0.40 |
| 08/09/2022 | ALB | Telephone conference with P. Sutton and M. Toussaint re motion for investigation filed by UST ("NO CHARGE TIME") | 0.40 |
| 08/09/2022 | ALB | E-mail from MToussaint and respond re Avidia and investigation motion ("NO CHARGE TIME") | 0.10 |
| 08/09/2022 | ALB | Email from and to MToussaint as to information needed to respond to trustee  ("NO CHARGE TIME") | 0.20 |
| 08/09/2022 | MXT | Attention to email communications and calls with A. Braunstein regarding status of Top Paving payment information with respect to US Trustee's motion for subchapter v trustee investigation; attention to documents related to same ("NO CHARGE TIME") | 0.60 |
| 08/09/2022 | MXT | Attention to case law research regarding subchapter v authority with respect to investigation and pending motion of | 0.70 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Subchapter V Trustee Investigation
Invoice: 620214                                                                    Page 4

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | US Trustee's office; review materials regarding same ("NO CHARGE TIME") | |
| 08/10/2022 | PHS | Review documents and perform investigation into two companies Mr Ramos formed, several internal conferences with A. Braunstein regarding same and M. Toussaint ("NO CHARGE TIME") | 2.20 |
| 08/10/2022 | MXT | Review communication from debtor regarding initial explanation for payments to and from Top Paving related to US Trustee's motion for Subchapter V trustee investigation | 1.20 |
| 08/10/2022 | MXT | Prepare and send follow up email communications to debtor regarding explanation for payments to and from Top Paving, and requests for documents in support | 0.40 |
| 08/10/2022 | MXT | Conference call with A. Braunstein and P. Sutton regarding additional information regarding post-petition payments to and from Top Paving by the debtor and other issues related to same ("NO CHARGE TIME") | 0.40 |
| 08/10/2022 | ALB | Review Top Paving issues and concerns expressed by UST and need to find out critical information | 0.30 |
| 08/10/2022 | ALB | Telephone call from PNicosia re Top Paving | 0.30 |
| 08/10/2022 | ALB | Series of emails to and from MToussaint Top Paving and need to obtain information in light of UST allegations and no prior knowledge or information ("NO CHARGE TIME") | 0.20 |
| 08/10/2022 | ALB | Telephone call form MToussaint re Top Paving and plan ("NO CHARGE TIME") | 0.30 |
| 08/10/2022 | ALB | Telephone call to PSutton re Top Paving ("NO CHARGE TIME") | 0.30 |
| 08/10/2022 | ALB | E-mail from MToussaint re search about Top Paving ("NO CHARGE TIME") | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Subchapter V Trustee Investigation
Invoice: 620214                                                               Page 5

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 08/10/2022 | ALB | Telephone call from PNicosia re Top Paving | 0.30 |
| 08/10/2022 | ALB | Telephone call from PSutton re Top Paving ("NO CHARGE TIME") | 0.20 |
| 08/10/2022 | ALB | Telephone conference with PSutton and MToussaint re Top Paving ("NO CHARGE TIME") | 0.40 |
| 08/11/2022 | PHS | Follow up regarding need to seek continuance and discuss conflict issues regarding Edy's continuing role in the company ("NO CHARGE TIME") | 0.60 |
| 08/11/2022 | MXT | Conference call with debtor and A. Braunstein regarding case status and operating issues, including with respect to US Trustee's motion for subchapter v trustee investigation and post-petition payments to Top Paving ("NO CHARGE TIME") | 1.00 |
| 08/11/2022 | ALB | Telephone call from P.Nicosia regarding Top Paving | 0.20 |
| 08/11/2022 | ALB | Telephone from MXT regarding Top Paving and plan issues ("NO CHARGE TIME") | 0.30 |
| 08/11/2022 | ALB | E-mail from and to S. Weiss regarding investigation ("NO CHARGE TIME") | 0.10 |
| 08/12/2022 | MXT | Review of case law regarding authority under section 1182 for subchapter v trustee investigation | 0.80 |
| 08/12/2022 | PHS | Several calls with A. Braunstein and M. Toussaint regarding issues relating to Top Line plan and Top Paving and related entities and transfers from debtor; discuss need to set up meeting Monday to discuss issues ("NO CHARGE TIME") | 0.90 |
| 08/12/2022 | ALB | Telephone call from ERamos regarding Top paving information | 0.40 |
| 08/12/2022 | ALB | Series of emails from MToussaint regarding plan issues, timing and top paving ("NO CHARGE TIME") | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID:  042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Subchapter V Trustee Investigation

Invoice: 620214       Page 6

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 08/15/2022 | PHS | Review issues regarding possible plan and related transfers regarding principal officer; meeting with M. Toussaint regarding her meeting with officers of client ("NO CHARGE TIME") | 0.70 |
| 08/15/2022 | MXT | Attend in person meeting with debtor regarding case status, chapter 11 plan matters, existing case deadlines, and requests for documents related to Top Paving | 4.00 |
| 08/15/2022 | MXT | Attention to and save electronically documents from debtor regarding Top Paving investigation and debtor's response to document request ("NO CHARGE TIME") | 0.90 |
| 08/15/2022 | ALB | Telephone call from MToussaint re need for client to be as exacting as possible in projections in order to access feasibility and for client group to be here tomorrow to provide explanation to allegations of trustee and UST ("NO CHARGE TIME") | 0.40 |
| 08/16/2022 | PHS | Attention to issues regarding privileged communications regarding response to Trustee's questions; review substance of response of client to Trustee's issues and checking account documents; review draft of response and several communications with A. Braunstein regarding same ("NO CHARGE TIME") | 1.40 |
| 08/16/2022 | MXT | Prepare memo for files regarding last meeting with debtor regarding case status, chapter 11 plan issues, and request for documents related to Top Paving ("NO CHARGE TIME") | 1.40 |
| 08/16/2022 | MXT | Follow up call with Debtor regarding last meeting and notes regarding Top Paving operations and related matters; attention to and update meeting notes | 0.50 |
| 08/16/2022 | MXT | Follow up call from Mr. Ramos and others regarding issues related to personal representation by counsel, and follow up questions regarding bankruptcy process and plan confirmation | 0.40 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Subchapter V Trustee Investigation

Invoice: 620214 — Page 7

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | issues; attention to documents regarding same ("NO CHARGE TIME") | |
| 08/16/2022 | MXT | Prepare and send email response to Subchapter V trustee regarding document investigation for Top Paving issue; review documents from debtor and prepare notes | 0.60 |
| 08/16/2022 | MXT | Conference call with D. Madoff regarding case background and potential representation of Mr. Ramos; attention to documents regarding same ("NO CHARGE TIME") | 0.60 |
| 08/16/2022 | MXT | Attention to email communication with P. Sutton regarding draft response to subchapter v trustee for document investigation related to Top Paving ("NO CHARGE TIME") | 0.40 |
| 08/16/2022 | MXT | Calls with P. Sutton and A. Braunstein regarding response to subchapter v trustee for document investigation related to Top Paving; attention to documents regarding same ("NO CHARGE TIME") | 0.80 |
| 08/16/2022 | MXT | Further review of due diligence documents from debtor regarding Top Paving relationship and transactions according to US Trustee's motion for investigation | 0.80 |
| 08/16/2022 | MXT | Attention to document files for Top Line and send email and attachment to A. Braunstein and P. Sutton regarding Top Paving checks and business transactions ("NO CHARGE TIME") | 0.20 |
| 08/16/2022 | ALB | E-mail from MToussaint re notes of meeting review with client group and consider issues raised ("NO CHARGE TIME") | 0.20 |
| 08/17/2022 | MXT | Conference call with P. Sutton regarding Top Paving issues and document due diligence; attention to documents related to same ("NO CHARGE TIME") | 0.60 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Subchapter V Trustee Investigation
Invoice: 620214                                                                     Page 8

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 08/17/2022 | PHS | Several calls with M. Toussaint and A. Braunstein regarding strategy and response to Trustee issues ("NO CHARGE TIME") | 0.70 |
| 08/18/2022 | MXT | Prepare draft response to US Trustee's investigation motion; attention to and review documents regarding same | 1.50 |
| 08/19/2022 | MXT | Draft and review response / limited objection to investigation motion filed by US Trustee's office; attention to and review documents regarding same | 4.80 |
| 08/19/2022 | MXT | Continue to work on background information for response to US Trustee's investigation motion; review documents and case files regarding same | 2.50 |
| 08/19/2022 | MXT | Continue to work on draft response / limited objection to US Trustee's investigation motion; attention to and review documents regarding same | 1.00 |
| 08/21/2022 | MXT | Prepare and send response to subchapter v trustee regarding Top Paving documents and inquiries regarding business operations; attention to and review documents regarding same | 0.70 |
| 08/21/2022 | MXT | Email communication with debtor's principal regarding additional information to be provided to subchapter v trustee related to pending investigation motion, and additional questions regarding Global Stone | 0.40 |
| 08/22/2022 | PHS | Several communications with M. Toussaint regarding privilege issues and response to Steve Weiss; follow-up discussion regarding dealing with possible insider claims and issues ("NO CHARGE TIME") | 0.80 |
| 08/22/2022 | MXT | Review documents to prepare for call with subchapter v trustee related to case status and documents related to relationship between debtor and related entities, and Top Paving payments | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Subchapter V Trustee Investigation
Invoice: 620214                                                                                    Page 9

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 08/22/2022 | MXT | Attention to explanation documents related to Top paving payments and US Trustee's motion for investigation | 0.50 |
| 08/22/2022 | MXT | Conference call with subchapter v trustee regarding case status, documents and explanation related to Top Paving payments and relationship with debtor; attention to documents and notes regarding same | 0.50 |
| 08/22/2022 | MXT | Attention to due diligence documents regarding Top Paving payments and relationship with debtor, and redact certain credit card statement to ensure responsive information being submitted | 0.60 |
| 08/22/2022 | MXT | Prepare and send second set of documents to Subchapter V trustee in connection with pending investigation motion filed by US Trustee's office; attention to and review documents regarding same | 0.60 |
| 08/22/2022 | MXT | Prepare memos to file regarding conference call with Subchapter V trustee ("NO CHARGE TIME") | 0.50 |
| 08/28/2022 | MXT | Review and make changes to draft response and limited objection to investigation motion; attention to documents regarding same | 1.70 |
| 08/29/2022 | MXT | Prepare draft response to investigation motion filed by the US Trustee's office; attention to and review documents regarding same | 1.40 |
| 08/29/2022 | MXT | Continue to work on draft response to investigation motion filed by US Trustee's office; attention to communication with debtor regarding same | 1.70 |
| 09/14/2022 | MXT | Prepare draft response to investigation motion; attention to documents regarding same | 1.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Subchapter V Trustee Investigation
Invoice: 620214                                                                     Page 10

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 09/15/2022 | PHS | Review and revise opposition to Trustees Motion for Investigation; calls to M. Toussaint regarding same ("NO CHARGE TIME") | 1.30 |
| 09/15/2022 | MXT | Revise further draft response to investigation motion filed by US Trustee's office; attention to documents regarding same | 1.00 |
| 09/30/2022 | MXT | Review email communication from subchapter v trustee regarding document request for investigation; attention to emails and calls with debtor regarding same and send request to outside vendor for setting up of data room ("NO CHARGE TIME") | 1.00 |
| 09/30/2022 | MXT | Attention to due diligence documents to transfer to online data room in connection with Subchapter v trustee's request and allowed investigation motion | 1.50 |
| 09/30/2022 | MXT | Further review of case files for documents to transfer to data room in response to document request from subchapter v trustee and allowed investigation motion | 0.60 |
| 10/01/2022 | MXT | Attention to documents for subchapter v investigation including with respect to hard money lenders and post-petition actions | 1.00 |
| 10/03/2022 | MXT | Attention to conference call with debtor regarding trustee investigation and request for documents | 1.40 |
| 10/03/2022 | MXT | Attention to documents regarding trustee investigation and request for documents; attention to share file for downloading of documents | 0.50 |
| 10/03/2022 | MXT | Attention to documents and email communications regarding promissory note between the debtor and pay day loan provider in connection with documents for trustee investigation | 0.20 |
| 10/03/2022 | MXT | Attention to documents for trustee investigation and request for documents of September 30, 2022, and download to | 5.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Subchapter V Trustee Investigation

Invoice: 620214

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| | | ShareFile ; attention to follow up email communications with debtor regarding same | |
| 10/04/2022 | PHS | Review and analyze enforceability of John Testa loan document attached to Trustee investigation response to document request ("NO CHARGE TIME") | 0.20 |
| 10/05/2022 | MXT | Attention to due diligence documents for trustee investigation; attention to email communications and ShareFile data room regarding same | 3.00 |
| 10/05/2022 | MXT | Attention to screenshots for downloaded data in Share File for trustee investigation; attention to calls and emails with A. Hall regarding same; send information to trustees ("NO CHARGE TIME") | 1.40 |
| 10/05/2022 | MXT | Further attention to due diligence documents for trustee investigation | 0.90 |
| 10/12/2022 | MXT | Review and attention to list of bank accounts for trustee investigation and document request; attention to documents regarding same | 0.90 |
| 10/12/2022 | MXT | Attention to documents from debtor regarding trustee investigation and request for documents including download to ShareFile | 2.30 |
| 10/12/2022 | MXT | Attention to further documents regarding trustee investigation and request for materials; attention to ShareFile download with respect to same | 0.20 |
| 10/12/2022 | MXT | Further revision to list of bank accounts with respect to trustee investigation and document request | 0.60 |
| 10/13/2022 | MXT | Email communications with Subchapter v trustee and debtor regarding investigation and request for documents | 0.30 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

December 15, 2022

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Subchapter V Trustee Investigation
Invoice: 620214

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 10/17/2022 | MXT | Email communications with debtor regarding trustee investigation and follow up related to document request; attention to documents related to same | 0.30 |
| 10/19/2022 | MXT | Attention to documents and additional information related to trustee investigation and follow up request for documents | 1.50 |
| 10/20/2022 | MXT | Review and attention to due diligence documents for further request from subchapter v trustee related to investigation; attention to ShareFIle document download | 2.00 |
| 10/20/2022 | MXT | Further review of due diligence documents for subchapter v trustee investigation and further request for documents; attention to email communications with subchapter v trustee related to same | 1.40 |
| 10/20/2022 | MXT | Review further draft list of bank accounts related to subchapter v trustee investigation including with respect to notes for debtor's request to banks for additional information; email to debtor for update ("NO CHARGE TIME") | 1.20 |
| 10/23/2022 | MXT | Attention to list of bank accounts and other documents for trustee investigation and download additional materials in ShareFile | 0.80 |

| | |
|---|---|
| Total Hours | 84.10 |
| Total Fees | $26,985.00 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:   Mr. Edmilson Ramos
             President

Re: Subchapter V Trustee Investigation
Invoice: 624059                                    Page 1

For Professional Services Rendered from
November 1, 2022 through June 29, 2023 as
described in detail on the attached accounting.

| | | |
|---|---|---|
| Fees | $ | 577.50 |
| Expenses and Disbursements | $ | 0.80 |
| Total | $ | 578.30 |

Matter:   59961.00012

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Subchapter V Trustee Investigation
Invoice: 624059

For Professional Services Rendered
Client.Matter Number: 59961.00012
Billing Period: From November 1, 2022 through June 29, 2023

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 11/02/2022 | MXT | Email communication with S. Weiss regarding trustee investigation and documents | 0.10 |
| 11/02/2022 | MXT | Attention to email communications with debtor and subchapter v trustee regarding trustee investigation and response for document request | 0.40 |
| 11/03/2022 | MXT | Attention to document download and email with trustee regarding trustee investigation (No Charge Time) | 1.00 |
| 11/03/2022 | ALB | Further telephone call from SWeiss as to his report being filed but not as deterrent to sale or plan both as best routes to benefits to estate and its creditors | 0.20 |
| 11/04/2022 | MXT | Brief review of trustee investigation report and send to debtor | 0.20 |
| 11/10/2022 | MXT | Attention to investigation report filed by Subchapter v trustee with respect to US Construction rent payment; attention to email files and send follow up communication to subchapter v trustee related to same | 0.20 |
| 11/15/2022 | ALB | Telephone call from and telephone call to Mary Start re investigation and ensuring not anything to do (No Charge Time) | 0.40 |

| | | |
|---|---|---|
| Total Hours | | 2.50 |
| Total Fees | | $577.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Attention:     Mr. Edmilson Ramos
               President

Re: Fee Application
Invoice: 624058                                                   Page 1

For Professional Services Rendered from
November 1, 2022 through June 29, 2023 as
described in detail on the attached accounting.

| | | |
|---|---|---|
| Fees | $ | 8,629.50 |
| Expenses and Disbursements | $ | 280.17 |
| Total | $ | 8,909.67 |

Matter:   59961.00014

# RIEMER │ BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Fee Application
Invoice: 624058

Page 2

For Professional Services Rendered
Client.Matter Number: 59961.00014
Billing Period: From November 1, 2022 through June 29, 2023

| Date | Initials | Narrative | Hours |
|---|---|---|---|
| 11/02/2022 | NMD | Review of docket, prepare shell of interim fee application (No Charge Time) | 1.80 |
| 11/02/2022 | MXT | Attention to communications with A. Hall regarding time run and matter numbers for fee application (No Charge Time) | 0.10 |
| 11/10/2022 | MXT | Review time run for interim fee application (No Charge Time) | 2.00 |
| 11/10/2022 | MXT | Attention to editing of time run with respect to preparation of interim fee application; email communications with N. Dailey and A. Hall regarding same (No Charge Time) | 6.20 |
| 11/18/2022 | MXT | Attention to documents and time sheet entries related to fee application to be prepared (No Charge Time) | 0.70 |
| 11/30/2022 | MXT | Attention to time entries for preparation of Top Line fee application; email communications with N. Dailey and A. Hall regarding same (No Charge Time) | 6.50 |
| 11/30/2022 | MXT | Attention to time entries for Top Line fee application preparation (No Charge Time) | 0.40 |
| 12/01/2022 | MXT | Attention to time entries for editing in relation to preparation of fee application; email communications with N. Dailey and A. Hall regarding same (No Charge Time) | 3.00 |
| 12/02/2022 | MXT | Attention to editing of time entries for preparation of fee application; email communications with N. Dailey and A. Hall regarding same (No Charge Time) | 7.00 |
| 12/02/2022 | MXT | Work on draft fee application from petition date through October 2022; attention to documents regarding same | 5.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
jwatras@riemerlaw.com
(617) 880-3541
Tax Payer ID: 042126351

September 7, 2023

Top Line Granite Design, Inc.
347 Middlesex Road
Tyngsborough, MA 01879

Re: Fee Application
Invoice: 624058      Page 3

| Date | Initials | Narrative | Hours |
|------|----------|-----------|-------|
| 12/03/2022 | MXT | Prepare and review draft fee application from petition date to October 2022; attention to documents regarding same; prepare and send email to N. Dailey regarding draft fee application and open items | 5.40 |
| 12/09/2022 | MXT | Attention to communications with N. Dailey regarding attachments for fee application and comments related to time entries; attention to documents (No Charge Time) | 0.20 |
| 12/14/2022 | NMD | Review of data and worked on Fee Application Charts, prepare and sent e-mail | 2.10 |
| 12/22/2022 | MXT | Attention to and review documents for fee application (No Charge Time) | 0.20 |
| 12/23/2022 | MXT | Attention to and review documents for fee application (No Charge Time) | 0.50 |
| 12/23/2022 | MXT | Attention to documents and email communications regarding fee application and time entries (No Charge Time) | 0.70 |
| 01/06/2023 | NMD | Review and update charts in fee application | 2.40 |
| 01/26/2023 | MXT | Attention to draft first interim fee application and follow up email communications with N. Dailey (No Charge Time) | 0.40 |
| 02/01/2023 | MXT | Attention to and review draft first interim fee application; attention to and review documents and follow up email communications | 4.80 |
| 02/06/2023 | MXT | Attention to revised first interim fee application, and attention to follow up communications with A. Braunstein and N. Dailey (No Charge Time) | 0.50 |

Total Hours      50.10

Total Fees      $8,629.50