# EXHIBIT C

BIOGRAPHICAL SKETCH

**ALAN L. BRAUNSTEIN:**

Alan L. Braunstein is a senior partner with the law firm of Riemer & Braunstein LLP, where he has been practicing since 1985. Mr. Braunstein graduated from Skidmore College in 1975. In 1976, he received his masters degree at Columbia University and in 1977 received an Ed. M. Mr. Braunstein graduated in 1985 from Suffolk University Law School and joined Riemer & Braunstein's bankruptcy department after graduation. Mr. Braunstein has been appointed as a bankruptcy trustee, examiner and federal court receiver. He has authored and edited the <u>Massachusetts Practice Series on Bankruptcy</u> since 1996, including the new volume, published in 2000. He is also the author of <u>Bankruptcy Depositions,</u> (Juris Publications, Inc. 2001).

**MACKEN TOUSSAINT:**

Macken Toussaint is a partner in the bankruptcy, loan restructuring & workouts group of Riemer & Braunstein LLP. Ms. Toussaint graduated from Northeastern University magna cum laude in 1996 and received her J.D. from Northeastern University School of Law in 1999. In 2011 she received her M.B.A. from Suffolk University Sawyer Business School.

3721348.1