# EXHIBIT D

**Exhibit D-1 (Subchapter V)**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Braunstein, A.L. | 795.00 | 1.70 | $1,351.50 |
| Toussaint, M.X. | 465.00 | 4.80 | $2,232.00 |
| | | | |
| **TOTAL HRS AND FEES** | | **6.50** | **$3,583.50** |

**Exhibit D-2 (Avidia Foreclosure/Stay Extension)**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Braunstein, A.L. | 795.00 | 2.80 | $2,226.00 |
| Braunstein, A.L. (Rate Change 1/1/2023) | 845.00 | .80 | $676.00 |
| Toussaint, M.X. | 465.00 | 70.90 | $32,968.50 |
| Toussaint, M.X. (Rate Change 1/1/2023) | 550.00 | .10 | $55.00 |
| | | | |
| **PARALEGALS** | | | |
| Haley, D.M. | 225.00 | .40 | $90.00 |
| Dailey, N.M. | 225.00 | .50 | $112.50 |
| | | | |
| **TOTAL HRS AND FEES** | | **75.50** | **$36,128.00** |

**Exhibit D-3 (Sale/Asset Disposition)**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Braunstein, A.L. | 795.00 | 4.00 | $3,180.00 |
| Braunstein, A.L (Rate Change 1/1/2023) | 845.00 | 79.00 | $66,755.00 |
| Toussaint, M.X. | 465.00 | 114.00 | $53,010.00 |
| Toussaint, M.X (Rate Change 1/1/2023) | 550.00 | 67.50 | $37,125.00 |
| | | | |
| **PARALEGALS** | | | |
| Haley, D.M. | 225.50 | .50 | $112.50 |
| Dailey, N.M. | 225.00 | 7.10 | $1,597.50 |
| Dailey, N.M. (Rate Change 1/1/2023) | 245.00 | .30 | $73.50 |
| | | | |
| **TOTAL HRS AND FEES** | | **272.40** | **$161,853.50** |

**Exhibit D-4 (Business Operations)**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Braunstein, A.L. | 795.00 | 1.50 | $1,192.50 |
| Braunstein, A.L. (Rate Change 1/1/2023) | 845.00 | 8.20 | $6,929.00 |
| Toussaint, M.X. | 465.00 | 96.80 | $45,012.00 |
| Toussaint, M.X (Rate Change 1/1/2023) | 550.00 | 15.20 | $8,360.00 |
| | | | |
| **PARALEGAL** | | | |
| Dailey, N.M. | 225.00 | 2.70 | $607.50 |

| Dailey, N.M. | 245.00 | .30 | $73.50 |
| | | | |
| **TOTAL HRS AND FEES** | | **124.70** | **$62,174.50** |

## Exhibit D-5 (Case Administration)

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Braunstein, A.L. | 795.00 | 3.50 | $2,782.50 |
| Braunstein, A.L. (Rate Change 1/1/2023) | 845.00 | 14.30 | $12,083.50 |
| Toussaint, M.X. | 465.00 | 104.30 | $48,499.50 |
| Toussaint, M.X. (Rate Change 1/1/2023) | 550.00 | 13.90 | $7,645.00 |
| | | | |
| **PARALEGALS** | | | |
| Dailey, N.M. | 225.00 | 30.60 | $6,885.00 |
| Dailey, N.M (Rate Change 1/1/2023) | 245.00 | 13.20 | $3,234.00 |
| | | | |
| **TOTAL HRS AND FEES** | | **179.80** | **$81,129.50** |

## Exhibit D-6 (Claim Administrative and Objections)

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Braunstein, A.L. | 795.00 | .40 | $318.00 |
| Braunstein, A.L. (Rate Change 1/1/2023) | 845.00 | 1.10 | $929.50 |
| Toussaint, M.X. (Rate Change 1/1/2023) | 465.00 | 25.70 | $11,950.50 |
| Toussaint, M.X | 550.00 | 1.20 | $660.00 |
| | | | |

| | | | |
|---|---|---|---|
| **PARALEGALS** | | | |
| Dailey, N.M. | 225.00 | 10.10 | $2,272.50 |
| | | | |
| **TOTAL HRS AND FEES** | | **38.50** | **$16,130.50** |

## Exhibit D-7 (Financing)

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Braunstein, A.L. | 795.00 | 1.60 | $1,272.00 |
| Toussaint, M.X. | 465.00 | 103.90 | $48,313.50 |
| Toussaint, M.X. (Rate Change 1/1/2023) | 550.00 | .40 | $220.00 |
| | | | |
| **TOTAL HRS AND FEES** | | **105.90** | **$49,805.50** |

## Exhibit D-8 (Litigation)

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Braunstein, A.L. | 795.00 | 7.10 | 5,644.50 |
| Toussaint, M.X. | 465.00 | 11.50 | 5,347.50 |
| | | | |
| **PARALEGAL** | | | |
| Haley, D.M. | 225.00 | .30 | 67.50 |
| | | | |
| **TOTAL HRS AND FEES** | | **18.90** | **$11,059.50** |

**Exhibit D-9 (Meeting of Creditors)**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Braunstein, A.L. | 795.00 | 2.80 | $2,226.00 |
| Toussaint, M.X. | 465.00 | 6.20 | $2,883.00 |
| | | | |
| **TOTAL HRS AND FEES** | | **9.00** | **$5,109.00** |

**Exhibit D-10 (Chapter 11 Plan)**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Braunstein, A.L. | 795.00 | .10 | $79.50 |
| Braunstein, A.L. (Rate Change 1/1/2023) | 845.00 | .10 | $84.50 |
| Toussaint, M.X. | 465.00 | 194.10 | $90,256.50 |
| Toussaint, M.X. (Rate Change 1/1/2023) | 550.00 | 39.80 | $21,890.00 |
| | | | |
| **TOTAL HRS AND FEES** | | **.20** | **$112,310.50** |

**Exhibit D-11 (Sanctions-Brickstone)**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Braunstein, A.L. | 795.00 | 5.00 | $3,975.00 |
| Braunstein, A.L (Rate Change 1/1/2023) | 845.00 | .60 | $507.00 |
| | | | |
| **PARALEGALS** | | | |
| Hailey, D | 225.00 | .50 | 112.50 |
| Dailey, N.M. | 225.00 | 1.60 | 360.00 |
| | | | |
| **TOTAL HRS AND FEES** | | **7.2** | **$4,954.50** |

**Exhibit D-12 (Subchapter V Trustee Investigation)**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Braunstein, A.L. | 795.00 | 2.50 | $1,987.50 |
| Toussaint, M.X. | 465.00 | 55.00 | $25,575.00 |
| | | | |
| **TOTAL HRS AND FEES** | | **57.50** | **$27,562.50** |

**Exhibit D-13 (Fee Application)**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Toussaint, M.X. | 465.00 | 10.60 | $4,929.00 |
| Toussaint, M.X. (Rate Change 1/1/2023) | 550.00 | 4.80 | $2,640.00 |
| | | | |
| **PARALEGAL** | | | |
| Dailey, N.M. | 225.00 | 2.10 | $472.50 |
| Dailey, N.M. (Rate Change 1/1/2023) | 245.00 | 2.40 | $588.00 |
| | | | |
| **TOTAL HRS AND FEES** | | | **$8,629.50** |

3721837.2

6