**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**In re:**

**TOP LINE GRANITE DESIGN INC.,**

**Debtor.**

**Chapter 7**
**Case No. 22-40216-EDK**

**TRUSTEE'S MOTION FOR AUTHORITY**
**TO DISTRIBUTE AUCTION PROCEEDS**

Now comes Steven Weiss, Chapter 7 Trustee (the "Trustee"), through his counsel, and hereby requests authority to distribute proceeds from the sale of the Debtor's assets, as set forth in more detail below. In support thereof, the Trustee respectfully states as follows:

1. On March 25, 2022 Top Line Granite Design, Inc. (the "Debtor") commenced this case by filing a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code, as a small business Subchapter V debtor.

2. On March 28, 2022 the Court appointed Steven Weiss as the Subchapter V trustee.

3. On April 28, 2023 this Court entered an order removing the Debtor as debtor-in-possession, pursuant to 11 U.S.C. § 1183(b)(5).

4. On June 29, 2023 this Court entered an order converting the case to a case under Chapter 7, and the Trustee now serves as Chapter 7 Trustee.

5. The matters set forth in this motion constitute core proceedings pursuant to 28 U.S.C. §157(b)(2)(B).

6. Following the conversion of the case to Chapter 7, the Trustee took actions to liquidate the estate's assets. The Trustee conferred with counsel for the several secured creditors all of whom agreed that the Trustee should conduct the auction sale.

7. On July 20, 2023 the Trustee filed his motion for authority to conduct an auction sale of the Debtor's assets. On August 8, 2023 this Court entered an order authorizing the auction sale [Dkt. No. 483].

8. In conjunction with the sale motion, the Trustee also filed an application to employ Aaron Posnik & Co., Inc. as auctioneer. On August 8, 2023 this court entered an order approving the auctioneer's employment [Dkt. No. 482]. As set forth in the order approving the auctioneer's employment, the Court found that the auctioneer's fees and expenses are payable from the secured creditors' collateral, pursuant to 11 U.S.C. § 506(c), in addition to the "carve outs" of $225,000.00 set forth in a prior order of this Court. A copy of the order is annexed hereto as Exhibit "A".

9. The auction sale was conducted on September 7 and 8, 2023. Removal of the assets sold at the auction has been completed, and the Trustee surrendered possession of the premises to the owner of the real estate on September 29, 2023. The gross proceeds from the auction are in the amount of $1,175,269, which has been remitted to the Trustee.

10. Additionally, by separate motion, the Trustee sold several vehicles to Edmilson Ramos (subject to various purchase money liens) for the sum of $10,000.00. That sale has also been completed.

11. The auction sale was an unusually large and complicated auction for a number of reasons: the assets included extensive inventory of granite and marble, computer equipment; and large equipment (e.g., compressors, cutting machines, overhead cranes), removal of which

required services of riggers equipped to disassemble and remove the assets properly. There were 321 registered bidders, and 1131 separate lots were sold. Additionally, there were multiple disputes with the owner of the real estate[1] and with Mr. Ramos, who acquired certain assets at the auction, and also was coordinating removal of other items purchased by a third party[2].

12. The Trustee seeks to make the following payments from the sale proceeds:

    (a) First, the "carve out" of $225,000 to be retained by the estate;

    (b) Second, the expenses listed in the Trustee's Motion for Authority to Pay Expenses incurred in Connection with Auction Sale [Dkt No. 520], upon allowance by this Court.

    (c) Third, to Aaron Posnik & Co., Inc. for its fees and expenses, upon allowance by this Court;

    (d) Fourth, amounts that may be determined by this Court to be owed (if any) to ZJBV Properties, LLC for use and occupancy of the premises[3];

    (e) Fifth, to First Citizens Bank the sum of $140,000 in satisfaction of its secured claim on the Northwood CNC Cutter in which it held a purchase money security interest;

---

[1] Avidia Bank had foreclosed on the real estate in June, 2023. On August 7, 2023 Avidia in turn sold the real estate to ZJBV Properties, LLC.

[2] Mr. Ramos on at least one occasion started removing items he believed were his personal property, without permission. There were almost daily disputes between the owner of the real estate, Mr. Ramos (who was supervising removal of equipment purchased by a third party), and the Auctioneer, over what could be removed (e.g., pipes and conduit connecting the equipment to the building), and the condition in which the building was being left. The police were called to the premises 3 times by the owner.

[3] ZJBV has not quantified its claim, either informally or by filing a claim. The Trustee reserves the estate's rights as to the amounts of and allowance of the claim when it is asserted.

(f)     Sixth, to Enterprise Bank & Trust the sum of $21,861 plus accrued interest on its secured claim

(g)     Seventh, to Avidia Bank, as successor to Legalist, Inc., (the DIP Lender), in the approximate amount of $690,000 plus interest on its secured claim; and

(h)     Eighth, if there is a balance owed to Avidia Bank, the balance to Avidia Bank until its claim is satisfied; and

(i)     Any balance to be retained by the estate.

13.     The Trustee believes that the priorities of payment set forth above are consistent with the priorities established by applicable Massachusetts law, the Bankruptcy Code, and the orders of this Court.

14.     The Trustee further states that the proposed distribution at this time is appropriate.

WHEREFORE, the Trustee respectfully prays:

1.      That this Court authorize distribution from the assets of the auction sale as set forth herein; and

2.      For such further relief as this Court deems just and proper.

Dated this 31st day of October, 2023.

STEVEN WEISS,
CHAPTER 7 TRUSTEE

By:/S/ Steven Weiss
Steven Weiss, Esquire
BBO # 545619
SHATZ, SCHWARTZ AND FENTIN, PC
1441 Main Street
Springfield, MA  01103
Tel: (413) 737-1131
Fax: (413) 736-0375
sweiss@ssfpc.com

22\0137\Auction Sale\Motion.distribute.1601

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

|  |  |
|---|---|
| **In re**<br>**TOP LINE GRANITE DESIGN, INC.,**<br>**Debtor** | **Chapter 7**<br>**Case No. 22-40216-EDK** |

## ORDER ON

## TRUSTEE'S APPLICATION TO EMPLOY AUCTIONEER

This matter having come before the Court upon the Trustee's Application to employ Auctionerr [Docket No. 450, the "Application"]; and the United States Trustee having filed a limited objection [Docket No. 464, the "Objection"]; and a hearing having been conducted on August 3, 2023; and the Trustee having filed a supplement to the Application; and the Court being fully apprised of the premises:

IT IS ORDERED that the Trustee's Application, as clarified by the Supplement, shall be and hereby is granted, and the Trustee is hereby authorized to employ the Auctioneer on the terms set forth therein, including the use of Bidpsotters as an Internet Auction Mechanism. The Auctioneer shall provide a copy of the bond required for this sale to the United States Trustee.

The Court finds that the auctioneer's fees and expenses are payable from the proceeds of the secured creditors' collateral, pursuant to 11 U.S.C. § 506(c), in addition to the "carve outs" approved by this Court in the prior order approving the sale of the Debtor's assets [Docket No. 446]. The fees and expenses, and the allocation of the fees and expenses to the secured creditors, will be subject to

2

further order of this Court upon the filing of the auctioneer's application for compensation and

reimbursement of expenses. The hearing set for August 9, 2023 is canceled.

Dated this _8th<sup>th</sup> day of August, 2023.

ELIZABETH D. KATZ
Bankruptcy Judge

22\0137\Auction Sale\Order.Applicaton.Employ Auctioneer.1601

| | |
|---|---|
| **In re**<br><br>**TOP LINE GRANITE DESIGN, INC.,**<br>**Debtor** | **Chapter 7**<br>**Case No. 22-40216-EDK** |

## CERTIFICATE OF SERVICE

I, Steven Weiss, of Shatz Schwartz and Fentin, P.C., do hereby certify that on October 31, 2023, a copy of the foregoing Motion to Distribute was mailed via electronic and/or first-class mail, postage pre-paid, to the following:

Top Line Granite Design, Inc.
P.O. Box 705
353 Middlesex Road
Tyngsboro, MA 01879

Alan L. Braunstein, Esq.
Reimer & Braunstein, LLC
100 Cambridge Street
Boston, MA 02114

/S/ Steven Weiss
Steven Weiss, Esquire

---

[1] Exhibits are available upon request

Label Matrix for local noticing
0101-4
Case 22-40216
District of Massachusetts
Worcester
Tue Oct 31 09:33:39 EDT 2023

Aaron Posnick & Co.
83 State Street
Springfield, MA 01103

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Avidia Bank
42 Main Street
Hudson, MA 01749-2183

Charles River Realty Group, LLC
700 Providence Highway
Norwood, MA 02062

Enterprise Bank & Trust Company
222 Merrimack Street
Lowell, MA 01852-5994

FGC EPC, LLC
112 Russell Avenue
Watertown, MA 02472-3455

First Citizens Bank &Trust Company a/k/a CIT
c/o Cohn & Dussi LLC
536 Atwells Avenue
Suite 1
Providence, RI 02909-1075

First-Citizens Bank & Trust Company, Assigne
10201 Centurion Parkway N
Suite 100
Jacksonville, FL 32256-4114

Hyquality Tools, LLC
34 Lawson Farm Road
Londonderry, NH 03053-2643

Leamar Industries, Inc.
171 Locke Drive
Suite 114
Marlborough, MA 01752-7225

Legalist DIP Fund I, LP
Brian T. Rice, Authorized Signatory
195 Hwy, 50
No, 7172-210
Stateline, NV   89449

Roc Funding Group

Small Business Administration
Massachusetts District Office
Boston, MA

Top Line Granite Design Inc.
P.O. Box 705
353 Middlesex Raod
Tyngsboro, MA 01879-1082

Toyota Lease Trust
c/o Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886-1161

Toyota Motor Credit Corporation
Marinosci Law Group PC
275 West Natick Rd, #500
Warwick, RI 02886-1161

Wesler & Associates
PO Box 19016
Kalmazoo, MI 49019-0016

ZJBV Properties, LLC
c/o Gary W. Cruickshank, Esq.
21 Custom House Street
Suite 920
Boston, MA 02110-3525

Worcester
U. S. Bankruptcy Court
595 Main Street
Worcester, MA 01608-2060

347 Middlesex Road Realty Trust
347 Middlesex Road
Tyngsboro, MA 01879-1018

A&P Realty Trust
71 Hanover Road
Florham Park, NJ 07932-1502

A&P Realty Trust
Theoharis Ellopoulos, Esq.
197 Pine Street
Attleboro, MA 02703-4063

A&P Realty Trust
c/o Theoharis Eliopoulos, Esq.
197 Pine Street
Attleboro, MA 02703-4063

A.I.M. Mutual
34 Seymour Street
Tonawanda, NY 14150-2126

AJ Equity Group
1648 61 Street
c/o John Porcello; Dillon Dancoso
Brooklyn, NY 11204-2109

Action King Services, Inc
26 Livingston Street
Lowell, MA 01852-4616

Alcateia Marketing/Headquarter
info0alcateiamkt.com
Allegheny Consulting Group LLC
100 Business Park Drive #12
Tyngsboro, MA 01879-1071

Allegheny Contract Flooring
36 Holton Street
Winchester, MA 01890-1128

Ally Bank
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Angela Caggiano
11 Clergy Circle
Nashua, NH 03063-2911

Arbella Insurance Group
P.O. Box 6699227
Quincy, MA 02269

Associated Employers Insurance
P.O. Box 4131
Woburn, MA 01888-4131

Associated Employers Insurance*
A.I. M. Mutual
34 Seymour Street
Tonawanda,  NY 14150-2126

Aura N. Chaparro
16 Cedar Grove Ave.
Tyngsboro, MA 01879-1767

Authnet Gateway Billing
P.O. Box 8999
San Francisco, CA 94128-8999

Avidia Bank
42 Main Street
c/o Stephen McAndrew
Hudson, MA 01749-2183

BSX Stone Supplier
201 SE 15th Ter, Ste. 208
Deerfield Beach, FL 33441-4464

Bankcard
3636 33RD Street, Suite 206
Long Island City, NY 11106-2329

Bay Colony Development Corp/ SBA loan
230 Third Avenue, 1st Floor
c/o Kim Legere, VP
Waltham, MA 02451-7552

Berkovitch & Bouskila, PLLC
1545 Route 202 Ste 1
Pomona, NY 10970-2952

Best Buy, Inc.
Retal Services
P.O.Box 17298
Baltimore, MD 21297-1298

Blackdog Investment Holdings
7 Red Roof Lane,
Unit 1
Salem, NH 03079-2984

Blade Funding Inc.
211 Boulevard of the Americas
c/o Frank David
Lakewood, NJ 08701-4775

Boston Granite Exchange
1 Parkridge Road
P.O. Box 8242
Haverhill, MA 01835-0742

Brattle Development
147 Depot Street
Dunstable, MA 01827-1603

Brian and Kathleen Babineau
60 Heald Street
Pepperell, MA O 01463-1248

BrickStone Group LLC
1201 N. Orange Street, Ste 7140
Wilmington, DE 19801-1195

CT Corporation System, as representative
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203-2336

CaesarStone
P.O. Box 603791
Charlotte, NC 28260-3791

Cambria USA
46 Development Road
Fitchburg, MA 01420-6019

Cohn & Dussi, LLC
255 State St Fl 7
Boston, MA 02109-2618

Comcast
PO Box 70219
Philadelphia,  PA 19176-0219

Commonwealth of Massachusetts
Department of Revenue
100 Cambridge Street
Boston, MA 02114-2534

Corporation Service Company,
as representative
P.O. Box 2576
Springfield, IL 62708-2576

D . F. Brophy & Son Inc.
Attn: Kevin Brophy
91 Mill Street
Burlington, MA 01803-1828

DJ Kinney Trucking
59 Old Milford Road
Brookline, NH 03033-2413

Daltile
345 University Ave.
Westwood, MA 02090-2315

David E. Wilson, Esq.
Corwin & Corwin LLP
600 Unicorn Park Drive
2nd Floor
Woburn, MA 01801-3343

David LaRiviere Enterprises, Inc. d/b/a Sher
56 Coburn Road
TYNGSBORO, MA 01879-1621

Diverse Capital  
750 Main Street, Suite 906  
c/o Timmy Hans  
Hartford, CT 06103-2703  

Diverse Capital, LLC  
750 Main Street, Ste. 906  
Hartford, CT 06103-2703  

Dr. Sorin Nica  
c/o Edmond J. Ford, Esq.  
Ford, McDonald & Borden, P.A. 10 Pleasan  
Portsmouth, NH 03801-4551  

Duff's Garage, Inc.  
92 Kendall Road  
Tyngsboro, MA 01879-1047  

Dun & Bradstreet  
3501 Corporate parkway  
Center Valley, PA 18034-8232  

ENG Commercial Finance  
One Pierce Place, Suite 1100  
P.O. Box 128  
c/o Rose Reynolds, VP  
Itasca, IL 60143-0128  

Easy Way Landscaping Inc.  
767 Central Street  
Lowell, MA 01852-3429  

Edmilson Ramos  
P.O. Box 705  
290 Massapoag Rd.  
Tyngsboro, MA 01879-2394  

Enterprise Bank  
222 Merrimack Street  
c/o Richard Chavez  
Lowell, MA 01852-5994  

European Granite & Marble Corp.  
675 Canton Street  
Norwood, MA 02062-2651  

(p)EXCEL MARBLE AND GRANITE  
ATTN EXCEL ART STONE  
120 YELLOWFIN DRIVE  
SAINT AUGUSTINE FL 32095-9036  

Ferazzoli Imports of New England Inc.  
234 Middle Street  
Middletown, CT 06457-7517  

Financial Pacifi Leasing  
3455 S. 344th Way  
Suite 300  
Federal Way, WA 98001-9546  

First Citizens Bank & Trust Company  
PO Box 593007  
San Antonio, TX 78259-0200  

First Corporate Solution,  
as representative  
914 S. Street  
Sacramento, CA 95811-7025  

Florence Zabokritsky, Esq.  
Alpha Recovery Partners  
1274 49th Street, Suite 197  
Brooklyn, NY 11219-3011  

G. Stone Commerical Division  
489 Foote St.  
Middlebury, VT 05753-2009  

Global Contact  
16 West Main Street  
Suite C  
Marlton, NJ 08053-2092  

Global Stone  
102 Wightman St.  
North Chelmsford, MA 01863-2522  

Gold Capital  
500 LOVETT BLVD SUITE 225  
HOUSTON, TX 77006-4094  

Goldman & Partners Immigration Law  
125 Washington Street, Suite 204  
Salem, MA 01970-3536  

Google  
1600 Amphitheatre PWY  
Mountain View, CA 94043-1351  

Gramafal Granitos e Marmores Falqueto  
Rod BR 262 s/n - Km 104 Bananeiras  
Venda Nova do Imigrantes, ES  
Brazil 2937-000  

Granite and Marble Depot, Inc.  
15 Old Flanders Road  
Westhorough, MA 01581-1009  

(p)GUIDONI USA  INC  
263 E OAK ST  
MCRAE HELENA GA 31055-4342  

Gulf Gas Card  
Wex Bank  
PO Box 3440  
Boston, MA 02241-3440  

Haley Ward  
510 Mechanic ST  
Leomister, MA 01453-4432  

Hirsch Glass Corp/Spectum Quartz  
565 University Ave.  
Norwood, MA 02062-2636  

Ideal Tile of Newton  
210 Highland Ave #1  
Needham Heights, MA 02494-3010  

Internal Revenue Service  
P.O. Box 7346  
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)JEANNE D ARC CREDIT UNION
P O BOX 1238
LOWELL MA 01853-1238

KP Stone Tools
62 Newton Ave .
Plainville, CT 06062-2834

Kenneth F. Murphy
7 Beaver Brook Road
Westford, MA 01886-3230

Konica Minolta Business Solutions USA In
21146 Network Place
Chicago, IL 60673-1211

LG Hausys America, Inc.
900 Circle 75 Parkway SE
Suite 1500
Atlanta, GA 30339-3032

Leamar Industries, Inc.
171 Locke Drive
Marlborough, MA 01752-3490

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

LocalBR Computer Inc.
2 00 Everett Ave.
Chelsea, MA 02150-1817

MB Customs, Inc.
186 Mammoth Road
Lowell, MA 01854-0021

MNI Manufacturers' News, Inc.
1633 Central Street
Evasnton, IL 60201-1569

MR Advance
35-12 19th Ave, Suite 3W
c/o Michael Kay
Astoria, NY 11105-1001

MS Internaitonal, Inc.
1080 University Ave.
Norwood, MA 02062-2644

Manoel P. Costa
530 Lowell Street
Andover, MA 01810-5307

Marble and Granite, Inc.
2 70 University Avenue
Westwood, MA 02090-2309

Mark Ryan Rippetoe
On the Marble Services
11 Vernye
North Chelmsford, MA 01863

Massachusetts  Department of Revenue
Bankruptcy Unit
P.O. Box 7090 Boston , MA 02204

Massachusetts Department of Revenue
Attn: Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Mendonca & Partners, CPA L.L.C.
1030 Salem Road
Township, NJ 07083-7058

Merchant Capital
5308 13th Ave. , Suite 324
Brooklyn, NY 11219-5198

Mercury Funding
12 00 River Ave.
Lakewood, NJ 08701-5657

Mercury Funding
6 0 Park Ave S.
Lakewood, NJ 08701-3554

Mercury Funding Group, Inc
P.O. Box 3 06
c/o Sean Harris
Lafayette, CA 94549-0306

Mercury Funding, LLC
60 Park Ave.
Lakewood, NJ 08701-3554

Michael Van Dam, Esq.
Van Dam Law
233 Needham Street, Suite 540
Newton Upper Falls, MA 02464-1533

Mitchell Electric, Inc.
3 Industrial Way, Unit A
Tyngsboro, MA 01879-1432

National Grid
300 Erie Boulevard West
Syracuse, NY 13202-4250

National Grid (Electric)
P.O. Box 11737
Newark, NJ 07101-4737

National Grid - Electric
P.O. Box 960
Northborough, MA 01532-0960

National Grid - Gas
P.O. Box 1040
Northborough, MA 01532-4040

New England Home Performance Kings
New England Gutter Kings
50 Boston Road
Lowell MA 01852-4554

New England Security Shredders, LLC
New England Scaffolding Service, LLC
85 Mill Street
Brockton, MA 02301-5587

North East Builders Association of MA
170 Main Street, #205
Tewksbury, MA 01876-1762

North Metal and Trucks Corp.
365 Central Street
Hudson, MA 01749

Opechee Construction Corporation
11 Corporate Drive
Belmont, NH 03220-3103

Pacific Enterprise
49 Gardner Street
Worcester, MA 01610-2507

Papa Leguas Auto Repair
50 1st Street
Lowell, MA 01850-2502

Patrick Rygiel
17 Laurie Lane
Lowell, MA 01854-1213

Petro Home Services
P.O. Box 70282
Philadelphia, PA 19176-0282

Preferred Mutual
PO Box 419669
Boston, MA 02241-9669

RFC
260 Christopher Lane
Staten Island, NY 10314-1607

(p)ROC FUNDING GROUP
1457 RICHMOND ROAD
STATEN ISLAND NY 10304-2309

Raphael Stone Collection
665 Cambridge Street
Worcester, MA 01610-2631

Roc Funding Group
Anthony F. Giuliano, Esq.
GIULIANO LAW, P.C.
445 Broadhollow Road, Ste. 25
Melville. New York 11747-3645

Roc Funding Group
Anthony Giuliano, Esq.
Giuliano Law PC
445 Broadhollow Road, Suite 25
Melville, NY 11747-3645

Russell Mann Machinery, LLC
P.O. Box 2 72
Mahwah, NJ 07430-0272

Santos Truck & Trailer Repair
33 Middlesex Road
Tyngsboro, MA 01879-2021

Sasso USA Inc.
10912 Metronome Drive
Houston, TX 77043-2202

Shanna M. Kaminski
P.O. Box 725220
Berkley, MI 48072-5220

Sherburne Lumbar
David LaRiviere Enterprises, Inc.
(dba Sherburne Lumbar)
56 Coburn Road
Tyngsboro, MA 01879-1621

Sherburne Lumber
56 Coburn Road
Tyngsboro, MA 01879-1621

Speedy Funding
157 Church Street
New Haven, CT 06510-2100

Steven Zakharyayev
8 South Main Street
Marlboro, NJ 07746-1584

Sunape Street Autoworks
50 Sunape Street
Newport, NH 03773-1443

Susan Voute
94 Bolton Rd
Harvard, MA 01451-1843

Suzanne Nobrega
181 Flavell Rd
Groton, MA 01450-1534

Sysco Boston LLC
f/k/a Hallsmith-Sysco Food Services LLC
99 Spring Street
Plympton, MA 02367-1701

TM Stone & Granite
24 Rogers Road, Unit #5
Haverhill, MA 01835-8513

TVT 2.0, LLC
881 Baxter Drive
South Jordan, UT 84095-8506

TVT Capital  
1407 Broadway  
c/o John Porcello  
New York, NY 10018-5100

The Hartford  
PO Box 2907  
Hartford, CT 06104-2907

Town of Tyngsboro  
2 5 Bryants Lane  
Tax Office  
Tyngsboro, MA 01879-1042

Town of Tyngsboro  
Tax Office  
25 Bryants Lane  
Tyngsboro, MA O 01879-1042

Town of Tyngsborough- Planning Board  
25 Bryants Lane  
Tyngsborough, MA 01879-1042

Toyota Financial  
PO Box 4102  
Carol Stream, IL 60197-4102

Toyota Financial Services  
PO Box 9014  
Addison, TX 75001-9014

Toyota Lease Trust  
c/o Toyota Motor Credit Corporation  
PO Box 9013  
Addison, Texas 75001-9013

Toyota Motor Credit Corporation  
PO Box 9013  
Addison, Texas 75001-9013

Tyngsboro Water  
87 Progress Ave, Unit 2  
P.O. Box 305  
Tyngsboro, MA 01879-0305

Tyngsboro Water District  
25 Bryants Laine  
Tyngsboro, MA 01879-1042

U.S. Construction Management, LLC  
c/o Edmilson Ramos  
290 Massapoag Rd.  
Tyngsboro, MA 01879-2394

U.S. Small Business Administration  
10 Causeway Street, Room 265  
c/o Casey Sieck  
Boston, MA 02222-1093

U.S. Small Business Administration  
2 North 20th Street, Suite 320  
Birmingham, AL 35203-4002

U.S. Small Business Administration  
200 W. Santa Ana Blvd., Ste 740  
Santa Ana, CA 92701-7534

U.S. Small Business Administration  
SBA Office of Disaster Assistance  
4 09 3rd St. , SW  
Washington, DC 20416-0005

US Bank Equipment Finance  
a division of US Bank National Associat  
1310 Madrid Street  
Marshall, MN 56258-4099

US Construction and Maintenance LLC  
347 Middlesex Road  
Tyngsoboro, MA 01879-1018

US Construction and Maintenance  
347 Middlesex Road  
Tyngsboro, MA 01879-1018

US Quartz & Stones Inc.  
43 Brunswick Ave . , Ste . 1  
Perth Amboy, NJ 08861

Ultra Funding  
23 Foster Street, Level 2  
Surry Hills, NSW, Australia 201

United Cleaning and Maintenance Inc.  
347 Middlesex Road  
Tyngsboro, MA 01879-1018

United Rentals  
P.O. Box 100711  
Atlanta, GA 30384-0711

United States Attorney  
John Joseph Moakley United States  
Federal Courthouse  
One Courthouse Way, Suite 9200  
Boston, MA 02210-3011

United Stone Source  
411 SE Mizner BLVD  
Boca Raton, FL 33432-6001

Utica National Insurance  
PO Box 6532  
Utica, NY 13504-6532

Verizon Internet  
PO Box 15124  
Albany, NY 12212-5124

Verona Granite and Marble Importers  
705 Quequechan St.  
Fall River, MA 02721-4004

WJ Graves  
P.O. Box 401  
East Templeton, MA 01438-0401

Way2Go Cargo Corp.  
P.O. Box 4001  
Boynton Beach, FL 33424-4001

Wells Fargo Equipment Finance, Inc.
600 South 4th Street
MAC N9300
Minneapolis, MN 55415-1526

Wells Fargo Vendor Financial Services, LLC
(assignee of Konica Minolta Premier Fin.
Attn: Thomas Edison Blvd SW
Cedar Rapids, IA 52404

Wells Fargo Vendor Financial Services, LLC
Attn.: Kimberly Park
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404-8247

Win Waste Innovations
c/o Charles George Companies, Inc.
90 Arboretum Dr. Suite 300
Portsmouth, NH 03801-7857

Yana Chechelnitsky
61-43 186th Street, Suite 450
Fresh Meadows, NY 11365-2710

Alan L. Braunstein
Riemer & Braunstein, LLP
100 Cambridge Street, 22nd Floor
Boston, MA 02114-2548

Angela Cagianno
11 Clergy Circle
Nashua, NH 03063-2911

Macken Toussaint
Riemer & Braunstein LLP
100 Cambridge Street
Boston, MA 02114-2548

Richard King
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608-2361

Sorin Nica
5 Vanderbilt Drive, Unit 307
Merrimack, NH 03054-4225

Steven Weiss
Steven Weiss, Trustee
Shatz,Schwartz & Fentin
1441 Main Street
Suite 1100
Springfield, MA 01103-1450

Kevin Paradis
39 Providence Road
Westford, MA  01886

Suparshwa Granite and Marble
18-A One Complex, Behind Sheetal Heights
Manwakheda
Udaipur, Rajasthan, 313001

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Excel Marble and Granite
24 Granite Street
Milford, MA 01757

Guidone USA, Inc.
263 E. Oak Street
Morae Helena GA 31055

Internal Revenue Service
Special Procedures Function Stop 20800
P.O. Box 9112
JFK Building
Boston, MA 02203

Jeanne D'Arc Credit Union
Payment Processing
P.O. Box 1238
Lowell, MA 01853-1238

Lexus Financial SErvices
P.O. Box 5855
Carol Stream, IL 60197-5855

ROC Funding
14 57 Richmond Road
c/o Daren Doral
Staten Island, NY 10314

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Massachusetts Department Of Revenue

(u)U.S. Construction and Maintenance, LLC

(u)CloudFund LLC
c/o Steve Saffer, Peak Fundng
Steve@peak-funding.com

(u)Finger Moveis Planejados
Rod RS 404 KM 04
Distrito Industrial
Sarandi-RS-Brasil 99560-000

(d)Hyquality Tools
34 Lawson Farm Road
Londonderry, NH 03053-2643

(d)Mendonca &Partners, CPA L.L.C.
1030 Salem Road
Township, NJ 07083-7058

(u)Prime Impex
7/5 9 VIDHYADHAR NAGAR
JAIPUR (RAJASTHAN) 302039

(u)Suparshwa Granite and Marble
18-A One Complex, Behind Sheetal Heights
Udaipur, Rajasthan, 313001

(u)Edmilson Ramos

**End of Label Matrix**
**Mailable recipients   190**
**Bypassed recipients     9**
**Total                 199**