

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | Top Line Granite Design Inc. | Ch. 7 |
| | | 22-40216-EDK |
| | Debtor(s). | |

**Proceeding Memorandum and Order**

**MATTER:**
#548 Motion of Chapter 7 Trustee for Authority to distribute auction proceeds
#567 Response filed by ZJBV Properties, Inc.

**Decision set forth more fully as follows:**

GRANTED. THE CHAPTER 7 TRUSTEE IS DIRECTED TO SUBMIT TO
EDK@MAB.USCOURTS.GOV A PROPOSED ORDER, IN WORD FORMAT,
CONSISTENT WITH THE REMARKS MADE DURING THE HEARING HELD
THIS DATE.

Dated: 12/21/2023

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge