EXHIBIT B

| | | | | |
|---|---|---|---|---|
| TVT Capital // Capital UT LL Check | 12/27/2021 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 12/28/2021 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 12/29/2021 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 12/30/2021 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 12/31/2021 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/03/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/04/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/05/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/06/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/07/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/10/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/11/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/12/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/13/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/14/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/18/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/19/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/20/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/21/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/24/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/25/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/26/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/27/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/28/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 01/31/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/01/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/02/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/03/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/04/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/07/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/08/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/10/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/11/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/14/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/14/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/15/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/16/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/17/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/18/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/22/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/23/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/24/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital// Capital UT LL Check | 02/25/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 02/28/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital // Capital UT LL Check | 03/02/2022 | EFT | 2,397.50 | Acc#2674 |
| TVT Capital// Capital UT LL Check | 03/03/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital// Capital UT LL Check | 03/04/2022 | EFT | 2,397.50 | Ace #2674 |
| TVT Capital// Capital UT LL Check | 03/10/2022 | EFT | 2,397.50 | Ace #2674 |
| | | | **115,080.00** | |