

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | Top Line Granite Design Inc. | Ch. 7 |
|---|---|---|
| | Debtor(s). | 22-40216-EDK |

### Proceeding Memorandum and Order

**MATTER:**

**#592** Motion of Avidia Bank for Order Directing the Chapter 7 Trustee to distribute reserve funds to Avidia Bank, Successor to Legalist, Inc.

**#603** Motion of Avidia Bank for Order Directing Chapter 7 Trustee to Distribute forfeited deposit to Avidia Bank, Successor to Legalist, Inc.

**#586** Application of Steven Weiss for Compensation and Expenses as Subchapter V Trustee

**#587** Application of Shatz, Schwarts and Fentin for Compensation as Counsel to the Subchapter V Trustee

**#594** Motion of Chapter 7 Trustee Approve Settlement Agreement with ZJBV Properties, LLC

**#608** Motion of Chapter 7 Trustee to Clarify this Court's Order of December 21, 2023 re: Application of Aaron Posnick & Co., as Auctioneer, for Compensation and Expenses

**Decision set forth more fully as follows:**

DUE TO A CONFLICT IN THE COURT'S CALENDAR, THE HEARINGS ON THESE MATTERS SET FOR MARCH 21, 2024 HAS BEEN RESCHEDULED.

THIS MATTER WILL NOW BE HEARD ON THURSDAY, MARCH 28, 2024 AT 12:00PM; THE RESCHEDULED HEARING WILL BE CONDUCTED IN-PERSON AT WORCESTER, COURTROOM 3.

PARTIES SHOULD NOTE THE CHANGE TO THE DATE/TIME OF THESE HEARINGS.

Dated: 03/15/2024

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge