| In Re: | Top Line Granite Design Inc., | Chapter: 7 |
|---|---|---|
| | Debtor | Case No: 22–40216 |
| | | Judge Elizabeth D. Katz |

## NOTICE OF OBJECTION DEADLINE

**PLEASE TAKE NOTICE** the deadline for filing an objection or response to the following motion is set for: **JUNE 23, 2025**

[694] Motion filed by Trustee Steven Weiss for Approval of Compromise with Diverse Capital, LLC (AP #24–4001).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice and with respect to the above–referenced motion, if one has not already been filed, within seven (7) days after the date of issuance set forth below. **If a certificate of service is not timely filed, the Court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above–referenced motion and any related pleadings or documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. A hearing on the above–referenced pleading will be scheduled <u>only if</u> an objection is filed to the motion. If no objection or response is filed, the motion may be allowed without a hearing.

Date: 5/22/25

By the Court,

<u>Paula Fontaine</u>
Deputy Clerk
413–785–6906