| | |
|---|---|
| **In re**<br><br>**TOP LINE GRANITE DESIGN, INC.,**<br>Debtor | **Chapter 7**<br>**Case No. 22-40216-EDK** |

### TRUSTEE'S MOTION TO CONTINUE HEARING

NOW COMES Steven Weiss, Chapter 7 Trustee (the "Trustee"), and hereby requests that the hearing on the First Interim Application of Shatz, Schwartz and Fentin, P.C. for Compensation (Dkt. No. 745) be continued for two weeks, and that the deadline for responses by the United States Trustee also be extended for two weeks. In support thereof, the Trustee respectfully states as follows:

1. The Court has scheduled a non-evidentiary hearing on the Application for May 7, 2026, and the deadline for objections is today.

2. The United States Trustee has requested additional time to review the Application, and the Trustee has agreed extend the United States Trustees' deadline for two weeks, and for a corresponding continuance of the hearing.

3. The Trustee has conferred with counsel for the United States Trustee, who assents to this request.

WHEREFORE, the Trustee requests that the hearings on the Application be continued for

1

two weeks, or such other time as the Court deems appropriate, and that the deadline for the

United States Trustee to respond be extended for two weeks.

Respectfully submitted this 30th day of April, 2026.

<div style="margin-left:50%">

STEVEN WEISS
CHAPTER 7 TRUSTEE


By: /s/ Steven Weiss
Steven Weiss, Esquire
BBO# 545619
Shatz, Schwartz and Fentin, P.C.
1441 Main Street, Suite 1100
Springfield, MA  01103
(413) 737 1131
sweiss@ssfpc.com

</div>

22\0137\Fee Apps\Motion.Continue.1601