UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re<br><br>TOP LINE GRANITE DESIGN, INC.,<br>Debtor | Chapter 7<br>Case No. 22-40216-EDK |

**RENEWED**
**MOTION OF CHAPTER 7 TRUSTEE FOR APPROVAL OF COMPROMISE WITH JEANNE D'ARC CREDIT UNION**

NOW COMES Steven Weiss, Chapter 7 Trustee (the "Trustee"), and requests that this Court enter an order approving a compromise with Jeanne D'Arc Credit Union ("JDCU") concerning an adversary proceeding filed by the Trustee against JDCU and Edmilson Ramos ("Ramos"), pursuant to Federal Rule of Bankruptcy Procedure 9019 and MLBR 9019-1. In support thereof, the Trustee respectfully states as follows:

1. On March 25, 2022 (the "Petition Date"), Top Line Granite Design, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code with this Court. The Trustee was appointed as Subchapter 11 Trustee.

2. On June 29, 2023, the case was converted to Chapter 7, and the Trustee now serves as Chapter 7 Trustee.

3. The matters set forth herein constitute core proceedings, pursuant to 28 U.S.C. § 157(b)(2)(A) and (B).

4. The Trustee has investigated the Debtor's financial transactions. Among those transactions are multiple transfers between the Debtor and JDCU. Specifically, in late 2019 Ramos refinanced his mortgage on his residence with JDCU, receiving net proceeds of approximately $375,000. Starting in 2020, Ramos caused the Debtor to make his mortgage payments directly to JDCU; the monthly payments (including tax escrow) were slightly in excess of $10,000 per month.

8/7/2026 GRANTED. NO OBJECTIONS HAVE BEEN FILED. Elizabeth D. Katz